IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Ru-El Sailor, | Case No. 1:20-CV-00660 |
| Plaintiff, | Judge David A. Ruiz |
| vs. | |
| City of Cleveland, *et al.*, | |
| Defendants. | |

### DEFENDANT CITY OF CLEVELAND'S
### MOTION FOR A PROTECTIVE ORDER

Defendant City of Cleveland, by and through counsel, hereby moves this Court for a protective order to prevent the Rule 30(b)(6) deposition noticed by Plaintiff Ru-El Sailor. (*See* Exhibit A, Notice). Because this Court has already stayed discovery, it should grant Cleveland a protective order. Alternatively, Sailor's noticed deposition is duplicative and overly burdensome, so this Court stay discovery for this reason too. A memorandum in support is attached.

Respectfully submitted,

MARK GRIFFIN (0064141)
Law Director

*s/ Matthew R. Aumann*
William M. Menzalora (0061136)
CHIEF ASSISTANT DIRECTOR OF LAW
Gilbert E. Blomgren (0065240
Matthew R. Aumann (0093612)
ASSISTANT DIRECTORS OF LAW
City of Cleveland, Department of Law
601 Lakeside Avenue E., Room 106
Cleveland, OH  44114
Telephone: (216) 664-2675
wmenzalora@clevelandohio.gov

1

gblomgren@clevelandohio.gov<br>
maumann@clevelandohio.gov

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties through the Court's electronic filing system. Parties may access this filing through the Court's system.

<i>s/ Matthew R. Aumann</i><br>
Matthew R. Aumann (0093612)