**Aumann, Matthew**

| | |
|---|---|
| **From:** | Aumann, Matthew |
| **Sent:** | Friday, June 30, 2023 3:31 PM |
| **To:** | Jacqueline Greene |
| **Cc:** | Sarah Gelsomino; Ellen Euclide; Menzalora, William; Blomgren, Gilbert; kcalderone; jlatchney; John R. Chlysta (Work) |
| **Subject:** | RE: Sailor v. Cleveland, et al. |
| **Attachments:** | 56 - OO Granting Bifurcation.pdf |

Thanks, Jacqueline.

My understanding is that discovery on the City is stayed. I just reread the Court's order. It's attached here.

I don't see anything that would allow discovery on the City.

But even if you get past that, Topic 9 is not appropriate for a 30(b)(6) deposition anyway because there are fact witnesses available. *See Jones v. Hernandez*, No. 16-CV-1986-W(WVG), 2018 WL 539082, at *2 (S.D. Cal. Jan. 23, 2018), *objections overruled*, No. 16-CV-1986 W (WVG), 2018 WL 1981207 (S.D. Cal. Apr. 27, 2018); *see also First Fin. Bank Nat'l Ass'n v. Williams*, No. 519CV00128TBRLLK, 2021 WL 5085346, at *3 (W.D. Ky. Nov. 2, 2021).

We would need to do any sort of formal response as a team. But if you see a way around these roadblocks, it would inform our discussion.

Matt

Matthew R. Aumann
Assistant Director of Law
City of Cleveland
601 Lakeside Ave. E., Room 106
Cleveland, Ohio 44114-1077
(216) 664-2675/ Fax (216) 664-2663
maumann@clevelandohio.gov



---

**From:** Jacqueline Greene <jacqueline@FGGfirm.com>
**Sent:** Friday, June 30, 2023 3:13 PM
**To:** Menzalora, William <WMenzalora@clevelandohio.gov>; Blomgren, Gilbert <GBlomgren@clevelandohio.gov>; Aumann, Matthew <MAumann@clevelandohio.gov>; kcalderone <kcalderone@hcplaw.net>; jlatchney <jlatchney@hcplaw.net>; John R. Chlysta (Work) <jchlysta@hcplaw.net>
**Cc:** Sarah Gelsomino <sarah@FGGfirm.com>; Ellen Euclide <Ellen@FGGfirm.com>
**Subject:** Sailor v. Cleveland, et al.

**CAUTION:** This email originated from outside of the City of Cleveland. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@clevelandohio.gov.

Counsel:

In light of the Court's ruling on the City's motion to bifurcate and stay *Monell* discovery, we need to wrap up fact discovery relating to the individual defendants. Attached are (1) a notice of deposition for Melvin Smith and (2) an amended FRCP 30(b)(6) notice to the City. We recognize that topics 1 through 8 in the FRCP 30(b)(6) are stayed in light of the Court's order, but we do need to proceed on topic 9 now and then reconvene later on the remaining topics when we are able to go forward on discovery relating to the *Monell* claim. Please let us know your availability in July and August for these depositions.

Hope you all have a good holiday weekend.

Thanks,
Jacqueline

**Jacqueline Greene**
(she/her)
jacqueline@FGGfirm.com

35 East 7th Street, Suite 201
Cincinnati, Ohio 45202
T: 513.572.4200
F: 216.621.0427

FGGfirm.com
instagram | facebook | linkedin

FG+G
— UNTIL JUSTICE FOR ALL.