# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Ru-El Sailor,** | ) | Case No. 1:20-CV-00660 |
| | ) | |
| **Plaintiff,** | ) | Judge Christopher A. Boyko |
| | ) | |
| vs. | ) | **NOTICE TO TAKE VIDEOTAPED** |
| | ) | **DEPOSITION OF KYLE SWENSON** |
| **City of Cleveland,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

Please take notice that counsel for Defendant Police Officers shall take the videotaped discovery deposition of Kyle Swenson on **Wednesday, July 3, 2024, beginning at 10:00 a.m. at Silver Spring Metro Plaza II, 8403 Colesville Road, Suite 1100, Silver Spring, MD 20910.**

Said deposition will be taken upon oral examination and will be recorded by video and stenographic means before a Notary Public or other person authorized to administer an oath, and shall continue from day to day until completed.

Respectfully submitted,

*/s/ Kenneth A. Calderone*
Kenneth A. Calderone (0046860)
John D. Latchney (0046539)
Hanna, Campbell & Powell, LLP
3737 Embassy Parkway, Suite 100
Akron, OH  44333
Telephone:  (330) 670-7324 / (330) 670-7602
Facsimile:  (330) 670-7440 / (330) 670-7458
Email:  *kcalderone@hcplaw.net*
           *jlatchney@hcplaw.net*
*Attorneys for Defendant Police Officers*

HCP #1346531