IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| **Ru-el Sailor**  *Plaintiff,*  v.  **City of Cleveland,** *et al.*  *Defendants.* | Case No.: 1:20-cv-00660  Judge David A. Ruiz  Magistrate Judge William H. Baughman Jr. |
|---|---|
| **Notice of Appearance** ||

Attorney Brian D. Bardwell respectfully gives notice of his appearance on behalf of Non-parties Cleveland Scene and Kyle Swenson.

    Respectfully submitted,

    */s/Brian D. Bardwell*
    Speech Law LLC
    Brian D. Bardwell (0098423)
    1265 West Sixth Street, Suite 400
    Cleveland, OH 44113-1326
    216-912-2195 Phone/Fax
    brian.bardwell@speech.law
    *Attorney for Non-parties Cleveland Scene and Kyle Swenson*

**Certificate of Service**

I certify that on June 28, 2024, this document was served on opposing counsel as provided by Civ. R. 5(B)(2)(f).

    */s/Brian D. Bardwell*
    Brian D. Bardwell (0098423)
    *Attorney for Non-parties Cleveland Scene and Kyle Swenson*