# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

MINUTES OF PROCEEDINGS AND ORDER – CIVIL

| | |
|---|---|
| RU-EL SAILOR, | CASE No. 1:20-cv-00660 |
| Plaintiff, | DATE: June 28, 2024 |
| v. | JUDGE DAVID A. RUIZ |
| CITY OF CLEVELAND, *et al.*, | COURT REPORTER: n/a |
| Defendants. | |

Attorney for Plaintiff:
Jacqueline Greene

Attorneys for Defendant City of Cleveland:
Matthew Auman, Dylan Ford

Attorney for Defendants Eugene Jones; Henry Veverka; James Metzler; Harry Matlock; Andrew Desatnik; fnu Smith; Shair Hasan; Rick Farinacci; Andrea Purcell-Fields Executor of Estate of Deceased James Purcell: Kenneth A. Calderone

PROCEEDINGS: The Court held a telephonic status conference on June 20, 2024, with the above counsel. After discussing the current status of the case and hearing a request from the parties for a 60-day extension of time to complete fact discovery, the Court agreed to extend the deadlines in the case management plan by 60 days and set a telephonic status conference with above counsel for August 13, 2024, at 12:30 pm. The existing Case Management Plan is therefore amended as follows: deadline to complete fact discovery is extended to August 19, 2024, with Plaintiff's Expert Disclosures due by October 16, 2024, Defendants' Expert Disclosures due by November 18, 2024, Expert Discovery completed by December 16, 2024,

and Dispositive Motion deadline extended to January 15, 2025. These amended case management deadlines are subject to further revision if required by developments.

IT IS SO ORDERED.

Total Time: 20 minutes

s/ *David A. Ruiz*
David A. Ruiz
U.S. District Judge