**Video Deposition** 1

```
1              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
2                      EASTERN DIVISION

3                         - - -

4    Ru-El Sailor,                )
                                  )
5              Plaintiff,         )
                                  )
6         vs.                     ) Case No. 1:20-CV-00660
                                  )
7    The City of Cleveland, et al, )
                                  )
8              Defendants.        )

9
                          - - -
10

11

12        Videotaped deposition of Amy Catherine Sailor, a

13   witness herein, called by the Defendants for oral

14   examination, pursuant to the Federal Rules of Civil

15   Procedure, taken before Mary Bolas-Dietz, Court

16   Reporter and Notary Public in and for the State of

17   Ohio, at the Law Offices of Hanna, Campbell & Powell,

18   3737 Embassy Parkway, Suite 100, Akron, Ohio 44334, on

19   Monday, July 1, 2024, commencing at 10:25 a.m.

20                        - - -

21

22

23

24

25
```

**Video Deposition**                                                        2

```
 1   APPEARANCES:

 2    On behalf of the Plaintiff:

 3        Sarah Gelsomino, Esq.
          Friedman, Gilbert + Gerhardstein
 4        50 Public Square, Suite 1900
          Cleveland, Ohio 44113-2205
 5        216-241-1430
          sarah@fggfirm.com
 6

 7    On behalf of the Defendant, The City of Cleveland:

 8        Kenneth A. Calderone, Esq.
          Hanna, Campbell & Powell
 9        3737 Embassy Parkway, Suite 100
          Akron, Ohio 44334
10        330-670-7300
          kcalderone@hcplaw.net
11            and
          Dylan Ford, Esq.
12        Assistant Director of Law
          Department of Law
13        601 Lakeside Avenue, Room 106
          Cleveland, Ohio 44114
14        216-664-2670
          dford@clevelandohio.gov
15

16    ALSO PRESENT

17        Matthew Aumann, Esq., City of Cleveland (Zoom)
          Elena Boop, Esq., City of Cleveland (Zoom)
18        Jacqueline Greene, Esq., Friedman & Gilbert (Zoom)
          Abigail Calderone, Paralegal
19        Steven Mengelkamp, Video Technician

20                              - - -

21

22

23

24

25
```

**Video Deposition**                                                3

```
 1                          INDEX
 2    WITNESS:                            CROSS
 3    Amy Catherine Sailor
 4          By Mr. Calderone                      4
 5                          - - -
 6
 7
 8
 9                  E X H I B I T S
10    Defendants'                         Marked
11          A1-A8                           101
12          B1-B8                           101
13          C1                              104
14          C2                              108
15          C3                              119
16          C4                              123
17          C5                              128
18          C6                              139
19          C7                              147
20          C8                              150
21          C9                              175
22          C10                             163
23          D                               144
24                          - - -
25
```

**Video Deposition**                                                    4

```
 1                      PROCEEDINGS
 2                 THE VIDEOGRAPHER:    We're on the
 3          record at 10:25.  Today is July 1st, 2024.  This
 4          is the deposition of Amy Sailor.
 5                 THE COURT REPORTER:   Mrs. Sailor,
 6          please raise your right hand?
 7                  AMY CATHERINE SAILOR,
 8   of lawful age, being first duly sworn, as hereinafter
 9   certified, was examined and testified as follows:
10                   CROSS-EXAMINATION
11   By Mr. Calderone:
12   Q     Mrs. Sailor, my name is Ken Calderone and I'm
13          representing some of the Defendants in the
14          lawsuit that was filed by your husband.  And
15          I've already had the opportunity to speak with
16          him and ask him questions.  Today's my
17          opportunity to speak to you.  Have you ever been
18          in a deposition like this before?
19   A      No.
20   Q      Well, I'm going to ask you questions.  You're
21          under oath, of course.  You'll have to respond
22          verbally to the questions that I ask, so the
23          court reporter can take down everything that you
24          and I say; do you understand that?
25   A      Yes.
```

**Video Deposition**                                                        5

| | | |
|---|---|---|
| 1 | Q | If you don't understand a question, you can tell |
| 2 | | me you don't understand it and I'll be more than |
| 3 | | happy to try and rephrase the question for you, |
| 4 | | maybe even show you something that might help |
| 5 | | you answer the question.  Do you understand |
| 6 | | that? |
| 7 | A | Yes. |
| 8 | Q | I'll caution you not to speak while I'm speaking |
| 9 | | or your attorney is speaking, because this young |
| 10 | | lady here can only take down one person speaking |
| 11 | | at a time; okay? |
| 12 | A | Okay. |
| 13 | Q | This is not a marathon.  If you want to take a |
| 14 | | break at some point in time, just tell me you |
| 15 | | want to take a break.  We may complete the |
| 16 | | question that has been posed to you or maybe ask |
| 17 | | a couple more questions to get to a convenient |
| 18 | | spot, but we will take a break when you need a |
| 19 | | break; okay? |
| 20 | A | Okay. |
| 21 | Q | With that, your current legal name is what? |
| 22 | A | Amy Sailor. |
| 23 | Q | And Amy, what's your middle name? |
| 24 | A | Catherine. |
| 25 | Q | Prior to going by the name of Amy Sailor, what |

**Video Deposition**                                        6

```
 1           name did you go by?
 2   A    Amy Gangloff Spence.  And that's
 3        G-a-n-g-l-o-f-f, S-p-e-n-c-e.
 4   Q    And have you been previously married?
 5   A    That was my former married last name, Spence.
 6        Gangloff is my maiden name.
 7   Q    When were you married the first time?
 8   A    Oh, man, when was that?  2010.
 9   Q    Yeah, I won't hold you to exact dates.
10   A    Okay.
11   Q    Just tell me approximately.
12   A    Around 2010.
13   Q    All right.  And who were you married to the
14        first time?
15   A    Edward Spence.
16   Q    And did that marriage occur here in Ohio?
17   A    No, we were married in Jamaica while we were
18        living in Jamaica.
19   Q    And approximately, how long were you married
20        Edward Spence?
21   A    Oh, maybe five years.
22   Q    Was Edward Spence from the Northeast Ohio area?
23   A    He is from Jamaica, but we met in Ohio.
24   Q    And after getting married in Jamaica, did the
25        two of you live in Ohio?
```

**Video Deposition**                                                    7

```
 1   A      No, we lived in Jamaica.
 2   Q      So approximately, what years did you live in
 3          Jamaica?
 4   A      From 2010 to maybe 2012.
 5   Q      Prior to being married to Mr. Spence, did you
 6          live in the Northeast Ohio area?
 7   A      Yes.
 8   Q      Are you from the Northeast Ohio area?
 9   A      Yes.
10   Q      Where did you grow up at?
11   A      In Cleveland.
12   Q      What is your date of birth?
13   A      4/29/82.
14   Q      Do you still have family in the Cleveland area?
15   A      Yes.
16   Q      What family do you have here?
17   A      I have my mom, my stepdad, two sisters, and a
18          brother, and then extended family.
19   Q      And are they all in Northeast Ohio area?
20   A      Yes.
21   Q      So if I understand correctly, you've lived in
22          the Northeast Ohio area for your whole life
23          except for that approximate four or five years
24          when you were in Jamaica?
25   A      Yes.
```

**Video Deposition** 8

```
 1   Q      Why did you come back to Cleveland weather?
 2   A      It was depressing.
 3   Q      What have you done to prepare for your
 4          deposition today?
 5   A      I just talked with Sarah a little bit, talked to
 6          my husband about, you know, some of the things
 7          that might be mentioned or asked, not too much.
 8   Q      Is Ms. Gelsomino here acting as your attorney
 9          today?
10   A      Well --
11               MS. GELSOMINO:        Objection.
12   A      -- technically, she's not my attorney, but she's
13          my husband's attorney and she's here to guide
14          me.
15   Q      Okay.  Before showing up here today, what did
16          you and your husband talk about to prepare for
17          the deposition?
18               MS. GELSOMINO:        Objection.
19   A      We didn't talk about it too much, just, you
20          know, "You'll be fine.  Don't be nervous, just
21          tell the truth."
22   Q      Okay.
23   A      Yeah.
24   Q      Did you have the opportunity to read the
25          deposition transcript of Ru-El Sailor's
```

**Video Deposition**                                              9

```
 1          deposition?
 2   A      No.
 3   Q      What did you and Ms. Gelsomino talk about?
 4   A      Same thing, just, you know, "You'll be fine.
 5          You'll do great.  It won't take too long if --
 6          you know, just answer the questions as they
 7          should be."
 8   Q      Have you looked at any documents to prepare for
 9          your deposition?
10   A      No.
11   Q      Have you listened or watched any videos and what
12          I mean, videos, some of the depositions in this
13          case have been videotaped like yours.  Have you
14          watched any videos?
15   A      No.
16   Q      Have you listened to any audio recordings of
17          anything?
18   A      No.
19   Q      Presently, where do you live?
20   A      In Euclid, Ohio.
21   Q      And what's your address?
22   A      384 East 211th Street, Euclid 44123.
23   Q      I'm sorry, 44?
24   A      123.
25   Q      123.  And does Ru-El Sailor live there with you?
```

**Video Deposition**                                    10

```
 1   A      Yes.
 2   Q      Who else lives there with you?
 3   A      My daughter, Paige Gangloff, my daughter, Mia
 4          Spence, Olivia Spence, and Myel Sailor.
 5   Q      What was the last one?
 6   A      Myel, M-y-e-l, Sailor.
 7   Q      So I'm guessing that Paige is a child that you
 8          had with Edward?
 9   A      No.
10   Q      All right.  Who is the father for Paige?
11   A      Kalvin Berry spelled with a K.
12   Q      B-e-r-r-y?
13   A      Yes.
14   Q      And is Kalvin still living in the Northeast Ohio
15          area?
16   A      He is deceased.
17   Q      Sorry about that.  And how old is Paige?
18   A      Twenty-two (22).
19   Q      Mia Spence, who is the father of Mia Spence?
20   A      Edward Spence.
21   Q      And how old is Mia?
22   A      Eighteen (18).
23   Q      Olivia Spence, who is her father?
24   A      Edward Spence.
25   Q      And how old is Olivia?
```

**Video Deposition** 11

| | | |
|---|---|---|
| 1 | A | Thirteen (13). |
| 2 | Q | And did you say Myel Sailor? |
| 3 | A | Yep, yes. |
| 4 | Q | And how old -- is it he or she? |
| 5 | A | She, she's three. |
| 6 | Q | She's three years old. |
| 7 | A | I have pictures.  No, I'm just kidding. |
| 8 | Q | I'll look at them on a break.  Ru-El is -- |
| 9 | A | Yes. |
| 10 | Q | -- Myel's father; correct? |
| 11 | A | Right. |
| 12 | Q | You and Ru-El did not have Myel until after he |
| 13 | | got out of prison? |
| 14 | A | Right. |
| 15 | Q | To your knowledge, does Ru-El Sailor have any |
| 16 | | other children of his? |
| 17 | A | Yes. |
| 18 | Q | What children does he have? |
| 19 | A | Tashanna Hammond is his stepdaughter and then |
| 20 | | there is Elajia Sailor, Chantel Sailor, Chalaye |
| 21 | | Sailor, Mikia Smith, and Milan Smith. |
| 22 | Q | And now let's go through each of these. |
| 23 | | Tashanna Hammond, you said that was his |
| 24 | | stepdaughter? |
| 25 | A | Uh-huh. |

**Video Deposition**                                        12

```
 1   Q     So Tashanna Hammond, to your knowledge, is not
 2         Ru-El's biological child?
 3   A     Right.
 4   Q     Do you know who Tashanna's mother or father is?
 5   A     Her mother is Leticia Fritz, Hammond Fritz
 6         maybe, and her dad is Edward -- Ed Fisher.  I
 7         don't know if it's Ed or Edward.
 8   Q     Since Ru-El has been out of prison, how
 9         frequently has he seen Tashanna Hammond?
10                 MS. GELSOMINO:        Objection.
11   Q     If -- if you know.
12   A     Once a week.
13   Q     So Tashanna lives in the Northeast Ohio area?
14   A     Yes.
15   Q     To your knowledge since Ru-El has been out of
16         prison, how often has he seen Elajia Sailor?
17   A     Same, once a week.
18   Q     Since Ru-El has been out of prison, has Elajia
19         lived with Ru-El?
20   A     No.
21   Q     Who does Elajia live with?
22   A     With El -- with Ru-El's mom, Bernatte Brown.
23   Q     Do you know how old Elajia is?
24   A     She is 23.
25   Q     To your knowledge, is Elajia dependent on Ru-El
```

```
 1            on anyone else for financial support?
 2    A     No.
 3                  MS. GELSOMINO:        Objection.
 4    Q     Chantel Sailor, do you know how old she is?
 5    A     Twenty-four (24).
 6    Q     And to your knowledge, how often does Ru-El see
 7            her?
 8    A     Same, about once a week.
 9    Q     She lives in the Northeast Ohio area?
10    A     Yes.
11    Q     And does she live with Bernatte Brown as well?
12    A     Yes.
13    Q     And to your knowledge is Chantel dependent on
14            Ru-El for financial support in any way?
15    A     No.
16    Q     Chalaye Sailor, do you know how old she is?
17    A     Twenty-three (23).
18    Q     Is she a twin?
19    A     No.  Wait.  Okay.  Let's see, no, Laye-Laye is
20            -- I'm trying to think, okay.
21    Q     Let's do it this way --
22    A     Okay.
23    Q     -- between -- between Elajia, Chantel, and
24            Chalaye, who is the oldest?
25    A     It goes Tashanna [sic], Chantel, Laye-Laye --
```

**Video Deposition**                                                          14

```
 1            Mikia and Milan are twins, so it's like 22, 23,
 2            24, something like that, and then the twins will
 3            be 21 in a couple days.
 4   Q    Okay.  To your knowledge who does Chalaye live
 5            with?
 6   A    She lives on her own.
 7   Q    Is Bernatte Brown her mother?
 8   A    Her grandma.  That's their grandma.
 9   Q    Grandma.  Do you know who Chalaye's mother is?
10   A    Leticia.
11   Q    Leticia Brown?
12   A    Fritz.
13   Q    Okay.  And to your knowledge how often does
14            Ru-El see Chalaye?
15   A    Maybe once a year.  She's in the military.
16   Q    Now Mikia and Milan Smith are twins?
17   A    Uh-huh.
18   Q    Approximately, how old are they?
19   A    Twenty-one (21).
20   Q    To your knowledge, how often does Ru-El see
21            them?
22   A    Once a week.
23   Q    So they live in the Northeast Ohio --
24   A    Right.
25   Q    -- area; correct?
```

**Video Deposition**                                    15

```
 1    A      Yes.
 2    Q      And who did they stay with or where do they
 3           live?
 4    A      Milan lives in -- in Euclid with her grandma.
 5           Her grandma is Marilyn Amato.
 6    Q      Okay.
 7    A      And Mikia lives on her own in Willowick maybe.
 8    Q      To your knowledge, are any of these children
 9           that we just discussed of Ru-El's dependent upon
10           him for financial support?
11    A      I mean, he gives them money from time to time if
12           they need it, but they're pretty much
13           independent.  They definitely ask.
14    Q      I want to ask you briefly about your education.
15           Have you graduated from high school?
16    A      I have a GED.
17    Q      And when did you obtain that?
18    A      In --
19    Q      Approximately.
20    A      -- 2015 maybe.
21    Q      Did you obtain that before Ru-El got out of
22           prison?
23    A      Yes.
24    Q      Other than the GED, do you have any other
25           certifications in a particular trade or degrees?
```

**Video Deposition**                                      16

```
 1   A      No.
 2   Q      Have you ever been a member of any unions?
 3   A      No.
 4   Q      To your knowledge, what is Ru-El's highest level
 5          of education?
 6   A      GED.
 7   Q      Since he's been out of prison to your knowledge
 8          has he obtained any certifications in any
 9          particular trade?
10   A      No.
11   Q      And to your knowledge since he's been out of
12          prison, has Ru-El worked -- went to school or
13          earned any degrees?
14   A      No.
15   Q      Are you currently employed?
16   A      Yes.
17   Q      Where are you currently employed at?
18   A      I work for the Recycling Industries Operating
19          Standard, RIOS.
20   Q      Recycling Industries?
21   A      Operating Standard.  It is a subsidy of IROS,
22          the Industrial Recycling Operating Standard.
23   Q      Okay.  So what is that business?
24   A      We certify industrial recyclers.  So it's
25          basically like the ISO or HIPAA of industrial
```

```
 1              recycling.  Per the Government, they have to be
 2              certified in order to distribute or receive
 3              recycled materials.  And I manage the membership
 4              department.
 5    Q    All right.  So when you say you manage the
 6              membership department, what does that mean?
 7              What do you do on a day-to-day basis?
 8    A    I facilitate audits through a third party
 9              certification body and the facilities.  I
10              provide membership certificates, take membership
11              payments, schedule training webinars, things
12              like that.
13    Q    And is this the job that you go to an office to
14              work at or do you work from home or is it
15              hybrid?
16    A    No, I work from home.  My company is based in
17              Washington, D.C.
18    Q    Who do you report to at RIOS?
19    A    His name is Rike Sandler, R-i-k-e.
20    Q    How long have you worked at RIOS?
21    A    Since 2019.
22    Q    And that's a full-time job?
23    A    Yes.
24    Q    And I'm imagining you get benefits through RIOS?
25    A    Yes.
```

**Video Deposition**                                                    18

```
 1    Q      Prior to working at RIOS, where did you work?
 2    A      I worked for S.G. Morris.
 3    Q      And where is S.G. Morris located?
 4    A      Highland Heights.
 5    Q      What did you do for S.G. Morris?
 6    A      Just data entry.
 7    Q      Was that a job where you worked at home to do or
 8           did you go to an office?
 9    A      An office.
10    Q      And that was in the Highland Heights office?
11    A      Yes.
12    Q      Who did you report to at S.G. Morris?
13    A      Oh, man, I just remember his name being Paul.  I
14           can't remember his last name.
15    Q      How long approximately did you work for S.G.
16           Morris?
17    A      Oh, like two or three years.
18    Q      And why did you leave S.G. Morris?
19    A      For RIOS.
20    Q      Better job and you could --
21    A      Yeah.
22    Q      -- work for home -- work from home?
23    A      Yeah, uh-huh.
24    Q      Prior to working in S.G. Morris, where did you
25           work?
```

**Video Deposition**                                    19

```
1   A      I worked for Safeguard Properties which was a
2          property management company.
3   Q      Where is or was Safeguard Properties located?
4   A      It was located in Mentor, Ohio.
5   Q      Do you remember the road?
6   A      It might have been Mentor Avenue.  I don't
7          remember, Heisley maybe.  I don't know.
8   Q      Fair enough.  Approximately, how long did you
9          work at Safeguard?
10  A      Oh, maybe three years.
11  Q      And what did you at Safeguard?
12  A      Same, like data entry.
13  Q      Did you work at the office or did you work from
14         home?
15  A      Both.
16  Q      It was a hybrid?
17  A      Yep.
18  Q      Why did you leave Safeguard?
19  A      For S.G.M. or S.G. Morris.
20  Q      Better job, more money.  So if I understand
21         correctly, you probably worked for Safeguard
22         Properties approximately that 2015/2016 to 2019
23         time period?
24  A      No, I -- I probably have the years wrong as far
25         as how long I worked at each of those jobs, but
```

**Video Deposition**                                     20

```
 1            I know that I started Safeguard Properties in
 2            2012.
 3    Q     And again, I won't hold you to exact dates or
 4            time periods.  Your best estimate right now is
 5            you worked there approximately three years?
 6    A     Yeah.
 7    Q     And --
 8    A     Three or four years.
 9    Q     But when you left Safeguard, you went directly
10            to S.G. Morris?
11    A     Yes.
12    Q     Let me ask you about Ru-El right now.  To your
13            knowledge, is Ru-El employed now?
14    A     Yes.
15    Q     Where is he employed at?
16    A     He owns Comma Club Clothing.
17    Q     And I believe he started Comma Club soon after
18            he got out of prison; right?
19    A     Right.
20    Q     Does he have any other individuals that own the
21            business with him?
22    A     No.
23    Q     It's just him.  And where does his business or
24            strike that.  Where is his business located at?
25    A     589 East 185th Street, Euclid, 44119.
```

**Video Deposition**                                      21

```
1   Q     How long has he been doing business at that
2         location?
3                 MS. GELSOMINO:        Objection.
4   Q     Strike that.  To the best of your knowledge, how
5         long has he been doing business at that
6         location?
7   A     About four years.
8   Q     Since he has started that business, Comma Club,
9         to your knowledge what different locations has
10        he run his business at?
11  A     Well, he started off selling Comma Club hand to
12        hand and he's only been in a physical location
13        since 2020.
14  Q     And to your knowledge, how is his business
15        going?
16  A     Good.
17  Q     Has -- to your knowledge, has the business been
18        fairly stable for the last four years?
19                MS. GELSOMINO:        Objection.
20  A     It's been stable.  We have our ups and downs.
21        There's -- you know, we've tried to pinpoint
22        certain months of the year where it gets slow
23        and then picks back up.  So, you know, we do
24        have slow seasons and then times where things
25        pick up.
```

**Video Deposition**                                    22

```
 1   Q     Other than running the Comma Club business, to
 2         your knowledge does Ru-El have any other jobs?
 3   A     No.
 4   Q     Since he's been out of prison, to your
 5         knowledge, has Ru-El had any other jobs?
 6   A     Well, technically, we have a nonprofit agency,
 7         but we haven't really done too much with it
 8         other than some community outreach throughout
 9         the year, turkey drives and things like that,
10         school giveaways, but I don't know if you would
11         really consider that a job.
12   Q     All right.  Well, tell me about the nonprofit.
13         Does the nonprofit have a name?
14   A     It is Comma Club Community.
15   Q     What is your understanding of the purpose of
16         that nonprofit organization?
17   A     For general community outreach.
18   Q     Outreach for what?
19   A     Giving back, giving back to children, families
20         in need.
21   Q     And is there anyone else that is involved in
22         managing the nonprofit organization other than
23         Ru-El?
24   A     Me.
25   Q     Do you and Ru-El have a particular title, like
```

## Video Deposition

```
 1           an officer, president, vice-president, anything
 2           like that?
 3    A      It is on paper, but I don't know off the top of
 4           my head what exactly our titles are.
 5    Q      Other than you and Ru-El, are there any other
 6           people that are involved in the management or
 7           operation of that nonprofit organization?
 8    A      No.
 9    Q      Are you involved in any way in helping Ru-El run
10           his Comma Club business?
11    A      Yes.
12    Q      What do you do for the business?
13    A      I help with placing orders, scheduling payroll,
14           production, general store upkeep.
15    Q      Currently, how many employees does Comma Club
16           have to your knowledge?
17    A      One.
18    Q      And who's that one employee?
19    A      Mia Spence.
20    Q      That's Ru-El's daughter?
21    A      Yes.  Well, my daughter, my daughter.
22    Q      I'm sorry.
23    A      Her step -- his stepdaughter, yeah.
24    Q      I'm sorry.
25    A      Uh-huh, they're all our kids.
```

**Video Deposition**                                                24

| | | |
|---|---|---|
| 1 | Q | To your knowledge, since Ru-El started the Comma |
| 2 | | Club business, what's the highest number of |
| 3 | | employees that Comma Club has had over the last |
| 4 | | five, six years? |
| 5 | A | No more than two at a time. |
| 6 | Q | Does Comma Club actually manufacture and make |
| 7 | | their clothing? |
| 8 | A | Not the actual fabric, but the logos and things |
| 9 | | like that we do have and we outsource. |
| 10 | Q | So if I understand, you may order shirts, |
| 11 | | certain items of clothing already made, but then |
| 12 | | you add logos and things to those clothing? |
| 13 | A | Right. |
| 14 | Q | And then those items of clothing, are they |
| 15 | | packaged in any way or are they sold off the |
| 16 | | rack? |
| 17 | A | Both. |
| 18 | Q | I'm sure you have in front of you your cell |
| 19 | | phone today. |
| 20 | A | Right. |
| 21 | Q | What is your cell phone number? |
| 22 | A | 216-702-3313. |
| 23 | Q | And if I understand correctly, that has been |
| 24 | | your cell phone number for a number of years? |
| 25 | A | Yes. |

**Video Deposition**                                              25

```
 1   Q      Who is the cell phone service provider?

 2   A      AT&T.

 3   Q      And the name on the account, is it yours -- your

 4          name?

 5   A      It's either my mom or stepdad.  I'm not 100

 6          percent sure.  I think my mom, Catherine Kalish.

 7   Q      Katherine with a K?

 8   A      C.

 9   Q      C and Kalish?

10   A      With a K, Kalish?

11   Q      And what's your stepfather's name?

12   A      David Kalish.

13   Q      K-i -- K-a-l-i-s-h?

14   A      Right.

15   Q      Where do they live at?

16   A      18313 East Park Drive, Cleveland, 44119.

17   Q      Do you have an e-mail address that you use?

18   A      Yes.

19   Q      What is that?

20   A      Amysailorcc@gmail.com.

21   Q      How long has that been your e-mail?

22   A      Only for about a year.

23   Q      Prior to that, what e-mail did you use?

24   A      Paige, p-a-i-g-e, 292@yahoo.com.

25   Q      Any other e-mail addresses that you've used for
```

**Video Deposition**                                    26

```
 1          say the last ten or 15 years?
 2                  MS. GELSOMINO:        Objection.
 3   Q      If you remember.
 4   A      No, I don't remember.
 5   Q      Other than the 216-702-3313 number, have you had
 6          any other cell phone numbers that you have used
 7          over say the last five or ten years?
 8                  MS. GELSOMINO:        Objection.
 9   A      Over -- under ten years, yeah, but I don't
10          remember the number.
11   Q      The other cell phones that you did use, who were
12          the service providers?
13   A      Sprint, maybe AT&T.
14   Q      And those other phones that you've used, do you
15          know whose name is on the account?
16   A      Sprint was in my name and AT&T's always been in
17          my mom's name.
18   Q      Catherine Kalish's name?
19   A      Right.
20   Q      What is, if you know, Ru-El Sailor's current
21          cell phone?
22   A      216-659-6825.
23   Q      6825?
24   A      Right.
25   Q      And to your knowledge, approximately how long
```

**Video Deposition**                                    27

| | | |
|---|---|---|
| 1 | | has Ru-El had that number? |
| 2 | A | Six years. |
| 3 | Q | Do you know who the service provider is? |
| 4 | A | I think it's T*Mobile. |
| 5 | Q | And is Ru-El's name on the account? |
| 6 | A | No. |
| 7 | Q | Whose name is on the account? |
| 8 | A | Sharell Robinson. |
| 9 | Q | You have to spell that one for me. |
| 10 | A | S-h-a-r-e-l-l. |
| 11 | Q | Who is Sharell Robinson? |
| 12 | A | Ru-El's sister. |
| 13 | Q | Do you know where she lives? |
| 14 | A | She lives in South Euclid on Lowden, but I don't |
| 15 | | know the address. |
| 16 | Q | Lowden, L-o-d -- |
| 17 | A | L-o-w-d-e-n. |
| 18 | Q | Do you and Ru-El have a joint bank account? |
| 19 | A | No. |
| 20 | Q | Do you know what bank Ru-El does his banking at? |
| 21 | | MS. GELSOMINO:         Objection. |
| 22 | A | Yes. |
| 23 | Q | What bank is that? |
| 24 | A | Bank of America and Navy Federal. |
| 25 | Q | Bank of America and what? |

**Video Deposition**                                    28

| | | |
|---|---|---|
| 1 | A | Navy Federal. |
| 2 | Q | Navy? |
| 3 | A | Federal. |
| 4 | Q | Federal.  What branch offices does he use to |
| 5 | | your knowledge? |
| 6 | | MS. GELSOMINO:        Objection. |
| 7 | A | Bank of America, his home office is in Mayfield, |
| 8 | | and Navy Federal I think is Downtown. |
| 9 | Q | Downtown Cleveland? |
| 10 | A | Right. |
| 11 | Q | Do you and Ru-El file joint tax returns? |
| 12 | | MS. GELSOMINO:        Objection. |
| 13 | A | How did we -- no, uh-uh, we don't.  We don't |
| 14 | | file joint. |
| 15 | Q | To your knowledge, does Ru-El have anybody help |
| 16 | | him with his income tax taxes? |
| 17 | | MS. GELSOMINO:        Objection. |
| 18 | A | No. |
| 19 | Q | He does them himself -- |
| 20 | A | Well -- |
| 21 | Q | -- if you know? |
| 22 | A | I'm not sure. |
| 23 | Q | Amy, have you ever been arrested before? |
| 24 | | MS. GELSOMINO:        Objection. |
| 25 | A | Yes. |

**Video Deposition**                                               29

```
 1   Q      Have you ever been convicted of anything?
 2                  MS. GELSOMINO:        Objection.
 3   A      Yes.
 4   Q      What have you been convicted of?
 5                  MS. GELSOMINO:        Objection.
 6   A      Vandalism.
 7   Q      Anything else?
 8   A      No.
 9   Q      When was that approximately?
10                  MS. GELSOMINO:        Objection.
11   A      2003.
12   Q      Where was that conviction at?
13   A      Cleveland.
14                  MS. GELSOMINO:        Objection to all
15          these questions.
16                  MR. CALDERONE:        Yeah, we can have
17          a standing.
18                  MS. GELSOMINO:        You can still
19          answer?
20                  THE WITNESS:          Oh, okay.
21                  MS. GELSOMINO:        -- to the best of
22          your ability.
23   Q      Go ahead.
24   A      What was that?
25   Q      Where was the conviction at?
```

**Video Deposition**                                          30

```
 1    A     Cleveland.

 2    Q     And was it Cleveland Municipal Court, if you

 3          remember?

 4    A     Oh, yeah, I don't know.

 5    Q     To your knowledge, since you and Ru-El have been

 6          married, has he been arrested or convicted of

 7          anything?

 8    A     No.

 9                MS. GELSOMINO:        Objection.

10    A     Not to my knowledge.

11    Q     Prior to this case, have you ever been involved

12          in a lawsuit in any way?

13                MS. GELSOMINO:        Objection.

14    A     No, I don't think so.  No, I've never been sued

15          or sued anyone, no.

16    Q     I want to ask you about your relationship with

17          Ru-El Sailor.  How did you first meet Ru-El?

18    A     Well, we went to the same high school and my

19          best friend lived down the street from where he

20          grew up.

21    Q     What best friend was that?

22    A     Marshelle Goodgame.

23    Q     Marshelle Goodgame?

24    A     Uh-huh.

25    Q     Does she still live in the area, if you know?
```

**Video Deposition**                                    31

| | | |
|---|---|---|
| 1 | A | I don't know where she lives. |
| 2 | Q | Were you and Ru-El friends before his conviction |
| 3 | | in 1991? |
| 4 | A | Yes.  Oh, '91? |
| 5 | Q | Wait, 2003.  I'm sorry, I got cases confused for |
| 6 | | a moment. |
| 7 | A | Yeah. |
| 8 | Q | Before his conviction in 2003, were you and |
| 9 | | Ru-El friends? |
| 10 | A | Yes. |
| 11 | Q | How often did you see Ru-El before he was |
| 12 | | convicted? |
| 13 | | MS. GELSOMINO:        Objection. |
| 14 | A | Not very often, just around the neighborhood, |
| 15 | | driving by maybe, passing through. |
| 16 | Q | Have you and Ru-El ever dated before or been a |
| 17 | | couple before his conviction? |
| 18 | A | Yeah, something like that, yeah. |
| 19 | Q | That was kind of vague.  Help me, what -- |
| 20 | | explain to me your relationship with Ru-El |
| 21 | | before he was convicted. |
| 22 | A | We weren't technically dating, but we saw each |
| 23 | | other. |
| 24 | Q | All right.  So if you weren't technically dating |
| 25 | | but you saw each other, explain to me what |

**Video Deposition**                                           32

```
 1            setting --
 2   A    Okay.  Well, we -- I guess you could say we were
 3        -- we were dating, but we weren't technically in
 4        a relationship, yeah, uh-huh.
 5   Q    Before his conviction, how frequently did you
 6        and Ru-El go on dates?
 7   A    Maybe once a month over the years.
 8   Q    And I may have asked you this before, but before
 9        Ru-El's conviction, did you and he have any
10        other children together?
11   A    No.
12   Q    At the time of Ru-El's conviction -- strike
13        that.  Prior to Ru-El's conviction, did you and
14        he ever live together?
15   A    No.
16   Q    At the time of his conviction in 2003, was the
17        status of your relationship with him the status
18        that you're describing to me where you and he
19        may go out maybe once a month?
20             MS. GELSOMINO:        Objection.
21   A    You said before he went to prison?
22   Q    Yes.
23   A    Well, it was over the course of a few years we
24        would, you know, see each other on and off and
25        then lose contact for a little while or just
```

**Video Deposition**                                    33

```
 1            remain friends, but I think I probably dated him
 2            maybe a year before he went to prison or a year
 3            before, not for a year.
 4    Q       Correct.  So during that year before he went to
 5            prison, how frequently did you see him?
 6    A       Maybe once a month.
 7    Q       And before his conviction, and I don't mean to
 8            pry and I'll be as polite and professional as I
 9            can, before his conviction, have you and he ever
10            been intimate?
11                  MS. GELSOMINO:        Objection, no.
12            Objection.
13                  MR. CALDERONE:        Your objection is
14            what?
15                  MS. GELSOMINO:        That's completely
16            irrelevant and really invasive and harassing. Is
17            that really a necessary question for you in this
18            case, Ken?  They were dating.  They spent time
19            together.  I'm not sure how much more you need
20            than that.
21                  MR. CALDERONE:        Well, just that
22            question.  I'm not going to ask any more about
23            it.  It goes --
24                  MS. GELSOMINO:        All right.  I --
25                  MR. CALDERONE:        -- to how close
```

**Video Deposition**                                          34

```
1           they were.  That's all.
2                   MS. GELSOMINO:        Does it though?
3                   MR. CALDERONE:        I think that's a
4           pretty close thing.
5                   MS. GELSOMINO:        I'm going to
6           object.  If you are comfortable answering that
7           question, you're welcome to.
8    A      We were.
9    Q      Okay.  Prior to Ru-El's conviction to your
10          knowledge, was he ever involved in any gangs?
11   A      No.
12   Q      Prior to Ru-El's conviction, did you know if he
13          had ever been convicted of any crimes before the
14          murder conviction?
15   A      Yes.
16   Q      What crimes were you aware of that he had been
17          convicted of before his murder conviction?
18   A      A drug charge.
19   Q      Prior to Ru-El's conviction in 2003 for murder,
20          to your knowledge was he involved in any social
21          organizations or clubs?
22   A      No.
23   Q      Prior to his murder conviction in 2003, did
24          Ru-El have a job to your knowledge?
25   A      Well, Ru-El and Cordell were in the process of
```

**Video Deposition** 35

```
 1            opening up a record store.  So their job was
 2            renovating and organizing opening their own
 3            business.
 4   Q    If I recall Ru-El's testimony though, they
 5            didn't really get that business up and running
 6            prior to his conviction; is that correct?
 7                    MS. GELSOMINO:        Objection.
 8   A    I'm not sure.
 9   Q    Other than this record business that he and
10            Cordell were involved in one way or the other,
11            are you aware of any other jobs that Ru-El
12            Sailor held before his murder conviction in
13            2003?
14   A    I'm not aware of any other jobs.
15   Q    Prior to his conviction for murder in 2003, to
16            your knowledge, did Ru-El smoke marijuana?
17   A    To my knowledge, I -- I think he did, yes.
18   Q    And what is your recollection of how frequently
19            he smoked it prior to the conviction?
20                    MS. GELSOMINO:        Objection.
21   A    I don't know.  I didn't spend enough time with
22            him.
23   Q    Prior to his conviction for murder in 2003, to
24            your knowledge, did Ru-El drink alcohol?
25                    MS. GELSOMINO:        Objection.
```

**Video Deposition**                                    36

```
1    A     Yeah, I think he did.
2    Q     And what is your recollection as to how
3          frequently he drank alcohol during the time
4          period before his conviction of murder?
5                    MS. GELSOMINO:        Objection.
6    A     Maybe a few times a week if he went out.
7    Q     Prior to Ru-El's conviction for murder in 2003,
8          to your knowledge, did he ever use cocaine?
9    A     No.
10                   MS. GELSOMINO:        Objection.
11   Q     Prior to Ru-El's conviction for murder in 2003,
12         to your knowledge, did he own a gun?
13                   MS. GELSOMINO:        Objection.
14   A     Not to my knowledge.
15   Q     Ru-El told me about different friends that he's
16         had over the years.  I want to ask you some
17         questions about those friends to see what your
18         knowledge is of those friends; okay?
19              First, the most commonly referred to name
20         is Cordell Hubbard.
21   A     Uh-huh.
22   Q     Do you know Cordell Hubbard?
23   A     Yes.
24   Q     How long have you known Cordell Hubbard?
25   A     Well, I probably met him around the same time I
```

**Video Deposition**                                    37

```
 1              met Ru-El, so maybe in '98 or '99.
 2    Q    So you knew Cordell, at least, for a few years
 3         before the murder conviction in 2003; correct?
 4    A    Right.
 5    Q    And how is it that you came to know Cordell
 6         Hubbard?
 7                   MS. GELSOMINO:        Objection.
 8    A    Just mutual friends.
 9    Q    Did Ru-El introduce you to him or did somebody
10         else introduce you to him?
11    A    It was probably Marshelle Goodgame.
12    Q    And describe for me if you would what
13         relationship you had with Cordell Hubbard prior
14         to the murder conviction in 2003.
15    A    No relationship.  I wouldn't even have
16         considered him a friend.  He was just someone
17         that I knew.
18    Q    You told me earlier that prior to the murder
19         conviction, you and Ru-El did go out on dates.
20         On any of the times when you were with Ru-El
21         before the murder convictions, did you ever
22         socialize when Cordell Hubbard was present?
23                   MS. GELSOMINO:        Objection.
24    Q    If you recall.
25    A    No, I don't remember.
```

**Video Deposition**                                                38

```
1    Q      When was the last time that you spoke to Cordell
2           Hubbard?
3    A      Oh, man, it's -- it's been years.  Maybe --
4           maybe four years we -- I actually think we spoke
5           in-person.  We went to an event at the prison he
6           was located at the time.
7    Q      Is this after Ru-El got out of prison?
8    A      Yes.
9    Q      Since Ru-El has been out of prison, how many
10          times have you been on a visit to see Cordell
11          Hubbard in prison?
12                  MS. GELSOMINO:         Objection.
13   A      Never.
14   Q      I -- I thought you said you went to a prison
15          event.
16   A      Well, it was an event.  It wasn't a visit to see
17          Cordell.  It was a toastmasters event I think
18          and we were invited to speak.
19   Q      Okay.  Did you see Cordell at that event?
20   A      Yes.
21   Q      Did you get a chance to talk to him?
22   A      Just a "Hi.  How are you?"  That's it.
23   Q      How many times have you been to a prison event
24          since Ru-El's been out of prison?
25                  MS. GELSOMINO:         Objection.
```

**Video Deposition**                                             39

```
 1   A       Just that once.
 2   Q       And where did that take place?
 3   A       I can't remember if it was Mansfield.  I'm not
 4           sure.  I don't remember.
 5   Q       Do you know Nichole Hubbard?
 6   A       Not personally.
 7   Q       Prior to the murder conviction in 2003, did you
 8           ever talk to Nichole Hubbard?
 9   A       No.
10   Q       Do you know Anthony McKenzie?
11   A       Yes.
12   Q       I believe his nickname is "Big Ant"?
13   A       Uh-huh.
14   Q       Do you know how that came to be?
15   A       He's a --
16                   MS. GELSOMINO:      Objection.
17   A       -- big guy.
18   Q       Okay.  Prior to the murder conviction in 2003,
19           did you ever speak to or see Anthony McKenzie?
20   A       Yes.
21   Q       If you would, explain to me your relationship
22           with him or how frequently you saw him back
23           during that time period.
24                   MS. GELSOMINO:      Objection.
25   A       Same as Cordell, just -- I just knew him.  We
```

**Video Deposition**                                        40

```
 1              weren't technically friends.  He was just
 2              someone that I knew, someone that I would see
 3              out, someone, you know, from the neighborhood,
 4              you know, where I hung out at with other
 5              friends.
 6     Q     Prior to the murder conviction in 2003, did you
 7              know that Anthony McKenzie was a good friend of
 8              Ru-El Sailor's?
 9     A     I knew they were friends.
10     Q     And before the murder conviction in 2003, you
11              knew that Cordell Hubbard was a good friend of
12              Ru-El's?
13     A     Yep, I knew they were friends.
14     Q     When was the last time you spoke to Anthony
15              McKenzie?
16     A     I saw him recently and just -- we just hugged
17              "hello" and that's it.  We don't have any
18              in-depth conversations.
19     Q     During the time period when Ru-El Sailor was
20              incarcerated after his murder conviction in
21              2003, did you communicate with Anthony McKenzie?
22                   MS. GELSOMINO:        Objection.
23     A     Only if I saw him out and about just a "hi" and
24              "bye".  That's it.
25     Q     Do you know Bobbie Nettles?
```

**Video Deposition**                                              41

```
 1   A      Yes.
 2   Q      How do you know Bobbie Nettles?
 3   A      Same, just mutual friends through the
 4          neighborhood.
 5   Q      Prior to Ru-El's conviction in 2003, did you
 6          know that Bobbie Nettles was a close friend of
 7          Ru-El's?
 8                   MS. GELSOMINO:         Objection.
 9   A      I don't -- they were friends.  I just knew they
10          were friends.
11   Q      I've seen some things in -- in my file
12          suggesting Bobbie's name --  nickname is
13          "Foots"?
14   A      Yeah.
15   Q      Do you know how he got that nickname?
16   A      No, and I -- I hardly ever hear anyone call him
17          that so.
18   Q      Prior to Ru-El's conviction in 2003, how
19          frequently did you talk to Bobbie Nettles?
20   A      I don't think we've ever spoken, maybe just
21          seeing him out, maybe a "hi, bye."
22   Q      During the time period of Ru-El Sailor's
23          conviction for the murder in 2003, did you ever
24          communicate with Bobbie Nettles?
25   A      You said during?
```

**Video Deposition**                                    42

```
1    Q    During Ru-El's incarceration, did you ever
2         communicate with Bobbie Nettles?
3    A    Did I ever?  Probably, I probably made a
4         three-way phone call for El, so that he could
5         talk to Bobbie, but I don't think I ever like
6         saw him out.
7    Q    Do you remember the substance of any three-way
8         conversations you had with Bobbie Nettles and
9         Ru-El Sailor?
10                MS. GELSOMINO:        Objection.
11   A    It was always just, "What's going on?  What's
12        everyone up to?  You know, what's happening in
13        -- in the neighborhood" and things like that,
14        family, friends.
15   Q    William Sizemore, do you know William Sizemore?
16   A    I know of him, yes.
17   Q    Prior to Ru-El's conviction in 2003, did you
18        know who William Sizemore was?
19   A    No.
20   Q    I'm guessing then prior to Ru-El's conviction in
21        2003, you never spoke to William Sizemore?
22   A    Right.
23   Q    How did you come to know who -- who William
24        Sizemore was?
25   A    Ru-El told me who he was.
```

**Video Deposition** 43

1   Q      And when did Ru-El tell you who he was?

2   A      Probably in our first conversation in 2013.

3   Q      All right.  Before Ru-El's conviction for murder

4          in 2003, did Ru-El ever tell you who William

5          Sizemore was?

6   A      No.

7   Q      You mentioned your first conversation in 2013.

8          Can you explain to me what that conversation

9          was?

10  A      That was when Ru-El and I reconnected.  He had a

11         cell phone while he was in prison and we

12         exchanged numbers through a friend and that

13         night we spoke and we were on the phone for

14         hours.

15              So I -- I asked him to, you know, tell me

16         what -- what exactly happened why he was in

17         prison, you know, aside from what I knew street

18         rumors were.

19  Q      Okay.  Hold that, we'll get back to that

20         conversation.  Do you know who Ronald Snipe is?

21  A      No.

22  Q      To your knowledge, have you ever spoken to

23         Ronald Snipe?

24  A      No.

25  Q      Do you know who Samuel Brown is?

**Video Deposition**                                        44

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | Do you know who Umar Clark is? |
| 3 | A | Yes. |
| 4 | Q | How do you know who Umar Clark is? |
| 5 | A | I know him to be involved in El's case and I met |
| 6 | | him through El. |
| 7 | Q | Prior to Ru-El's conviction in 2003, had you |
| 8 | | ever spoken to Umar Clark? |
| 9 | A | No. |
| 10 | Q | Do you know -- strike that.  Prior to Ru-El's |
| 11 | | conviction in 2003, did you know who Umar Clark, |
| 12 | | Junior was? |
| 13 | A | No. |
| 14 | Q | As you sit here today though, you know who Umar |
| 15 | | Clark, Junior is? |
| 16 | A | Yes. |
| 17 | Q | And I believe he's got a nickname that some |
| 18 | | people call him "Man Man"? |
| 19 | A | Uh-huh. |
| 20 | Q | Yes? |
| 21 | A | Yes. |
| 22 | Q | Do you know how he got that nickname? |
| 23 | A | No. |
| 24 | Q | When did you first learn about who Umar Clark, |
| 25 | | Junior was? |

**Video Deposition**                                                45

```
 1   A      Probably the first time that I spoke to El.
 2   Q      And have you ever spoken to Umar Clark, Junior
 3          yourself?
 4   A      Yes.
 5   Q      When was the last time you spoke to him
 6          yourself?
 7   A      It's been years, yeah, maybe -- maybe three
 8          years.
 9   Q      During the time period of Ru-El's incarceration,
10          did you ever contact Umar Clark, Junior?
11   A      No, uh-uh.
12   Q      Do you remember the substance of any
13          conversations you had with Umar Clark, Junior?
14               MS. GELSOMINO:          Objection.
15   A      No, nothing serious, just, "Hey, how's it going?
16          What's going on out here?"  Oh, and I -- I
17          became friends with his mom so, you know,
18          sometimes he would have me call his mom on
19          three-way and things like that, but...
20   Q      What is his mom's name?
21   A      Nee-Nee -- I don't -- Anitra Brown, yeah.
22   Q      Anitra Brown.
23   A      Is it Anitra Brown?  I don't know.  It's Anitra,
24          but we call her Nee-Nee.
25   Q      When was the last time you spoke to Umar Clark?
```

**Video Deposition**                                      46

```
 1   A     Probably in 2018 the day that El was exonerated.
 2   Q     During the time period of Ru-El's incarceration,
 3         did you ever have any conversations with Umar
 4         Clark?
 5   A     You said prior to El's incarceration?
 6   Q     No.  During Ru-El's --
 7   A     Oh, during.
 8   Q     -- incarceration, did you have conversations
 9         with Umar Clark?
10   A     Yes.
11   Q     And what were the substance of those
12         conversations?
13              MS. GELSOMINO:        Objection.
14   A     I would ask him his involvement with the case
15         and the investigation.  He told me what he knew
16         of the crime and what his thoughts were on El's
17         position in the case.
18   Q     And what do you recall his position being on
19         Ru-El's conviction?
20              MS. GELSOMINO:        Objection.
21   A     He told me that he knew El was innocent.  He
22         knew that William Sizemore was really there that
23         night with Cordell and that El wasn't involved.
24         And he was, you know, going to try to help with
25         El's exoneration.
```

| | | |
|---|---|---|
| 1 | Q | I saw a name of another individual and I don't |
| 2 | | know how to pronounce it, Bennett -- Bennut? |
| 3 | A | Bennett? |
| 4 | Q | Do you know someone -- |
| 5 | A | Do you have a -- a first name? |
| 6 | Q | I don't believe I do at the moment. |
| 7 | A | Just Bennett, no, I don't know. |
| 8 | Q | Bennett or Bennut (changes pronunciation)? |
| 9 | A | Oh, no, uh-uh.  I was going to say Bernatte, but |
| 10 | | no, that's his mom. |
| 11 | Q | Maybe that's it, Bernatte? |
| 12 | A | Bernatte, uh-huh. |
| 13 | Q | Who is Bernatte? |
| 14 | A | El's mom. |
| 15 | Q | To your knowledge, when was the last time that |
| 16 | | Ru-El spoke to Anthony McKenzie? |
| 17 | A | Recently. |
| 18 | Q | And to your knowledge, how frequently does Ru-El |
| 19 | | communicate with Anthony Mckenzie? |
| 20 | | MS. GELSOMINO:        Objection. |
| 21 | A | Probably a couple times a month. |
| 22 | Q | To your knowledge, they still remain friends |
| 23 | | today? |
| 24 | A | Yeah, uh-huh. |
| 25 | Q | To your knowledge, does Ru-El and Anthony, you |

**Video Deposition**                                                48

```
 1            know, go out and socialize together?
 2                  MS. GELSOMINO:        Objection.
 3   A    They don't go out together, but they do see each
 4        other out and Anthony shops at Comma Club, so
 5        they see each other there.
 6   Q    To your knowledge when was the last time Ru-El
 7        either saw or spoke to Bobbie Nettles?
 8   A    Recently.
 9   Q    What is your recollection of when they last
10        either spoke or communicated?
11                  MS. GELSOMINO:        Objection.
12   A    When?
13   Q    Yes.
14   A    Saturday.
15   Q    And what -- explain that communication.
16                  MS. GELSOMINO:        Objection.
17   A    I -- we had a graduation party for my daughter.
18        We have an event space next to Comma Club.  He
19        was in Comma Club and then came to the event
20        space for the graduation party.
21   Q    To your knowledge, how frequently did Bobbie
22        Nettles and Ru-El stay in contact with each
23        other?
24                  MS. GELSOMINO:        Objection.
25   A    Maybe a few times a month.
```

**Video Deposition**                                              49

| | | |
|---|---|---|
| 1 | Q | Did they go out together? |
| 2 | A | No. |
| 3 | Q | To your knowledge, when was the last time Ru-El |
| 4 | | communicated with William Sizemore? |
| 5 | A | I have no idea. |
| 6 | Q | To your knowledge mwhen was the last time Ru-El |
| 7 | | communicated with Umar Clark? |
| 8 | A | I don't know. |
| 9 | Q | To your knowledgem when was the last time Ru-El |
| 10 | | communicated with Umar Clark, Junior? |
| 11 | A | I don't know. |
| 12 | Q | Do you know who Clark Lamar Williams is? |
| 13 | A | I know of him. |
| 14 | Q | I think his nickname was "Dude"? |
| 15 | A | Uh-huh. |
| 16 | Q | Prior to Ru-El's conviction, did you ever speak |
| 17 | | to Clark Lamar Williams? |
| 18 | A | No. |
| 19 | Q | After Ru-El's conviction, did you ever speak |
| 20 | | with Clark Lamar Williams? |
| 21 | A | No. |
| 22 | Q | You know who Larry Braxton is; correct? |
| 23 | A | Yes. |
| 24 | Q | Prior to Ru-El's conviction, did you ever speak |
| 25 | | to Larry Braxton? |

**Video Deposition**                                        50

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | During Ru-El's incarceration, did you ever speak |
| 3 | | directly to Larry Braxton? |
| 4 | A | Yes. |
| 5 | Q | How many times? |
| 6 | A | Well, I spoke to him on the phone a few times |
| 7 | | and we met in-person I think twice. |
| 8 | Q | And what were the substance of those |
| 9 | | conversations? |
| 10 | | MS. GELSOMINO:        Objection. |
| 11 | A | About El's case and his role in the case. |
| 12 | Q | And tell me about those conversations; what did |
| 13 | | you specifically talk about in the case? |
| 14 | | MS. GELSOMINO:        Objection. |
| 15 | A | Well, I -- when I told him who I was and asked |
| 16 | | him if we could meet, I -- I went to his house |
| 17 | | on Englewood and I asked him, you know, what |
| 18 | | happened that night, you know, according to his |
| 19 | | memory. |
| 20 | | And then I explained, you know, who El was |
| 21 | | and what his involvement was in the case and |
| 22 | | explained, you know, his family, his character, |
| 23 | | talked about his kids.  Larry -- Larry told me |
| 24 | | that he made a mistake and he wanted to come |
| 25 | | forward and do the right thing. |

**Video Deposition**                                        51

```
 1               He said that he didn't want an innocent
 2          man to sit in prison.  He didn't want any man to
 3          sit in prison for that long, let alone an
 4          innocent man.
 5     Q    Any other communications you recall having with
 6          Mr. Braxton?
 7     A    He has called my phone recently.  He -- he
 8          didn't -- he would hang up.  It would ring.  He
 9          would hang up.  And when I would call back, it
10          would go straight to voicemail.
11               So I -- I texted the number to see who it
12          was and didn't get a response, so I reversed
13          search the number and realized that it was
14          Larry.
15     Q    And you said recently.  Give me your estimate of
16          when that was?
17     A    Well, it was months before he gave a deposition
18          and it was on the day of his deposition.
19     Q    Did you talk to him on the day of his
20          deposition?
21     A    No.
22     Q    Did you talk to him before his deposition?
23     A    No.
24     Q    Have you talked to him since his deposition?
25     A    No.
```

**Video Deposition**                                                      52

```
1    Q      To your knowledge, when was the last time Ru-El
2           spoke to Braxton?
3                   MS. GELSOMINO:          Objection.
4    A      I know that they've seen each other in public
5           once or twice.  El didn't even know who he was
6           until Larry approached him.
7    Q      You don't know though the substance of those
8           conversations?
9    A      I know the first time they spoke, it was Larry
10          walked up to El in a Walmart and introduced
11          himself.  They shook hands.  And -- and El
12          didn't realize who he was at first until Larry,
13          you know, explained who he was and Larry
14          apologized and I don't know.  I don't remember.
15   Q      Any other knowledge you have of conversations
16          Ru-El had with Larry Braxton?
17   A      I don't remember.
18   Q      In your communications with Larry Braxton, did
19          you ever text him?
20   A      Yes.
21   Q      Do you still have those text messages?
22   A      No.
23   Q      Did you ever send him e-mails?
24   A      No.
25   Q      Did you ever send him letters?
```

**Video Deposition**                                      53

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | Did you ever meet with Mr. Braxton to show him |
| 3 | | any documents? |
| 4 | A | No. |
| 5 | Q | To your knowledge other than you and Ru-El, has |
| 6 | | there been anyone else that you know of that has |
| 7 | | spoken to Mr. Braxton about Ru-El? |
| 8 | | MS. GELSOMINO:        Objection. |
| 9 | A | Attorneys and private investigators. |
| 10 | Q | And what attorneys do you know of that have |
| 11 | | spoken to Braxton? |
| 12 | A | Kimberly Kendall. |
| 13 | Q | And Kimberly Kendall was one of Ru-El's |
| 14 | | attorneys? |
| 15 | A | Yes. |
| 16 | Q | What do you know about Kimberly Kendall's |
| 17 | | communications with Larry Braxton? |
| 18 | | MS. GELSOMINO:        Objection. |
| 19 | A | She went to get an affidavit from Larry when he |
| 20 | | said he made a mistake and he wanted to come |
| 21 | | forward and do the right thing. |
| 22 | Q | And to your knowledge, did Larry Braxton ever |
| 23 | | sign any such affidavit? |
| 24 | A | I don't know if he signed it.  I would assume |
| 25 | | so. |

**Video Deposition**                                    54

| | | |
|---|---|---|
| 1 | Q | You don't know? |
| 2 | A | No. |
| 3 | Q | Any other communications you're aware of |
| 4 | | Kimberly Kendall having with Larry Braxton? |
| 5 | A | Not to my knowledge. |
| 6 | Q | Any other attorneys you know of that spoke with |
| 7 | | Larry Braxton? |
| 8 | A | Not to my knowledge. |
| 9 | Q | You said an investigator spoke with Larry |
| 10 | | Braxton.  Who was that investigator? |
| 11 | A | Tom Pavlish. |
| 12 | Q | And how is it that you know that Tom Pavlish |
| 13 | | spoke to Larry Braxton? |
| 14 | A | Because I had a conversation with Tom about who |
| 15 | | Larry was and what he told me.  So we sent Tom |
| 16 | | to get the affidavit with Kim. |
| 17 | Q | Other than the visit with Kim, do you know if |
| 18 | | Tom ever spoke to Larry Braxton separate from |
| 19 | | that? |
| 20 | | MS. GELSOMINO:        Objection. |
| 21 | A | I actually don't remember if they did. |
| 22 | Q | Am I correct in assuming the substance of the |
| 23 | | communication with Tom and Braxton is the same |
| 24 | | substance you just described for me a moment ago |
| 25 | | when Kim went to meet with Braxton? |

**Video Deposition**                                      55

```
 1   A      He kept asking him his events from the night of
 2          the crime.
 3   Q      And, of course, anything you know about that
 4          visit with Kim and Tom is something you learned
 5          from Kim or Tom?
 6   A      Correct.
 7   Q      You weren't there and you don't know firsthand
 8          what was said?
 9   A      Right.
10   Q      I've seen a lot of different articles that have
11          been written about Ru-El and his case by
12          different reporters.  Do you know any of the
13          reporters that either spoke to Ru-El or reported
14          on his case?
15                 MS. GELSOMINO:        Objection.
16   A      Well, the first reporter I think was Kyle
17          Swenson.
18   Q      And he was a reporter with Cleveland Scene
19          Magazine?
20   A      Yes.
21   Q      Other than Kyle Swenson, any other reporters?
22   A      Ed Gallek.
23   Q      And who is he a reporter for?
24   A      I think it was Channel 5 maybe or I don't know,
25          a news station in Cleveland.
```

**Video Deposition**                                                      56

```
1   Q      Any other reporters?

2   A      I don't know.  I don't -- I don't remember.

3   Q      Were you present or involved in any of the

4          communications Ru-El had with Ed Gallek?

5                 MS. GELSOMINO:       Objection.

6   A      Yes, uh-huh.

7   Q      And just describe for me what the circumstances

8          of those communications.  For example, were they

9          telephone calls, were they in-person meetings or

10         maybe both?

11                MS. GELSOMINO:       Objection.

12  A      Telephone calls.

13  Q      Telephone calls.  Were they telephone calls

14         while Ru-El was incarcerated?

15  A      Yes.

16  Q      Do you know if Ed Gallek has had any

17         communications with Ru-El since he's been

18         released from prison?

19                MS. GELSOMINO:       Objection.

20  A      Yes.

21  Q      And those communications since Ru-El was

22         released, were they communications over the

23         telephone or in-person?

24                MS. GELSOMINO:       Objection.

25  A      I -- I think that they spoke on the phone and
```

**Video Deposition**                                          57

```
 1              saw each other in-person after El came home.
 2   Q    Since Ru-El got released to the best of your
 3        knowledge, what's your best estimate on how many
 4        times Ed Gallek and Ru-El Sailor have spoken?
 5              MS. GELSOMINO:        Objection.
 6   A    Maybe a couple times after he came home.
 7   Q    And of those times, approximately how many times
 8        were in-person meetings?
 9              MS. GELSOMINO:        Objection.
10   A    Maybe twice.
11   Q    Were you present at those in-person meetings?
12   A    I think I was.
13   Q    Where did the meetings take place?
14   A    I think one was a sit-down interview at El's
15        mom's house and then one was an interview that
16        we did at like an anti-crime walk.
17   Q    The telephone calls that Ed Gallek has had with
18        Ru-El since Ru-El has been released, did you
19        participate in those calls?
20   A    No.
21              MS. GELSOMINO:        Objection.
22   Q    The telephone calls Ed Gallek had with Ru-El in
23        prison though, you did participate in?
24              MS. GELSOMINO:        Objection.
25   A    Some, uh-huh.
```

**Video Deposition**                                      58

| | | |
|---|---|---|
| 1 | Q | They were three-way calls? |
| 2 | A | Yeah, uh-huh. |
| 3 | | MS. GELSOMINO:        Objection. |
| 4 | Q | Oh, the other reporter was Kyle Swenson? |
| 5 | A | Right. |
| 6 | Q | There were telephone conversation -- well, |
| 7 | | strike that.  There were three-way telephone |
| 8 | | conversations between you, Ru-El, and Kyle |
| 9 | | Swenson while he was in prison; correct? |
| 10 | A | Some. |
| 11 | Q | Since Ru-El got released from prison, to your |
| 12 | | knowledge, has he had additional telephone |
| 13 | | conversations with Kyle Swenson? |
| 14 | | MS. GELSOMINO:         Objection. |
| 15 | A | A few times after he came home, uh-huh. |
| 16 | Q | Did you participate in those telephone |
| 17 | | conversations? |
| 18 | A | No. |
| 19 | Q | Since Ru-El has been released from prison, to |
| 20 | | your knowledge, has Kyle Swenson had any |
| 21 | | in-person meetings with Ru-El? |
| 22 | A | We -- we met him once for dinner and I think we |
| 23 | | maybe saw him out and about once or twice at a |
| 24 | | couple events or not very often. |
| 25 | Q | Did Kyle interview Ru-El after he got -- strike |

**Video Deposition**

```
 1            that.  Did Kyle interview Ru-El in-person since
 2            Ru-El got released from prison?
 3                    MS. GELSOMINO:        Objection.
 4   A     I don't think so.  I don't think it was an
 5            interview.
 6   Q     The dinner that Kyle Swenson had with Ru-El,
 7            where was that at?
 8   A     Oh, man.
 9                    MS. GELSOMINO:        Objection.
10   A     I think we were in D.C.
11   Q     And you participated in that dinner?
12   A     Yes.
13   Q     So you and Ru-El traveled to D.C. for the
14            dinner?
15                    MS. GELSOMINO:        Objection.
16   A     Well, we were already in D.C.
17   Q     Oh.
18   A     And then because we were going there, we met up
19            with him, let him know that we were -- we were
20            coming and scheduled a dinner together.
21   Q     Yeah, I'm aware he got a job with some newspaper
22            in D.C.  Was he working there at the time?
23   A     Yeah, uh-huh.
24   Q     Do you recall the discussions you had with Kyle
25            when you were at dinner with him?
```

**Video Deposition**                                    60

```
1                    MS. GELSOMINO:        Objection.
2    A    Just about how things were going and, you know,
3         what life is like now that he's home, very
4         informal.  He introduced us to his wife.  That's
5         it.
6    Q    I know from other work I've done, that Kyle
7         Swenson has written, at least, one book.  To
8         your knowledge, did Kyle ever speak to Ru-El
9         about writing a book about Ru-El's story?
10   A    No.
11                   MS. GELSOMINO:        Objection.
12   Q    No, you don't know?
13   A    No, I don't know.
14   Q    You said the other -- you said Kyle may have
15        seen Ru-El at other events?
16   A    Yeah.
17                   MS. GELSOMINO:        Objection.
18   A    Well, we've been involved in like other protests
19        and like Wrongful Conviction Day and things like
20        that.  Community events that Kyle may have been
21        writing articles about, we've seen him at events
22        like that.
23   Q    Can you identify those events for me?  For
24        example, you -- you said one of them was a
25        Wrongful Conviction Day?
```

**Video Deposition**                                             61

```
 1                    MS. GELSOMINO:         Objection.
 2   A    Well, those are some of the events that we do.
 3        So I don't know if that was where they saw each
 4        other at, but I -- I just remember it being some
 5        sort of event or rally.
 6   Q    You made a comment, those are some of the events
 7        that you do.  What do you mean by that?
 8   A    Well --
 9                    MS. GELSOMINO:         Objection.
10   A    -- some of the events that -- that we go or that
11        we're involved with.
12   Q    Other than the wrongful conviction events, what
13        other events or rallies do you recall attending
14        where Kyle was present?
15                    MS. GELSOMINO:         Objection.
16   A    I don't remember.
17   Q    Putting aside Kyle, what type of rallies or
18        events, social events like a rally have you and
19        Ru-El attended since he's been out of prison?
20                    MS. GELSOMINO:         Objection.
21   A    I don't know how many, maybe two or three a
22        year.
23   Q    But what was the cause or the purpose of the
24        rallies?
25   A    Oh.
```

**Video Deposition**                                    62

```
 1                  MS. GELSOMINO:        Objection.
 2   A    Usually like social injustice, wrongful
 3        conviction, things like that.
 4                  MR. CALDERONE:        We've been going
 5        for an hour and a half.  You want to take a
 6        quick break?
 7                  THE WITNESS:          Yeah, it's a
 8        little chilly in here.
 9                  MS. GELSOMINO:        Sure.
10                  THE WITNESS:          I want to go warm
11        up a little bit.
12                  MR. CALDERONE:        Let's go off the
13        record.
14                  MS. GELSOMINO:        Yeah, we can do
15        that.
16                  THE WITNESS:          Okay.
17                  THE VIDEOGRAPHER:     We're off the
18        record at 11:32.
19                  (Short break taken.)
20                  THE VIDEOGRAPHER:     We're back on the
21        record at 11:43.
22   By Mr. Calderone:
23   Q    Amy, earlier you told me there was a -- a first
24        conversation that you had with Ru-El.  I think
25        you said it was around 2013?
```

**Video Deposition**                                                63

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Where you and he started to reconnect and fair |
| 3 | | for me to say then developed or eventually |
| 4 | | entered into a relationship? |
| 5 | A | Correct. |
| 6 | Q | Fair for me to assume that you and Ru-El |
| 7 | | developed that relationship while he was in |
| 8 | | prison? |
| 9 | A | Right. |
| 10 | Q | Tell me about that call in 2013 and how it came |
| 11 | | to be. |
| 12 | A | He had a conversation with my friend at the |
| 13 | | time.  She told me that she spoke to him and he |
| 14 | | asked about me.  Oh, man, I -- I think she gave |
| 15 | | him my number.  Maybe she gave me his, I don't |
| 16 | | remember, but somehow we ended up texting or -- |
| 17 | | or talking.  And then later on that evening, we |
| 18 | | spent hours on the phone. |
| 19 | Q | And that was the -- the beginning of the current |
| 20 | | relationship and marriage you have? |
| 21 | A | Yep. |
| 22 | Q | Since that call in 2013, fair for me to assume |
| 23 | | that you and Ru-El have continually been |
| 24 | | involved in a relationship? |
| 25 | A | Yes. |

**Video Deposition**                                                      64

```
 1   Q      The friend again, what was her name?
 2   A      Portia Goodgame.
 3   Q      Do you have Portia's contact information?
 4   A      I don't have it.  I don't know it off the top of
 5          my head.
 6   Q      Do you still stay in contact with Portia?
 7   A      From time to time.
 8   Q      Will you please find Portia's contact
 9          information and either send it to me directly or
10          give it to Sarah here and she'll get it to me;
11          okay?
12   A      Okay.
13                 MS. GELSOMINO:      What was her last
14          name?
15                 THE WITNESS:        Goodgame.
16                 MS. GELSOMINO:      Thank you.
17   Q      So explain to me then how the relationship with
18          Ru-El developed from the point of that first
19          call up to where you are now?
20   A      Well, when we first spoke, it was just catching
21          up, telling him about my life over the past nine
22          or ten years since he had been in prison and him
23          explaining the case to me and what prison life
24          had been for him.
25                 It was just friendly at first.  We had
```

**Video Deposition**                                         65

```
 1        good conversation.  We spoke every day and each
 2        day it developed more and more into a
 3        relationship.
 4   Q    You indicated that most of these communications
 5        occurred on the cell phone?
 6   A    Yes.
 7   Q    And I take that to mean either speaking
 8        in-person or by text?
 9   A    Yes.
10   Q    The cell phone that you used at that time was
11        the number you gave me earlier today.  What is
12        it again?
13   A    My cell phone number?
14   Q    Yeah, 216?
15   A    No, I don't remember the number.
16   Q    Okay.
17   A    I've had my number changed I think since El's
18        been home maybe.  I don't know.  I don't
19        remember when I got it changed.
20   Q    But back in 2013 when the relationship started,
21        it was the 216-702-3313 number?
22   A    No.
23   Q    At some time between 2013, though, and today,
24        you were using that number; correct?
25   A    I was using the 702, uh-huh.
```

**Video Deposition**                                          66

```
 1    Q       What number was Ru-El Sailor using if you
 2            recall?
 3    A       I don't remember.
 4    Q       Do you recall whose phone he was using for those
 5            communications?
 6    A       I -- no, I don't remember.
 7    Q       Do you know how he got the call or how he got
 8            the phone?
 9    A       I don't know how he got it.
10    Q       But would he call you late at night when he was
11            in his cell?
12    A       Yes, yes.
13    Q       And then a lot of calls would be late at night?
14                    MS. GELSOMINO:        Objection.
15    A       We would talk throughout the day late at night.
16    Q       Did Ru-El always call you or did you call him or
17            both?
18    A       Both.
19    Q       At any time while Ru-El was incarcerated, did
20            you take him a cell phone to use while he was in
21            -- in jail?
22    A       No.
23                    MS. GELSOMINO:        Objection.
24    Q       At any time while Ru-El was incarcerated, do you
25            know anybody else that took him a cell phone to
```

**Video Deposition**                                        67

```
 1            use while he was in jail?
 2   A     No.
 3   Q     You told me that during that initial call, Ru-El
 4            told you about his case and how he came to be in
 5            prison.  What did he tell you at that time?
 6   A     Oh, well, he told me that him and Cordell had
 7            been out together throughout the day that night,
 8            different bars, clubs.
 9                 And then he told me how Cordell ended up
10            on Englewood and having an altercation with Omar
11            Clark and what happened that night.  And then
12            how El ended up getting brought into the case.
13   Q     What did he tell you about the altercation
14            Cordell was involved in?
15                 MS. GELSOMINO:          Objection.
16   A     Nichole Hubbard was out with Dude and Omar
17            Clark.  They were smoking -- they were doing
18            drugs, like smoking wet like PCP cigarettes or
19            something.
20                 And they wanted to get more but none of
21            them -- the guys didn't have money, so Nichole
22            said she would pay for it, but one of them had
23            to give her half on it, but the money was back
24            on Englewood.
25                 So she drove them to get the money and
```

```
 1              instead of giving them -- giving her the money,
 2              one of them pulled a gun out on her and she
 3              ended up calling Cordell and telling him what
 4              happened.
 5                   And -- and then Cordell and Will left the
 6              bar that they were at together, went on
 7              Englewood, and had an altercation where the
 8              crime occurred.
 9     Q    You were not in a relationship with Ru-El Sailor
10          the night of Omar Clark's murder; correct?
11     A    Correct.
12     Q    And fair for me to say your relationship with
13          Omar -- I'm sorry, with Ru-El did not start
14          until what, almost ten years after the murder?
15     A    Right.
16     Q    So you don't have any personal knowledge about
17          what happened that night?
18     A    No.
19     Q    And prior to that 2013 call with Ru-El Sailor,
20          you had never spoken to Ru-El about what
21          happened the night of the murder?
22     A    Right.
23     Q    Prior to your call with Ru-El in 2013, you had
24          never spoken to Cordell Hubbard about --
25     A    Right.
```

```
 1   Q      -- what happened that night?
 2   A      Right.
 3   Q      You did not attend Ru-El Sailor's trial?
 4   A      No.
 5   Q      Since that 2013 call when you spoke to Ru-El,
 6          have you ever been present or involved in a
 7          three-way call when Ru-El was talking to his
 8          attorneys?
 9                 MS. GELSOMINO:      Objection.
10   A      You said before --
11   Q      No.
12   A      -- or since 2013?
13   Q      Since the 2013 call you had with Ru-El, have you
14          ever been involved in meetings or conferences
15          with Ru-El and any of his attorneys?
16   A      Yes.
17                 MS. GELSOMINO:      Objection.
18   Q      What attorneys have you been involved in
19          meetings with?
20                 MS. GELSOMINO:      Objection.
21   A      Kim --
22   Q      Or strike that, let me re-ask --
23   A      Okay.
24   Q      -- that.  What attorneys of Ru-El's have you
25          been involved in meetings with?
```

**Video Deposition**                                      70

```
 1                MS. GELSOMINO:         Objection.
 2    A    Kim, Kimberly Kendall, and attorneys from the
 3         Ohio Innocence Project.
 4    Q    What other attorneys from the Ohio Innocence
 5         Project?
 6    A    Mark Godsey, Jennifer Bergeron, and there were
 7         two fellows.  They weren't attorneys at the
 8         time.
 9    Q    But they were from the Ohio Innocence Project?
10    A    Yes.
11    Q    Now Attorney Kim Kendall has never represented
12         you; correct?
13    A    Correct.
14    Q    And none of the attorneys from the Ohio
15         Innocence Project have ever represented you;
16         correct?
17    A    Right.
18    Q    What do you recall about the conversations that
19         you heard when Ru-El was talking to Kim Kendall?
20                MS. GELSOMINO:         Objection.
21    A    Him explaining the case to her, him explaining
22         his innocence.  And then, you know, throughout
23         her investigation of the case, they would talk
24         about the -- the case and his claim of
25         innocence.
```

**Video Deposition**                                         71

```
 1   Q     Can you tell me anything specific about the
 2         conversations Ru-El had with Kim about the case?
 3                   MS. GELSOMINO:       Objection.
 4   A     Any specifics?  I mean, it was always just about
 5         the case in general and, you know, him not being
 6         involved, and, you know, finding leads, you
 7         know, to help his claim of innocence, things
 8         like that.
 9   Q     What do you recall about the conversations with
10         the attorneys from the Ohio Innocence Project
11         that you participated in --
12                   MS. GELSOMINO:       Objection.
13   Q     -- with Ru-El?
14                   MS. GELSOMINO:       Objection.
15   A     It would be along the same lines, his claim of
16         innocence, and the things that they were working
17         on at the time.
18   Q     Do you remember anything specific that they were
19         working on?
20   A     I don't remember.  I don't remember at the -- at
21         the time.
22   Q     Now in all fairness to you, the conversations
23         that Ru-El would have had with Kim Kendall were
24         how many years ago?
25                   MS. GELSOMINO:       Objection.
```

**Video Deposition**                                    72

```
 1   A      Well, we met -- well, I met Kim myself first.
 2          We had conversations with her over the phone and
 3          -- and with El in-person in maybe 2016.  I don't
 4          remember when she came on as his attorney.
 5   Q      Well, let me ask you this:  When was the last
 6          time you spoke to Kim Kendall?
 7   A      Today.
 8   Q      What did you speak to her about today?
 9   A      She told me she was in Mexico.
10   Q      Why were you speaking with her today?
11   A      Well, I invited her to my daughter's graduation
12          party and she didn't make it, so we were just
13          texting this morning, not talking, sorry,
14          texting.
15   Q      So the communication today was coincidental?
16   A      Yeah, uh-huh.
17   Q      Prior to the text today, when was the last time
18          you spoke to her?
19   A      Just one day last week.
20   Q      Now you indicated you spoke to Kim yourself over
21          the phone sometimes back in 2016.  What were the
22          substance of those conversations?
23              MS. GELSOMINO:        Objection.
24   A      Just about the case.
25   Q      Do you recall anything specific about the
```

**Video Deposition**                                        73

```
 1        conversations?
 2                 MS. GELSOMINO:          Objection.
 3   A    It was always about the case in general.  In the
 4        beginning, it was explaining the case to her.
 5        And then I -- I met with her and explained the
 6        case and his claim of innocence.
 7             And then it would just be about the case
 8        in general once she started, you know, diving in
 9        and learning about it herself.
10   Q    When you say in general though, I don't
11        understand what that means.
12   A    What happened that night.  How El was, you know,
13        brought into the case, what his position was on
14        it, who different people were, you know, just
15        talking about the case as a whole everything
16        that happened that night.
17             And what he's done since he's been in
18        prison to, you know, help his -- his
19        exoneration.
20   Q    And am I correct that when you first spoke to
21        Kim on that call, the information that you were
22        relaying to her was information that you had
23        learned from Ru-El?
24   A    Right.
25   Q    Before speaking to Kim Kendall about the case,
```

**Video Deposition**                                              74

1          did you ever get information about the case from

2          any other source other than Ru-El?

3   A      Just word around town about what happened and

4          word around town that El wasn't involved, but

5          nothing through the courts or anyone involved.

6   Q      After that first call in 2013 with Ru-El as the

7          relationship between you and he grew, did you

8          begin to visit Ru-El?

9   A      Yes.

10  Q      And how frequently did you visit Ru-El while he

11         was incarcerated?

12  A      Every weekend.

13  Q      Now I don't know much about the visitation

14         program in prison.  So some of my questions may

15         seem silly or ignorant to you, but it's really

16         because I don't know.

17             How does that work for prison visits?  Do

18         you have to schedule them ahead of time?  Are

19         you limited in how often you can visit?

20             Would -- would you please explain to me

21         what you recall about that visitation program.

22  A      Well, you have to fill -- fill out an

23         application first and be approved to visit and

24         then once you're approved, the inmate -- and it

25         might be different for each prison, but the

**Video Deposition**                                            75

| | | |
|---|---|---|
| 1 | | inmate is allowed four visits a month. |
| 2 | | And you have to schedule -- I would have |
| 3 | | to schedule the visit and I would get to see him |
| 4 | | from like 8:00 a.m. to 3:00 p.m. usually like |
| 5 | | every Saturday. |
| 6 | Q | And for those visits, were you allowed to take |
| 7 | | things to him while he was in prison? |
| 8 | A | No. |
| 9 | Q | When those visits occurred, where did they occur |
| 10 | | at? |
| 11 | A | In a visiting room in the prison. |
| 12 | Q | So there's a designated room where visitors can |
| 13 | | spend the day with the inmates? |
| 14 | A | Yes. |
| 15 | Q | Other than that visiting room or visiting area, |
| 16 | | are there other areas where visitors are allowed |
| 17 | | to go with the inmate? |
| 18 | A | There are, but I was never involved in any of |
| 19 | | those visits. |
| 20 | Q | During those visits when you're -- when you were |
| 21 | | with Ru-El, what type of facilities or equipment |
| 22 | | or items were available for you and Ru-El? |
| 23 | | For example, do they have games that you |
| 24 | | can play or do they have computers or can you |
| 25 | | facetime people? |

**Video Deposition**                                    76

```
 1   A       No.  So they -- they had lots of games.  They
 2           had like a children's area with books and toys.
 3           They had vending machines for food and sometimes
 4           there would be events where we could prepay for
 5           cooked meals or fast-food brought in from the
 6           outside.
 7               We sat across from each other in between a
 8           small table.  Sometimes we were allowed to hold
 9           hands.  We were only allowed to like hug or kiss
10           hello and goodbye, but we would get to take
11           pictures together at -- at one point during the
12           visit.
13   Q       The visits, are they -- are they monitored
14           meaning are there people watching?
15   A       Uh-huh, yep.
16   Q       Yes?
17   A       Yeah, yeah.  So they have a CO at a desk and
18           then they usually have one or two like in a
19           corner of the visiting room.
20   Q       And then the -- the prison calls, can you
21           explain to me the format of the prison calls?
22           For example, are the calls recorded?  There are
23           people that -- I shouldn't say people, but the
24           calls are recorded?
25   A       Yes.
```

**Video Deposition**                                          77

```
 1   Q     Now those calls are different than any call you
 2         may make directly to Ru-El's cell phone?
 3   A     Correct.
 4   Q     The calls that go through the prison system, are
 5         those calls where Ru-El has to initiate the call
 6         to you?
 7   A     Yes.
 8   Q     And for any three-way calls, did Ru-El have to
 9         initiate the call to you and then you connect
10         somebody to the call?
11   A     Right.
12   Q     As far as the calls that went through the prison
13         system, were they limited in duration or time?
14   A     Fifteen (15) minutes.
15   Q     And at the min -- at the end of those 15
16         minutes, the call would get cut off?
17   A     Well, you would have 60 seconds remaining, so
18         you knew it was ending and then they would cut
19         off.
20   Q     After they cut off though, Ru-El could call you
21         right back and reinitiate a new call?
22   A     Yes.
23   Q     Is there any cost or money that was involved in
24         the calls, the prison calls?
25   A     Yes.
```

**Video Deposition**                                             78

1    Q      What was that?

2    A      I can't remember how much they cost, but I could

3           put money on an account where he could just call

4           me alone or I could put money on his account so

5           that he could call anyone.  And anyone could put

6           money on the account, but I don't remember how

7           much they were, $1.00, $2.00, I don't remember.

8    Q      You and Ru-El, did you have any telephone calls

9           that went through the prison system where Ru-El

10          was calling you through a different inmate's

11          account or phone?

12   A      Yeah, sometimes.

13   Q      And how did that work to your knowledge?

14   A      Like if -- if somebody was on the phone and it

15          wasn't his turn, he would have the person that

16          the inmate was speaking to call me on three-way

17          or if he didn't have money on his account,

18          someone else would have money, and, you know,

19          they would let him use their phone account to

20          call me.

21   Q      So the other inmate would call you once you were

22          on the phone and they would basically hand the

23          phone to Ru-El?

24   A      I -- maybe.  I don't know if that's how it

25          worked, probably, yeah, something like that.

**Video Deposition**                                            79

```
1   Q     Okay.
2   A     I don't know if he could just pick up the phone
3         and call from someone else's account.  I don't
4         know how that works.
5   Q     All right.  Now since Ru-El's release from
6         prison, you and he have lived together?
7   A     Yes.
8   Q     Since Ru-El's release from prison, have you and
9         he taken any trips or vacations?
10  A     Yes.
11              MS. GELSOMINO:        Objection.
12  Q     Where have you went for vacation or trips?
13  A     We've been to D.C., Chicago, Florida, Atlanta,
14        Arizona, I don't know, Detroit.
15  Q     Any other trips you can think of that you and
16        Ru-El have taken together?
17  A     Yeah, we go on trips all the time, but I don't
18        know.  I don't remember, you know, local
19        overnight stays, Columbus.
20  Q     Since Ru-El has been out of prison, has he had
21        any particular interest or hobbies that he's
22        engaged in?
23              MS. GELSOMINO:        Objection.
24  Q     Putting aside his business.
25  A     We have Monday dinners with our family every
```

**Video Deposition**                                    80

```
 1              week.  We look forward to that every week.  He
 2              coaches Myel's soccer team.  I don't know, he's
 3              just like involved -- he's really involved with
 4              Comma Club.
 5                   He spends most of his time there from open
 6              to close.  And anything in between is just stuff
 7              with the family or us doing things as a couple.
 8   Q          So take me through Ru-El's typical daily routine
 9              right now.
10                        MS. GELSOMINO:        Objection.
11   A          Well, he wakes up in the morning.  He spends a
12              couple hours in the bathroom, no, just kidding.
13              No, he -- he gets up in the morning and, you
14              know, does his thing around the house and then
15              he, you know, gets to Comma Club at like 10:00,
16              because we open at 11.  And he's there until
17              seven, eight or nine at night.
18                   Usually he'll leave at closing time which
19              is seven, he'll come home, eat dinner, hang out
20              for a little while and then go back to Comma
21              Club just to clean up, close up, catch a couple
22              of sales, and then he'll either go out or come
23              home.
24   Q          To your knowledge, does Ru-El take any
25              medication now?
```

**Video Deposition**                                      81

```
 1   A      Yeah.
 2                 MS. GELSOMINO:        Objection.
 3   A      He has high blood pressure, so he takes
 4          medication for that.
 5   Q      Any other medication other than the high blood
 6          pressure?
 7   A      No.
 8   Q      And since he's been out of prison, to your
 9          knowledge, has he ever taken any other
10          medication, putting aside a cold or something
11          where he got antibiotics?
12   A      No.
13                 MS. GELSOMINO:        Objection.
14   Q      Does Ru-El Sailor see any doctors on a regular
15          -- regular schedule now?
16   A      Uh-uh.
17   Q      Does --
18   A      No.
19   Q      That's no?
20   A      No.
21   Q      So I'm presuming if he gets sick or something,
22          he sees a doctor on an as-needed basis?
23   A      Yes.
24                 MS. GELSOMINO:        Objection.
25   Q      Since Ru-El's been out of prison, has he seen
```

**Video Deposition**                                     82

```
 1              any psychiatrist or psychologist on a regular
 2              basis?
 3                     MS. GELSOMINO:        Objection.
 4    A      No.
 5                     MR. CALDERONE:        Let's go off the
 6              record real quick.
 7                     THE VIDEOGRAPHER:     We're off the
 8              record at 12:06.
 9                     (Discussion off the record.)
10                     THE VIDEOGRAPHER:     We're back on the
11              record at 12:17.
12    By Mr. Calderone:
13    Q      Ms. Sailor, is it your understanding that from
14              the time that Ru-El was first arrested for the
15              murder of Omar Clark until his release in 2018,
16              that he was continuously incarcerated?
17                     MS. GELSOMINO:        I'm sorry, can
18              you say that again?  I missed the beginning part
19              of that.
20    Q      Yeah, I'm just asking is it your knowledge since
21              he was first arrested for the murder of Omar
22              Clark until his release from prison, is it your
23              understanding he was continually incarcerated?
24    A      Yeah, I think so.  I think he was.  I don't -- I
25              don't think he was ever given a bond.
```

**Video Deposition**                                      83

```
 1   Q      In 2013 when you began your relationship with
 2          Ru-El Sailor, where were you living at that
 3          time?
 4   A      I was living in Euclid.
 5   Q      And what address?
 6   A      20831 Tracy Avenue, Euclid 44123.
 7   Q      And who else lived with you at that address?
 8   A      Paige, Mia, and Olivia.
 9   Q      So it was just you and your daughters?
10   A      Yes.
11   Q      When did you move from that address?
12   A      My house caught on fire in 2015 and I moved back
13          in with my mom.
14   Q      And where does your -- or did your mom live at
15          that time anyways?
16   A      On East Park, 18313 East Park.
17   Q      Where is East Park at?
18   A      Cleveland, 44119.
19   Q      When you moved back in with your mom, other than
20          you and your daughters, was there anybody else
21          living at the house at that time?
22   A      My mom and my stepdad.
23   Q      How long did you continue to live with your mom
24          and your stepdad?
25   A      Under a year.
```

**Video Deposition**                                        84

```
 1   Q      And where did you move when you left your mom
 2          and your stepdad's house?
 3   A      On East 258th, I don't -- I can't remember the
 4          address.
 5   Q      In the City of Cleveland?
 6   A      Euclid, sorry, Euclid 44 -- I know it was 44132,
 7          but I don't remember the address.
 8   Q      Was it a house or an apartment?
 9   A      House.
10   Q      Did you rent the house?
11   A      Yes.
12   Q      Did anybody else live there with you in that
13          house other than your daughters?
14   A      No.
15   Q      How long did you live on the East 258th Street
16          residence?
17   A      From like sometime 2016 to maybe 2019.
18   Q      Were you still living on East 258th Street when
19          Ru-El got out of prison?
20   A      Yes.
21   Q      And when he got out of prison, did the two of
22          you end up living together?
23   A      Yes.
24   Q      Did he move in with you on the East 258th Street
25          address?
```

**Video Deposition**                                    85

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | And then when you moved out of the 258th Street |
| 3 | | address, am I correct that he moved out with you |
| 4 | | and wherever you went, then you moved in |
| 5 | | together? |
| 6 | A | Yes. |
| 7 | Q | Where did you go after the East 258th Street |
| 8 | | residence? |
| 9 | A | 55th Sunnycliff Drive, Euclid 44123. |
| 10 | Q | Sunnycliff? |
| 11 | A | Yes. |
| 12 | Q | And I'm sorry, you said Euclid? |
| 13 | A | Yep, 1 -- 44123. |
| 14 | Q | Was that a house? |
| 15 | A | Yes. |
| 16 | Q | And were you and Ru-El or you and/or Ru-El |
| 17 | | renting the house or did you buy the house? |
| 18 | A | We were renting. |
| 19 | Q | And how long did you live there? |
| 20 | A | Until 2020. |
| 21 | Q | So you lived there for roughly a year? |
| 22 | A | Yep. |
| 23 | Q | And where did you move after Sunnycliff Drive? |
| 24 | A | To 384 East 211th, Euclid 44123. |
| 25 | Q | Was this an apartment or a house? |

**Video Deposition**                                                    86

```
 1   A      House.

 2   Q      Renting?

 3   A      Yes.

 4   Q      How long did -- and Ru-El lived there with you,

 5          of course; right?

 6   A      Right.

 7   Q      How long did you and Ru-El live on 384 East

 8          211th Street?

 9   A      We still live there since 2020.

10   Q      Do you and Ru-El have any plans to buy a house

11          or live in any particular area?

12   A      Yeah, we've been looking for a few years.  At

13          first we were looking in Euclid and then once we

14          really couldn't find anything to our liking, we

15          started to look in other cities, sometimes other

16          states.

17   Q      When did you and Ru-El get married?

18   A      2019.

19   Q      Right after he got out of prison?

20   A      A year after he got out of prison.

21   Q      And I'm sure you and he have talked about the

22          future.  What -- what's your plans -- when I say

23          your plans, I mean, you and Ru-El, what's your

24          plans for the future?

25                 MS. GELSOMINO:        Objection.
```

**Video Deposition**                                    87

```
 1   A      Well, we hope to expand Comma Club, do more with
 2          our nonprofit, buy a house, travel.
 3   Q      Anything else you've talked about for the future
 4          with Ru-El?
 5   A      Just living day-to-day.
 6   Q      I may have asked you before, if I have, forgive
 7          me.  When Ru-El was in prison, you told me about
 8          visiting him once a week and talking to him on
 9          the phone.
10              Did you ever send him mail while he was in
11          prison?
12   A      Uh-huh, yes.
13   Q      By U.S. mail?
14   A      Yes.
15   Q      How about e-mails?
16   A      JPay e-mails.
17   Q      What is JPay?
18   A      It's the app outside friends and families use to
19          communicate with inmates.
20   Q      If you would, please explain to me how that
21          worked.
22   A      I created an -- an account and added him through
23          his inmate number and I would have to put money
24          on my account to buy stamps to send him e-mails
25          or money on the account, so that he could
```

## Video Deposition

```
 1              respond or send the e-mails to other people.
 2    Q    Those e-mail communications, do you know if they
 3         were monitored by others?
 4    A    They are.
 5    Q    When you would send him an e-mail as long as
 6         there was money in the JPay account, could he
 7         respond by e-mail?
 8    A    Yes.
 9    Q    We've talked about the fact that you had calls
10         with Ru-El and I think you said that you guys
11         spoke almost -- if not, every day?
12    A    Uh-huh.  Yeah, we did.
13    Q    Fair for me to assume that you cannot recall
14         today all the substance or the details of all
15         the calls that you had during the how many
16         years, 15 plus years he was in prison?
17    A    Well, it was only for the last five that we
18         communicated, but I don't know.
19    Q    True.  Do any particular conversations with
20         Ru-El during those last five years stand out in
21         your mind as we sit here right now.
22              MS. GELSOMINO:          Objection.
23    A    I don't know.  There were so many.  We talked
24         about what life would be like once he came home.
25         He was always confident that he was coming home.
```

**Video Deposition**                                              89

```
 1              I never doubted him.  I always felt like he was
 2              going to come home.  So we talked about the
 3              future and all the things that he wanted to do,
 4              all the things that he missed out on, you know,
 5              how his life was going to be with the kids, us
 6              getting married, us starting a family, things
 7              like that.
 8    Q    Now after reconnecting in 2013 and -- and
 9              starting a new relationship with Ru-El from that
10              2013 date up through the time until Ru-El got
11              released, you and Ru-El worked very hard to get
12              him released; correct?
13    A    Right.
14              MS. GELSOMINO:         Objection.
15    Q    Take me through the things you did toward
16              getting Ru-El released.
17              MS. GELSOMINO:         Objection.
18    A    Well, I created an e-mail and I would just copy
19              and paste it, send it to any and everyone I can
20              think of, news reporters, celebrities.  I would
21              message people on social media platforms
22              explaining his case.
23              At one point I created a packet with paper
24              details about his case and I would take it to
25              news stations and radio stations, anyone with
```

**Video Deposition**                                          90

```
 1              like any sort of like political ties.  I would
 2              go to political meetings and any sort of
 3              community meetings with community
 4              representatives and -- and things like that.
 5                   I had a rally twice at the Justice Center,
 6              yeah.
 7    Q    The packet of information that you -- you took
 8         to news stations and gave to reporters, what was
 9         in that packet?
10    A    In the beginning it was just like a -- a written
11         description of the case and his claim of
12         innocence.  I think I had a picture of him,
13         maybe a picture of him with his kids.
14                   And then once -- once Kimberly Kendall
15         wrote the application of innocence for the
16         Conviction Integrity Unit, I printed that
17         document and would hand that to people.
18    Q    Do you still have that application today?
19    A    Somewhere in an e-mail.
20    Q    I was going to say, do you have it
21         electronically or do you have a hard copy or
22         both?
23    A    I'd have to look.  I'm not sure.  I don't think
24         I have a -- a paper copy anymore.
25    Q    How about the packet of information that you
```

**Video Deposition**                                    91

```
 1            gave to the news reporters, do you still have
 2            that information?
 3   A        No.
 4   Q        Did you keep that information electronically or
 5            hard copy or both?
 6   A        I don't know if I typed it up and just printed
 7            it out and made copies.  I -- I would -- I don't
 8            know.  I would have to go back and look.
 9   Q        You told me about the application to the CIU
10            that you gave out and the photo and a
11            description of the case.
12                 What other information that was in the
13            packet that you gave out to the media or news
14            reporters about the case?
15   A        It was just a -- a description of the case
16            itself and his claim of innocence.  I don't
17            really remember exactly what was in it.
18   Q        Did you at any point acquire a copy of the trial
19            transcript or any of the documents, I'll say
20            exhibits, from his case?
21   A        I don't know if anyone had ever given them to me
22            or if I've just seen them, but I -- because I
23            have seen them.  I don't -- I don't remember how
24            I got them, though.
25   Q        Did you provide copies of any transcripts from
```

**Video Deposition**                                          92

```
 1           the trial to anyone else to make an effort to
 2           get Ru-El released from prison?
 3   A   I don't -- I think Kim might have been the only
 4           person I ever had a conversation with about the
 5           transcripts, maybe the OIP.  I don't -- I don't
 6           think I ever gave any transcripts to anyone.
 7   Q   What else did you do to work towards Ru-El
 8           getting released from prison?
 9   A   I just kept in contact with his attorneys.  I
10           would reach out to, like I said, any like
11           political parties or community leaders, church
12           members, and -- and things like that.
13   Q   Were these contacts with the political parties
14           or church people written contact or in-person
15           contact or perhaps both?
16   A   I think it was mostly in-person.  I don't know
17           if I ever actually wrote anything to any
18           political parties.  I think it was mostly in
19           person.
20   Q   Is there anything else you did to work on Ru-El
21           getting released from prison?
22   A   I had close communication with Russel Tye in the
23           Conviction Integrity Unit.  When Michael
24           O'Malley was running for mayor, I would pretty
25           much follow him wherever he was going just so
```

**Video Deposition**                                                93

```
 1            that I could get up and speak about Ru-El's
 2            case.
 3                 But I remember one -- one event, he was
 4            like, "You know, if I take office, you know, his
 5            case is going to be the first thing I look at.
 6            You know, we're going to do whatever we can to
 7            help him out."
 8                 I remember the first conversation I had
 9            with Russell Tye after he had looked into the
10            case.  He told me personally that he believed El
11            was innocent.
12   Q   When the Conviction Integrity Unit investigated
13       this file, did they ever communicate with you
14       about their investigation?
15   A   Yes.
16   Q   And who, to your knowledge, are the people that
17       worked on reviewing Ru-El Sailor's file from the
18       Conviction Integrity Unit other than Russell
19       Tye?
20   A   I can't remember the man's name who was running
21       the office before O'Malley took office.  He was
22       under like McGinty, but I can't remember his
23       name, but I -- I had communicated with him.
24                 Another man that works in the office named
25       Michael O'Malley, but not the Michael O'Malley.
```

**Video Deposition**                                    94

```
 1              did I say mayor earlier?  Did I?  I meant
 2              prosecutor.
 3     Q    Did you ever supply additional information to
 4              the Conviction Integrity Unit to consider in
 5              getting Ru-El out of jail?
 6                   MS. GELSOMINO:        Objection.
 7     A    I don't know if I ever really provided anything
 8              to them that they didn't access themselves or
 9              had access to themselves.  I -- I don't know.  I
10              don't remember.
11     Q    Now at some point the Ohio Innocence Project got
12              involved in Ru-El Sailor's case; correct?
13     A    Uh-huh, yeah.
14     Q    Yes?
15     A    Right.
16     Q    Do you know how that came to be?
17     A    So I know that El had filed an application with
18              them over the years, but they had turned it
19              down.  And once Kyle Swenson wrote the article
20              in the Scene Magazine, he mentioned the case to
21              Brian Howell who worked for the Innocence
22              Project.
23                   And I don't know what happened behind the
24              scenes from there, but we were told that he had
25              to fill out another application.  And to speed
```

**Video Deposition**                                    95

```
 1            that along, I filled it out and signed his name
 2            and mailed it in and they accepted it.
 3   Q   So this was an application to the Ohio Innocence
 4            Project?
 5   A   Right.
 6   Q   That application, can you tell me what it
 7            consisted of; was it just a matter of answering
 8            questions?
 9   A   It's really, really basic.  Well, it was at the
10            time, just his name and his basic information,
11            and then they -- I think maybe a short
12            description of his claim of innocence.  I don't
13            remember exactly.
14   Q   Did the application require that you also
15            provide any other information or evidence to the
16            Ohio Innocence Project?
17   A   I don't think it did.  No, I don't think so.
18   Q   Did Kim -- to your knowledge did Kim have
19            communications with the Ohio Innocence Project?
20   A   I believe so.
21   Q   What is your understanding of her communications
22            with the Ohio Innocence Project?
23            MS. GELSOMINO:        Objection.
24   A   They worked together on El's case.
25   Q   To your knowledge did Kim provide documents,
```

**Video Deposition**

```
 1            evidence, or information to the Ohio Innocence
 2            Project?
 3   A    I think so.
 4   Q    Did you ever receive copies of her
 5            communications to the Ohio Innocence Project?
 6   A    No, uh-uh.  I don't think I did.
 7   Q    You mentioned Kyle Swenson talking to someone
 8            from the Ohio Innocence Project.  Did Kyle tell
 9            you he contacted someone from the Ohio Innocence
10            Project?
11                 MS. GELSOMINO:         Objection.
12   A    I actually don't remember how their interaction
13            came about.  I'm not -- I'm not sure who
14            contacted who and how it was mentioned.
15   Q    I want to ask you a few questions about Kyle
16            Swenson.  Before Ru-El Sailor was released from
17            prison, my understanding is that you had several
18            different conversations with Kyle Swenson about
19            Ru-El's case?
20   A    Right.
21   Q    Do you know if Kyle Swenson recorded any of
22            those conversations?
23   A    I don't remember if he did.  I -- I think we
24            only met one time in-person in a cafe and I
25            don't remember where.  I'm not sure if he
```

**Video Deposition** 97

```
 1            recorded.  I don't remember.
 2   Q   Now other than the in-person conversation, you
 3       had telephone conversations with Kyle about
 4       Ru-El's case?
 5   A   Right.
 6   Q   Do you know if any of those telephone
 7       conversations were recorded by Kyle?
 8   A   I don't know.
 9   Q   You told me that there were three-way
10       conversations between you and Ru-El and Kyle
11       while Ru-El was in prison; correct?
12   A   Right.
13   Q   Do you know if Kyle Swenson recorded any of
14       those conversations?
15   A   I don't know.
16   Q   How did you first come -- you yourself first
17       come to meet and speak to Kyle Swenson?
18            MS. GELSOMINO:        Objection.
19   A   El told me about a -- a guy who wrote a book.  I
20       think it was about Ricky Jackson, another
21       exoneree from Ohio and he asked me if I would
22       reach out to him and I did.
23            And then we -- you know, we had a
24       conversation over the phone and then met up
25       in-person.
```

**Video Deposition**                                      98

```
 1   Q     And you said you reached out to Kyle.  How did
 2         you reach out to Kyle?  Did you call him or send
 3         him a letter or an e-mail or what?
 4   A     Oh, man, I don't remember.  Well, I think I had
 5         to track him down through the Scene.  So I don't
 6         know if they transferred me to him or if they
 7         gave me his e-mail address.  I don't remember.
 8   Q     In that first conversation you had with Kyle
 9         when he responded to you, tell me what you
10         recall about that conversation.
11               MS. GELSOMINO:        Objection.
12   A     Just me explaining the case and El's claim of
13         innocence.
14   Q     At any time during that initial conversation
15         with Kyle Swenson, did he tell you that he was
16         interested in doing a story on Ru-El?
17   A     I can't remember what he said, but I just
18         remember feeling excited and optimistic.  We
19         thought that, you know, something good was going
20         to come of it and he did end up writing the
21         article so.
22   Q     What is your best estimate of when you first
23         spoke to Kyle Swenson?
24   A     Oh, man, when was that?  Maybe 2016 or 2017.  I
25         -- I don't remember.
```

**Video Deposition** 99

```
 1   Q      When was the last time you spoke to Kyle?
 2   A      Oh, man, years.
 3   Q      All right.  Back when after you first initiated
 4          contact with Kyle, can you estimate for me
 5          approximately how many conversations you had
 6          with Kyle about Ru-El's case?  Give me some
 7          idea.
 8                 MS. GELSOMINO:        Objection.
 9   A      Maybe 20, I don't know.
10   Q      Was Kyle -- in your opinion was Kyle an
11          important person in getting Ru-El released from
12          prison?
13                 MS. GELSOMINO:        Objection.
14   A      Not getting released, but getting his story out
15          there.
16   Q      And I'm sure when you spoke with Kyle about
17          Ru-El's case, you would keep Ru-El informed
18          about the conversations and communications you
19          were having about Kyle; correct?
20   A      Right.
21   Q      And am I correct that as you continued to do any
22          of the things you did to try and get Ru-El
23          released, you would keep him updated as to what
24          you were doing, who you were talking to, or who
25          you were giving information to?
```

**Video Deposition**                                        100

```
 1   A      Right.
 2   Q      Do you recall speaking to any of the witnesses
 3          from Ru-El's criminal case about trying -- about
 4          them recanting or changing their testimony?
 5                  MS. GELSOMINO:         Objection.
 6   A      The only person that I ever spoke to about the
 7          case was Larry and it was never about him
 8          recanting.  It was just him offering his
 9          apologies and offering to come forward and do
10          the right thing in his words.
11                  Same thing with Umar Clark.  He -- it was
12          the same, "I'm going to do whatever it takes.
13          You know, I'm going to help.  Just let me know.
14          Tell me what you need to -- what you need me to
15          do."
16                  MR. CALDERONE:         Let's take a
17          quick break for a second.
18                  THE VIDEOGRAPHER:      We're off the
19          record at 12:30 p.m.
20                  (Lunch break taken.)
21                  THE VIDEOGRAPHER:      We're back on the
22          record at 1:14.
23   By Mr. Calderone:
24   Q      Ms. Sailor, I was asking you questions about
25          your telephone conversations with Ru-El and with
```

**Video Deposition**                                    101

1          Kyle Swenson while Ru-El was in prison.  I've

2          got some documents I'm going to mark on the

3          record here and I want to ask you questions

4          about or actually, I have some disks.

5                    MS. GELSOMINO:        For me, thank

6          you.

7                    MR. CALDERONE:        Yeah.  For the

8          record, I have one copy here that will go into

9          evidence.  I've got an exhibit marked as Exhibit

10         A which was a subpoena issued to Global Tel

11         Link, Corp. with the duces tecum to produce a

12         number of calls that Ru-El Sailor was involved

13         in.  There's a duces tecum, Exhibit A, and with

14         the subpoena is a verification or a

15         certification from that company with calls that

16         they produced.

17                   And they produced I believe a total of

18         eight CD disks.  Those CD disks have been marked

19         as Exhibits A1 through A8 and labeled as they

20         were that I received them.  These are disks that

21         were already produced in the course of discovery

22         to the City of Cleveland and Plaintiff's

23         counsel.

24                   I've mark as Exhibit B a subpoena that

25         was sent to the same entity for more calls, but

**Video Deposition**                                     102

1          Exhibit B is a subpoena that had a duces tecum

2          requesting recordings of any and all calls made

3          to the phone number 216-702-3313 or any and all

4          calls made to 216-273-3211 by any inmate.

5                  With the subpoena, we got a production

6          of multiple CD disks which I've marked Exhibits

7          B1 through B8 and we got a verification signed

8          by the entity, that Global Tel Link, that

9          produced the CDs.  So Exhibits A and B are

10         exhibits to this deposition of all of those

11         calls.

12                 MS. GELSOMINO:      Ken, just so that

13         I make sure I have everything, on the -- so A is

14         fine.  That's the subpoena.  A1 through A8 are

15         disks of all calls received and then B1 through

16         B8 are disks of all calls?

17                 MR. CALDERONE:      That's correct.

18                 MS. GELSOMINO:      Do I have -- I

19         don't have those; do I?  Are they --

20                 MR. CALDERONE:      Oh, yeah, you --

21                 MS. GELSOMINO:      -- in here

22         somewhere?

23                 MR. CALDERONE:      -- you have them.

24         We've produced them all.

25                 MS. GELSOMINO:      Oh, you mean

**Video Deposition**

1      they're previously produced?

2             MR. CALDERONE:      Yes, these were

3      produced long ago.

4             MS. GELSOMINO:      Okay.  I mean, I

5      know that they were produced, but I don't have

6      -- I'm not receiving them in this deposition,

7      like I don't have A1 through A8 --

8             MR. CALDERONE:      No, I --

9             MS. GELSOMINO:        -- or B1 through

10     B8.

11            MR. CALDERONE:      I have a copy of

12     the disks here.  Since they've already been

13     produced --

14            MS. GELSOMINO:      Okay.

15            MR. CALDERONE:        -- I'm going to

16     put them with the transcript.

17            MS. GELSOMINO:      That's fine.

18            MR. CALDERONE:      And for the

19     record, I have as Exhibit C -- do you that

20     binder?

21            MR. FORD:           Yeah.

22            MS. GELSOMINO:      Exhibit C I have

23     a thumb drive.

24            MR. CALDERONE:      Yes.  For the

25     record, rather than combing through the disks of

**Video Deposition**                                          104

```
 1              hundreds of phone calls, some of the calls I'm
 2              going to ask questions about, I have downloaded
 3              from the disks and separately marked them as
 4              select calls that I've marked as exhibit --
 5                        MR. FORD:          You can have this
 6              one.
 7                        MR. CALDERONE:        -- that I've
 8              marked as Exhibit C.  Some of those calls I made
 9              transcripts of that were referred to today and
10              those transcripts are marked Exhibit C1 through
11              Exhibit C10.  So I just want to be clear on the
12              record what we're working from.
13   Q    So to go on with my questioning here, Ms.
14        Sailor, I want to draw your attention to --
15                        MR. CALDERONE:        I need a binder
16        for her.
17   Q    I want to draw your attention to a call that was
18        produced on Exhibit C of the list of calls to
19        your phone number.  And the call I'm going to
20        refer to is a call on May 3rd, 2016.  The
21        electronic file on the disk is disk number two,
22        call number 617.
23              And for your convenience, I've had a
24        transcript of this call made and I've marked it
25        as Exhibit C1 that we have in front of you.  If
```

**Video Deposition**                                    105

```
 1              you would, just take a moment and look at the

 2              first couple two pages and see if the first

 3              couple pages refresh your memory at all about

 4              speaking with Ru-El Sailor that day.

 5                   And then you tell me when you're ready for

 6              me to ask you a question.

 7   A    Okay.

 8   Q    Does that refresh your memory about speaking

 9        with Ru-El that day?

10   A    No.

11   Q    All right.  I'm going to draw your attention to

12        page four, line eight of the transcript.  I'm

13        going to ask you to read from page four, line

14        eight of Exhibit C1 and read to page eight, line

15        eight.  If you would, please read those pages.

16   A    "Mr. Sailor, hello."

17   Q    You don't have to read it --

18   A    Oh.

19   Q    -- out loud.

20   A    Oh, I'm sorry.  Okay.

21   Q    Does reading that transcript of what I am

22        representing to you to be what is on the

23        recording refresh your memory about a

24        conversation you had that day with Mr. Sailor?

25   A    I don't remember this specific conversation.
```

**Video Deposition**                                             106

| | | |
|---|---|---|
| 1 | Q | All right.  Well, to further refresh your |
| 2 | | memory, I'm going to play this segment of the |
| 3 | | audio recording for you. |
| 4 | | MR. CALDERONE:     And for the |
| 5 | | record, we're going to -- we're going to go to |
| 6 | | Exhibit C, which is a May 3rd, 2016, phone call |
| 7 | | disk two, call number 617, and I'd like to play |
| 8 | | from time mark two minutes, 59 seconds to time |
| 9 | | mark seven minute, four seconds.  Would you |
| 10 | | please play -- |
| 11 | | MR. GELSOMINO:     Hold on, can you |
| 12 | | just tell me those time marks again? |
| 13 | | MR. CALDERONE:     Two minutes, 59 |
| 14 | | seconds to seven minutes and four seconds. |
| 15 | | MS. GELSOMINO:     Thank you. |
| 16 | | MR. CALDERONE:     Would you please |
| 17 | | play that recording? |
| 18 | | (Jail call played.) |
| 19 | | MR. CALDERONE:     Is that the |
| 20 | | recording. |
| 21 | Q | Now I want to stop there.  Hearing that |
| 22 | | conversation, you do recognize Ru-El's voice on |
| 23 | | the recording; don't you? |
| 24 | A | Yes. |
| 25 | Q | And you recognize Kyle Stewart's voice on the |

**Video Deposition**                                        107

```
 1           recording?
 2   A     Swenson.
 3   Q     I'm sorry.
 4   A     Uh-huh, yes.
 5   Q     Kyle Swenson.  You were a part of this three-way
 6           conversation as well; correct?
 7   A     Right.
 8   Q     Does this help refresh your memory about that
 9           part of the conversation?
10   A     I -- I don't remember how the conversation went.
11           It -- it all sounds familiar.
12   Q     Based upon what we've heard from that call so
13           far, we know this was a three-way conversation
14           that you, Ru-El, and Kyle Swenson were involved
15           in; correct?
16   A     Right.
17   Q     We know that Kyle Swenson indicated that he was
18           recording this conversation; correct?
19   A     Right.
20   Q     So the conversation was, so to speak, on the
21           record?
22   A     Right.
23   Q     And we know during the conversation that was on
24           the record Ru-El described for him that he
25           didn't know Cordell Hubbard had left the bar
```

**Video Deposition**                                        108

```
1              that night of the murder; correct?

2    A    Right.

3    Q    And that Cordell -- I'm sorry, that Ru-El Sailor

4         never learned about what had happened that night

5         from Cordell until long after he had already

6         been arrested and was in County?

7              MS. GELSOMINO:         Objection.

8    A    Well, that's what he said.

9    Q    That's what he said in the recording.  I will

10        represent to you that this conversation went on

11        for 15 minutes and as you described, was

12        automatically cut off at that 15-minute mark?

13   A    Right.

14   Q    All right.  I want to draw your attention to a

15        different part of this same conversation on May

16        3rd, 2016.

17             MR. CALDERONE:         And for the

18        record I'd like to turn to a call that's

19        identified on May 3rd, 2016, disk number two,

20        call number 618.

21   Q    And for your convenience, I have marked a

22        transcript of that call as Exhibit C2.  Would

23        you please turn to Exhibit C2?

24   A    What page number?

25   Q    It's tabbed here --
```

| | | |
|---|---|---|
| 1 | A | Oh, C2. |
| 2 | Q | -- as number two. |
| 3 | A | Oh, okay.  Uh-huh.  Oh, okay. |
| 4 | Q | And I'd like you to take a moment and read from |
| 5 | | page two, line 15 to page four, line 23.  And if |
| 6 | | you want to mark those so you know where to |
| 7 | | start and stop, feel free to do that. |
| 8 | A | Line? |
| 9 | Q | Page two, line 15. |
| 10 | A | Okay. |
| 11 | Q | To page four, line 23 of Exhibit C2. |
| 12 | A | Okay. |
| 13 | Q | Please take a minute and read that part of the |
| 14 | | transcript. |
| 15 | A | Oh, I read ahead. |
| 16 | Q | All right. |
| 17 | A | Sorry. |
| 18 | Q | So did you -- |
| 19 | A | Okay.  Go ahead. |
| 20 | Q | Did you read that part?  Does reading from page |
| 21 | | two to page four refresh your memory of the |
| 22 | | conversation you had that day with Ru-El Sailor? |
| 23 | A | I just don't remember this day. |
| 24 | Q | All right.  To further refresh your memory, I'm |
| 25 | | going to play that part of the actual audio |

```
 1          recording.
 2                    MR. CALDERONE:      So for the record
 3          we're playing a call dated May 3rd, 2016, disk
 4          two, call number 618.  I'd ask that we play from
 5          the time mark of one minute to the time mark of
 6          two minutes and 44 seconds.  Please play that
 7          recording.
 8                    (Jail call played.)
 9  By Mr. Calderone:
10  Q     All right.  We stopped there.  This is a
11        continuation of the call we listened to a moment
12        ago.  You still recognize your voice on the
13        recording; correct?
14  A     Right.
15  Q     You still recognize Ru-El's voice on that
16        recording; correct?
17  A     Yes.
18  Q     And when the first call cut off, you and Ru-El
19        had a discussion that day between the two of you
20        before you got Kyle Swenson back on the phone;
21        correct?
22  A     Right.
23  Q     And in that conversation, you told Cordell --
24        I'm sorry, you told Ru-El that he had to be
25        honest with Kyle Stewart; correct?
```

**Video Deposition**                              111

```
 1   A      Swenson.
 2                 MS. GELSOMINO:        Swenson.
 3   Q      I'm sorry, Kyle Swenson; correct?
 4   A      Right.
 5   Q      You told him that he should speak to Kyle
 6          Swenson off the record and tell him what he knew
 7          about in advance?
 8   A      Right.
 9                 MS. GELSOMINO:        Objection.  That
10          is not --
11   Q      Correct?
12                 MS. GELSOMINO:        The -- the
13          records will speak for themselves.
14                 MR. CALDERONE:        I'm paraphrasing.
15   Q      Right, is that --
16                 MS. GELSOMINO:        Objection.
17   Q      Is that the gist of what you told him?
18                 MS. GELSOMINO:        Objection.
19   A      I -- I mean, I don't remember the -- the
20          conversation.  I don't remember what I was
21          telling him to be honest about it unless I keep
22          reading or keep listening.
23   Q      All right.  But at least at this beginning part
24          of the conversation, you had told Ru-El Sailor
25          that he needed to be honest with Kyle Swenson
```

**Video Deposition**                                        112

1            and tell him off the record what Ru-El knew in

2            advance?

3                      MS. GELSOMINO:        Objection.

4    A    Say that again.

5    Q    I'll tell you what, let's just play the rest of

6         the recording --

7    A    Well --

8    Q    -- and maybe that'll help refresh your memory.

9    A    I do not like listening to him.

10   Q    You don't like listening to who?

11   A    It's hard to like relive and listen to that.

12   Q    Okay.  Well, instead of asking you a question --

13                     MR. CALDERONE:        If you would

14        continue to play the audio.  We're going to

15        continue to play and I'd ask you to continue to

16        play up to the time mark of five minutes and 40

17        seconds.

18                     (Jail call played.)

19   Q    Okay.  I want to stop there.  Does that audio

20        recording of the conversation that day refresh

21        your memory about the three-way conversation

22        you, Ru-El, and Kyle Swenson had on May 3rd of

23        2016?

24   A    I just don't remember the exact -- I mean, there

25        was so many phone calls.  I just don't remember

**Video Deposition**                                    113

```
 1            the exact conversation.
 2   Q    Well, this is the exact conversation; isn't it?
 3   A    I recognize everything that's being said.  I
 4        just -- just don't remember it at the time.
 5   Q    Well, listening to it now, does it refresh your
 6        memory that when Ru-El Sailor spoke to Kyle
 7        Swenson off the record, he shared with Kyle that
 8        Cordell Hubbard called him the night of the
 9        murder and asked Ru-El to pick him up?  You
10        heard that; didn't you?
11   A    I did hear that.
12            MS. GELSOMINO:         Objection.
13   Q    Ru-El Sailor told you and Kyle Swenson that on
14        the night of the murder, Cordell Hubbard was
15        distraught and upset when Ru-El picked him up?
16        And you heard that; didn't you?
17   A    I did just hear that.
18   Q    You heard Ru-El Sailor tell you and Kyle Swenson
19        that on the night of the murder, Cordell Hubbard
20        confessed to Ru-El that Cordell had shot a man
21        in self-defense?
22            MS. GELSOMINO:         Objection.
23   Q    You heard that; didn't you?
24   A    I did just hear that.
25   Q    You heard Ru-El tell you and Kyle Swenson that
```

1          on the night of the murder, Cordell Hubbard
2          confessed to him that Will Sizemore was with
3          Cordell at the time of the shooting?
4                    MS. GELSOMINO:        Objection.
5     Q    You heard that; didn't you?
6                    MS. GELSOMINO:        Sizemore's --
7     A    Oh, well --
8                    MS. GELSOMINO:        -- name is not --
9     A    -- I think I heard him --
10                   MS. GELSOMINO:        -- in the
11         transcript.
12    A    -- just say Will.
13    Q    Will?
14    A    And I did just hear that.
15    Q    You heard on the tape that Ru-El Sailor told you
16         and Kyle Swenson that on the night of the
17         murder, Cordell Hubbard confessed to Ru-El that
18         Will knew the guy that was shot?
19                   MS. GELSOMINO:        Objection.
20    A    He did just say those things to Kyle.  I don't
21         know if I was on the phone at the moment or if I
22         sat it down.  I don't remember.
23    Q    Well, you're the one that patched Kyle Swenson
24         onto that call?
25    A    Correct.

**Video Deposition**                                    115

```
 1   Q      And before you patched Kyle onto the call, you
 2          told Ru-El Sailor he needed to be honest with
 3          Kyle and tell Kyle about what Ru-El knew in
 4          advance; correct?
 5                  MS. GELSOMINO:        Objection.
 6   A      I just don't remember what I was telling him to
 7          be honest about.
 8   Q      Isn't it true before Ru-El informed Kyle during
 9          this phone call about what Cordell Hubbard had
10          -- had confessed the night of the murder that
11          Ru-El had already told you the truth about what
12          happened the night of the murder?
13                  MS. GELSOMINO:        Objection.
14   A      I honestly don't remember.
15   Q      So Ru-El might have told you or he might not
16          have; you just don't remember?
17                  MS. GELSOMINO:        Objection.
18   A      I don't remember.
19                  MR. CALDERONE:        Let's continue to
20          play the recording and if you would, continue to
21          play up to the time mark of six minutes and 59
22          seconds.
23                  (Jail call played.)
24   Q      Now after hearing that recording and the one
25          before that, during the phone call, isn't it
```

**Video Deposition**                                    116

```
 1              true that Ru-El Sailor on May 3rd of 2016,
 2              informed Kyle Swenson that one of the reasons
 3              Ru-El did not come forward with the truth about
 4              what he knew the night of the murder was because
 5              he didn't want to tell on his best friend,
 6              Cordell Hubbard or incriminate Cordell  Hubbard?
 7                        MS. GELSOMINO:        Objection.
 8    A    That's what the recording said.
 9    Q    Isn't it true that during these couple
10              recordings we just heard here that Ru-El Sailor
11              also indicated on May 3rd of 2016, to Kyle
12              Stewart -- Kyle Swenson that another reason he
13              didn't want to come forward with the truth is
14              because Ru-El didn't want to lose the support of
15              Mike Clark?
16                        MS. GELSOMINO:        Objection.
17    Q    You can answer.
18    A    I don't know who Mike Clark is.
19    Q    How about Umar Clark?
20    A    Okay.  What was --
21                        MS. GELSOMINO:        Objection.
22    A    -- the question?  What was the question?
23    Q    The question is:  Isn't it true on these
24              recordings that we listened to that Ru-El told
25              Kyle Swenson that night one of the reasons he
```

**Video Deposition**                                    117

```
 1          didn't come forward with the truth about what he
 2          knew the night of the murder was because Ru-El
 3          Sailor did not want to lose the support of Umar
 4          Clark?
 5                    MS. GELSOMINO:        Objection.
 6   A      That's what the recording said.
 7   Q      And isn't it true that Ru-El Sailor on May 3rd
 8          of 2016, told Kyle Swenson that he thought he
 9          was innocent and he would win the case and after
10          they got into trial, they were too far down the
11          road for Ru-El Sailor to come out with the truth
12          about what he knew the night of the murder?
13                    MS. GELSOMINO:        Objection.  The
14          record speaks for itself.
15   A      Yeah, that's what the recording says.
16   Q      Now again, you're not denying that that was
17          Ru-El Sailor talking to Kyle Swenson; correct?
18   A      Right.
19   Q      You're not denying that you're the one that
20          patched Kyle Swenson into that call; correct?
21   A      Right.
22   Q      And you're not denying that anything in these
23          conversations we just heard so far is anything
24          but the truth?
25                    MS. GELSOMINO:        Objection.
```

```
 1   A      I don't know if it's the truth.  I might not
 2          have been on that phone call.  I just don't
 3          remember.
 4   Q      Well, Ru-El being in -- in prison for several
 5          years wrongfully convicted was a big deal;
 6          right?
 7   A      Uh-huh.
 8                  MS. GELSOMINO:          Objection.
 9   Q      Yes?
10   A      Yes.
11   Q      And isn't knowing on the night of the murder
12          that Cordell Hubbard had confessed he shot a
13          man, Will was with him, and Will knew the guy
14          that was shot, isn't that important information
15          that could have helped Ru-El's defense?
16                  MS. GELSOMINO:          Objection.
17   A      I don't know what could have helped back then.
18          I don't -- I don't think he should have been
19          involved at all in the first place.  I think
20          there are more important things.
21   Q      Before this conversation that we just listened
22          to on May 3rd of 2016, you and Ru-El Sailor had
23          been involved in a relationship for three years.
24          Isn't it true before that conversation on May
25          3rd of 2016, that Ru-El had told you the truth
```

**Video Deposition**                           119

1         about what he knew the night of the murder?

2                 MS. GELSOMINO:         Objection.

3    A    I just don't remember.

4    Q    So your testimony is he might have told you, he

5         might not have told you; you just don't

6         remember?

7                 MS. GELSOMINO:         Objection.

8    A    No, I just don't remember.

9    Q    Okay.  I'm going to represent to you that this

10        call we just listened to got cut off at the

11        15-minute mark and Ru-El had to call you back to

12        continue the conversation.

13             So I'd like you to turn your attention to

14        a call on Exhibit C, which is dated May 3rd,

15        2016, disk number two, call number 619.  For

16        your convenience I have given you a transcript

17        marked as Exhibit C3 and I'd ask you to read

18        pages two to five of that transcript and let me

19        know once you've done it.

20   A    Where did you want me to stop?

21   Q    How about page five --

22   A    Oh, okay.

23   Q    Line ten.

24   A    Okay.

25   Q    All right.  To further refresh your memory, I'm

**Video Deposition**                              120

```
 1           going to play to you the actual call.
 2                   MR. CALDERONE:        And for the
 3           record we are playing on Exhibit C a call David
 4           -- dated May 3rd, 2016, disk two, call number
 5           619 and we're going to play from two minutes and
 6           five seconds to three minutes and 31 seconds.
 7           Please play that recording.
 8                   (Jail call played.)
 9   Q       We just listened to that segment of the
10           transcript and you read along; correct?
11   A       Uh-huh.
12   Q       You recognize your voice on the recording;
13           correct?
14   A       Yes.
15   Q       You recognize Ru-El's voice on the recording;
16           correct?
17   A       Right.
18   Q       And after getting off the phone with Kyle
19           Swenson, it appears from this conversation that
20           you spoke with Kyle Swenson separately; correct?
21   A       Uh-huh, right.
22   Q       And then got on the phone with Ru-El to fill him
23           in about the conversation you had with Kyle
24           Swenson; correct?
25   A       Right.
```

**Video Deposition**                                        121

```
 1   Q    And you told Kyle Swenson during your private
 2        conversation with him that Ru-El had never
 3        talked about the truth of what he knew the night
 4        of the murder; correct?
 5                 MS. GELSOMINO:        Objection.
 6   A    Say that last part one more time.
 7   Q    You told Kyle Swenson that Ru-El Sailor had
 8        never told people about the truth of what he
 9        knew the night of the murder, because Ru-El was
10        nervous about it?
11                 MS. GELSOMINO:        Objection.
12   A    Well, I -- I don't remember what I told Kyle
13        privately and I only remember -- you know, well,
14        I don't even remember this.  I just -- I'm
15        listening to it now so I mean, I know it's me.
16   Q    You're not denying it's you that had that
17        conversation that was recorded with Ru-El;
18        right?
19   A    Correct.
20   Q    During the conversation, we know that you spoke
21        to Kyle Swenson and asked for his -- I believe
22        you said journalistic opinion on how to go about
23        either putting that in the article or not
24        putting that in the article?
25   A    Right.
```

**Video Deposition**                                          122

```
 1   Q     You heard that; correct?
 2   A     Yes.
 3               MS. GELSOMINO:        Objection.
 4   Q     And, of course, when you say putting that in the
 5         article or not putting that in the article,
 6         you're referring to the truth about what Ru-El
 7         Sailor knew the night of the murder?
 8               MS. GELSOMINO:        Objection.
 9   A     I'm not sure what I'm referring to.
10   Q     You -- you don't --
11   A     I just don't remember what I was referring to.
12   Q     Well, in that conversation you describe how Kyle
13         Swenson said he could finesse around it and say
14         that El knew, but not have to say when El knew?
15         You heard that, didn't you?
16   A     I did hear it.
17   Q     And you described that conversation; right?
18   A     I'm describing a conversation.
19   Q     Other than referring to what Ru-El knew the
20         night of the murder and what he was told by
21         Cordell, do you know what else you might have
22         been referring to?
23               MS. GELSOMINO:        Objection.
24   A     I do not know what I was referring to.
25   Q     Can you think of anything else you might have
```

**Video Deposition**                                      123

```
 1              been referring to other than the truth of what

 2              Ru-El Sailor was told the night of the murder?

 3                      MS. GELSOMINO:        Objection.

 4      A       I don't remember.

 5      Q       I'd like to draw your attention -- oh, by the

 6              way, you read all the articles that Kyle Swenson

 7              printed regarding Ru-El Sailor; didn't you?

 8                      MS. GELSOMINO:        Objection.

 9      A       There was just one article.

10      Q       You read that article; didn't you?

11      A       Yes.

12      Q       Kyle Swenson did not state in that article that

13              Ru-El Sailor learned the night of the murder

14              from Cordell Hubbard that Cordell Hubbard had

15              shot a man?

16                      MS. GELSOMINO:        Objection.

17      A       I actually don't remember what the article said.

18              I haven't read it for years.

19      Q       I'd like to draw your attention to a call on a

20              different date, May 20, 2016.  This is a call on

21              Exhibit C that I put on the flash drive dated

22              May 20, 2016, disk two, call number 749.

23                   For your convenience I provided you a

24              transcript of that call marked as Exhibit C4.

25              I'd ask for you first to read the first couple
```

**Video Deposition**                                    124

```
 1              of pages to acquaint yourself with the beginning
 2              of the call.  Will you let me know what you've
 3              done that?  Have you read the first couple
 4              pages?
 5    A    Yep.
 6    Q    Now I'd ask you to go to page 15 of the
 7              transcript, line 24, and read from page 15, line
 8              24 to page 18, line nine.
 9    A    Okay.
10                   MS. GELSOMINO:      What -- what were
11              those pages again?
12                   MR. CALDERONE:       Page 15, line 24,
13              to page 18, line nine of Exhibit C4.
14    A    Okay.
15    Q    To further refresh your memory, I'm going to
16              play that part of the recording.
17                   MR. CALDERONE:       For the record
18              we're playing from Exhibit C the call dated May
19              20, 2016, disk two, call 749.  And I'd like you
20              to play from the time mark of 13 minutes, 48
21              seconds to the end of the recording please.
22                   (Jail call played.)
23    Q    All right.  You heard that part of the
24              conversation on this May 20, 2016 call; correct?
25    A    Right.
```

**Video Deposition**                                   125

| | | |
|---|---|---|
| 1 | Q | And of course, that is your voice on this |
| 2 | | recording; correct? |
| 3 | A | Right. |
| 4 | Q | And that is Ru-El's voice on the recording; |
| 5 | | correct? |
| 6 | A | Yes. |
| 7 | Q | And during this recording, you asked Ru-El if he |
| 8 | | was ever going to get to the point where he |
| 9 | | would say when he really found out or knew; |
| 10 | | correct? |
| 11 | A | It did say, the recording. |
| 12 | Q | And you know in this conversation that you had |
| 13 | | with Ru-El, you guys were talking about when he |
| 14 | | knew the truth about what happened the night of |
| 15 | | the murder; weren't you? |
| 16 | A | What -- repeat that. |
| 17 | Q | You knew -- strike that.  You heard in this |
| 18 | | conversation and you know that you and Ru-El |
| 19 | | were discussing when he learned about what |
| 20 | | happened the night of the murder? |
| 21 | A | I am not 100 percent sure what we're talking |
| 22 | | about as far as what he knew. |
| 23 | Q | Well, when you say in the conversation, "Will |
| 24 | | you ever say when you really found out" -- |
| 25 | A | Uh-huh. |

**Video Deposition**                                    126

```
 1   Q       -- you knew at that point in time that Ru-El had
 2           told other people he didn't find out about what
 3           happened the night of the murder until after he
 4           was convicted; right?
 5                   MS. GELSOMINO:        Objection.
 6   A       I don't know what he told other people.
 7   Q       Are you denying that during this conversation
 8           that was recorded, you and Ru-El were discussing
 9           when he learned what happened the night of the
10           murder?
11                   MS. GELSOMINO:        Objection.
12   A       I just don't remember.
13   Q       So this conversation might refer to what Cordell
14           Hubbard confessed to him the night of the
15           murder?
16                   MS. GELSOMINO:        Objection.
17   Q       True?
18   A       I don't remember.
19   Q       Well, that's not my question.  This recorded
20           conversation between you and Ru-El might have
21           been a discussion that the two of you were
22           having about what Cordell Hubbard told him the
23           night of the murder?
24                   MS. GELSOMINO:        Objection.  She
25           answered your question.
```

**Video Deposition**                                          127

| | | |
|---|---|---|
| 1 | A | It might have been anything. |
| 2 | Q | Okay.  And in this discussion, you told Ru-El |
| 3 | | Sailor you don't think he should tell people |
| 4 | | when he knew; did you hear that part of the |
| 5 | | conversation? |
| 6 | | MS. GELSOMINO:        Objection. |
| 7 | A | I did hear the recording. |
| 8 | Q | And as you sit here today, is it your testimony |
| 9 | | you have no idea what you were talking about in |
| 10 | | this conversation? |
| 11 | A | I don't remember the conversation, so I can't |
| 12 | | say exactly what we were talking about. |
| 13 | Q | You heard Ru-El Sailor say that he could tell |
| 14 | | people face-to-face what he really knew; didn't |
| 15 | | you? |
| 16 | A | I heard him say that. |
| 17 | Q | And you heard him say in the recording to you |
| 18 | | he's not a victim.  He had a choice. |
| 19 | | MS. GELSOMINO:        Objection. |
| 20 | A | I heard the recording. |
| 21 | Q | And is it your testimony as you sit here right |
| 22 | | now that you have no idea what he was referring |
| 23 | | to? |
| 24 | A | I'm -- I'm not sure.  He was a victim in a lot |
| 25 | | of situations in the case, so he could have been |

**Video Deposition**                                    128

```
 1              referring to a number of things.
 2    Q    You just don't know what he was referring to?
 3    A    I don't remember the conversation, so I can't
 4         say exactly what he was referring to.
 5    Q    All right.  I want to draw your attention to a
 6         different conversation that occurred on June 17
 7         of 2024 [sic].
 8                   MR. CALDERONE:      For the record
 9         I'm referring to Exhibit C, a call dated June
10         17, 2024 [sic], disk number three, call number
11         118.
12    Q    For your convenience, I've marked that
13         transcript as Exhibit C5 and I'd ask you to turn
14         to that transcript and read the first couple
15         pages to first reacquaint yourself.  Let me know
16         when you've read the first two pages.
17    A    Okay.
18    Q    Now I'd ask you to turn to page eight, line 14,
19         and read from page eight, line 14, to page 10,
20         line 22 of Exhibit C5.
21    A    Up to what page?
22    Q    Page ten, line 22.
23    A    Okay.
24    Q    Have you read that?
25    A    Yes.
```

**Video Deposition**                                        129

```
 1   Q      To further refresh your memory, I'm going to
 2          play that segment of the recorded conversation
 3          from Exhibit C, June 17, 2024 [sic], disk three,
 4          call 118.
 5                  MR. CALDERONE:        Please play from
 6          time mark seven minutes and 25 seconds to nine
 7          minutes and 45 seconds.
 8                  (Jail call played.)
 9                  MR. CALDERONE:        There's a gap of
10          silence here.
11                  (Jail call played.)
12   Q      You heard that part of the recording; correct?
13   A      Yes.
14   Q      Does that refresh your memory at all about a
15          conversation you had on June 17 of 2024 [sic]?
16   A      I don't remember the conversation.
17   Q      You do recognize your voice on the recording;
18          don't you?
19   A      Yes.
20                  MR. CALDERONE:        And by the way, I
21          made a mistake.  It was June 17, 2016, my
22          mistake.  Exhibit C5 is a transcript of June 17,
23          2016.
24   Q      On the recording we just listened to, though,
25          you recognized Ru-El Sailor's voice; didn't you?
```

**Video Deposition**                                    130

```
 1   A      Yes.
 2   Q      And you recognized Kyle Swenson's voice; didn't
 3          you?
 4   A      Yes.
 5   Q      And in the recording Kyle Swenson was asking
 6          Ru-El how he wanted -- how Ru-El wanted him to
 7          explain things in the article; correct?
 8   A      Right.
 9                 MR. CALDERONE:      I'd like to
10          continue playing the recording.  Please play
11          from where you left off.  Where -- what time
12          mark are you at?  What's that?
13                 MS. CALDERONE:      We left off 943 I
14          believe.  I'm at 947.
15                 MR. CALDERONE:      All right.  Well,
16          I'd like you to play -- well, strike that.
17   Q      Let's do thism I'd like you to turn on Exhibit
18          C5 and turn to page 13, line seven, and read to
19          page 14, line 24.
20   A      Okay.  Okay.
21   Q      For your convenience to help refresh your
22          memory, I'm going to play that segment of the
23          call.
24                 MR. CALDERONE:      Please play on
25          Exhibit C from the call June 17, 2016, disk
```

**Video Deposition**                                    131

```
 1              three, call 118.  Please play from the time mark
 2              11 minutes and 50 seconds to the time mark 13
 3              minutes and 12 seconds.
 4                       (Jail call played.)
 5   Q     You heard that part of the recording; correct?
 6   A     Yes.
 7   Q     That is Ru-El speaking to Kyle Swenson; correct?
 8   A     Yes.
 9   Q     And you heard Kyle discussing with Ru-El the
10         fact that Ru-El could have thrown Cordell
11         Hubbard under the bus?
12   A     Right.
13   Q     Now you also heard earlier this morning in
14         Ru-El's conversation how he described the
15         confessions that Cordell Hubbard had made the
16         night of the murder?
17   A     Right.
18   Q     And to be clear, the confessions that Cordell
19         Hubbard made the night of the murder were that
20         he had shot someone in self-defense, Will was
21         with him the night of the -- at the time of the
22         shooting, and Will knew the victim?
23                  MS. GELSOMINO:        Objection.
24   A     I mean, I know you just played it, but I don't
25         remember what it said.
```

**Video Deposition** 132

| | | |
|---|---|---|
| 1 | Q | Other than disclosing the confessions that |
| 2 | | Cordell Hubbard made the night of the murder, is |
| 3 | | there any other way you can think of that Ru-El |
| 4 | | Sailor could have thrown Cordell Hubbard under |
| 5 | | the bus? |
| 6 | | MS. GELSOMINO:         Objection. |
| 7 | A | I don't know.  I honestly don't know what he |
| 8 | | could have done or what their friendship was |
| 9 | | like especially behind bars.  I don't know. |
| 10 | Q | Well, presume for a moment that this case would |
| 11 | | have went to the criminal trial and presume that |
| 12 | | Ru-El Sabo -- Ru-El Sailor would have got on the |
| 13 | | witness stand and testified that Cordell |
| 14 | | Hubbard confessed the night of the murder he |
| 15 | | shot someone, that Cordell Hubbard told him the |
| 16 | | night of the murder Will was with him at the |
| 17 | | time of the shooting, and on the night of the |
| 18 | | murder Will knew the victim.  Presume that would |
| 19 | | have occurred.  If that -- |
| 20 | A | I can't do that. |
| 21 | Q | Well, I get to ask you to presume. |
| 22 | A | Okay. |
| 23 | | MS. GELSOMINO:         No. |
| 24 | Q | Presume -- |
| 25 | | MS. GELSOMINO:         You don't |

**Video Deposition**                                    133

```
 1           actually.  She's not an expert witness.  That's
 2           an improper question.
 3   Q       Presume that would have happened.  Can we agree
 4           that that would have been throwing Cordell under
 5           the bus?
 6                    MS. GELSOMINO:        Objection.
 7   A       Let's presume the cops did their job in the
 8           beginning and he was never even involved in this
 9           case.  I can't do that and neither can you,
10           because we weren't there when this happened and
11           we weren't in prison when -- with them when they
12           had these conversations.  So I cannot presume
13           what he meant by saying those things.
14   Q       Well, first of all, I get to ask the questions.
15           Second of all, you were there.  You were on
16           these recordings when they occurred.
17                    So presume for a minute that Ru-El Sailor
18           would have testified at trial to what he said on
19           May 3rd in the recorded conversation.  Presume
20           he would have went to trial and testified
21           Cordell Hubbard confessed the night of the
22           murder he shot someone, Cordell Hubbard
23           confessed Will was there with him, and Cordell
24           Hubbard confessed Will knew the victim.
25                    Presume that would have occurred.  Isn't
```

**Video Deposition**                                                    134

```
 1              that throwing Cordell under the bus?
 2                   MS. GELSOMINO:        Objection.
 3   A    I can't --
 4                   MS. GELSOMINO:        Asked and
 5              answered.
 6   A    -- answer that.  It's not a fact.  That's not
 7              what happened.  So I can't say what it would
 8              have been like, because that didn't happen.
 9   Q    Can we presume that if he would have done that,
10              that would not have helped Cordell's defense?
11                   MS. GELSOMINO:        Objection.
12   A    I don't know.
13   Q    You don't know?
14   A    It's not a fact.  So I don't know what would
15              have happened.
16   Q    Can you think of any possible way if Ru-El
17              Sailor would have testified at trial to those
18              confessions Cordell made, can you think of any
19              possible way that would have helped Cordell?
20                   MS. GELSOMINO:        Objection.
21   A    I mean, street loyalty is defined in different
22              ways by different people.  So it could have been
23              a number of things.  I don't know what it was,
24              because it didn't happen.
25                   MR. CALDERONE:        I'd like to
```

**Video Deposition**                                    135

```
 1              continue on with the recording.  Would you
 2              please play from the time mark 14 minutes and 28
 3              seconds to the end of the recording?
 4                     MS. GELSOMINO:      On C5?
 5                     MR. CALDERONE:      On C5, well, the
 6              recording is on Exhibit C, it's the June --
 7                     MS. GELSOMINO:      17.
 8                     MR. CALDERONE:      -- 2016, call,
 9              disk three, call number 118.  Please play from
10              14 minutes, 28 seconds to the end and --
11                     (Jail call played.)
12    Q    Now Ms. Sailor, in all fairness to you, I did
13         not point out the pages to read on that part of
14         the transcript.  So if you would, go ahead and
15         turn to page 16, line 11, and read from that
16         point to the end of the transcript which is on
17         page 18.
18    A    I was reading along while it was playing.
19    Q    Do you understand what was said in the audio?
20    A    Yes.
21    Q    That was Mr. Sailor's voice on the audio;
22         correct?
23    A    Yes.
24    Q    That was Kyle Swenson's voice on the audio;
25         correct?
```

**Video Deposition**                                      136

```
 1   A      Yes.
 2   Q      That was your voice on the audio as well;
 3          correct?
 4   A      Yes.
 5   Q      In that conversation, you asked Mr. Swenson how
 6          he was going to word what Ru-El Sailor actually
 7          knew right away?
 8   A      Okay.
 9   Q      You were asking about how Kyle Swenson was going
10          to word what Ru-El Sailor knew the night of the
11          murder; weren't you?
12   A      Did it say the night of the murder?  I don't
13          remember it saying that.
14   Q      It said right away.
15   A      I don't know when right away was.
16   Q      So you don't recall what you were referring to;
17          correct?
18   A      No.
19   Q      Well, let's look at Kyle Swenson's answer on
20          page 16.  His answer was, "Do you want to say
21          you knew right away or do you want to say that
22          you found out later or you had a suspicion or
23          what like -- what do you -- how do you want to
24          play it?"  You read that answer?
25   A      Yes.
```

**Video Deposition**                                     137

```
1    Q      Isn't it true that you and Mr. Swenson were
2           talking about how Mr. Swenson was going to state
3           in his article what Ru-El Sailor knew the night
4           of the murder?
5                   MS. GELSOMINO:        Objection.
6    A      I don't know what they were referring to.
7    Q      You don't --
8    A      I don't remember this conversation, so I don't
9           remember what we were referring to.
10   Q      Other than talking about what Ru-El Sailor knew
11          the night of the murder, can you think of
12          anything else in the world that you might have
13          been talking about?
14                  MS. GELSOMINO:        Objection.
15   A      I don't remember the conversation.
16   Q      I'd like you to turn to page 18 and you make a
17          statement beginning on line five of page 18 of
18          the transcript.  You say, "Yeah, that's
19          something that he's only told you and Kim and
20          that's because he's trying to be, you know,
21          honest about that part of the whole situation.
22          I mean, everything else is truthful, but it was
23          something, you know, that had been said so early
24          on that it was like, you know, he was afraid
25          that knowing earlier would have made the
```

**Video Deposition**                                          138

```
1              situation worse."
2    A    Okay.
3    Q    You were referring to the fact that Ru-El Sailor
4         knew the night of the murder about Cordell
5         Hubbard's confessions; weren't you?
6                   MS. GELSOMINO:          Objection.
7    A    I don't know what we were referring to.  Because
8         we don't actually say it, I cannot remember and
9         I don't know.
10   Q    You say here that "That's something he's only
11        told you and Kim."  Now we know from the
12        recordings earlier today that Ru-El Sailor told
13        Kyle Swenson about the confessions Cordell
14        Hubbard made the night of the murder.
15   A    Okay.
16   Q    To your knowledge, do you know that Ru-El Sailor
17        told Kim that?
18   A    I do not know.
19   Q    Other than that piece of information about the
20        confessions Cordell Hubbard made the night of
21        the murder, are you aware of anything else
22        involving Ru-El Sailor's honesty?
23             Strike that.  Let me ask you it this way,
24        in the statement you say, "I mean, everything
25        else is truthful, but it was something, you
```

**Video Deposition**                                        139

```
 1          know, that had been said so early on that it was
 2          like, you know, he was afraid that knowing
 3          earlier would have made the situation worse."
 4               When you made that statement, you were
 5          referring to what Cordell Hubbard confessed to
 6          Ru-El the night of the murder; correct?
 7                    MS. GELSOMINO:        Objection.
 8  A       I don't remember what I was referring to.
 9  Q       Other than that, can you identify anything else
10          you might have been referring to?
11                    MS. GELSOMINO:        Objection.
12  A       No, I don't remember.  There were a lot of
13          tricky things in this case that we could have
14          been referring to.
15  Q       But you can't think of those tricky things that
16          you might have been referring to in that
17          statement, correct?
18  A       Not in this exact conversation.
19  Q       I'd like you to turn to the next exhibit, which
20          is Exhibit C6.
21                    MR. CALDERONE:        For the record
22          Exhibit C6 is a conversation on June 17, 2016.
23          Again, from disk three, call C119, I'd ask you
24          to read from page two, line 15, of the
25          transcript, which is marked as Exhibit C6, to
```

**Video Deposition**                                            140

```
 1          page four, line 11.
 2   A      Up to what?
 3   Q      Page four, line 11.
 4   A      Okay.
 5   Q      Did you read that?
 6   A      Yep.
 7   Q      To further refresh your memory, I'm going to
 8          play that segment of the conversation.
 9                  MR. CALDERONE:        And for the
10          record, this is on Exhibit C, the June 17
11          conversation, disk three, call 119.  Please play
12          from time mark one minute and five seconds to
13          time mark two minutes and 35 seconds.
14                  (Jail call played.)
15   Q      Now in your efforts to get Ru-El Sailor released
16          from prison, you are aware that there is an
17          affidavit secured from Cordell Hubbard; aren't
18          you?
19   A      Yes.
20   Q      And you're aware that in that affidavit, Cordell
21          Hubbard testified that he never told Ru-El
22          Sailor until after the conviction that he,
23          Cordell Hubbard, actually shot the victim;
24          correct?
25   A      I can't remember what his affidavit says.
```

**Video Deposition**                                    141

```
 1   Q      You don't remember that confession in an
 2          affidavit?
 3   A      No, I don't remember what any of those
 4          affidavits say.
 5   Q      Well, Cordell Hubbard coming forward to the
 6          public and admitting he was the shooter was a
 7          pretty big thing; wasn't it?
 8   A      Oh, yeah.  No, I know that.
 9   Q      And is it your testimony you don't remember
10          Cordell Hubbard actually put that in an
11          affidavit?
12   A      No, I know he made an affidavit, but I don't
13          remember what it said word for word.
14   Q      In this conversation, Ru-El Sailor discusses
15          with Kyle Swenson the fact that he was nervous
16          that he might have been considered an accomplice
17          for what he knew; correct?
18                 MS. GELSOMINO:        Objection.
19   A      I mean, if that's what the recording says.
20   Q      Other than knowing about Cordell Hubbard's
21          confessions the night of the murder, do you have
22          any other idea of what Ru-El Sailor might have
23          been referring to?
24   A      No, I don't know.
25   Q      If Ru-El Sailor were to testify right now today
```

**FINCUN-MANCINI -- THE COURT REPORTERS**
**(216) 696-2272 -- email@fincunmancini.com**

**Video Deposition**                                      142

```
 1            that he knew on the night of the murder of
 2            Cordell Hubbard's confessions, that would
 3            contradict Cordell Hubbard's affidavit and
 4            testimony; wouldn't it?
 5                      MS. GELSOMINO:        Objection.
 6    A       I don't get it.  Can you say that again?
 7    Q       If Ru-El Sailor were to testify right now about
 8            the confessions Cordell Hubbard made the night
 9            of the murder, that would contradict affidavit
10            testimony that Cordell Hubbard gave to assist
11            Ru-El Sailor getting out of jail?
12                      MS. GELSOMINO:        Objection.
13    A       I mean, I'm not really sure if I understand,
14            because he's not testifying today, so I can't
15            say what would happen today.
16    Q       Well, Cordell Hubbard's -- strike that.  Presume
17            Cordell Hubbard gave testimony that he never
18            told Ru-El Sailor about him shooting a victim
19            until after Ru-El Sailor was convicted.  Presume
20            that's true.
21                 That is inconsistent with the discussions
22            Ru-El Sailor made on a recorded phone call that
23            he learned of that confession the night of the
24            murder?
25                      MS. GELSOMINO:        Objection.  This
```

**Video Deposition** 143

```
 1            is so outside of the scope of her knowledge.
 2   A    Yeah, I don't know and I really don't get it.
 3        I'm not sure -- I don't know what you're asking
 4        me.
 5   Q    Cordell -- Cordell Hubbard gave testimony that
 6        he did not tell Ru-El Sailor until after the
 7        conviction about the murder; correct?
 8              MS. GELSOMINO:       Objection.
 9   A    I don't know what Cordell told Ru-El.  I wasn't
10        there.
11   Q    Presume Cordell Hubbard gave testimony that he
12        did not tell Ru-El Sailor about Cordell shooting
13        a victim until after Ru-El was convicted.
14        Presume that is true; do you understand that?
15   A    I get --
16              MS. GELSOMINO:       Objection.
17   A    -- what you're saying.
18   Q    That is inconsistent with Ru-El admitting he
19        knew of that confession the night of the murder;
20        isn't it?
21              MS. GELSOMINO:       Objection.
22   A    I don't get what you're asking me though.
23        You're -- what part of it -- you just said like
24        three or four different things at one time.  I
25        don't get what you're asking me.
```

**Video Deposition**                                    144

```
 1   Q      All right.  I'm going to show you a document.
 2                 MR. CALDERONE:        Can I have a
 3          sticker please -- that I'm marking as
 4          Defendants' Exhibit D, as in dog.  And for the
 5          record this is a two-page document that's Bates
 6          stamped Sailor 48 and Sailor 49.
 7                 It appears to be an affidavit by
 8          Cordell Hubbard.  Oh, you got a copy?
 9                 MR. FORD:             Yes.
10                 MR. CALDERONE:        Okay.
11                 MS. GELSOMINO:        Thanks.  What is
12          it marked as?
13                 MR. CALDERONE:        Exhibit D as in
14          dog.
15   Q      And you let me know when you've looked at this
16          exhibit.
17   A      Okay.
18   Q      I'll draw your attention to paragraph three of
19          Exhibit D; do you see that?
20   A      Oh, wait, there were two pages.  I forgot about
21          this.  Oh, okay.  Uh-huh.
22   Q      Yes?
23   A      Yes.
24   Q      Paragraph three of Cordell Hubbard's affidavit
25          marked as Exhibit D states that, "Affiant states
```

```
 1              that after the Jury returned the verdict of

 2              guilty, he informed Ru-El Sailor for the first

 3              time that he was, in fact, the shooter and that

 4              he caused the death of Omar Clark"; did I read

 5              that accurately?

 6   A    Yes.

 7   Q    That sworn statement by Cordell Hubbard suggests

 8              that he never told Ru-El Sailor that he shot

 9              Omar Clark until after the guilty verdict of the

10              criminal trial?

11              MS. GELSOMINO:       Objection.

12   Q    Correct?

13              MS. GELSOMINO:       You're asking her

14              to read an affidavit that is a different

15              person's affidavit.  It's not her personal

16              knowledge.  It says what it says.  Ask Cordell

17              Hubbard about it, but Amy can't tell you what is

18              in the mind of Cordell Hubbard when he signs

19              this or what he means.  That's not a fair

20              question.

21              MR. CALDERONE:       Are you done?

22              MS. GELSOMINO:       Yeah.  Answer to

23              the best, if you can, ability with -- from your

24              own personal knowledge, Amy.

25   Q    Amy, I'll ask you.  Don't you read paragraph
```

**Video Deposition**                                          146

```
 1            three to state that Cordell never told Ru-El
 2            Sailor until after the guilty verdict that
 3            Cordell was the shooter who caused the death of
 4            Omar Clark?
 5                      MS. GELSOMINO:         Objection.   The
 6            document can speak for itself.
 7    A       That's what it says on the affidavit.
 8    Q       Now earlier today we heard Ru-El on tape in a
 9            conversation with you and Kyle Swenson state
10            that Cordell Hubbard had confessed to him the
11            night of the murder --
12    A       Okay.
13    Q       -- that Cordell shot Omar Clark.  You heard that
14            recording; right?
15    A       Right.
16    Q       That recording from Ru-El Sailor and Ru-El's
17            statements are not consistent with paragraph
18            three of Cordell's affidavit; is it?
19                      MS. GELSOMINO:         Objection.
20    A       No, it doesn't seem like it.
21    Q       Okay.  I'd like to draw your attention to a
22            different call.
23                      MR. CALDERONE:         This will be
24            Exhibit C --
25    A       Can I stretch my legs for a few minutes?
```

**Video Deposition**                                    147

```
1                 MR. CALDERONE:        Sure we can take
2         a break.
3    A    Yeah, it's starting to get a little achy.
4                 MS. GELSOMINO:        Let's take a
5         break.
6                 THE VIDEOGRAPHER:     We're off the
7         record at 2:35.
8                 (Break taken.)
9                 THE VIDEOGRAPHER:     We're back on the
10        record at 2:47.
11   By Mr. Calderone:
12   Q    Ms. Sailor, we've taken a break.  Did you talk
13        to Ms. Gelsomino during the break?
14   A    Just for a second.
15   Q    And what did you guys talk about?
16   A    Just how I'm doing, how's the temperature in the
17        room.
18   Q    And how are you doing?
19   A    Good.  Yeah, it's comfortable in here.
20   Q    All right.  I'd like to draw your attention to a
21        call that occurred on June 20, 2016.  It's on
22        Exhibit C marked as a June 20, 2016, call, disk
23        three, call 146.
24             For your convenience I have provided
25        Exhibit C7 as a transcript of that call.  I'll
```

**Video Deposition**                                               148

```
 1              move this out of your way.  If you would turn to
 2              Exhibit C7, I'd ask you to read page 10, line
 3              23, to page 13, line seven.
 4    A    To 13.
 5    Q    Line seven.
 6                   MS. GELSOMINO:      What page, Ken?
 7                   MR. CALDERONE:      Page ten, line
 8              23, to page 13, line seven.
 9                   MS. GELSOMINO:      Thank you.
10    Q    When you get to page 12, let me know.
11    A    I'm on page 12.
12                   MR. CALDERONE:      All right.  For
13              the record I did spot what I believe is an error
14              in the transcript, line 16 on page 12 indicates
15              it's Ms. Sailor speaking.  I think it'll be very
16              clear that is Mr. Sailor speaking.
17                   MS. GELSOMINO:      Also for the
18              record, I've noticed numerous errors throughout
19              these transcripts, but I --
20                   MR. CALDERONE:      Yeah, and that's
21              why I put the actual audio call in --
22                   MS. GELSOMINO:      Exactly.
23                   MR. CALDERONE:      -- as Exhibit C.
24    Q    Page 13 down to line seven.
25    A    Okay.
```

**Video Deposition**                                            149

```
 1   Q      Now that you've read that, I'm going to play
 2          this part of the recorded conversation to help
 3          further refresh your memory.
 4                    MR. CALDERONE:        Again, this is on
 5          Exhibit C, June 20, 2016, disk three, call 146.
 6          Please play from the time mark of eight minutes
 7          and 58 seconds to the time mark of 11 minutes
 8          and 44 seconds.
 9                    (Jail call played.)
10   Q      Ms. Sailor, you've listened to the section of
11          the call we played from that June 20, 2016,
12          conversation; correct?
13   A      Yes.
14   Q      And in that conversation you recognized your
15          voice; correct?
16   A      Yes.
17   Q      And you recognize Ru-El Sailor's voice; correct?
18   A      Yes.
19   Q      And in that conversation you make the comment
20          that, "Let's just leave it.  If shit comes out
21          in Court, then that's a different story."
22              You also say, "If he specifies in the
23          story that Cordell didn't tell you until later
24          on and Cordell dragged you through Court, I
25          think that we should say something, because that
```

**Video Deposition**                                         150

```
 1          might discredit him later on."
 2              Did you hear your words that you said
 3          about that?
 4    A     I heard it.
 5    Q     You were talking about whether Kyle Swenson was
 6          going to mention in the article about what Ru-El
 7          Sailor knew the night of the murder; weren't
 8          you?
 9              MS. GELSOMINO:          Objection.
10    A     I don't remember what I was referring to.
11    Q     Okay.  I'd like to draw your -- well, let me ask
12          you one other question about that.  You also
13          made a comment that you were stressed out about
14          what you called that little bit of truth.
15              You were talking about what Ru-El Sailor
16          knew on the night of the murder; weren't you?
17    A     I don't remember what I was referring to.
18    Q     I'm going to turn your attention to another
19          call.
20              MR. CALDERONE:          This will be a
21          call March 9th, 2017.  This is on Exhibit C
22          marked as a call March 9, 2017, disk four, call
23          number 275.
24    Q     For your convenience I've given you a transcript
25          which I've marked as Exhibit C8.  I'd ask you to
```

**Video Deposition**                                151

```
 1              look at pages two, line eight through page five,
 2              line 11 of Exhibit C8 and tell me when you're
 3              done.
 4    A         Five, 11?
 5    Q         Yes.
 6    A         Okay.
 7    Q         All right.  To further refresh your memory, I'm
 8              going to play that recorded phone call from
 9              March 9, 2017.
10                   MR. CALDERONE:      This is on
11              Exhibit C, marked disk four, call 275.  Please
12              play from the time mark two minutes and 17
13              seconds to three minutes and 59 seconds.
14                   (Jail call played.)
15    Q         Now you heard that portion of the call; correct?
16    A         Right.
17    Q         And that is your vice -- your voice on the call
18              with Ru-El Sailor; correct?
19    A         Yes.
20    Q         And you heard Ru-El discuss a call he had with
21              Andrew?
22    A         Right.
23    Q         And Andrew is somebody from the Ohio Innocence
24              Project?
25    A         Uh-huh.
```

**Video Deposition**                                       152

```
 1    Q       Yes?

 2    A       Yes.

 3    Q       Andrew is somebody from the Innocence Project

 4            that worked on Ru-El's case?

 5    A       Yes.

 6    Q       And you heard during the conversation that Ru-El

 7            made a comment he think he might have dropped

 8            the ball?

 9    A       Uh-huh, right.

10    Q       Yes?  And during the conversation he described

11            having with Andrew, Ru-El said he was asked,

12            "Did you know?"  And Ru-El's response was, "I'm

13            like I knew who -- like him and Will was there,

14            but I didn't know who did what.  I just knew

15            they was there"?

16    A       Right.

17    Q       Isn't it true that that again is referring to

18            the fact that Ru-El Sailor knew before he

19            testified in the criminal trial that Cordell

20            Hubbard and Will were together at the time of

21            the murder?

22                    MS. GELSOMINO:        Objection.

23    A       Well, even reading it and listening to it on the

24            recording, I'm confused by what he's saying.

25    Q       You don't know what Ru-El is saying?
```

**Video Deposition**                                          153

```
 1   A      I'm just confused by whatever Andrew asked him
 2          and then his response, because he's not telling
 3          him what Andrew asked him.  So I'm confused by
 4          his response as maybe in a timeline.  I'm not
 5          sure.
 6   Q      All right.  Well, you heard Ru-El's words on the
 7          recording where he said, "I knew him and Will
 8          was there, but I didn't know who did what"?
 9   A      Right.
10   Q      I want to turn your attention to a different
11          call.  And actually, I want to ask you a
12          different question.  We talked about you working
13          hard to get Ru-El released from prison; correct?
14   A      Right.
15   Q      Now during your communications with Ru-El, we
16          talked earlier about how you kept him informed
17          every step of the way as to what you were doing;
18          correct?
19   A      Yes.
20   Q      And you and Ru-El discussed what could be done
21          or should be done to try and get him out of
22          prison; correct?
23   A      Right.
24   Q      While Ru-El Sailor was incarcerated, Ru-El and
25          you discussed the fact that you should not track
```

**Video Deposition**                                           154

```
 1          down or try to pressure any of the witnesses
 2          that testified in his criminal case to recant
 3          their testimony?
 4   A      Wait, we -- you -- you're saying that we said
 5          that to each other?
 6   Q      Yes.
 7   A      I mean, I don't remember that, but...
 8   Q      All right.  I want to draw your attention to a
 9          different call.  And this is, again, in Exhibit
10          C.  It is a call dated September 29, 2016.  It's
11          identified on Exhibit C as disk three, call 788.
12          I am sorry, I do not have a transcript of that
13          call for you.
14   A      Oh, okay.
15               MS. GELSOMINO:      Wait, I'm sorry,
16          then.  Can you say that again?
17               MR. CALDERONE:      Yeah.
18               MS. GELSOMINO:      I thought it was
19          going to be in here.
20               MR. CALDERONE:      No, it's disk
21          three, call 788.  I am going to play a portion
22          of that call to refresh your memory.  Please
23          play from time marked six minutes and 30 minutes
24          to time mark seven minutes and 2o seconds.
25               MS. GELSOMINO:      Does this have an
```

**Video Deposition**                                          155

```
 1           exhibit number?
 2                   MR. CALDERONE:       It's Exhibit C.
 3                   MS. GELSOMINO:       But like a sub?
 4                   MR. CALDERONE:       On Exhibit C,
 5           there is a call that's dated 9/29/16.
 6                   MS. GELSOMINO:       Okay.
 7                   MR. CALDERONE:       And it also
 8           identifies the call as disk three, call 788.
 9                   MS. GELSOMINO:       Okay .
10                   MR. CALDERONE:       Please play that
11           segment of the call.
12                   (Jail call played.)
13   Q     Now you heard that segment of the call; correct?
14   A     Yes.
15   Q     That is your voice on the call; isn't it?
16   A     Yes.
17   Q     That is Ru-El Sailor's voice on the call; isn't
18         it?
19   A     Yes.
20   Q     And you heard Ru-El say, I'm paraphrasing, that
21         he or you should not be contacting witnesses
22         from his case.  That might be construed as
23         intimidation of witnesses; correct?
24   A     Right.
25   Q     But during your work to get Ru-El out of jail,
```

**Video Deposition**                                     156

```
 1              you did talk to a witness; correct?
 2    A    Yes.
 3    Q    And you knew that other people were going to
 4         talk to witnesses on Ru-El's half as well;
 5         aren't you?
 6    A     I am the only one that I know of who spoke to
 7         witnesses outside of a private investigator and
 8         an attorney.
 9    Q    Well, one of the key witnesses from Ru-El
10         Sailor's criminal case was Clark Lamar Williams
11         also known as Dude?
12    A    Right.
13    Q    Dude testified at the criminal trial, the first
14         one, that Ru-El Sailor was there at the scene of
15         the shooting?
16    A    Right.
17    Q    Isn't it true that you and Ru-El had a friend of
18         Ru-El's go talk to Dude about him changing his
19         testimony or recanting his testimony?
20              MS. GELSOMINO:        Objection.
21    A    No, I don't know that.  I talked to Larry and
22         that is it.
23    Q    All right.  I want to direct your attention to a
24         different call.
25              MR. CALDERONE:        This is a call on
```

**Video Deposition**                                    157

1               Exhibit C that is dated February 15, 2017, disk

2               four, call number 178.  I'm sorry, I don't have

3               a transcript of this call for you, but I will

4               play a portion of the recorded conversation.

5               Please play from the time mark 12 minutes and

6               five seconds to time mark 14 minutes and 23

7               seconds.

8                        (Jail call played.)

9     Q    Now you heard that segment of the conversation;

10              correct?

11    A    Yes.

12    Q    That's your voice on the recording; isn't it?

13    A    Yes.

14    Q    And that's Ru-El Sailor's voice on the

15              recording; isn't it?

16    A    Yes.

17    Q    And the two of you were talking about having

18              someone go talk to a witness; correct?

19    A    I don't know who it was and who we were --

20    Q    You don't recall --

21    A    -- talking about.

22    Q    -- who the person was?

23    A    Yeah.

24    Q    But you did hear about someone going to talk to

25              Dude; right?  You heard that on the recording?

**Video Deposition**                                                    158

| | | |
|---|---|---|
| 1 | A | I don't remember if it said Dude. |
| 2 | Q | And you made the comment on this recording while |
| 3 | | you were talking to Ru-El Sailor that you could |
| 4 | | not go see him; right? |
| 5 | A | Right. |
| 6 | Q | And you referred to a discussion you had with |
| 7 | | this person, whoever it was, about money about |
| 8 | | paying 25 cent -- 25 percent up front and then |
| 9 | | 75 percent after I believe the words were "He do |
| 10 | | what he do"? |
| 11 | A | Right. |
| 12 | Q | Now as you sit here today, I'm guessing you |
| 13 | | don't have any recollection of who you were |
| 14 | | talking about on this recording or what it was |
| 15 | | about; is that true? |
| 16 | | MS. GELSOMINO:       Objection to |
| 17 | | form. |
| 18 | A | What?  No, I don't -- I don't know who we were |
| 19 | | referring to. |
| 20 | Q | Okay.  All right.  Well, I want to draw your |
| 21 | | attention to a call that was the very next day. |
| 22 | | MR. CALDERONE:       This is a call |
| 23 | | that is on Exhibit C, dated February 16, 2017, |
| 24 | | disk four, call 185.  I do not have a transcript |
| 25 | | of this for you, I'm sorry, but I ask that we |

**Video Deposition**                                      159

```
 1          play a segment of the call the next day from
 2          time mark three minutes and 20 seconds to time
 3          mark seven minutes and five seconds.
 4                    (Jail call played.)
 5    Q     All right.  You heard that segment of the call;
 6          correct?
 7    A     Yes.
 8    Q     And that is your voice on the call; correct?
 9    A     Yes.
10    Q     That is Ru-El Sailor's voice on the call;
11          correct?
12    A     Yes.
13    Q     And on the call you were giving him an
14          explanation and a summary of a discussion you
15          had had with someone else?
16    A     Yes.
17    Q     A friend of Ru-El's; correct?
18    A     Right.
19    Q     And in this conversation you indicate that this
20          friend went and spoke to Dude and Dude was
21          really calm?
22    A     Yes.
23    Q     And, of course, we do know that Clark Lamar
24          Williams's nickname was Dude?
25    A     Right.
```

**Video Deposition**                                            160

```
 1   Q      Now let me stop there.  Does this help refresh
 2          your memory of who the friend was that went and
 3          spoke with Dude?
 4   A      I don't know who the friend was.  I've never met
 5          him personally.  I wouldn't even know him if I
 6          saw him today.
 7   Q      And whoever this friend was when he spoke to
 8          Dude, at some point you indicate in this
 9          conversation that this friend talked to Dude
10          about whether he wanted any compensation;
11          correct?
12   A      Right, uh-huh.
13   Q      And Dude had first said, "It's not about the
14          money," but then Dude said you could help
15          provide an attorney to help file something to
16          get him out of jail; did you hear that?
17   A      Yes.
18   Q      And then the friend that you spoke to also
19          indicated to Dude if that didn't work, he'd put
20          $100 in Dude's account at the jail; you heard
21          that?
22   A      Uh-huh, yes.
23   Q      You also indicate in this conversation that you
24          called Kim and spoke to Kim about what this
25          friend had told you?
```

**Video Deposition**                                          161

```
 1   A      Right.

 2   Q      Kim meaning Ru-El's attorney?

 3   A      Right.

 4   Q      And at some point you indicate on the call when

 5          you told Kim how you found out this information

 6          that she made you feel like you might have done

 7          something wrong?

 8   A      Right.

 9   Q      Let's continue to listen to more of the

10          conversation, same Exhibit C, phone call dated

11          February 16, 2017, disk four, call 185.

12                  MR. CALDERONE:        Please play from

13          the time mark nine minutes and 30 seconds to 10

14          minutes and 40 seconds.

15                  (Jail call played.)

16   Q      Now Ms. Sailor, I will represent to you that the

17          voice you just heard is a voice of a person that

18          you patched into a three-way call with Ru-El?

19   A      Right, that's what it seems like.

20   Q      Do you recognize that voice?

21   A      No.

22   Q      Don't recognize it at all.

23                  MR. CALDERONE:        Please proceed

24          with the -- playing the call.

25                  (Jail call played.)
```

**Video Deposition**                                        162

```
 1   Q      All right.  You heard that segment of the call;
 2          correct?
 3   A      Yes.
 4   Q      And that appears to be the gentleman, the friend
 5          of Ru-El Sailor's who went to see Dude?
 6   A      Right.
 7   Q      And during his description of what he told Dude,
 8          he indicated that -- the first thing that he
 9          told Dude we needed was an affidavit from Dude?
10   A      Uh-huh, right.
11   Q      And then he said they would then work on getting
12          him an attorney and if that didn't work, they'd
13          put $100 in Dude's account at the jail?
14                  MS. GELSOMINO:        Objection.
15   A      That's what the recording said.
16   Q      Now you don't have to be a lawyer to realize
17          offering somebody money in exchange for their
18          testimony is improper; can we agree on that?
19                  MS. GELSOMINO:        Objection.
20   A      I didn't know what was right or wrong during our
21          fight to get him home.  I was going to go down
22          there and see him.
23   Q      Were you going to offer Dude money for -- for
24          recanting his testimony?
25   A      I don't know --
```

**Video Deposition** 163

```
1                   MS. GELSOMINO:        Objection.
2    A     -- what I would have done.
3    Q     If it would have gotten Ru-El out of jail, would
4          you have done it?
5                   MS. GELSOMINO:        Objection.
6    A     I don't know what I would have done back then.
7    Q     Okay.  I want to play a different call for you
8          here.  I want to draw your attention to a call
9          on May 4th, 2017.  This is a couple months
10         later.
11              It's on Exhibit C identified as a call May
12         4, 2017, disk five, call 222.  Now this one I do
13         have a transcript.  It is C10, so you'll have to
14         turn to tab 10.  I'm going to ask you to read
15         pages 15, line 17, to page 17, line two.
16   A     Where did you want me to stop?
17   Q     Page 17, line two.
18   A     Oh, where did you want me to start?
19   Q     Page 15.
20   A     Oh, 15.
21   Q     Line 17.  It's usually easier for me if I put a
22         mark to where to start in there.
23   A     Yeah, I was reading page one.  Okay, 15.
24   Q     Line 17.
25   A     Oh, 17, okay.  And then --
```

**Video Deposition**                                            164

```
 1   Q     Start there and read to page 17, line two.

 2   A     Okay.  Okay.

 3   Q     Now to further refresh your memory, I'm going to

 4         play that segment of the recorded telephone

 5         call.

 6               MR. CALDERONE:       That again is on

 7         Exhibit C.  The date, May 4, 2017, disk five,

 8         call 222.  Please play from time mark 13 minutes

 9         and 49 seconds to time mark 15 minutes and 10

10         seconds.

11               (Jail call played.)

12   Q     All right.  We played a segment of that

13         recording.  That is your voice on that call;

14         correct?

15   A     Yes.

16   Q     And you're talking to somebody about discussions

17         somebody had with Dude?

18   A     Right.

19   Q     And you indicate in this call that your private

20         investigator was sent down to get a statement

21         from Dude; correct?

22   A     Right.

23   Q     And you indicate in this call that "He ain't

24         going to do nothing until somebody like comes up

25         off of something for him.  You know, he was
```

**Video Deposition**                                    165

```
 1            basically just trying to get paid for a
 2            statement"?
 3   A    Right.
 4   Q    But you indicate that Kim couldn't do that;
 5            correct?
 6   A    Right.
 7                  MS. GELSOMINO:        Objection.
 8   Q    And Kim, you were referring to Ru-El's attorney
 9            Kim?
10   A    Right.
11   Q    And you also said the investigator could not do
12            that; correct?
13   A    Right.
14   Q    And during the call, you expressed how that
15            would be unethical for them to do?
16   A    Correct.
17   Q    But then you go on to say that a couple of El's
18            dudes went down there to talk to him.  Now by
19            El's dudes, you're referring to Ru-El's friends?
20   A    Yeah, but I don't think friends, more than one
21            person went down there.  I don't -- I don't --
22   Q    Just one friend.
23   A    -- remember that.  I don't remember that.
24   Q    All right.  But you make a reference to El's
25            dude or dudes going there to talk to him;
```

**Video Deposition**                                           166

```
 1            correct?
 2   A        Right.
 3   Q        And they talked to him man to man or street guy
 4            to street guy --
 5   A        Right.
 6   Q        -- correct?  I'm guessing today you don't
 7            remember what you were referring to when you
 8            said man to man or street guy to street guy?
 9   A        Going to have a conversation with them.
10   Q        Well, did you mean to say they were going to
11            intimidate him?
12                      MS. GELSOMINO:        Objection.
13   A        No.
14   Q        Did you mean that they were going to talk to him
15            to maybe offer something for his testimony?
16   A        No.
17                      MS. GELSOMINO:        Objection.
18   A        The say way I went and talked to Larry.
19   Q        Now we know from the prior calls, though, that
20            you did speak to a friend of Ru-El's who did
21            talk about offering Dude something for an
22            affidavit --
23                      MS. GELSOMINO:        Objection.
24   Q        Correct?
25   A        Right.
```

**Video Deposition**                              167

```
 1   Q      I'd like to turn your attention to another call
 2          now.  Now a moment ago I asked you if you would
 3          have been willing to pay Dude money or something
 4          for him to recant his testimony.  I forget what
 5          your answer was to that question.
 6   A      I don't -- I don't remember.
 7   Q      Were you ever willing to talk directly to Dude
 8          and offer him money in exchange for him
 9          recanting his testimony?
10   A      I would have never went down and said, "If you
11          do this, I'll pay you to do that."
12   Q      Okay.  I want to draw your attention to a
13          different call.  I do not have a transcript for
14          this call.
15                 MR. CALDERONE:      The call is on
16          Exhibit C.  It's dated March 23, 2007 [sic].
17                 MS. GELSOMINO:      20 --
18                 MR. CALDERONE:      I'm sorry, 2017,
19          March 23, 2017.  This is on Exhibit C,
20          identified as disk four, call 343.  And I'm
21          going to play a segment of that recording at
22          time mark six minutes and 30 seconds to time
23          mark seven minutes and 46 seconds.
24   Q      Now that was your voice on that call; correct?
25   A      Right.
```

**Video Deposition**                                                    168

```
 1   Q      And that was Ru-El's voice on that call;
 2          correct?
 3   A      Right.
 4   Q      And that call seemed to suggest that you and
 5          Ru-El discussed you possibly going to speak to
 6          somebody?
 7   A      Right.
 8   Q      Did the call refresh your memory at all about
 9          that conversation with Ru-El?
10   A      No, I don't remember that all those years ago.
11   Q      And in that call, you discuss making eye contact
12          or maybe nodding your head?
13   A      Right.
14   Q      And Ru-El made a comment that -- saying that you
15          couldn't pay him, but indicating that you could?
16   A      It sounded like we were joking with each other.
17              MS. GELSOMINO:          Objection.
18   Q      It sounded like you were joking with each other?
19   A      About something.
20   Q      Okay.  Getting close to being done.  Last few
21          questions here.  You spoke earlier about you
22          actually spoke with Larry Braxton; correct?
23   A      Yes.
24   Q      Now Larry Braxton was an eyewitness that
25          testified at the criminal trial and testified
```

**Video Deposition**                                   169

```
1              that Ru-El Sailor was there when the shooting
2              occurred; correct?
3    A    Right.
4    Q    After Ru-El's conviction and after your
5              relationship started with Ru-El, you and Ru-El
6              made several efforts to try and talk to Larry
7              about him changing his testimony; right?
8    A    Yes.
9    Q    I think you tried to reach out on social media
10             to Mr. Braxton; correct?
11   A    Right.
12                  THE COURT REPORTER:   What did you say?
13                  THE WITNESS:          Right.
14   Q    I believe you each made some fake social media
15             profiles trying to communicate with him?
16   A    It wasn't fake.
17   Q    And you spoke to Umar Clark trying to recruit
18             his help to speak to Mr. Braxton?
19   A    I was not trying to recruit him.  He was already
20             always on board when I came into a relationship
21             with El.
22   Q    All right.  I'll refresh my -- my or rephrase my
23             question.  You spoke to Umar Clark about him
24             going to speak to Mr. Braxton?
25   A    I don't remember if I asked or if he offered,
```

**Video Deposition**                                      170

```
 1             because he had offered in the past.
 2   Q    You and Ru-El spoke about trying to communicate
 3        with Braxton's -- I don't know if it was his
 4        mother or grandmother?
 5   A    Probably his grandma.  I think he lived with his
 6        grandma.
 7   Q    To your knowledge, did you and Ru-El ever get
 8        any of Ru-El's friends to go talk to Braxton's
 9        grandmother?
10   A    No, not that I know of and I don't think I
11        talked to her either.
12   Q    You spoke to some of Ru-El's friends about going
13        to speak to Braxton; for example, J.D., Sherm,
14        Bud, Tone?
15   A    I don't remember who --
16                 MS. GELSOMINO:        Objection.
17   A    -- I asked.
18   Q    Ru-El does have a friend named J.D.?
19   A    Yep, uh-huh.
20   Q    He does have a friend, I don't know if it's
21        Sherm or --
22   A    Yep.
23   Q    -- Brody?
24   A    It's Sherm.
25   Q    Do you know Sherm's real name?
```

**Video Deposition**                                          171

| | | |
|---|---|---|
| 1 | A | No, uh-uh. |
| 2 | Q | Do you know J.D.'s real name? |
| 3 | A | No. |
| 4 | Q | He has a friend he knew as Bud? |
| 5 | A | Yes. |
| 6 | Q | Do you know Bud's real name? |
| 7 | A | No, and there's more than one. |
| 8 | Q | Do you know his friend named Tone? |
| 9 | A | I actually don't know who you're referring to, |
| 10 | | Tone. |
| 11 | Q | Okay.  In your communications with Ru-El, when |
| 12 | | you discussed your efforts to get him out of |
| 13 | | jail, isn't it true that Ru-El told you you |
| 14 | | should go to Braxton and offer him $300 to |
| 15 | | change his testimony? |
| 16 | A | I -- |
| 17 | | MS. GELSOMINO:        Objection. |
| 18 | A | -- don't remember that. |
| 19 | Q | All right.  I want to draw your attention to a |
| 20 | | different call. |
| 21 | | MR. CALDERONE:      This is a call on |
| 22 | | Exhibit C dated July 25, 2016, disk three, call |
| 23 | | 474.  I do not have a transcript of this, but |
| 24 | | I'm going to ask that we play from the time mark |
| 25 | | four minutes and 30 seconds to six minutes and |

**Video Deposition**                                    172

```
 1            40 seconds.
 2                   (Jail call played.)
 3   Q    Now you heard that call.  That was Ru-El's voice
 4        on the call; correct?
 5   A    Yes.
 6   Q    That was you voice on the call; correct?
 7   A    Yes.
 8   Q    And on the call Ru-El was talking to you about
 9        you going to someone else that had testified in
10        this case; correct?
11               MS. GELSOMINO:        Objection.
12   A    No, he wasn't -- telling me to go talk to
13        someone else besides Dude or Larry?
14   Q    Right.
15   A    No, I don't think so.
16   Q    Do you know who he was referring to to go talk
17        to?
18               MS. GELSOMINO:        Objection.
19   A    I think we were talking about Larry the whole
20        time.
21   Q    And during the call, he referenced being willing
22        to pay Larry money?
23   A    No, that's not -- that's not what he meant.
24   Q    You don't think so.  He also referred to you
25        discussing with Larry about a lie that the
```

**Video Deposition**                                           173

```
 1          police paid Larry to testify?
 2                  MS. GELSOMINO:        Objection.
 3   A    This was just our theory, because when I had a
 4        conversation with Larry, he indicated to me that
 5        he was basically forced, picked up, someone
 6        sought him out and took him Downtown to make his
 7        statement.
 8              And then Ru-El was saying, "You never
 9        know.  They might have paid him.  Shit, they
10        could have gave him $300."  That's what he
11        meant, not us paying him $300.
12   Q    To your knowledge, Larry Braxton never did sign
13        an affidavit on behalf of Ru-El; did he?
14   A    Well --
15                  MS. GELSOMINO:        Objection.
16   A    -- I know he gave an affidavit, but I don't know
17        if he actually signed it.  I don't know if
18        you --
19   Q    Where is that affidavit at today?
20   A    I don't know.  I guess, Tom would have it if he
21        -- I don't --
22   Q    Tom, is he your -- the investigator?
23   A    The private investigator.  Well, Tom talked to
24        him.  I just assumed it was all on paper.
25   Q    You don't know for sure whether Larry ever
```

**Video Deposition**                                        174

```
 1              signed an affidavit?
 2    A    Well, no, I don't know if he ever signed
 3         anything, but I'm sure it's on -- all on paper.
 4    Q    And as you sit here today, are you aware that
 5         Mr. Braxton has never changed or recanted his
 6         trial testimony?
 7    A    I don't -- actually don't know what Larry has
 8         told you guys.
 9    Q    In your discussions with Mr. Sailor while he was
10         in jail and in your discussions about Larry
11         Braxton, you and Mr. Sailor talked often about
12         trying to get Mr. Braxton to change his
13         testimony; right?
14                  MS. GELSOMINO:        Objection.
15    A    Not change his testimony, come forward and tell
16         the truth.
17    Q    Well, at trial he testified that he had actually
18         witnessed Ru-El Sailor at the scene of the
19         shooting; didn't he?
20    A    As the shooter.
21    Q    And you and Mr. Sailor talked about getting
22         Mr. Braxton to now come forward and say that
23         Ru-El wasn't there?
24    A    Well --
25                  MS. GELSOMINO:        Objection.
```

**Video Deposition**                    175

| | | |
|---|---|---|
| 1 | A | -- because that's what he told me. |
| 2 | Q | You downloaded a video of Mr. Braxton from |
| 3 | | social media; didn't you? |
| 4 | A | I have no idea.  I don't -- I don't remember |
| 5 | | that, like I screen-recorded or something? |
| 6 | Q | Isn't it true -- |
| 7 | A | I don't know. |
| 8 | Q | -- that Mr. Braxton made a video of himself |
| 9 | | talking about students on a school bus and how |
| 10 | | bad they were? |
| 11 | A | I have no idea.  I have no idea. |
| 12 | Q | Do you recall Ru-El Sailor telling you you |
| 13 | | should use that to get Mr. Braxton fired from |
| 14 | | his job? |
| 15 | A | No, because I don't remember that. |
| 16 | Q | As you sit here today, do you know that |
| 17 | | Mr. Braxton works as a bus driver? |
| 18 | A | No, I don't know -- I don't even know where he |
| 19 | | lives or anything.  I don't know what he does. |
| 20 | Q | Okay.  I'm going to draw your attention to a |
| 21 | | different call.  This is on Exhibit C.  A call |
| 22 | | dated April 8, 2017.  This is marked as Exhibit |
| 23 | | C9. |
| 24 | | I'm going to ask you to turn to page 10 of |
| 25 | | Exhibit C9. |

**FINCUN-MANCINI -- THE COURT REPORTERS**
**(216) 696-2272 -- email@fincunmancini.com**

**Video Deposition**                                      176

```
 1   A     Oh, C9.

 2   Q     And read from line seven to page 12, line 15.

 3   A     Line seven to what?

 4   Q     Page 12, line 15.

 5   A     Okay.  Oh, wait.

 6   Q     Page 12, line 15.

 7   A     Uh-huh.

 8   Q     You tell me when you're ready.

 9   A     Okay.

10   Q     To further refresh your memory, I'm going to

11         play that segment of the recorded conversation.

12               MR. CALDERONE:        Again, this is

13         Exhibit C, a call dated April 8, 2017, disk

14         five, call 59.  Please play from time mark seven

15         minutes and 37 seconds to time mark nine minutes

16         and 45 seconds.

17               (Jail call played.)

18   Q     You heard that conversation; correct?

19   A     Yes.

20   Q     That is you on the recording; correct?

21   A     Yes.

22   Q     And that is Ru-El on the recording; correct?

23   A     Yes.

24   Q     And during that conversation on April 8, 2017,

25         Ru-El discussed with you the fact that you,
```

**Video Deposition**                                    177

```
 1              meaning the both of you, should try to get Larry
 2              to join forces with Ru-El and go against the
 3              police?
 4    A    Right.
 5    Q    And during the conversation, you indicate he
 6              drives a bus and you recorded -- you downloaded
 7              from his facebook page a video of him talking
 8              about -- I believe you used the term "badass
 9              kids"?
10    A    Yeah, in the recording I said that.
11    Q    And that you and Ru-El both knew he could get
12              fired for posting that video; right?
13    A    I don't know if he could really have gotten
14              fired.
15    Q    Well, Ru-El said to you he could get fired, you
16              said, "I know"; didn't you?
17    A    It's just a figure of speech.
18    Q    And during that conversation, Ru-El said to you,
19              "Hell, yeah, tell me you're going to turn that
20              shit in and get him fired"?
21    A    No, I don't think that's what he said.  I think
22              that's -- maybe that's what you guys --
23    Q    Well, let's play it again.
24              MR. CALDERONE:       Please play that
25              recording again from 7:37 to time mark 9:45.
```

**Video Deposition**

```
 1                  (Jail call played.)
 2              MR. CALDERONE:      Okay, Ab.
 3   A     Okay.  I -- I read it wrong.  That's all.
 4   Q     Did you hear Ru-El say, "Hell, yeah, tell me
 5         you're going to turn that shit in and get him
 6         fired"?
 7   A     Yeah.
 8              MR. CALDERONE:      I want to take a
 9         break for a minute.
10              THE VIDEOGRAPHER:    We're off the
11         record at 3:48.
12              (Break taken.)
13              THE VIDEOGRAPHER:    Back on the
14         record at 3:51.
15              MR. CALDERONE:      Ms. Sailor, those
16         are all the questions I have for you.  I know
17         it's been a long day, but thank you for your
18         patience.
19              THE WITNESS:        Thanks.
20              MS. GELSOMINO:      Dylan had some
21         questions.  Any questions?
22              MR. FORD:           I have none.
23              MS. GELSOMINO:      She'll read.
24              MR. CALDERONE:      Okay.  We're all
25         done.
```

**Video Deposition**

1              THE VIDEOGRAPHER:    We're off the

2       record at 3:51.

3                   (Deposition concluded at 3:51 p.m.)

4                   (Signature not waived.)

5                   (Attorney Calderone retained all exhibits.)

6                        - - -

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                         SIGNATURE PAGE

 2    In Re:        Ru-El Sailor -v- City of Cleveland, et al.

 3    Case Number: 1:20-CV-00660

 4    Deponent:     Amy Catherine Sailor

 5    Date:         July 1, 2024

 6

 7    To the Reporter:

 8         I have read the entire transcript of my

 9    Deposition taken in the captioned matter or the same

10    has been read to me.  I request that the following

11    changes be entered upon the record for the reasons

12    indicated.

13         I have signed my name to the Errata Sheet and the

14    appropriate Certificate and authorize you to attach

15    both to the original transcript.

16

17

18
                              _____
19                            Amy Catherine Sailor

20
           Subscribed and sworn to before me this
21
      _____day of _____, 2024
22

23                            _____
                              Notary Public
24

25         My commission expires:_____
```

```
1        I have read the foregoing transcript from page 1
2    through page 183 and note the following corrections:
3    PAGE-LINE    REQUESTED CHANGE        REASON FOR CHANGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24    _____    _____
25    Amy Catherine Sailor            Date
```

**Video Deposition**                                    182

```
 1        The State of Ohio,   )
                               )  SS:  CERTIFICATE
 2        County of Lake.      )

 3        I, Mary Bolas-Dietz, a Court Reporter and Notary

 4   Public in and for the State of Ohio aforesaid, duly

 5   commissioned and qualified, do hereby certify that the

 6   within-named witness, Amy Catherine Sailor, was by me,

 7   first duly sworn to testify the truth, the whole truth,

 8   and nothing but the truth in the cause aforesaid; that

 9   the testimony then given by her was by me reduced to

10   stenotypy/computer in the presence of said witness,

11   afterward transcribed, and that the foregoing is a true

12   and correct transcript of the testimony so given by her

13   as aforesaid.

14        I do further certify that the testimony given

15   by the witness was video/audio recorded and that the

16   video recording hereto attached is a true and correct

17   visual and audio reproduction of the testimony given by

18   him.

19        I do further certify that this deposition was

20   taken at the Law Offices of Hanna, Campbell & Powell,

21   3737 Embassy Parkway, Suite 100, Akron, Ohio on Monday,

22   July 1, 2024, commencing at 10:25 a.m. and was

23   completed without adjournment.

24

25
```

**Video Deposition**                                                    183

1          I do further certify that I am not a relative,

2    counsel or attorney of either party, or otherwise

3    interested in the event of this action.

4          IN WITNESS WHEREOF, I have hereunto set my hand

5    and affixed my seal of office, at Cleveland, Ohio, on

6    this 12th day of July, 2024.

7                    *Mary Bolas-Dietz*

8                    Mary Bolas-Dietz, Court Reporter and
                     Notary Public in and for the State of Ohio.
9                    My commission expires November 25, 2026.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case: 1:20-cv-00660-DAR  Doc #: 81-1  Filed: 07/17/24  184 of 201.  PageID #: 1075

Ru-El Sailor v.
City of Cleveland, et al.

Video Deposition

Any Sailor
July 1, 2024

## $

**$1.00 (1)**
78:7
**$100 (2)**
160:20;162:13
**$2.00 (1)**
78:7
**$300 (3)**
171:14;173:10,11

## [

**[sic] (6)**
13:25;128:7,10;
129:3,15;167:16

## A

**A1 (3)**
101:19;102:14;
103:7
**A8 (3)**
101:19;102:14;
103:7
**Ab (1)**
178:2
**ability (2)**
29:22;145:23
**accepted (1)**
95:2
**access (2)**
94:8,9
**accomplice (1)**
141:16
**according (1)**
50:18
**account (18)**
25:3;26:15;27:5,7,
18;78:3,4,6,11,17,19;
79:3;87:22,24,25;
88:6;160:20;162:13
**accurately (1)**
145:5
**achy (1)**
147:3
**acquaint (1)**
124:1
**acquire (1)**
91:18
**across (1)**
76:7
**acting (1)**
8:8
**actual (4)**
24:8;109:25;120:1;
148:21
**actually (18)**
24:6;38:4;54:21;
92:17;96:12;101:4;
123:17;133:1;136:6;
138:8;140:23;

141:10;153:11;
168:22;171:9;
173:17;174:7,17
**add (1)**
24:12
**added (1)**
87:22
**additional (2)**
58:12;94:3
**address (11)**
9:21;25:17;27:15;
83:5,7,11;84:4,7,25;
85:3;98:7
**addresses (1)**
25:25
**admitting (2)**
141:6;143:18
**advance (3)**
111:7;112:2;115:4
**Affiant (1)**
144:25
**affidavit (23)**
53:19,23;54:16;
140:17,20,25;141:2,
11,12;142:3,9;144:7,
24;145:14,15;146:7,
18;162:9;166:22;
173:13,16,19;174:1
**affidavits (1)**
141:4
**afraid (2)**
137:24;139:2
**again (18)**
20:3;64:1;65:12;
82:18;106:12;112:4;
117:16;124:11;
139:23;142:6;149:4;
152:17;154:9,16;
164:6;176:12;
177:23,25
**against (1)**
177:2
**age (1)**
4:8
**agency (1)**
22:6
**ago (6)**
54:24;71:24;103:3;
110:12;167:2;168:10
**agree (2)**
133:3;162:18
**ahead (5)**
29:23;74:18;
109:15,19;135:14
**ain't (1)**
164:23
**alcohol (2)**
35:24;36:3
**allowed (5)**
75:1,6,16;76:8,9
**almost (2)**
68:14;88:11
**alone (2)**

51:3;78:4
**along (4)**
71:15;95:1;120:10;
135:18
**altercation (3)**
67:10,13;68:7
**always (8)**
26:16;42:11;66:16;
71:4;73:3;88:25;
89:1;169:20
**Amato (1)**
15:5
**America (3)**
27:24,25;28:7
**Amy (11)**
4:4,7;5:22,23,25;
6:2;28:23;62:23;
145:17,24,25
**Amysailorcc@gmailcom (1)**
25:20
**and/or (1)**
85:16
**Andrew (6)**
151:21,23;152:3,
11;153:1,3
**Anitra (4)**
45:21,22,23,23
**answered (2)**
126:25;134:5
**Ant (1)**
39:12
**Anthony (9)**
39:10,19;40:7,14,
21;47:16,19,25;48:4
**antibiotics (1)**
81:11
**anti-crime (1)**
57:16
**anymore (1)**
90:24
**anyways (1)**
83:15
**apartment (2)**
84:8;85:25
**apologies (1)**
100:9
**apologized (1)**
52:14
**app (1)**
87:18
**appears (3)**
120:19;144:7;
162:4
**application (9)**
74:23;90:15,18;
91:9;94:17,25;95:3,6,
14
**approached (1)**
52:6
**approved (2)**
74:23,24
**approximate (1)**
7:23

**approximately (13)**
6:11,19;7:2;14:18;
15:19;18:15;19:8,22;
20:5;26:25;29:9;
57:7;99:5
**April (3)**
175:22;176:13,24
**area (14)**
6:22;7:6,8,14,19,
22;10:15;12:13;13:9;
14:25;30:25;75:15;
76:2;86:11
**areas (1)**
75:16
**Arizona (1)**
79:14
**Around (8)**
6:12;31:14;36:25;
62:25;74:3,4;80:14;
122:13
**arrested (5)**
28:23;30:6;82:14,
21;108:6
**article (13)**
94:19;98:21;
121:23,24;122:5,5;
123:9,10,12,17;
130:7;137:3;150:6
**articles (3)**
55:10;60:21;123:6
**aside (4)**
43:17;61:17;79:24;
81:10
**as-needed (1)**
81:22
**assist (1)**
142:10
**assume (4)**
53:24;63:6,22;
88:13
**assumed (1)**
173:24
**assuming (1)**
54:22
**AT&T (2)**
25:2;26:13
**AT&T's (1)**
26:16
**Atlanta (1)**
79:13
**attend (1)**
69:3
**attended (1)**
61:19
**attending (1)**
61:13
**attention (21)**
104:14,17;105:11;
108:14;119:13;
123:5,19;128:5;
144:18;146:21;
147:20;150:18;
153:10;154:8;

156:23;158:21;
163:8;167:1,12;
171:19;175:20
**attorney (12)**
5:9;8:8,12,13;
70:11;72:4;156:8;
160:15;161:2;
162:12;165:8;179:5
**Attorneys (14)**
53:9,10,14;54:6;
69:8,15,18,24;70:2,4,
7,14;71:10;92:9
**audio (10)**
9:16;106:3;109:25;
112:14,19;135:19,21,
24;136:2;148:21
**audits (1)**
17:8
**automatically (1)**
108:12
**available (1)**
75:22
**Avenue (2)**
19:6;83:6
**aware (9)**
34:16;35:11,14;
54:3;59:21;138:21;
140:16,20;174:4
**away (2)**
136:7,14,15,21

## B

**B1 (3)**
102:7,15;103:9
**B8 (3)**
102:7,16;103:10
**back (25)**
8:1;21:23;22:19,
19;39:22;43:19;51:9;
62:20;65:20;67:23;
72:21;77:21;80:20;
82:10;83:12,19;91:8;
99:3;100:21;110:20;
118:17;119:11;
147:9;163:6;178:13
**bad (1)**
175:10
**badass (1)**
177:8
**ball (1)**
152:8
**bank (6)**
27:18,20,23,24,25;
28:7
**banking (1)**
27:20
**bar (2)**
68:6;107:25
**bars (2)**
67:8;132:9
**based (2)**
17:16;107:12

**basic (2)**
95:9,10
**basically (4)**
16:25;78:22;165:1;
173:5
**basis (3)**
17:7;81:22;82:2
**Bates (1)**
144:5
**bathroom (1)**
80:12
**became (1)**
45:17
**began (1)**
83:1
**begin (1)**
74:8
**beginning (8)**
63:19;73:4;82:18;
90:10;111:23;124:1;
133:8;137:17
**behalf (1)**
173:13
**behind (2)**
94:23;132:9
**benefits (1)**
17:24
**Bennett (4)**
47:2,3,7,8
**Bennut (2)**
47:2,8
**Bergeron (1)**
70:6
**Bernatte (7)**
12:22;13:11;14:7;
47:9,11,12,13
**Berry (1)**
10:11
**B-e-r-r-y (1)**
10:12
**besides (1)**
172:13
**best (10)**
20:4;21:4;29:21;
30:19,21;57:2,3;
98:22;116:5;145:23
**Better (2)**
18:20;19:20
**Big (4)**
39:12,17;118:5;
141:7
**binder (2)**
103:20;104:15
**biological (1)**
12:2
**birth (1)**
7:12
**bit (3)**
8:5;62:11;150:14
**blood (2)**
81:3,5
**board (1)**
169:20

**Bobbie (10)**
40:25;41:2,6,19,
24;42:2,5,8;48:7,21
**Bobbie's (1)**
41:12
**body (1)**
17:9
**bond (1)**
82:25
**book (3)**
60:7,9;97:19
**books (1)**
76:2
**Both (10)**
19:15;24:17;56:10;
66:17,18;90:22;91:5;
92:15;177:1,11
**branch (1)**
28:4
**Braxton (35)**
49:22,25;50:3;
51:6;52:2,16,18;53:2,
7,11,17,22;54:4,7,10,
13,18,23,25;168:22,
24;169:10,18,24;
170:13;171:14;
173:12;174:5,11,12,
22;175:2,8,13,17
**Braxton's (2)**
170:3,8
**break (16)**
5:14,15,18,19;
11:8;62:6,19;100:17,
20;147:2,5,8,12,13;
178:9,12
**Brian (1)**
94:21
**briefly (1)**
15:14
**Brody (1)**
170:23
**brother (1)**
7:18
**brought (3)**
67:12;73:13;76:5
**Brown (8)**
12:22;13:11;14:7,
11;43:25;45:21,22,23
**Bud (2)**
170:14;171:4
**Bud's (1)**
171:6
**bus (7)**
131:11;132:5;
133:5;134:1;175:9,
17;177:6
**business (18)**
16:23;20:21,23,24;
21:1,5,8,10,14,17;
22:1;23:10,12;24:2;
35:3,5,9;79:24
**buy (4)**
85:17;86:10;87:2,

24
**bye (2)**
40:24;41:21

## C

**C1 (3)**
104:10,25;105:14
**C10 (2)**
104:11;163:13
**C119 (1)**
139:23
**C2 (4)**
108:22,23;109:1,
11
**C3 (1)**
119:17
**C4 (2)**
123:24;124:13
**C5 (6)**
128:13,20;129:22;
130:18;135:4,5
**C6 (3)**
139:20,22,25
**C7 (2)**
147:25;148:2
**C8 (2)**
150:25;151:2
**C9 (3)**
175:23,25;176:1
**cafe (1)**
96:24
**Calderone (87)**
4:11,12;29:16;
33:13,21,25;34:3;
62:4,12,22;82:5,12;
100:16,23;101:7;
102:17,20,23;103:2,
8,11,15,18,24;104:7,
15;106:4,13,16,19;
108:17;110:2,9;
111:14;112:13;
115:19;120:2;
124:12,17;128:8;
129:5,9,20;130:9,13,
15,24;134:25;135:5,
8;139:21;140:9;
144:2,10,13;145:21;
146:23;147:1,11;
148:7,12,20,23;
149:4;150:20;
151:10;154:17,20;
155:2,4,7,10;156:25;
158:22;161:12,23;
164:6;167:15,18;
171:21;176:12;
177:24;178:2,8,15,
24;179:5
**call (185)**
41:16;42:4;44:18;
45:18,24;51:9;63:10,
22;64:19;66:7,10,16,
16;67:3;68:19,23;

69:5,7,13;73:21;
74:6;77:1,5,9,10,16,
20,21;78:3,5,16,20,
21;79:3;98:2;104:17,
19,20,22,24;106:6,7,
18;107:12;108:18,20,
22;110:3,4,8,11,18;
112:18;114:24;
115:1,9,23,25;
117:20;118:2;
119:10,11,14,15;
120:1,3,4,8;123:19,
20,22,24;124:2,18,
19,22,24;128:9,10;
129:4,8,11;130:23,
25;131:1,4;135:8,9,
11;139:23;140:11,
14;142:22;146:22;
147:21,22,23,25;
148:21;149:5,9,11;
150:19,21,22,22;
151:8,11,14,15,17,
20;153:11;154:9,10,
11,13,21,22;155:5,8,
8,11,12,13,15,17;
156:24,25;157:2,3,8;
158:21,22,24;159:1,
4,5,8,10,13;161:4,10,
11,15,18,24,25;
162:1;163:7,8,11,12;
164:5,8,11,13,19,23;
165:14;167:1,13,14,
15,20,24;168:1,4,8,
11;171:20,21,22;
172:2,3,4,6,8,21;
175:21,21;176:13,14,
17;178:1
**called (4)**
51:7;113:8;150:14;
160:24
**calling (2)**
68:3;78:10
**calls (38)**
56:9,12,13,13;
57:17,19,22;58:1;
66:13;76:20,21,22,
24;77:1,4,5,8,12,24,
24;78:8;88:9,15;
101:12,15,25;102:2,
4,11,15,16;104:1,1,4,
8,18;112:25;166:19
**calm (1)**
159:21
**came (13)**
37:5;39:14;48:19;
57:1,6;58:15;63:10;
67:4;72:4;88:24;
94:16;96:13;169:20
**can (41)**
4:23;5:1,10;29:16,
18;33:9;43:8;60:23;
62:14;71:1;74:19;
75:12,24,24;76:20;

79:15;82:17;89:19;
93:6;95:6;99:4;
104:5;106:11;
116:17;122:25;
132:3;133:3,9;134:9,
16,18;137:11;139:9;
142:6;144:2;145:23;
146:6,25;147:1;
154:16;162:18
**case (59)**
9:13;30:11;33:18;
44:5;46:14,17;50:11,
11,13,21;55:11,14;
64:23;67:4,12;70:21,
23,24;71:2,5;72:24;
73:3,4,6,7,13,15,25;
74:1;89:22,24;90:11;
91:1,14,15,20;93:2,
5,10;94:12,20;95:24;
96:19;97:4;98:12;
99:6,17;100:3,7;
117:9;127:25;
132:10;133:9;
139:13;152:4;154:2;
155:22;156:10;
172:10
**cases (1)**
31:5
**catch (1)**
80:21
**catching (1)**
64:20
**CATHERINE (4)**
4:7;5:24;25:6;
26:18
**caught (1)**
83:12
**cause (1)**
61:23
**caused (2)**
145:4;146:3
**caution (1)**
5:8
**CD (3)**
101:18,18;102:6
**CDs (1)**
102:9
**celebrities (1)**
89:20
**cell (15)**
24:18,21,24;25:1;
26:6,11,21;43:11;
65:5,10,13;66:11,20,
25;77:2
**cent (1)**
158:8
**Center (1)**
90:5
**certain (2)**
21:22;24:11
**certificates (1)**
17:10
**certification (2)**

Case: 1:20-cv-00660-DAR Doc #: 81-1 Filed: 07/17/24 186 of 201. PageID #: 1077
Ru-El Sailor v.
City of Cleveland, et al.
Video Deposition
Any Sailor
July 1, 2024

17:9;101:15
**certifications (2)**
15:25;16:8
**certified (2)**
4:9;17:2
**certify (1)**
16:24
**Chalaye (5)**
11:20;13:16,24;
14:4,14
**Chalaye's (1)**
14:9
**chance (1)**
38:21
**change (3)**
171:15;174:12,15
**changed (3)**
65:17,19;174:5
**changes (1)**
47:8
**changing (3)**
100:4;156:18;
169:7
**Channel (1)**
55:24
**Chantel (5)**
11:20;13:4,13,23,
25
**character (1)**
50:22
**charge (1)**
34:18
**Chicago (1)**
79:13
**child (2)**
10:7;12:2
**children (5)**
11:16,18;15:8;
22:19;32:10
**children's (1)**
76:2
**chilly (1)**
62:8
**choice (1)**
127:18
**church (2)**
92:11,14
**cigarettes (1)**
67:18
**circumstances (1)**
56:7
**cities (1)**
86:15
**City (2)**
84:5;101:22
**CIU (1)**
91:9
**claim (8)**
70:24;71:7,15;
73:6;90:11;91:16;
95:12;98:12
**Clark (34)**
44:2,4,8,11,15,24;

45:2,10,13,25;46:4,9;
49:7,10,12,17,20;
67:11,17;82:15,22;
100:11;116:15,18,19;
117:4;145:4,9;146:4,
13;156:10;159:23;
169:17,23
**Clark's (1)**
68:10
**clean (1)**
80:21
**clear (3)**
104:11;131:18;
148:16
**Cleveland (13)**
7:11,14;8:1;25:16;
28:9;29:13;30:1,2;
55:18,25;83:18;84:5;
101:22
**close (7)**
33:25;34:4;41:6;
80:6,21;92:22;
168:20
**closing (1)**
80:18
**Clothing (5)**
20:16;24:7,11,12,
14
**Club (18)**
20:16,17;21:8,11;
22:1,14;23:10,15;
24:2,3,6;48:4,18,19;
80:4,15,21;87:1
**clubs (2)**
34:21;67:8
**CO (1)**
76:17
**coaches (1)**
80:2
**cocaine (1)**
36:8
**coincidental (1)**
72:15
**cold (1)**
81:10
**Columbus (1)**
79:19
**combing (1)**
103:25
**comfortable (2)**
34:6;147:19
**coming (3)**
59:20;88:25;141:5
**Comma (18)**
20:16,17;21:8,11;
22:1,14;23:10,15;
24:1,3,6;48:4,18,19;
80:4,15,20;87:1
**comment (6)**
61:6;149:19;
150:13;152:7;158:2;
168:14
**commonly (1)**

36:19
**communicate (8)**
40:21;41:24;42:2;
47:19;87:19;93:13;
169:15;170:2
**communicated (6)**
48:10;49:4,7,10;
88:18;93:23
**communication (4)**
48:15;54:23;72:15;
92:22
**communications (18)**
51:5;52:18;53:17;
54:3;56:4,8,17,21,22;
65:4;66:5;88:2;
95:19,21;96:5;99:18;
153:15;171:11
**community (7)**
22:8,14,17;60:20;
90:3,3;92:11
**company (3)**
17:16;19:2;101:15
**compensation (1)**
160:10
**complete (1)**
5:15
**completely (1)**
33:15
**computers (1)**
75:24
**concluded (1)**
179:3
**conferences (1)**
69:14
**confessed (12)**
113:20;114:2,17;
115:10;118:12;
126:14;132:14;
133:21,23,24;139:5;
146:10
**confession (3)**
141:1;142:23;
143:19
**confessions (10)**
131:15,18;132:1;
134:18;138:5,13,20;
141:21;142:2,8
**confident (1)**
88:25
**confused (4)**
31:5;152:24;153:1,
3
**connect (1)**
77:9
**consider (2)**
22:11;94:4
**considered (2)**
37:16;141:16
**consisted (1)**
95:7
**consistent (1)**
146:17
**construed (1)**

155:22
**contact (11)**
32:25;45:10;48:22;
64:3,6,8;92:9,14,15;
99:4;168:11
**contacted (2)**
96:9,14
**contacting (1)**
155:21
**contacts (1)**
92:13
**continually (2)**
63:23;82:23
**continuation (1)**
110:11
**continue (10)**
83:23;112:14,15,
15;115:19,20;
119:12;130:10;
135:1;161:9
**continued (1)**
99:21
**continuously (1)**
82:16
**contradict (2)**
142:3,9
**convenience (8)**
104:23;108:21;
119:16;123:23;
128:12;130:21;
147:24;150:24
**convenient (1)**
5:17
**conversation (93)**
43:2,7,8,20;54:14;
58:6;62:24;63:12;
65:1;92:4;93:8;97:2,
24;98:8,10,14;
105:24,25;106:22;
107:6,9,10,13,18,20,
23;108:10,15;
109:22;110:23;
111:20,24;112:20,21;
113:1,2;118:21,24;
119:12;120:19,23;
121:2,17,20;122:12,
17,18;124:24;125:12,
18,23;126:7,13,20;
127:5,10,11;128:3,6;
129:2,15,16;131:14;
133:19;136:5;137:8,
15;139:18,22;140:8,
11;141:14;146:9;
149:2,12,14,19;
152:6,10;157:4,9;
159:19;160:9,23;
161:10;166:9;168:9;
173:4;176:11,18,24;
177:5,18
**conversations (32)**
40:18;42:8;45:13;
46:3,8,12;50:9,12;
52:8,15;58:8,13,17;

70:18;71:2,9,22;72:2,
22;73:1;88:19;96:18,
22;97:3,7,10,14;99:5,
18;100:25;117:23;
133:12
**convicted (11)**
29:1,4;30:6;31:12,
21;34:13,17;118:5;
126:4;142:19;143:13
**conviction (58)**
29:12,25;31:2,8,
17;32:5,9,12,13,16;
33:7,9;34:9,12,14,17,
19,23;35:6,12,15,19,
23;36:4,7,11;37:3,14,
19;39:7,18;40:6,10,
20;41:5,18,23;42:17,
20;43:3;44:7,11;
46:19;49:16,19,24;
60:19,25;61:12;62:3;
90:16;92:23;93:12,
18;94:4;140:22;
143:7;169:4
**convictions (1)**
37:21
**cooked (1)**
76:5
**copies (3)**
91:7,25;96:4
**cops (1)**
133:7
**copy (8)**
89:18;90:21,24;
91:5,18;101:8;
103:11;144:8
**Cordell (89)**
34:25;35:10;36:20,
22,24;37:2,5,13,22;
38:1,10,17,19;39:25;
40:11;46:23;67:6,9,
14;68:3,5,24;107:25;
108:3,5;110:23;
113:8,14,19,20;
114:1,3,17;115:9;
116:6,6;118:12;
122:21;123:14,14;
126:13,22;131:10,15,
18;132:2,4,13,15;
133:4,21,22,23;
134:1,18,19;138:4,
13,20;139:5;140:17,
20,23;141:5,10,20;
142:2,3,8,10,16,17;
143:5,5,9,11,12;
144:8,24;145:7,16,
18;146:1,3,10,13;
149:23,24;152:19
**Cordell's (2)**
134:10;146:18
**corner (1)**
76:19
**Corp (1)**
101:11

Case: 1:20-cv-00660-DAR  Doc #: 81-1  Filed: 07/17/24  187 of 201.  PageID #: 1078
Ru-El Sailor v.                                    Video Deposition                                    Any Sailor
City of Cleveland, et al.                                                                              July 1, 2024

**correctly (3)**
7:21;19:21;24:23
**cost (2)**
77:23;78:2
**counsel (1)**
101:23
**County (1)**
108:6
**couple (17)**
5:17;14:3;31:17;
47:21;57:6;58:24;
80:7,12,21;105:2,3;
116:9;123:25;124:3;
128:14;163:9;165:17
**course (8)**
4:21;32:23;55:3;
86:5;101:21;122:4;
125:1;159:23
**COURT (6)**
4:5,23;30:2;
149:21,24;169:12
**courts (1)**
74:5
**created (3)**
87:22;89:18,23
**crime (3)**
46:16;55:2;68:8
**crimes (2)**
34:13,16
**criminal (8)**
100:3;132:11;
145:10;152:19;
154:2;156:10,13;
168:25
**CROSS-EXAMINATION (1)**
4:10
**current (3)**
5:21;26:20;63:19
**currently (3)**
16:15,17;23:15
**cut (6)**
77:16,18,20;
108:12;110:18;
119:10

**D**

**dad (1)**
12:6
**daily (1)**
80:8
**data (2)**
18:6;19:12
**date (4)**
7:12;89:10;123:20;
164:7
**dated (17)**
31:16;33:1;110:3;
119:14;120:4;
123:21;124:18;
128:9;154:10;155:5;
157:1;158:23;
161:10;167:16;

171:22;175:22;
176:13
**dates (4)**
6:9;20:3;32:6;
37:19
**dating (4)**
31:22,24;32:3;
33:18
**daughter (6)**
10:3,3,23:20,21,
21;48:17
**daughters (3)**
83:9,20;84:13
**daughter's (1)**
72:11
**David (2)**
25:12;120:3
**day (22)**
46:1;51:18,19;
60:19,25;65:1,2;
66:15;67:7;72:19;
75:13;88:11;105:4,9,
24;109:22,23;
110:19;112:20;
158:21;159:1;178:17
**days (1)**
14:3
**day-to-day (2)**
17:7;87:5
**DC (6)**
17:17;59:10,13,16,
22;79:13
**deal (1)**
118:5
**death (2)**
145:4;146:3
**deceased (1)**
10:16
**Defendants (1)**
4:13
**Defendants' (1)**
144:4
**defense (2)**
118:15;134:10
**defined (1)**
134:21
**definitely (1)**
15:13
**degrees (2)**
15:25;16:13
**denying (5)**
117:16,19,22;
121:16;126:7
**department (2)**
17:4,6
**dependent (3)**
12:25;13:13;15:9
**deposition (15)**
4:4,18;8:4,17,25;
9:1,9;51:17,18,20,22,
24;102:10;103:6;
179:3
**depositions (1)**

9:12
**depressing (1)**
8:2
**describe (3)**
37:12;56:7;122:12
**described (6)**
54:24;107:24;
108:11;122:17;
131:14;152:10
**describing (2)**
32:18;122:18
**description (5)**
90:11;91:11,15;
95:12;162:7
**designated (1)**
75:12
**desk (1)**
76:17
**details (2)**
88:14;89:24
**Detroit (1)**
79:14
**developed (4)**
63:3,7;64:18;65:2
**different (27)**
21:9;36:15;55:10,
12;67:8;73:14;74:25;
77:1;78:10;96:18;
108:15;123:20;
128:6;134:21,22;
143:24;145:14;
146:22;149:21;
153:10,12;154:9;
156:24;163:7;
167:13;171:20;
175:21
**dinner (7)**
58:22;59:6,11,14,
20,25;80:19
**dinners (1)**
79:25
**direct (1)**
156:23
**directly (5)**
20:9;50:3;64:9;
77:2;167:7
**disclosing (1)**
132:1
**discovery (1)**
101:21
**discredit (1)**
150:1
**discuss (2)**
151:20;168:11
**discussed (6)**
15:9;153:20,25;
168:5;171:12;176:25
**discusses (1)**
141:14
**discussing (4)**
125:19;126:8;
131:9;172:25
**Discussion (6)**

82:9;110:19;
126:21;127:2;158:6;
159:14
**discussions (5)**
59:24;142:21;
164:16;174:9,10
**disk (30)**
104:21,21;106:7;
108:19;110:3;
119:15;120:4;
123:22;124:19;
128:10;129:3;
130:25;135:9;
139:23;140:11;
147:22;149:5;
150:22;151:11;
154:11,20;155:8;
157:1;158:24;
161:11;163:12;
164:7;167:20;
171:22;176:13
**disks (10)**
101:4,18,18,20;
102:6,15,16;103:12,
25;104:3
**distraught (1)**
113:15
**distribute (1)**
17:2
**diving (1)**
73:8
**doctor (1)**
81:22
**doctors (1)**
81:14
**document (4)**
90:17;144:1,5;
146:6
**documents (5)**
9:8;53:3;91:19;
95:25;101:2
**dog (2)**
144:4,14
**done (18)**
8:3;22:7;60:6;
73:17;119:19;124:3;
132:8;134:9;145:21;
151:3;153:20,21;
161:6;163:2,4,6;
168:20;178:25
**doubted (1)**
89:1
**down (14)**
4:23;5:10;30:19;
94:19;98:5;114:22;
117:10;148:24;
154:1;162:21;
164:20;165:18,21;
167:10
**downloaded (3)**
104:2;175:2;177:6
**downs (1)**
21:20

**Downtown (2)**
28:8,9;173:6
**dragged (1)**
149:24
**drank (1)**
36:3
**draw (17)**
104:14,17;105:11;
108:14;123:5,19;
128:5;144:18;
146:21;147:20;
150:11;154:8;
158:20;163:8;
167:12;171:19;
175:20
**drink (1)**
35:24
**Drive (5)**
25:16;85:9,23;
103:23;123:21
**driver (1)**
175:17
**drives (2)**
22:9;177:6
**driving (1)**
31:15
**dropped (1)**
152:7
**drove (1)**
67:25
**drug (1)**
34:18
**drugs (1)**
67:18
**duces (3)**
101:11,13;102:1
**Dude (28)**
49:14;67:16;
156:11,13,18;157:25;
158:1;159:20,20,24;
160:3,8,9,13,14,19;
162:5,7,9,9,23;
164:17,21;165:25;
166:21;167:3,7;
172:13
**dudes (3)**
165:18,19,25
**Dude's (2)**
160:20;162:13
**duly (1)**
4:8
**duration (1)**
77:13
**during (38)**
33:4;36:3;39:23;
40:19;41:22,25;42:1;
45:9;46:2,6,7;50:2;
67:3;75:20;76:11;
88:15,20;98:14;
107:23;115:8,25;
116:9;121:1,20;
125:7;126:7;147:13;
152:6,10;153:15;

Case: 1:20-cv-00660-DAR  Doc #: 81-1  Filed: 07/17/24  188 of 201.  PageID #: 1079

Ru-El Sailor v.
City of Cleveland, et al.

Video Deposition

Any Sailor
July 1, 2024

155:25;162:7,20;
165:14;172:21;
176:24;177:5,18
**Dylan (1)**
178:20

# E

**earlier (11)**
37:18;62:23;65:11;
94:1;131:13;137:25;
138:12;139:3;146:8;
153:16;168:21
**early (2)**
137:23;139:1
**earned (1)**
16:13
**easier (1)**
163:21
**East (13)**
9:22;20:25;25:16;
83:16,16,17;84:3,15,
18,24;85:7,24;86:7
**eat (1)**
80:19
**Ed (8)**
12:6,7;55:22;56:4,
16;57:4,17,22
**education (2)**
15:14;16:5
**Edward (8)**
6:15,20,22;10:8,20,
24;12:6,7
**effort (1)**
92:1
**efforts (3)**
140:15;169:6;
171:12
**eight (10)**
80:17;101:18;
105:12,14,14,15;
128:18,19;149:6;
151:1
**Eighteen (1)**
10:22
**either (9)**
25:5;48:7,10;
55:13;64:9;65:7;
80:22;121:23;170:11
**El (22)**
12:22;42:4;44:6;
45:1;46:1,21,23;
50:20;52:5,10,11;
57:1;67:12;72:3;
73:12;74:4;93:10;
94:17;97:19;122:14,
14;169:21
**Elajia (7)**
11:20;12:16,18,21,
23,25;13:23
**electronic (1)**
104:21
**electronically (2)**

90:21;91:4
**El's (13)**
44:5;46:5,16,25;
47:14;50:11;57:14;
65:17;95:24;98:12;
165:17,19,24
**else (25)**
10:2;13:1;22:21;
29:7;37:10;53:6;
66:25;78:18;83:7,20;
84:12;87:3;92:1,7,
20;122:21,25;137:12,
22;138:21,25;139:9;
159:15;172:9,13
**else's (1)**
79:3
**e-mail (11)**
25:17,21,23,25;
88:2,5,7;89:18;
90:19;98:3,7
**e-mails (4)**
52:23;87:15,16,24;
88:1
**employed (4)**
16:15,17;20:13,15
**employee (1)**
23:18
**employees (2)**
23:15;24:3
**end (7)**
77:15;84:22;98:20;
124:21;135:3,10,16
**ended (4)**
63:16;67:9,12;68:3
**ending (1)**
77:18
**engaged (1)**
79:22
**Englewood (4)**
50:17;67:10,24;
68:7
**enough (2)**
19:8;35:21
**entered (1)**
63:4
**entity (2)**
101:25;102:8
**entry (2)**
18:6;19:12
**equipment (1)**
75:21
**error (1)**
148:13
**errors (1)**
148:18
**especially (1)**
132:9
**estimate (5)**
20:4;51:15;57:3;
98:22;99:4
**Euclid (13)**
9:20,22;15:4;
20:25;27:14;83:4,6;

84:6,6;85:9,12,24;
86:13
**even (8)**
5:4;37:15;52:5;
121:14;133:8;
152:23;160:5;175:18
**evening (1)**
63:17
**event (10)**
38:5,15,16,17,19,
23;48:18,19;61:5;
93:3
**events (14)**
55:1;58:24;60:15,
20,21,23;61:2,6,10,
12,13,18,18;76:4
**eventually (1)**
63:3
**everyone (2)**
42:12;89:19
**evidence (3)**
95:15;96:1;101:9
**exact (6)**
6:9;20:3;112:24;
113:1,2;139:18
**exactly (7)**
23:4;43:16;91:17;
95:13;127:12;128:4;
148:22
**examined (1)**
4:9
**example (5)**
56:8;60:24;75:23;
76:22;170:13
**except (1)**
7:23
**exchange (2)**
162:17;167:8
**exchanged (1)**
43:12
**excited (1)**
98:18
**Exhibit (70)**
101:9,9,13,24;
102:1;103:19,22;
104:4,8,10,11,18,25;
105:14;106:6;
108:22,23;109:11;
119:14,17;120:3;
123:21,24;124:13,18;
128:9,13,20;129:3,
22;130:17,25;135:6;
139:19,20,22,25;
140:10;144:4,13,16,
19,25;146:24;147:22,
25;148:2,23;149:5;
150:21,25;151:2,11;
154:9,11;155:1,2,4;
157:1;158:23;
161:10;163:11;
164:7;167:16,19;
171:22;175:21,22,25;
176:13

**exhibits (6)**
91:20;101:19;
102:6,9,10;179:5
**exonerated (1)**
46:1
**exoneration (2)**
46:25;73:19
**exoneree (1)**
97:21
**expand (1)**
87:1
**expert (1)**
133:1
**explain (10)**
31:20,25;39:21;
43:8;48:15;64:17;
74:20;76:21;87:20;
130:7
**explained (4)**
50:20,22;52:13;
73:5
**explaining (6)**
64:23;70:21,21;
73:4;89:22;98:12
**explanation (1)**
159:14
**expressed (1)**
165:14
**extended (1)**
7:18
**eye (1)**
168:11
**eyewitness (1)**
168:24

# F

**fabric (1)**
24:8
**facebook (1)**
177:7
**facetime (1)**
75:25
**face-to-face (1)**
127:14
**facilitate (1)**
17:8
**facilities (2)**
17:9;75:21
**fact (10)**
88:9;131:10;134:6,
14;138:3;141:15;
145:3;152:18;
153:25;176:25
**Fair (7)**
19:8;63:2,6,22;
68:12;88:13;145:19
**fairly (1)**
21:18
**fairness (2)**
71:22;135:12
**fake (2)**
169:14,16

**familiar (1)**
107:11
**families (2)**
22:19;87:18
**family (8)**
7:14,16,18;42:14;
50:22;79:25;80:7;
89:6
**far (6)**
19:24;77:12;
107:13;117:10,23;
125:22
**fast-food (1)**
76:5
**father (5)**
10:10,19,23;11:10;
12:4
**February (3)**
157:1;158:23;
161:11
**Federal (5)**
27:24;28:1,3,4,8
**feel (2)**
109:7;161:6
**feeling (1)**
98:18
**fellows (1)**
70:7
**felt (1)**
89:1
**few (9)**
32:23;36:6;37:2;
48:25;50:6;58:15;
86:12;96:15;146:25;
168:20
**Fifteen (1)**
77:14
**fight (1)**
162:21
**figure (1)**
177:17
**file (7)**
28:11,14;41:11;
93:13,17;104:21;
160:15
**filed (2)**
4:14;94:17
**fill (4)**
74:22,22;94:25;
120:22
**filled (1)**
95:1
**financial (3)**
13:1,14;15:10
**find (3)**
64:8;86:14;126:2
**finding (1)**
71:6
**fine (4)**
8:20;9:4;102:14;
103:17
**finesse (1)**
122:13

Case: 1:20-cv-00660-DAR  Doc #: 81-1  Filed: 07/17/24  189 of 201.  PageID #: 1080

Ru-El Sailor v.
City of Cleveland, et al.

Video Deposition

Any Sailor
July 1, 2024

fire (1)
    83:12
fired (6)
    175:13;177:12,14,
    15,20;178:6
first (46)
    4:8;6:7,14;30:17;
    36:19;43:2,7;44:24;
    45:1;47:5;52:9,12;
    55:16;62:23;64:18,
    20,25;72:1;73:20;
    74:6,23;82:14,21;
    86:13;93:5,8;97:16,
    16;98:8,22;99:3;
    105:2,2;110:18;
    118:19;123:25,25;
    124:3;128:14,15,16;
    133:14;145:2;
    156:13;160:13;162:8
firsthand (1)
    55:7
Fisher (1)
    12:6
five (19)
    6:21;7:23;24:4;
    26:7;88:17,20;
    112:16;119:18,21;
    120:6;137:17;
    140:12;151:1,4;
    157:6;159:3;163:12;
    164:7;176:14
flash (1)
    123:21
Florida (1)
    79:13
follow (1)
    92:25
follows (1)
    4:9
food (1)
    76:3
Foots (1)
    41:13
forced (1)
    173:5
forces (1)
    177:2
FORD (4)
    103:21;104:5;
    144:9;178:22
forget (1)
    167:4
forgive (1)
    87:6
forgot (1)
    144:20
form (1)
    158:17
format (1)
    76:21
former (1)
    6:5
forward (10)

50:25;53:21;80:1;
    100:9;116:3,13;
    117:1;141:5;174:15,
    22
found (4)
    125:9,24;136:22;
    161:5
four (23)
    7:23;20:8;21:7,18;
    38:4;75:1;105:12,13;
    106:9,14;109:5,11,
    21;140:1,3;143:24;
    150:22;151:11;
    157:2;158:24;
    161:11;167:20;
    171:25
free (1)
    109:7
frequently (10)
    12:9;32:5;33:5;
    35:18;36:3;39:22;
    41:19;47:18;48:21;
    74:10
friend (26)
    30:19,21;37:16;
    40:7,11;41:6;43:12;
    63:12;64:1;116:5;
    156:17;159:17,20;
    160:2,4,7,9,18,25;
    162:4;165:22;
    166:20;170:18,20;
    171:4,8
friendly (1)
    64:25
friends (22)
    31:2,9;33:1;36:15,
    17,18;37:8;40:1,5,9,
    13;41:3,9,10;42:14;
    45:17;47:22;87:18;
    165:19,20;170:8,12
friendship (1)
    132:8
Fritz (3)
    12:5,5;14:12
front (3)
    24:18;104:25;
    158:8
full-time (1)
    17:22
further (10)
    106:1;109:24;
    119:25;124:15;
    129:1;140:7;149:3;
    151:7;164:3;176:10
future (4)
    86:22,24;87:3;89:3

**G**

Gallek (6)
    55:22;56:4,16;
    57:4,17,22
games (2)

75:23;76:1
Gangloff (3)
    6:2,6;10:3
G-a-n-g-l-o-f-f (1)
    6:3
gangs (1)
    34:10
gap (1)
    129:9
gave (16)
    51:17;63:14,15;
    65:11;90:8;91:1,10,
    13;92:6;98:7;142:10,
    17;143:5,11;173:10,
    16
GED (3)
    15:16,24;16:6
Gelsomino (238)
    8:8,11,18;9:3;
    12:10;13:3;21:3,19;
    26:2,8;27:21;28:6,12,
    17,24;29:2,5,10,14,
    18,21;30:9,13;31:13;
    32:20;33:11,15,24;
    34:2,5;35:7,20,25;
    36:5,10,13;37:7,23;
    38:12,25;39:16,24;
    40:22;41:8;42:10;
    45:14;46:13,20;
    47:20;48:2,11,16,24;
    50:10,14;52:3;53:8,
    18;54:20;55:15;56:5,
    11,19,24;57:5,9,21,
    24;58:3,14;59:3,9,15;
    60:1,11,17;61:1,9,15,
    20;62:1,9,14;64:13,
    16;66:14,23;67:15;
    69:9,17,20;70:1,20;
    71:3,12,14,25;72:23;
    73:2;79:11,23;80:10;
    81:2,13,24;82:3,17;
    86:25;88:22;89:14,
    17;94:6;95:23;96:11;
    97:18;98:11;99:8,13;
    100:5;101:5;102:12,
    18,21,25;103:4,9,14,
    17,22;106:11,15;
    108:7;111:2,9,12,16,
    18;112:3;113:12,22;
    114:4,6,8,10,19;
    115:5,13,17;116:7,
    16,21;117:5,13,25;
    118:8,16;119:2,7;
    121:5,11;122:3,8,23;
    123:3,8,16;124:10;
    126:5,11,16,24;
    127:6,19;131:23;
    132:6,23,25;133:6;
    134:2,4,11,20;135:4,
    7;137:5,14;138:6;
    139:7,11;141:18;
    142:5,12,25;143:8,
    16,21;144:11;145:11,

13,22;146:5,19;
    147:4,13;148:6,9,17,
    22;150:9;152:22;
    154:15,18,25;155:3,
    6,9;156:20;158:16;
    162:14,19;163:1,5;
    165:7;166:12,17,23;
    167:17;168:17;
    170:16;171:17;
    172:11,18;173:2,15;
    174:14,25;178:20,23
general (6)
    22:17;23:14;71:5;
    73:3,8,10
gentleman (1)
    162:4
gets (4)
    21:22;80:13,15;
    81:21
gist (1)
    111:17
giveaways (1)
    22:10
given (4)
    82:25;91:21;
    119:16;150:24
gives (1)
    15:11
Giving (6)
    22:19,19;68:1,1;
    99:25;159:13
Global (2)
    101:10;102:8
Godsey (1)
    70:6
goes (2)
    13:25;33:23
Good (6)
    21:16;40:7,11;
    65:1;98:19;147:19
goodbye (1)
    76:10
Goodgame (5)
    30:22,23;37:11;
    64:2,15
Government (1)
    17:1
graduated (1)
    15:15
graduation (3)
    48:17,20;72:11
grandma (7)
    14:8,8,9;15:4,5;
    170:5,6
grandmother (2)
    170:4,9
great (1)
    9:5
grew (2)
    30:20;74:7
grow (1)
    7:10
guess (2)

32:2;173:20
guessing (4)
    10:7;42:20;158:12;
    166:6
guide (1)
    8:13
guilty (3)
    145:2,9;146:2
gun (2)
    36:12;68:2
guy (8)
    39:17;97:19;
    114:18;118:13;
    166:3,4,8,8
guys (6)
    67:21;88:10;
    125:13;147:15;
    174:8;177:22

**H**

half (3)
    62:5;67:23;156:4
Hammond (1)
    11:19,23;12:1,5,9
hand (5)
    4:6;21:11,12;
    78:22;90:17
hands (2)
    52:11;76:9
hang (3)
    51:8,9;80:19
happen (2)
    134:8,24;142:15
happened (21)
    43:16;50:18;67:11;
    68:4,17,21;69:1;
    73:12,16;74:3;94:23;
    108:4;115:12;
    125:14,20;126:3,9;
    133:3,10;134:7,15
happening (1)
    42:12
happy (1)
    5:3
harassing (1)
    33:16
hard (5)
    89:11;90:21;91:5;
    112:11;153:13
hardly (1)
    41:16
head (3)
    23:4;64:5;168:12
hear (12)
    41:16;113:11,17,
    24;114:14;122:16;
    127:4,7;150:2;
    157:24;160:16;178:4
heard (41)
    70:19;107:12;
    113:10,16,18,23,25;
    114:5,9,15;116:10;

Case: 1:20-cv-00660-DAR  Doc #: 81-1  Filed: 07/17/24  190 of 201.  PageID #: 1081

Ru-El Sailor v.
City of Cleveland, et al.

Video Deposition

Any Sailor
July 1, 2024

117:23;122:1,15;
124:23;125:17;
127:13,16,17,20;
129:12;131:5,9,13;
146:8,13;150:4;
151:15,20;152:6;
153:6;155:13,20;
157:9,25;159:5;
160:20;161:17;
162:1;172:3;176:18
**Hearing (2)**
106:21;115:24
**Heights (2)**
18:4,10
**Heisley (1)**
19:7
**held (1)**
35:12
**Hell (2)**
177:19;178:4
**hello (3)**
40:17;76:10;
105:16
**help (17)**
5:4;23:13;28:15;
31:19;46:24;71:7;
73:18;93:7;100:13;
107:8;112:8;130:21;
149:2;160:1,14,15;
169:18
**helped (4)**
118:15,17;134:10,
19
**helping (1)**
23:9
**hereinafter (1)**
4:8
**herself (1)**
73:9
**Hey (1)**
45:15
**Hi (3)**
38:22;40:23;41:21
**high (4)**
15:15;30:18;81:3,5
**highest (2)**
16:4;24:2
**Highland (2)**
18:4,10
**himself (3)**
28:19;52:11;175:8
**HIPAA (1)**
16:25
**hobbies (1)**
79:21
**hold (5)**
6:9;20:3;43:19;
76:8;106:11
**home (18)**
17:14,16;18:7,22,
22;19:14;28:7;57:1,
6;58:15;60:3;65:18;
80:19,23;88:24,25;

89:2;162:21
**honest (6)**
110:25;111:21,25;
115:2,7;137:21
**honestly (2)**
115:14;132:7
**honesty (1)**
138:22
**hope (1)**
87:1
**hour (1)**
62:5
**hours (3)**
43:14;63:18;80:12
**house (17)**
50:16;57:15;80:14;
83:12,21;84:2,8,9,10,
13;85:14,17,17,25;
86:1,10;87:2
**Howell (1)**
94:21
**how's (2)**
45:15;147:16
**Hubbard (56)**
36:20,22,24;37:6,
13,22;38:2,11;39:5,8;
40:11;67:16;68:24;
107:25;113:8,14,19;
114:1,17;115:9;
116:6,6;118:12;
123:14,14;126:14,22;
131:11,15,19;132:2,
4,14,15;133:21,22,
24;138:14,20;139:5;
140:17,21,23;141:5,
10;142:8,10,17;
143:5,11;144:8;
145:7,17,18;146:10;
152:20
**Hubbard's (6)**
138:5;141:20;
142:2,3,16;144:24
**hug (1)**
76:9
**hugged (1)**
40:16
**hundreds (1)**
104:1
**hung (1)**
40:4
**husband (3)**
4:14;8:6,16
**husband's (1)**
8:13
**hybrid (2)**
17:15;19:16

**I**

**idea (8)**
49:5;99:7;127:9,
22;141:22;175:4,11,
11

**identified (4)**
108:19;154:11;
163:11;167:20
**identifies (1)**
155:8
**identify (2)**
60:23;139:9
**ignorant (1)**
74:15
**imagining (1)**
17:24
**important (3)**
99:11;118:14,20
**improper (2)**
133:2;162:18
**incarcerated (8)**
40:20;56:14;66:19,
24;74:11;82:16,23;
153:24
**incarceration (6)**
42:1;45:9;46:2,5,8;
50:2
**income (1)**
28:16
**inconsistent (2)**
142:21;143:18
**incriminate (1)**
116:6
**independent (1)**
15:13
**in-depth (1)**
40:18
**indicate (8)**
159:19;160:8,23;
161:4;164:19,23;
165:4;177:5
**indicated (7)**
65:4;72:20;107:17;
116:11;160:19;
162:8;173:4
**indicates (1)**
148:14
**indicating (1)**
168:15
**individual (1)**
47:1
**individuals (1)**
20:20
**Industrial (3)**
16:22,24,25
**Industries (2)**
16:18,20
**informal (1)**
60:4
**information (18)**
64:3,9;73:21,22;
74:1;90:7,25;91:2,4,
12;94:3;95:10,15;
96:1;99:25;118:14;
138:19;161:5
**informed (5)**
99:17;115:8;116:2;
145:2;153:16

**initial (2)**
67:3;98:14
**initiate (2)**
77:5,9
**initiated (1)**
99:3
**injustice (1)**
62:2
**inmate (7)**
74:24;75:1,17;
78:16,21;87:23;
102:4
**inmates (2)**
75:13;87:19
**inmate's (1)**
78:10
**Innocence (27)**
70:3,4,9,15,22,25;
71:7,10,16;73:6;
90:12,15;91:16;
94:11,21;95:3,12,16,
19,22;96:1,5,8,9;
98:13;151:23;152:3
**innocent (5)**
46:21;51:1,4;
93:11;117:9
**in-person (16)**
38:5;50:7;56:9,23;
57:1,8,11;58:21;
59:1;65:8;72:3;
92:14,16;96:24;97:2,
25
**instead (2)**
68:1;112:12
**Integrity (5)**
90:16;92:23;93:12,
18;94:4
**interaction (1)**
96:12
**interest (1)**
79:21
**interested (1)**
98:16
**interview (5)**
57:14,15;58:25;
59:1,5
**intimate (1)**
33:10
**intimidate (1)**
166:11
**intimidation (1)**
155:23
**into (10)**
63:4;65:2;67:12;
73:13;93:9;101:8;
117:10,20;161:18;
169:20
**introduce (2)**
37:9,10
**introduced (2)**
52:10;60:4
**invasive (1)**
33:16

**investigated (1)**
93:12
**investigation (3)**
46:15;70:23;93:14
**investigator (7)**
54:9;10;156:7;
164:20;165:11;
173:22,23
**investigators (1)**
53:9
**invited (2)**
38:18;72:11
**involved (15)**
22:21;23:6,9;
30:11;34:10,20;
35:10;44:5;46:23;
56:3;60:18;61:11;
63:24;67:14;69:6,14,
18,25;71:6;74:4,5;
75:18;77:23;80:3,3;
94:12;101:12;
107:14;118:19,23;
133:8
**involvement (2)**
46:14;50:21
**involving (1)**
138:22
**IROS (1)**
16:21
**irrelevant (1)**
33:16
**ISO (1)**
16:25
**issued (1)**
101:10
**items (3)**
24:11,14;75:22

**J**

**Jackson (1)**
97:20
**jail (33)**
66:21;67:1;94:5;
106:18;110:8;
112:18;115:23;
120:8;124:22;129:8,
11;131:4;135:11;
140:14;142:11;
149:9;151:14;
155:12,25;157:8;
159:4;160:16,20;
161:15,25;162:13;
163:3;164:11;
171:13;172:2;
174:10;176:17;178:1
**Jamaica (7)**
6:17,18,23,24;7:1,
3,24
**JD (2)**
170:13,18
**JD's (1)**
171:2

Case: 1:20-cv-00660-DAR  Doc #: 81-1  Filed: 07/17/24  191 of 201.  PageID #: 1082
Ru-El Sailor v.                                    Any Sailor
City of Cleveland, et al.          Video Deposition          July 1, 2024

**Jennifer (1)**
70:6
**job (11)**
17:13,22;18:7,20;
19:20;22:11;34:24;
35:1;59:21;133:7;
175:14
**jobs (5)**
19:25;22:2,5;
35:11,14
**join (1)**
177:2
**joint (3)**
27:18;28:11,14
**joking (2)**
168:16,18
**journalistic (1)**
121:22
**JPay (3)**
87:16,17;88:6
**July (2)**
4:3;171:22
**June (14)**
128:6,9;129:3,15,
21,22;130:25;135:6;
139:22;140:10;
147:21,22;149:5,11
**Junior (7)**
44:12,15,25;45:2,
10,13;49:10
**Jury (1)**
145:1
**Justice (1)**
90:5

## K

**Kalish (4)**
25:6,9,10,12
**K-a-l-i-s-h (1)**
25:13
**Kalish's (1)**
26:18
**Kalvin (2)**
10:11,14
**Katherine (1)**
25:7
**keep (5)**
91:4;99:17,23;
111:21,22
**Ken (4)**
4:12;33:18;102:12;
148:6
**Kendall (10)**
53:12,13;54:4;
70:2,11,19;71:23;
72:6;73:25;90:14
**Kendall's (1)**
53:16
**kept (3)**
55:1;92:9;153:16
**key (1)**
156:9

**K-i (1)**
25:13
**kidding (2)**
11:7;80:12
**kids (5)**
23:25;50:23;89:5;
90:13;177:9
**Kim (30)**
54:16,17,25;55:4,
5;69:21;70:2,11,19;
71:2,23;72:1,6,20;
73:21,25;92:3;95:18,
18,25;137:19;138:11,
17;160:24,24;161:2,
5;165:4,8,9
**Kimberly (6)**
53:12,13,16;54:4;
70:2;90:14
**kind (1)**
31:19
**kiss (1)**
76:9
**knew (56)**
37:2,17;39:25;
40:2,9,11,13;41:9;
43:17;46:15,21,22;
77:18;111:6;112:1;
114:18;115:3;116:4;
117:2,12;118:13;
119:1;121:3,9;122:7,
14,14,19;125:9,14,
17,22;126:1;127:4,
14;131:22;132:18;
133:24;136:7,10,21;
137:3,10;138:4;
141:17;142:1;
143:19;150:7,16;
152:13,14,18;153:7;
156:3;171:4;177:11
**knowing (2)**
118:11;137:25;
139:2;141:20
**knowledge (70)**
11:15;12:1,15,25;
13:6,13;14:4,13,20;
15:8;16:4,7,11;
20:13;21:4,9,14,17;
22:2,5,23;16;24:1;
26:25;28:5,15;30:5,
10;34:10,20,24;
35:16,17,24;36:8,12,
14,18;43:22;47:15,
18,22,25;48:6,21;
49:3,6;52:1,15;53:5,
22;54:5,8;57:3;
58:12,20;60:8;68:16;
78:13;80:24;81:9;
82:20;93:16;95:18,
25;138:16;143:1;
145:16,24;170:7;
173:12
**knowledgem (1)**
49:9

**known (2)**
36:24;156:11
**Kyle (90)**
55:16,21;58:4,8,13,
20,25;59:1,6,24;60:6,
8,14,20;61:14,17;
94:19;96:7,8,15,18,
21;97:3,7,10,13,17;
98:1,2,8,15,23;99:1,
4,6,10,10,16,19;
101:1;106:25;107:5,
14,17;110:20,25;
111:3,5,25;112:22;
113:6,7,13,18,25;
114:16,20,23;115:1,
3,3,8;116:2,11,12,25;
117:8,17,20;120:18,
20,23;121:1,7,12,21;
122:12;123:6,12;
130:2,5;131:7,9;
135:24;136:9,19;
138:13;141:15;
146:9;150:5

## L

**labeled (1)**
101:19
**lady (1)**
5:10
**Lamar (5)**
49:12,17,20;
156:10;159:23
**Larry (38)**
49:22,25;50:3,23,
23;51:14;52:6,9,12,
13,16,18;53:17,19,
22;54:4,7,9,13,15,18;
100:7;156:21;
166:18;168:22,24;
169:6;172:13,19,22,
25;173:1,4,12,25;
174:7,10;177:1
**last (27)**
6:5;10:5;18:14;
21:18;24:3;26:1,7;
38:1;40:14;45:5,25;
47:15;48:6,9;49:3,6,
9;52:1;64:13;72:5,
17,19;88:17,20;99:1;
121:6;168:20
**late (3)**
66:10,13,15
**later (5)**
63:17;136:22;
149:23;150:1;163:10
**lawful (1)**
4:8
**lawsuit (2)**
4:14;30:12
**lawyer (1)**
162:16
**Laye-Laye (2)**

13:19,25
**leaders (1)**
92:11
**leads (1)**
71:6
**learn (1)**
44:24
**learned (7)**
55:4;73:23;108:4;
123:13;125:19;
126:9;142:23
**learning (1)**
73:9
**least (3)**
37:2;60:7;111:23
**leave (4)**
18:18;19:18;80:18;
149:20
**left (6)**
20:9;68:5;84:1;
107:25;130:11,13
**legal (1)**
5:21
**legs (1)**
146:25
**Leticia (3)**
12:5;14:10,11
**letter (1)**
98:3
**letters (1)**
52:25
**level (1)**
16:4
**lie (1)**
172:25
**life (6)**
7:22;60:3;64:21,
23;88:24;89:5
**liking (1)**
86:14
**limited (2)**
74:19;77:13
**line (45)**
105:12,13,14;
109:5,5,8,9,11;
119:23;124:7,7,8,12,
13;128:18,19,20,22;
130:18,19;135:15;
137:17;139:24;
140:1,3;148:2,3,5,7,
8,14,24;151:1,2;
163:15,15,17,21,24;
164:1;176:2,2,3,4,6
**lines (1)**
71:15
**Link (2)**
101:11;102:8
**list (1)**
104:18
**listen (2)**
112:11;161:9
**listened (9)**
9:11,16;110:11;

116:24;118:21;
119:10;120:9;
129:24;149:10
**listening (6)**
111:22;112:9,10;
113:5;121:15;152:23
**little (7)**
8:5;32:25;62:8,11;
80:20;147:3;150:14
**live (21)**
6:25;7:2,6;9:19,25;
12:21;13:11;14:4,23;
15:3;25:15;30:25;
32:14;83:14,23;
84:12,15;85:19;86:7,
9,11
**lived (9)**
7:1,21;12:19;
30:19;79:6;83:7;
85:21;86:4;170:5
**lives (10)**
10:2;12:13;13:9;
14:6;15:4,7;27:13,
14;31:1;175:19
**living (8)**
6:18;10:14;83:2,4,
21;84:18,22;87:5
**local (1)**
79:18
**located (5)**
18:3;19:3,4;20:24;
38:6
**location (3)**
21:2,6,12
**locations (1)**
21:9
**L-o-d (1)**
27:16
**logos (2)**
24:8,12
**long (21)**
6:19;9:5;17:20;
18:15;19:8,25;21:1,
5;25:21;26:25;36:24;
51:3;83:23;84:15;
85:19;86:4,7;88:5;
103:3;108:5;178:17
**look (9)**
11:8;80:1;86:15;
90:23;91:8;93:5;
113:1;136:19;151:1
**looked (3)**
9:8;93:9;144:15
**looking (2)**
86:12,13
**lose (3)**
32:25;116:14;
117:3
**lot (4)**
55:10;66:13;
127:24;139:12
**lots (1)**
76:1

Case: 1:20-cv-00660-DAR  Doc #: 81-1  Filed:  07/17/24  192 of 201.  PageID #: 1083

Ru-El Sailor v.                                    Video Deposition                                    Any Sailor
City of Cleveland, et al.                                                                              July 1, 2024

**loud (1)**
105:19
**Lowden (2)**
27:14,16
**L-o-w-d-e-n (1)**
27:17
**loyalty (1)**
134:21
**Lunch (1)**
100:20

## M

**machines (1)**
76:3
**Magazine (2)**
55:19;94:20
**maiden (1)**
6:6
**mail (2)**
87:10,13
**mailed (1)**
95:2
**making (1)**
168:11
**man (21)**
6:8;18:13;38:3;
44:18,18;51:2,2,4;
59:8;63:14;93:24;
98:4,24;99:2;113:20;
118:13;123:15;
166:3,3,8,8
**manage (2)**
17:3,5
**management (2)**
19:2;23:6
**managing (1)**
22:22
**man's (1)**
93:20
**Mansfield (1)**
39:3
**manufacture (1)**
24:6
**many (12)**
23:15;38:9,23;
50:5;57:3,7;61:21;
71:24;88:15,23;99:5;
112:25
**marathon (1)**
5:13
**March (5)**
150:21,22;151:9;
167:16,19
**marijuana (1)**
35:16
**Marilyn (1)**
15:5
**Mark (38)**
70:6;101:2,24;
106:8,9;108:12;
109:6;110:5,5;
112:16;115:21;

119:11;124:20;
129:6;130:12;131:1,
2;135:2;140:12,13;
149:6,7;151:12;
154:24;157:5,6;
159:2,3;161:13;
163:22;164:8,9;
167:22,23;171:24;
176:14,15;177:25
**marked (21)**
101:9,18;102:6;
104:3,4,8,10,24;
108:21;119:17;
123:24;128:12;
139:25;144:12,25;
147:22;150:22,25;
151:11;154:23;
175:22
**marking (1)**
144:3
**marks (1)**
106:12
**marriage (2)**
6:16;63:20
**married (11)**
6:4,5,7,13,17,19,
24;7:5;30:6;86:17;
89:6
**Marshelle (3)**
30:22,23;37:11
**materials (1)**
17:3
**matter (1)**
95:7
**may (30)**
5:15;24:10;32:8,
19;60:14,20;74:14;
77:2;87:6;104:20;
106:6;108:15,19;
110:3;112:22;116:1,
11;117:7;118:22,24;
119:14;120:4;
123:20,22;124:18,24;
133:19;163:9,11;
164:7
**maybe (47)**
5:4,16;6:21;7:4;
12:6;14:15;15:7,20;
19:7,10;26:13;31:15;
32:7,19;33:2,6;36:6;
37:1;38:3,4;41:20,
21;45:7,7;47:11;
48:25;55:24;56:10;
57:6,10;58:23;61:21;
63:15;65:18;72:3;
78:24;84:17;90:13;
92:5;95:11;98:24;
99:9;112:8;153:4;
166:15;168:12;
177:22
**Mayfield (1)**
28:7
**mayor (2)**

92:24;94:1
**McGinty (1)**
93:22
**McKenzie (7)**
39:10,19;40:7,15,
21;47:16,19
**meals (1)**
76:5
**mean (22)**
9:12;15:11;17:6;
33:7;61:7;65:7;71:4;
86:23;102:25;103:4;
111:19;112:24;
121:15;131:24;
134:21;137:22;
138:24;141:19;
142:13;154:7;
166:10,14
**meaning (3)**
76:14;161:2;177:1
**means (2)**
73:11;145:19
**meant (4)**
94:1;133:13;
172:23;173:11
**media (5)**
89:21;91:13;169:9,
14;175:3
**medication (4)**
80:25;81:4,5,10
**meet (5)**
30:17;50:16;53:2;
54:25;97:17
**meetings (10)**
56:9;57:8,11,13;
58:21;69:14,19,25;
90:2,3
**member (1)**
16:2
**members (1)**
92:12
**membership (4)**
17:3,6,10,10
**memory (24)**
50:19;105:3,8,23;
106:2;107:8;109:21,
24;112:8,21;113:6;
119:25;124:15;
129:1,14;130:22;
140:7;149:3;151:7;
154:22;160:2;164:3;
168:8;176:10
**mention (1)**
150:6
**mentioned (5)**
8:7;43:7;94:20;
96:7,14
**Mentor (2)**
19:4,6
**message (1)**
89:21
**messages (1)**
52:21

**met (13)**
6:23;36:25;37:1;
44:5;50:7;58:22;
59:18;72:1,1;73:5;
96:24;97:24;160:4
**Mexico (1)**
72:9
**Mia (6)**
10:3,19,19,21;
23:19;83:8
**Michael (3)**
92:23;93:25,25
**middle (1)**
5:23
**might (25)**
5:4;8:7;19:6;
74:25;92:3;115:15,
15;118:1;119:4,5;
122:21,25;126:13,20;
127:1;137:12;
139:10,16;141:16,22;
150:1;152:7;155:22;
161:6;173:9
**Mike (2)**
116:15,18
**Mikia (4)**
11:21;14:1,16;15:7
**Milan (4)**
11:21;14:1,16;15:4
**military (1)**
14:15
**min (1)**
77:15
**mind (2)**
88:21;145:18
**minute (6)**
106:9;109:13;
110:5;133:17;
140:12;178:9
**minutes (41)**
77:14,16;106:8,13,
14;108:11;110:6;
112:16;115:21;
120:5,6;124:20;
129:6,7;131:2,3;
135:2,10;140:13;
146:25;149:6,7;
151:12,13;154:23,23,
24;157:5,6;159:2,3;
161:13,14;164:8,9;
167:22,23;171:25,25;
176:15,15
**missed (2)**
82:18;89:4
**mistake (4)**
50:24;53:20;
129:21,22
**mom (14)**
7:17;12:22;25:5,6;
45:17,18;47:10,14;
83:13,14,19,22,23;
84:1
**moment (9)**

31:6;47:6;54:24;
105:1;109:4;110:11;
114:21;132:10;167:2
**mom's (3)**
26:17;45:20;57:15
**Monday (1)**
79:25
**money (22)**
15:11;19:20;67:21,
23,25;68:1;77:23;
78:3,4,6,17,18;87:23,
25;88:6;158:7;
160:14;162:17,23;
167:3,8;172:22
**monitored (2)**
76:13;88:3
**month (6)**
32:7,19;33:6;
47:21;48:25;75:1
**months (3)**
21:22;51:17;163:9
**more (16)**
5:2,17;19:20;24:5;
33:19,22;65:2,2;
67:20;87:1;101:25;
118:20;121:6;161:9;
165:20;171:7
**morning (4)**
72:13;80:11,13;
131:13
**Morris (9)**
18:2,3,5,12,16,18,
24;19:19;20:10
**most (3)**
36:19;65:4;80:5
**mostly (2)**
92:16,18
**mother (5)**
12:4,5;14:7,9;
170:4
**move (5)**
83:11;84:1,24;
85:23;148:1
**moved (5)**
83:12,19;85:2,3,4
**Mrs (2)**
4:5,12
**much (9)**
8:7,19;15:12;22:7;
33:19;74:13;78:2,7;
92:25
**multiple (1)**
102:6
**Municipal (1)**
30:2
**murder (76)**
34:14,17,19,23;
35:12,15,23;36:4,7,
11;37:3,14,18,21;
39:7,18;40:6,10,20;
41:23;43:3;68:10,14,
21;82:15,21;108:1;
113:9,14,19;114:1,

Case: 1:20-cv-00660-DAR Doc #: 81-1 Filed: 07/17/24 193 of 201. PageID #: 1084

Ru-El Sailor v.
City of Cleveland, et al.

Video Deposition

Any Sailor
July 1, 2024

17;115:10,12;116:4;
117:2,12;118:11;
119:1;121:4,9;122:7,
20;123:2,13;125:15,
20;126:3,10,15,23;
131:16,19;132:2,14,
16,18;133:22;136:11,
12;137:4,11;138:4,
14,21;139:6;141:21;
142:1,9,24;143:7,19;
146:11;150:7,16;
152:21
**mutual (2)**
37:8;41:3
**mwhen (1)**
49:6
**Myel (4)**
10:4,6;11:2,12
**M-y-e-l (1)**
10:6
**Myel's (2)**
11:10;80:2
**myself (1)**
72:1

# N

**name (35)**
4:12;5:21,23,25;
6:1,5,6;17:19;18:13,
14;22:13;25:3,4,11;
26:15,16,17,18;27:5,
7;36:19;41:12;45:20;
47:1,5;64:1,14;93:20,
23;95:1,10;114:8;
170:25;171:2,6
**named (3)**
93:24;170:18;
171:8
**Navy (4)**
27:24;28:1,2,8
**necessary (1)**
33:17
**need (7)**
5:18;15:12;22:20;
33:19;100:14,14;
104:15
**needed (3)**
111:25;115:2;
162:9
**Nee-Nee (2)**
45:21,24
**neighborhood (4)**
31:14;40:3;41:4;
42:13
**neither (1)**
133:9
**nervous (3)**
8:20;121:10;
141:15
**Nettles (9)**
40:25;41:2,6,19,
24;42:2,8;48:7,22

**new (2)**
77:21;89:9
**news (6)**
55:25;89:20,25;
90:8;91:1,13
**newspaper (1)**
59:21
**next (4)**
48:18;139:19;
158:21;159:1
**Nichole (4)**
39:5,8;67:16,21
**nickname (4)**
39:12;41:12,15;
44:17,22;49:14;
159:24
**night (67)**
43:13;46:23;50:18;
55:1;66:10,13,15;
67:7,11;68:10,17,21;
69:1;73:12,16;80:17;
108:1,4;113:8,14,19;
114:1,16;115:10,12;
116:4,25;117:2,12;
118:11;119:1;121:3,
9;122:7,20;123:2,13;
125:14,20;126:3,9,
14,23;131:16,19,21;
132:2,14,16,17;
133:21;136:10,12;
137:3,11;138:4,14,
20;139:6;141:21;
142:1,8,23;143:19;
146:11;150:7,16
**nine (7)**
64:21;80:17;124:8,
13;129:6;161:13;
176:15
**nodding (1)**
168:12
**none (3)**
67:20;70:14;
178:22
**nonprofit (7)**
22:6,12,13,16,22;
23:7;87:2
**Northeast (9)**
6:22;7:6,8,19,22;
10:14;12:13;13:9;
14:23
**noticed (1)**
148:18
**number (41)**
24:2,21,24,24;26:5,
10;27:1;51:11,13;
63:15;65:11,13,15,
17,21,24;66:1;87:23;
101:12;102:3;
104:19,21,22;106:7;
108:19,20,24;109:2;
110:4;119:15,15;
120:4;123:22;128:1,
10,10;134:23;135:9;

150:23;155:1;157:2
**numbers (2)**
26:6;43:12
**numerous (1)**
148:18

# O

**oath (1)**
4:21
**object (1)**
34:6
**Objection (186)**
8:11,18;12:10;
13:3;21:3,19;26:2,8;
27:21;28:6,12,17,24;
29:2,5,10,14;30:9,13;
31:13;32:20;33:11,
12,13;35:7,20,25;
36:5,10,13;37:7,23;
38:12,25;39:16,24;
40:22;41:8;42:10;
45:14;46:13,20;
47:20;48:2,11,16,24;
50:10,14;52:3;53:8,
18;54:20;55:15;56:5,
11,19,24;57:5,9,21,
24;58:3,14;59:3,9,15;
60:1,11,17;61:1,9,15,
20;62:1;66:14,23;
67:15;69:9,17,20;
70:1,20;71:3,12,14,
25;72:23;73:2;79:11,
23;80:10;81:2,13,24;
82:3;86:25;88:22;
89:14,17;94:6;95:23;
96:11;97:18;98:11;
99:8,13;100:5;108:7;
111:9,16,18;112:3;
113:12,22;114:4,19;
115:5,13,17;116:7,
16,21;117:5,13,25;
118:8,16;119:2,7;
121:5,11;122:3,8,23;
123:3,8,16;126:5,11,
16,24;127:6,19;
131:23;132:6;133:6;
134:2,11,20;137:5,
14;138:6;139:7,11;
141:18;142:5,12,25;
143:8,16,21;145:11;
146:5,19;150:9;
152:22;156:20;
158:16;162:14,19;
163:1,5;165:7;
166:12,17,23;168:17;
170:16;171:17;
172:11,18;173:2,15;
174:14,25
**obtain (2)**
15:17,21
**obtained (1)**
16:8

**occur (2)**
6:16;75:9
**occurred (9)**
65:5;68:8;75:9;
128:6;132:19;
133:16,25;147:21;
169:2
**off (27)**
21:11;23:3;24:15;
32:24;62:12,17;64:4;
77:16,19,20;82:5,7,9;
100:18;108:12;
110:18;111:6;112:1;
113:7;119:10;
120:18;130:11,13;
147:6;164:25;
178:10;179:1
**offer (4)**
162:23;166:15;
167:8;171:14
**offered (2)**
169:25;170:1
**offering (4)**
100:8,9;162:17;
166:21
**office (10)**
17:13;18:8,9,10;
19:13;28:7;93:4,21,
21,24
**officer (1)**
23:1
**offices (1)**
28:4
**often (9)**
12:16;13:6;14:13,
20;31:11,14;58:24;
74:19;174:11
**Ohio (30)**
6:16,22,23,25;7:6,
8,19,22;9:20;10:14;
12:13;13:9;14:23;
19:4;70:3,4,9,14;
71:10;94:11;95:3,16,
19,22;96:1,5,8,9;
97:21;151:23
**OIP (1)**
92:5
**old (9)**
10:17,21,25;11:4,
6;12:23;13:4,16;
14:18
**oldest (1)**
13:24
**Olivia (4)**
10:4,23,25;83:8
**O'Malley (4)**
92:24;93:21,25,25
**Omar (10)**
67:10,16;68:10,13;
82:15,21;145:4,9;
146:4,13
**Once (22)**
12:12,17;13:8;

14:15,22;32:7,19;
33:6;39:1;52:5;
58:22,23;73:8;74:24;
78:21;86:13;87:8;
88:24;90:14,14;
94:19;119:19
**one (41)**
5:10;10:5;23:17,
18;27:9;35:10;53:13;
57:14,15;60:7,24;
67:22;68:2;72:19;
76:11,18;89:23;93:3,
3;96:24;101:8;104:6;
110:5;114:23;
115:24;116:2,25;
117:19;121:6;123:9;
140:12;143:24;
150:12;156:6,9,14;
163:12,23;165:20,22;
171:7
**only (13)**
5:10;21:12;25:22;
40:23;76:9;88:17;
92:3;96:24;100:6;
121:13;137:19;
138:10;156:6
**onto (2)**
114:24;115:1
**open (2)**
80:5,16
**opening (2)**
35:1,2
**Operating (3)**
16:18,21,22
**operation (1)**
23:7
**opinion (2)**
99:10;121:22
**opportunity (3)**
4:15,17;8:24
**optimistic (1)**
98:18
**order (2)**
17:2;24:10
**orders (1)**
23:13
**organization (3)**
22:16,22;23:7
**organizations (1)**
34:21
**organizing (1)**
35:2
**others (1)**
88:3
**out (75)**
11:13;12:8,15,18;
15:21;16:7,11,20:18;
22:4;32:19;36:6;
37:19;38:7,9,24;40:3,
4,23;41:21;42:6;
45:16;48:1,3,4;49:1;
58:23;61:19;67:7,16;
68:2;74:22;79:20;

80:19,22;81:8,25;
84:19,21;85:2,3;
86:19,20;88:20;89:4;
91:7,10,13;92:10;
93:7;94:5,25;95:1;
97:22;98:1,2;99:14;
105:19;117:11;
125:9,24;126:2;
135:13;136:22;
142:11;148:1;
149:20;150:13;
153:21;155:25;
160:16;161:5;163:3;
169:9;171:12;173:6
**outreach (3)**
22:8,17,18
**outside (4)**
76:6;87:18;143:1;
156:7
**outsource (1)**
24:9
**over (12)**
24:3;26:7,9;32:7,
23;36:16;56:22;
64:21;72:2,20;94:18;
97:24
**overnight (1)**
79:19
**own (6)**
14:6;15:7;20:20;
35:2;36:12;145:24
**owns (1)**
20:16

**P**

**packaged (1)**
24:15
**packet (5)**
89:23;90:7,9,25;
91:13
**page (51)**
105:12,13,14;
108:24;109:5,5,9,11,
20,21;119:21;124:6,
7,8,12,13;128:18,19,
19,21,22;130:18,19;
135:15,17;136:20;
137:16,17;139:24;
140:1,3;148:2,3,6,7,
8,10,11,14,24;151:1;
163:15,17,19,23;
164:1;175:24;176:2,
4,6;177:7
**pages (13)**
105:2,3,15;119:18;
124:1,4,11;128:15,
16;135:13;144:20;
151:1;163:15
**paid (3)**
165:1;173:1,9
**Paige (6)**
10:3,7,10,17;

25:24;83:8
**p-a-i-g-e (1)**
25:24
**paper (5)**
23:3;89:23;90:24;
173:24;174:3
**paragraph (4)**
144:18,24;145:25;
146:17
**paraphrasing (2)**
111:14;155:20
**Park (4)**
25:16;83:16,16,17
**part (18)**
82:18;107:5,9;
108:15;109:13,20,25;
111:23;121:6;
124:16,23;127:4;
129:12;131:5;
135:13;137:21;
143:23;149:2
**participate (3)**
57:19,23;58:16
**participated (2)**
59:11;71:11
**particular (6)**
15:25;16:9;22:25;
79:21;86:11;88:19
**parties (3)**
92:11,13,18
**party (4)**
17:8;48:17,20;
72:12
**passing (1)**
31:15
**past (2)**
64:21;170:1
**paste (1)**
89:19
**patched (4)**
114:23;115:1;
117:20;161:18
**patience (1)**
178:18
**Paul (1)**
18:13
**Pavlish (2)**
54:11,12
**pay (5)**
67:22;167:3,11;
168:15;172:22
**paying (2)**
158:8;173:11
**payments (1)**
17:11
**payroll (1)**
23:13
**PCP (1)**
67:18
**people (19)**
23:6;44:18;73:14;
75:25;76:14,23,23;
88:1;89:21;90:17;

92:14;93:16;121:8;
126:2,6;127:3,14;
134:22;156:3
**Per (1)**
17:1
**percent (4)**
25:6;125:21;158:8,
9
**perhaps (1)**
92:15
**period (7)**
19:23;36:4;39:23;
40:19;41:22;45:9;
46:2
**periods (1)**
20:4
**person (10)**
5:10;78:15;92:4,
19;99:11;100:6;
157:22;158:7;
161:17;165:21
**personal (3)**
68:16;145:15,24
**personally (3)**
39:6;93:10;160:5
**person's (1)**
145:15
**phone (46)**
24:19,21,24;25:1;
26:6,21;42:4;43:11,
13;50:6;51:7;56:25;
63:18;65:5,10,13;
66:4,8,20,25;72:2,21;
77:2;78:11,14,19,22,
23;79:2;87:9;97:24;
102:3;104:1,19;
106:6;110:20;
112:25;114:21;
115:9,25;118:2;
120:18,22;142:22;
151:8;161:10
**phones (2)**
26:11,14
**photo (1)**
91:10
**physical (1)**
21:12
**pick (3)**
21:25;79:2;113:9
**picked (2)**
113:15;173:5
**picks (1)**
21:23
**picture (2)**
90:12,13
**pictures (2)**
11:7;76:11
**piece (1)**
138:19
**pinpoint (1)**
21:21
**place (3)**
39:2;57:13;118:19

**placing (1)**
23:13
**Plaintiff's (1)**
101:22
**plans (4)**
86:10,22,23,24
**platforms (1)**
89:21
**play (51)**
75:24;106:2,7,10,
17;109:25;110:4,6;
112:5,14,15,16;
115:20,21;120:1,5,7;
124:16,20;129:2,5;
130:10,16,22,24;
131:1;135:2,9;
136:24;140:8,11;
149:1,6;151:8,12;
154:21,23;155:10;
157:4,5;159:1;
161:12;163:7;164:4,
8;167:21;171:24;
176:11,14;177:23,24
**played (25)**
106:18;110:8;
112:18;115:23;
120:8;124:22;129:8,
11;131:4,24;135:11;
140:14;149:9,11;
151:14;155:12;
157:8;159:4;161:15,
25;164:11,12;172:2;
176:17;178:1
**playing (6)**
110:3;120:3;
124:18;130:10;
135:18;161:24
**please (30)**
4:6;64:8;74:20;
87:20;105:15;
106:10,16;108:23;
109:13;110:6;120:7;
124:21;129:5;
130:10,24;131:1;
135:2,9;140:11;
144:3;149:6;151:11;
154:22;155:10;
157:5;161:12,23;
164:8;176:14;177:24
**plus (1)**
88:16
**pm (3)**
75:4;100:19;179:3
**point (12)**
5:14;64:18;76:11;
89:23;91:18;94:11;
125:8;126:1;135:13,
16;160:8;161:4
**police (2)**
173:1;177:3
**polite (1)**
33:8
**political (5)**

90:1,2;92:11,13,18
**Portia (2)**
64:2,6
**Portia's (2)**
64:3,8
**portion (3)**
151:15;154:21;
157:4
**posed (1)**
5:16
**position (3)**
46:17,18;73:13
**possible (2)**
134:16,19
**possibly (1)**
168:5
**posting (1)**
177:12
**prepare (3)**
8:3,16;9:8
**prepay (1)**
76:4
**present (5)**
37:22;56:3;57:11;
61:14;69:6
**Presently (1)**
9:19
**president (1)**
23:1
**pressure (3)**
81:3,6;154:1
**presume (16)**
132:10,11,18,21,
24;133:3,7,12,17,19,
25;134:9;142:16,19;
143:11,14
**presuming (1)**
81:21
**pretty (4)**
15:12;34:4;92:24;
141:7
**previously (2)**
6:4;103:1
**printed (3)**
90:16;91:6;123:7
**Prior (35)**
5:25;7:5;18:1,24;
25:23;30:11;32:13;
34:9,12,19,23;35:6,
15,19,23;36:7,11;
37:13,18;39:7,18;
40:6;41:5,18;42:17,
20;44:7,10;46:5;
49:16,24;68:19,23;
72:17;166:19
**prison (71)**
11:13;12:8,16,18;
15:22;16:7,12;20:18;
22:4;32:21;33:2,5;
38:5,7,9,11,14,23,24;
43:11,17;51:2,3;
56:18;57:23;58:9,11,
19;59:2;61:19;63:8;

Case: 1:20-cv-00660-DAR  Doc #: 81-1  Filed: 07/17/24  195 of 201.  PageID #: 1086

Ru-El Sailor v.                                      Any Sailor
City of Cleveland, et al.          Video Deposition          July 1, 2024

64:22,23;67:5;73:18;
74:14,17,25;75:7,11;
76:20,21;77:4,12,24;
78:9;79:6,8,20;81:8,
25;82:22;84:19,21;
86:19,20;87:7,11;
88:16;92:2,8,21;
96:17;97:11;99:12;
101:1;118:4;133:11;
140:16;153:13,22
**private (5)**
    53:9;121:1;156:7;
    164:19;173:23
**privately (1)**
    121:13
**probably (13)**
    19:21,24;33:1;
    36:25;37:11;42:3,3;
    43:2;45:1;46:1;
    47:21;78:25;170:5
**proceed (1)**
    161:23
**PROCEEDINGS (1)**
    4:1
**process (1)**
    34:25
**produce (1)**
    101:11
**produced (10)**
    101:16,17,21;
    102:9,24;103:1,3,5,
    13;104:18
**production (2)**
    23:14;102:5
**professional (1)**
    33:8
**profiles (1)**
    169:15
**program (2)**
    74:14,21
**Project (17)**
    70:3,5,9,15;71:10;
    94:11,22;95:4,16,19,
    22;96:2,5,8,10;
    151:24;152:3
**pronounce (1)**
    47:2
**pronunciation (1)**
    47:8
**Properties (4)**
    19:1,3,22;20:1
**property (1)**
    19:2
**prosecutor (1)**
    94:2
**protests (1)**
    60:18
**provide (5)**
    17:10;91:25;95:15,
    25;160:15
**provided (3)**
    94:7;123:23;
    147:24

**provider (2)**
    25:1;27:3
**providers (1)**
    26:12
**pry (1)**
    33:8
**psychiatrist (1)**
    82:1
**psychologist (1)**
    82:1
**public (2)**
    52:4;141:6
**pulled (1)**
    68:2
**purpose (2)**
    22:15;61:23
**put (11)**
    78:3,4,5;87:23;
    103:16;123:21;
    141:10;148:21;
    160:19;162:13;
    163:21
**Putting (7)**
    61:17;79:24;81:10;
    121:23,24;122:4,5

### Q

**quick (3)**
    62:6;82:6;100:17

### R

**rack (1)**
    24:16
**radio (1)**
    89:25
**raise (1)**
    4:6
**rallies (3)**
    61:13,17,24
**rally (3)**
    61:5,18;90:5
**rather (1)**
    103:25
**reach (4)**
    92:10;97:22;98:2;
    169:9
**reached (1)**
    98:1
**reacquaint (1)**
    128:15
**read (37)**
    8:24;105:13,14,15,
    17;109:4,13,15,20;
    119:17;120:10;
    123:6,10,18,25;
    124:3,7;128:14,16,
    19,24;130:18;135:13,
    15;136:24;139:24;
    140:5;145:4,14,25;
    148:2;149:1;163:14;
    164:1;176:2;178:3,

23
**reading (6)**
    105:21;109:20;
    111:22;135:18;
    152:23;163:23
**ready (2)**
    105:5;176:8
**real (4)**
    82:6;170:25;171:2,
    6
**realize (2)**
    52:12;162:16
**realized (1)**
    51:13
**really (20)**
    22:7,11;33:16,17;
    35:5;46:22;74:15;
    80:3;86:14;91:17;
    94:7;95:9,9;125:9,
    24;127:14;142:13;
    143:2;159:21;177:13
**re-ask (1)**
    69:22
**reason (1)**
    116:12
**reasons (2)**
    116:2,25
**recall (18)**
    35:4;37:24;46:18;
    51:5;59:24;61:13;
    66:2,4;70:18;71:9;
    72:25;74:21;88:13;
    98:10;100:2;136:16;
    157:20;175:12
**recant (2)**
    154:2;167:4
**recanted (1)**
    174:5
**recanting (5)**
    100:4,8;156:19;
    162:24;167:9
**receive (2)**
    17:2;96:4
**received (2)**
    101:20;102:15
**receiving (1)**
    103:6
**recently (5)**
    40:16;47:17;48:8;
    51:7,15
**recognize (11)**
    106:22,25;110:12,
    15;113:3;120:12,15;
    129:17;149:17;
    161:20,22
**recognized (3)**
    129:25;130:2;
    149:14
**recollection (4)**
    35:18;36:2;48:9;
    158:13
**reconnect (1)**
    63:2

**reconnected (1)**
    43:10
**reconnecting (1)**
    89:8
**record (39)**
    4:3;35:1,9;62:13,
    18,21;82:6,8,9,11;
    100:19,22;101:3,8;
    103:19,25;104:12;
    106:5;107:21,24;
    108:18;110:2;111:6;
    112:1;113:7;117:14;
    120:3;124:17;128:8;
    139:21;140:10;
    144:5;147:7,10;
    148:13,18;178:11,14;
    179:2
**recorded (18)**
    76:22,24;96:21;
    97:1,7,13;121:17;
    126:8;19;129:2;
    133:19;142:22;
    149:2;151:8;157:4;
    164:4;176:11;177:6
**recording (57)**
    105:23;106:3,17,
    20,23;107:1,18;
    108:9;110:1,7,13,16;
    112:6,20;115:20,24;
    116:8;117:6,15;
    120:7,12,15;124:16,
    21;125:2,4,7,11;
    127:7,17,20;129:12,
    17,24;130:5,10;
    131:5;135:1,3,6;
    141:19;146:14,16;
    152:24;153:7;
    157:12,15,25;158:2,
    14;162:15;164:13;
    167:21;176:20,22;
    177:10,25
**recordings (6)**
    9:16;102:2;116:10,
    24;133:16;138:12
**records (1)**
    111:13
**recruit (2)**
    169:17,19
**recycled (1)**
    17:3
**recyclers (1)**
    16:24
**Recycling (4)**
    16:18,20,22;17:1
**refer (2)**
    104:20;126:13
**reference (1)**
    165:24
**referenced (1)**
    172:21
**referred (4)**
    36:19;104:9;158:6;
    172:24

**referring (32)**
    122:6,9,11,19,22,
    24;123:1;127:22;
    128:1,2,4,9;136:16;
    137:6,9;138:3,7;
    139:5,8,10,14,16;
    141:23;150:10,17;
    152:17;158:19;
    165:8,19;166:7;
    171:9;172:16
**refresh (24)**
    105:3,8,23;106:1;
    107:8;109:21,24;
    112:8,20;113:5;
    119:25;124:15;
    129:1,14;130:21;
    140:7;149:3;151:7;
    154:22;160:1;164:3;
    168:8;169:22;176:10
**regarding (1)**
    123:7
**regular (3)**
    81:14,15;82:1
**reinitiate (1)**
    77:21
**relationship (22)**
    30:16;31:20;32:4,
    17;37:13,15;39:21;
    63:4,7,20,24;64:17;
    65:3,20;68:9,12;
    74:7;83:1;89:9;
    118:23;169:5,20
**relaying (1)**
    73:22
**release (4)**
    79:5,8;82:15,22
**released (19)**
    56:18,22;57:2,18;
    58:11,19;59:2;89:11,
    12,16;92:2,8,21;
    96:16;99:11,14,23;
    140:15;153:13
**relive (1)**
    112:11
**remain (2)**
    33:1;47:22
**remaining (1)**
    77:17
**remember (106)**
    18:13,14;19:5,7;
    26:3,4,10;30:3;
    37:25;39:3,4;42:7;
    45:12;52:14,17;
    54:21;56:2;61:4,16;
    63:16;65:15,19;66:3,
    6;71:18,20,20;72:4;
    78:2,6,7;79:18;84:3,
    7;91:17,23;93:3,8,20,
    22;94:10;95:13;
    96:12,23,25;97:1;
    98:4,7,17,18,25;
    105:25;107:10;
    109:23;111:19,20;

Case: 1:20-cv-00660-DAR Doc #: 81-1 Filed: 07/17/24 196 of 201. PageID #: 1087
Ru-El Sailor v.
City of Cleveland, et al.
Video Deposition
Any Sailor
July 1, 2024

112:24,25;113:4;
114:22;115:6,14,16,
18;118:3;119:3,6,8;
121:12,13,14;122:11;
123:4,17;126:12,18;
127:11;128:3;
129:16;131:25;
136:13;137:8,9,15;
138:8;139:8,12;
140:25;141:1,3,9,13;
150:10,17;154:7;
158:1;165:23,23;
166:7;167:6;168:10;
169:25;170:15;
171:18;175:4,15

**renovating (1)**
35:2
**rent (1)**
84:10
**renting (3)**
85:17,18;86:2
**repeat (1)**
125:16
**rephrase (2)**
5:3;169:22
**report (2)**
17:18;18:12
**reported (1)**
55:13
**REPORTER (7)**
4:5,23;55:16,18,
23;58:4;169:12
**reporters (8)**
55:12,13,21;56:1;
89:20;90:8;91:1,14
**represent (3)**
108:10;119:9;
161:16
**representatives (1)**
90:4
**represented (2)**
70:11,15
**representing (2)**
4:13;105:22
**requesting (1)**
102:2
**require (1)**
95:14
**residence (2)**
84:16;85:8
**respond (3)**
4:21;88:1,7
**responded (1)**
98:9
**response (4)**
51:12;152:12;
153:2,4
**rest (1)**
112:5
**retained (1)**
179:5
**returned (1)**
145:1

**returns (1)**
28:11
**reversed (1)**
51:12
**reviewing (1)**
93:17
**Ricky (1)**
97:20
**right (158)**
4:6;6:13;10:10;
11:11,14;12:3;14:24;
17:5;20:4,12,18,19;
22:12;24:13,20;
25:14;26:19,24;
28:10;31:24;33:24;
37:4;42:22;43:3;
50:25;53:21;55:9;
58:5;63:9;68:15,22,
25;69:2;70:17;73:24;
77:11,21;79:5;80:9;
86:5,6,19;88:21;
89:13;94:15;95:5;
96:20;97:5,12;99:3,
20;100:1,10;105:11;
106:1;107:7,16,19,
22;108:2,13,14;
109:16,24;110:10,14,
22;111:4,8,15,23;
117:18,21;118:6;
119:25;120:17,21,25;
121:18,25;122:17;
124:23,25;125:3;
126:4;127:21;128:5;
130:8,15;131:12,17;
136:7,14,15,21;
141:25;142:7;144:1;
146:14,15;147:20;
148:12;151:7,16,22;
152:9,16;153:6,9,14,
23;154:8;155:24;
156:12,16,23;157:25;
158:4,5,11,20;159:5,
18,25;160:12;161:1,
3,8,19;162:1,6,10,20;
164:12,18,22;165:3,
6,10,13,24;166:2,5,
25;167:25;168:3,7,
13;169:3,7,11,13,22;
171:19;172:14;
174:13;177:4,12
**Rike (1)**
17:19
**R-i-k-e (1)**
17:19
**ring (1)**
51:8
**RIOS (6)**
16:19;17:18,20,24;
18:1,19
**road (2)**
19:5;117:11
**Robinson (2)**
27:8,11

**role (1)**
50:11
**Ronald (2)**
43:20,23
**room (5)**
75:11,12,15;76:19;
147:17
**roughly (1)**
85:21
**routine (1)**
80:8
**Ru-El (315)**
8:25;9:25;11:8,12,
15;12:8,15,18,19,25;
13:6,14;14:14,20;
15:21;16:12;20:12,
13;22:2,5,23,25;23:5,
9;24:1;26:20;27:1,
18,20;28:11,15;30:5,
17,17;31:2,9,11,16,
20;32:6;34:24,25;
35:11,16,24;36:15;
37:1,9,19,20;38:7,9;
40:8,19;41:22;42:9,
25;43:1,4,10;47:16,
18,25;48:6,22;49:3,6,
9;52:1,16;53:5,7;
55:11,13;56:4,14,17,
21;57:2,4,18,18,22;
58:8,11,19,21,25;
59:1,2,6,13;60:8,15;
61:19;62:24;63:6,23;
64:18;66:1,16,19,24;
67:3;68:9,13,19,20,
23;69:3,5,7,13,15;
70:19;71:2,13,23;
73:23;74:2,6,8,10;
75:21,22;77:5,8,20;
78:8,9,23;79:16,20;
80:24;81:14;82:14;
83:2;84:19;85:16,16;
86:4,7,10,17,23;87:4,
7;88:10,20;89:9,10,
11,16;92:2,7,20;
93:17;94:5,12;96:16;
97:10,11;98:16;
99:11,17,22;100:25;
101:1,12;105:4,9;
107:14,24;108:3;
109:22;110:18,24;
111:24;112:1,22;
113:6,9,13,15,18,20,
25;114:15,17;115:2,
3,8,11,15;116:1,3,10,
14,24;117:2,7,11,17;
118:4,22,25;119:11;
120:22;121:2,7,9,17;
122:6,19;123:2,7,13;
125:7,13,18;126:1,8,
20;127:2,13;129:25;
130:6,6;131:7,9,10;
132:3,12,12;133:17;
134:16;136:6,10;

137:3,10;138:3,12,
16,22;139:6;140:15,
21;141:14,22,25;
142:7,11,18,19,22;
143:6,9,12,13,18;
145:2,8;146:1,8,16;
149:17;150:6,15;
151:18,20;152:6,11,
18,25;153:13,15,20,
24,24;155:17,20,25;
156:9,14,17;157:14;
158:3;159:10;
161:18;162:5;163:3;
168:5,9,14;169:1,5,5;
170:2,7,18;171:11,
13;172:8;173:8,13;
174:18,23;175:12;
176:22,25;177:2,11,
15,18;178:4
**Ru-El's (71)**
12:2,22;15:9;16:4;
23:20;27:5,12;32:9,
12,13;34:9,12,19;
35:4;36:7,11;38:24;
40:12;41:5,7,18;42:1,
17,20;43:3;44:7,10;
45:9;46:2,6,19;49:16,
19,24;50:2;53:13;
60:9;69:24;77:2;
79:5,8;80:8;81:25;
93:1;96:19;97:4;
99:6,17;100:3;
106:22;110:15;
118:15;120:15;
125:4;131:14;
146:16;152:4,12;
153:6;156:4,18;
159:17;161:2;165:8,
19;166:20;168:1;
169:4;170:8,12;
172:3
**rumors (1)**
43:18
**run (2)**
21:10;23:9
**running (4)**
22:1;35:5;92:24;
93:20
**Russel (1)**
92:22
**Russell (2)**
93:9,18

## S

**Sabo (1)**
132:12
**Safeguard (8)**
19:1,3,9,11,18,21;
20:1,9
**Sailor (106)**
4:4,5,7,12;5:22,25;
9:25;10:4,6;11:2,15,

20,20,21;12:16;13:4,
16;30:17;35:12;
40:19;42:9;57:4;
66:1;68:9,19;81:14;
82:13;83:2;96:16;
100:24;101:12;
104:14;105:4,16,24;
108:3;109:22;
111:24;113:6,13,18;
114:15;115:2;116:1,
10;117:3,7,11,17;
118:22;121:7;122:7;
123:2,7,13;127:3,13;
132:4,12;133:17;
134:17;135:12;
136:6,10;137:3,10;
138:3,12,16;140:15,
22;141:14,22,25;
142:7,11,18,19,22;
143:6,12;144:6,6;
145:2,8;146:2,16;
147:12;148:15,16;
149:10;150:7,15;
151:18;152:18;
153:24;156:14;
158:3;161:16;169:1;
174:9,11,18,21;
175:12;178:15
**Sailor's (16)**
8:25;26:20;40:8;
41:22;69:3;93:17;
94:12;129:25;
135:21;138:22;
149:17;155:17;
156:10;157:14;
159:10;162:5
**sales (1)**
80:22
**Same (15)**
9:4;12:17;13:8;
19:12;30:18;36:25;
39:25;41:3;54:23;
71:15;100:11,12;
101:25;108:15;
161:10
**Samuel (1)**
43:25
**Sandler (1)**
17:19
**Sarah (2)**
8:5;64:10
**sat (2)**
76:7;114:22
**Saturday (2)**
48:14;75:5
**saw (6)**
31:22,25;39:22;
40:16,23;42:6;47:1;
48:7;57:1;58:23;
61:3;160:6
**saying (8)**
133:13;136:13;
143:17;152:24,25;

Case: 1:20-cv-00660-DAR   Doc #: 81-1   Filed:  07/17/24   197 of 201   PageID #: 1088
Ru-El Sailor v.
City of Cleveland, et al.
Video Deposition
Any Sailor
July 1, 2024

154:4;168:14;173:8
Scene (5)
    55:18;94:20;98:5;
    156:14;174:18
scenes (1)
    94:24
schedule (5)
    17:11;74:18;75:2,
    3;81:15
scheduled (1)
    59:20
scheduling (1)
    23:13
school (5)
    15:15;16:12;22:10;
    30:18;175:9
scope (1)
    143:1
screen-recorded (1)
    175:5
search (1)
    51:13
seasons (1)
    21:24
second (3)
    100:17;133:15;
    147:14
seconds (38)
    77:17;106:8,9,14,
    14;110:6;112:17;
    115:22;120:6,6;
    124:21;129:6,7;
    131:2,3;135:3,10;
    140:12,13;149:7,8;
    151:13,13;154:24;
    157:6,7;159:2,3;
    161:13,14;164:9,10;
    167:22,23;171:25;
    172:1;176:15,16
section (1)
    149:10
secured (1)
    140:17
seeing (1)
    41:21
seem (2)
    74:15;146:20
seemed (1)
    168:4
seems (1)
    161:19
sees (1)
    81:22
segment (15)
    106:2;120:9;129:2;
    130:22;140:8;
    155:11,13;157:9;
    159:1,5;162:1;164:4,
    12;167:21;176:11
select (1)
    104:4
self-defense (2)
    113:21;131:20

selling (1)
    21:11
send (9)
    52:23,25;64:9;
    87:10,24;88:1,5;
    89:19;98:2
sent (3)
    54:15;101:25;
    164:20
separate (1)
    54:18
separately (2)
    104:3;120:20
September (1)
    154:10
serious (1)
    45:15
service (3)
    25:1;26:12;27:3
setting (1)
    32:1
seven (16)
    80:17,19;106:9,14;
    129:6;130:18;148:3,
    5,8,24;154:24;159:3;
    167:23;176:2,3,14
several (3)
    96:17;118:4;169:6
SG (9)
    18:2,3,5,12,15,18,
    24;19:19;20:10
SGM (1)
    19:19
shared (1)
    113:7
Sharell (2)
    27:8,11
S-h-a-r-e-l-l (1)
    27:10
Sherm (3)
    170:13,21,24
Sherm's (1)
    170:25
shirts (1)
    24:10
shit (4)
    149:20;173:9;
    177:20;178:5
shook (1)
    52:11
shooter (4)
    141:6;145:3;146:3;
    174:20
shooting (8)
    114:3;131:22;
    132:17;142:18;
    143:12;156:15;
    169:1;174:19
shops (1)
    48:4
Short (2)
    62:19;95:11
shot (11)

113:20;114:18;
    118:12,14;123:15;
    131:20;132:15;
    133:22;140:23;
    145:8;146:13
show (3)
    5:4;53:2;144:1
showing (1)
    8:15
sick (1)
    81:21
sign (2)
    53:23;173:12
Signature (1)
    179:4
signed (6)
    53:24;95:1;102:7;
    173:17;174:1,2
signs (1)
    145:18
silence (1)
    129:10
silly (1)
    74:15
sister (1)
    27:12
sisters (1)
    7:17
sit (9)
    44:14;51:2,3;
    88:21;127:8,21;
    158:12;174:4;175:16
sit-down (1)
    57:14
situation (3)
    137:21;138:1;
    139:3
situations (1)
    127:25
six (6)
    24:4;27:2;115:21;
    154:23;167:22;
    171:25
Sizemore (9)
    42:15,15,18,21,24;
    43:5;46:22;49:4;
    114:2
Sizemore's (1)
    114:6
slow (2)
    21:22,24
small (1)
    76:8
Smith (3)
    11:21,21;14:16
smoke (1)
    35:16
smoked (1)
    35:19
smoking (2)
    67:17,18
Snipe (2)
    43:20,23

soccer (1)
    80:2
social (7)
    34:20;61:18;62:2;
    89:21;169:9,14;
    175:3
socialize (2)
    37:22;48:1
sold (1)
    24:15
somebody (10)
    37:9;77:10;78:14;
    151:23;152:3;
    162:17;164:16,17,24;
    168:6
somehow (1)
    63:16
someone (18)
    37:16;40:2,2,3;
    47:4;78:18;79:3;
    96:7,9;131:20;
    132:15;133:22;
    157:18,24;159:15;
    172:9,13;173:5
sometime (1)
    84:17
sometimes (6)
    45:18;72:21;76:3,
    8;78:12;86:15
Somewhere (2)
    90:19;102:22
soon (1)
    20:17
sorry (21)
    9:23;10:17;23:22,
    24;31:5;68:13;72:13;
    82:17;84:6;85:12;
    105:20;107:3;108:3;
    109:17;110:24;
    111:3;154:12,15;
    157:2;158:25;167:18
sort (3)
    61:5;90:1,2
sought (1)
    173:6
sounded (2)
    168:16,18
sounds (1)
    107:11
source (1)
    74:2
South (1)
    27:14
space (2)
    48:18,20
speak (22)
    4:15,17;5:8;38:18;
    39:19;49:16,19,24;
    50:2;60:8;72:8;93:1;
    97:17;107:20;111:5,
    13;146:6;166:20;
    168:5;169:18,24;
    170:13

speaking (13)
    5:8,9,10;65:7;
    72:10;73:25;78:16;
    100:2;105:4,8;131:7;
    148:15,16
speaks (1)
    117:14
specific (4)
    71:1,18;72:25;
    105:25
specifically (1)
    50:13
specifics (1)
    71:4
specifies (1)
    149:22
speech (1)
    177:17
speed (1)
    94:25
spell (1)
    27:9
spelled (1)
    10:11
Spence (14)
    6:2,5,15,20,22;7:5;
    10:4,4,19,19,20,23,
    24;23:19
S-p-e-n-c-e (1)
    6:3
spend (2)
    35:21;75:13
spends (2)
    80:5,11
spent (2)
    33:18;63:18
spoke (48)
    38:1,4;40:14;
    42:21;43:13;45:1,5,
    25;47:16;48:7,10;
    50:6;52:2,9;54:6,9,
    13,18;55:13;56:25;
    63:13;64:20;65:1;
    69:5;72:6,18,20;
    73:20;88:11;98:23;
    99:1,16;100:6;113:6;
    120:20;121:20;
    156:6;159:20;160:3,
    7,18,24;168:21,22;
    169:17,23;170:2,12
spoken (9)
    41:20;43:22;44:8;
    45:2;53:7,11;57:4;
    68:20,24
spot (2)
    5:18;148:13
Sprint (2)
    26:13,16
stable (2)
    21:18,20
stamped (1)
    144:6
stamps (1)

Case: 1:20-cv-00660-DAR   Doc #: 81-1   Filed: 07/17/24   198 of 201.   PageID #: 1089

Ru-El Sailor v.                                    Video Deposition                                    Any Sailor
City of Cleveland, et al.                                                                              July 1, 2024

87:24

**stand (2)**
88:20;132:13
**Standard (3)**
16:19,21,22
**standing (1)**
29:17
**start (5)**
68:13;109:7;
163:18,22;164:1
**started (10)**
20:1,17;21:8,11;
24:1;63:2;65:20;
73:8;86:15;169:5
**starting (3)**
89:6,9;147:3
**state (4)**
123:12;137:2;
146:1,9
**statement (8)**
137:17;138:24;
139:4,17;145:7;
164:20;165:2;173:7
**statements (1)**
146:17
**states (3)**
86:16;144:25,25
**station (1)**
55:25
**stations (3)**
89:25,25;90:8
**status (2)**
32:17,17
**stay (3)**
15:2;48:22;64:6
**stays (1)**
79:19
**step (2)**
23:23;153:17
**stepdad (4)**
7:17;25:5;83:22,24
**stepdad's (1)**
84:2
**stepdaughter (3)**
11:19,24;23:23
**stepfather's (1)**
25:11
**Stewart (2)**
110:25;116:12
**Stewart's (1)**
106:25
**sticker (1)**
144:3
**still (13)**
7:14;10:14;29:18;
30:25;47:22;52:21;
64:6;84:18;86:9;
90:18;91:1;110:12,
15
**stop (6)**
106:21;109:7;
112:19;119:20;
160:1;163:16

**stopped (1)**
110:10
**store (2)**
23:14;35:1
**story (5)**
60:9;98:16;99:14;
149:21,23
**straight (1)**
51:10
**Street (15)**
9:22;20:25;30:19;
43:17;84:15,18,24;
85:2,7;86:8;134:21;
166:3,4,8,8
**stressed (1)**
150:13
**stretch (1)**
146:25
**strike (11)**
20:24;21:4;32:12;
44:10;58:7,25;69:22;
125:17;130:16;
138:23;142:16
**students (1)**
175:9
**stuff (1)**
80:6
**sub (1)**
155:3
**subpoena (6)**
101:10,14,24;
102:1,5,14
**subsidy (1)**
16:21
**substance (9)**
42:7;45:12;46:11;
50:8;52:7;54:22,24;
72:22;88:14
**sued (2)**
30:14,15
**suggest (1)**
168:4
**suggesting (1)**
41:12
**suggests (1)**
145:7
**summary (1)**
159:14
**Sunnycliff (1)**
85:9,10,23
**supply (1)**
94:3
**support (5)**
13:1,14;15:10;
116:14;117:3
**sure (22)**
24:18;25:6;28:22;
33:19;35:8;39:4;
62:9;86:21;90:23;
96:13,25;99:16;
102:13;122:9;
125:21;127:24;
142:13;143:3;147:1;

153:5;173:25;174:3
**suspicion (1)**
136:22
**Swenson (60)**
55:17,21;58:4,9,13,
20;59:6;60:7;94:19;
96:7,16,18,21;97:13,
17;98:15,23;101:1;
107:2,5,14,17;
110:20;111:1,2,3,6,
25;112:22;113:7,13,
18,25;114:16,23;
116:2,12,25;117:8,
17,20;120:19,20,24;
121:1,7,21;122:13;
123:6,12;130:5;
131:7;136:5,9;137:1,
2;138:13;141:15;
146:9;150:5
**Swenson's (3)**
130:2;135:24;
136:19
**sworn (2)**
4:8;145:7
**system (3)**
77:4,13;78:9

────────────

# T

**T*Mobile (1)**
27:4
**tab (1)**
163:14
**tabbed (1)**
108:25
**table (1)**
76:8
**talk (28)**
8:16,19;9:3;38:21;
39:8;41:19;42:5;
50:13;51:19,22;
66:15;70:23;147:12,
15;156:1,4,18;
157:18,24;165:18,25;
166:14,21;167:7;
169:6;170:8;172:12,
16
**talked (20)**
8:5,5;50:23;51:24;
86:21;87:3;88:9,23;
89:2;121:3;153:12,
16;156:21;160:9;
166:3,18;170:11;
173:23;174:11,21
**talking (27)**
63:17;69:7;70:19;
72:13;73:15;87:8;
96:7;99:24;117:17;
125:13,21;127:9,12;
137:2,10,13;150:5,
15;157:17,21;158:3,
14;164:16;172:8,19;
175:9;177:7

**tape (2)**
114:15;146:8
**Tashanna (6)**
11:19,23;12:1,9,
13;13:25
**Tashanna's (1)**
12:4
**tax (2)**
28:11,16
**taxes (1)**
28:16
**team (1)**
80:2
**technically (6)**
8:12;22:6;31:22,
24;32:3;40:1
**tecum (3)**
101:11,13;102:1
**Tel (2)**
101:10;102:8
**telephone (16)**
56:9,12,13,13,23;
57:17,22;58:6,7,12,
16;78:8;97:3,6;
100:25;164:4
**telling (7)**
64:21;68:3;111:21;
115:6;153:2;172:12;
175:12
**temperature (1)**
147:16
**ten (8)**
26:1,7,9;64:22;
68:14;119:23;
128:22;148:7
**term (1)**
177:8
**testified (13)**
4:9;132:13;133:18,
20;134:17;140:21;
152:19;154:2;
156:13;168:25,25;
172:9;174:17
**testify (3)**
141:25;142:7;
173:1
**testifying (1)**
142:14
**testimony (24)**
35:4;100:4;119:4;
127:8,21;141:9;
142:4,10,17;143:5,
11;154:3;156:19,19;
162:18,24;166:15;
167:4,9;169:7;
171:15;174:6,13,15
**texted (1)**
51:11
**texting (3)**
63:16;72:13,14
**Thanks (2)**
144:11;178:19
**that'll (1)**

112:8
**theory (1)**
173:3
**third (1)**
17:8
**Thirteen (1)**
11:1
**thism (1)**
130:17
**though (12)**
34:2;35:4;44:14;
52:7;57:23;65:23;
73:10;77:20;91:24;
129:24;143:22;
166:19
**thought (4)**
38:14;98:19;117:8;
154:18
**thoughts (1)**
46:16
**three (29)**
11:5,6;18:17;
19:10;20:5,8;45:7;
61:21;118:23;120:6;
128:10;129:3;131:1;
135:9;139:23;
140:11;143:24;
144:18,24;146:1,18;
147:23;149:5;
151:13;154:11,21;
155:8;159:2;171:22
**three-way (13)**
42:4,7;45:19;58:1,
7;69:7;77:8;78:16;
97:9;107:5,13;
112:21;161:18
**throughout (5)**
22:8;66:15;67:7;
70:22;148:18
**throwing (2)**
133:4;134:1
**thrown (2)**
131:10;132:4
**thumb (1)**
103:23
**ties (1)**
90:1
**timeline (1)**
153:4
**times (14)**
21:24;36:6;37:20;
38:10,23;47:21;
48:25;50:5,6;57:4,6,
7,7;58:15
**title (1)**
22:25
**titles (1)**
23:4
**toastmasters (1)**
38:17
**Today (29)**
4:3;8:4,9,15;24:19;
44:14;47:23;65:11,

Case: 1:20-cv-00660-DAR  Doc #: 81-1  Filed:  07/17/24  199 of 201.  PageID #: 1090
Ru-El Sailor v.                                    Video Deposition                              Any Sailor
City of Cleveland, et al.                                                                        July 1, 2024

23;72:7,8,10,15,17;
88:14;90:18;104:9;
127:8;138:12;
141:25;142:14,15;
146:8;158:12;160:6;
166:6;173:19;174:4;
175:16
**Today's (1)**
4:16
**together (16)**
32:10,14;33:19;
48:1,3;49:1;59:20;
67:7;68:6;76:11;
79:6,16;84:22;85:5;
95:24;152:20
**told (63)**
36:15;37:18;42:25;
46:15,21;50:15,23;
54:15;62:23;63:13;
67:3,4,6,9;72:9;87:7;
91:9;93:10;94:24;
97:9,19;110:23,24;
111:5,17,24;113:13;
114:15;115:2,11,15;
116:24;117:8;
118:25;119:4,5;
121:1,7,8,12;122:20;
123:2;126:2,6,22;
127:2;132:15;
137:19;138:11,12,17;
140:21;142:18;
143:9;145:8;146:1;
160:25;161:5;162:7,
9;171:13;174:8;
175:1
**Tom (11)**
54:11,12,14,15,18,
23;55:4,5;173:20,22,
23
**Tone (3)**
170:14;171:8,10
**took (4)**
66:25;90:7;93:21;
173:6
**top (2)**
23:3;64:4
**total (1)**
101:17
**toward (1)**
89:15
**towards (1)**
92:7
**town (2)**
74:3,4
**toys (1)**
76:2
**track (2)**
98:5;153:25
**Tracy (1)**
83:6
**trade (2)**
15:25;16:9
**training (1)**

17:11
**transcript (30)**
8:25;91:19;103:16;
104:24;105:12,21;
108:22;109:14;
114:11;119:16,18;
120:10;123:24;
124:7;128:13,14;
129:22;135:14,16;
137:18;139:25;
147:25;148:14;
150:24;154:12;
157:3;158:24;
163:13;167:13;
171:23
**transcripts (6)**
91:25;92:5,6;
104:9,10;148:19
**transferred (1)**
98:6
**travel (1)**
87:2
**traveled (1)**
59:13
**trial (14)**
69:3;91:18;92:1;
117:10;132:11;
133:18,20;134:17;
145:10;152:19;
156:13;168:25;
174:6,17
**tricky (2)**
139:13,15
**tried (2)**
21:21;169:9
**trips (4)**
79:9,12,15,17
**True (16)**
88:19;115:8;116:1,
9,23;117:7;118:24;
126:17;137:1;
142:20;143:14;
152:17;156:17;
158:15;171:13;175:6
**truth (16)**
8:21;115:11;116:3,
13;117:1,11,24;
118:1,25;121:3,8;
122:6;123:1;125:14;
150:14;174:16
**truthful (2)**
137:22;138:25
**try (7)**
5:3;46:24;99:22;
153:21;154:1;169:6;
177:1
**trying (9)**
13:20;100:3;
137:20;165:1;
169:15,17,19;170:2;
174:12
**turkey (1)**
22:9

**turn (19)**
78:15;108:18,23;
119:13;128:13,18;
130:17,18;135:15;
137:16;139:19;
148:1;150:18;
153:10;163:14;
167:1;175:24;
177:19;178:5
**turned (1)**
94:18
**Twenty-four (1)**
13:5
**Twenty-one (1)**
14:19
**Twenty-three (1)**
13:17
**Twenty-two (1)**
10:18
**twice (5)**
50:7;52:5;57:10;
58:23;90:5
**twin (1)**
13:18
**twins (3)**
14:1,2,16
**two (38)**
6:25;7:17;18:17;
24:5;61:21;70:7;
76:18;84:21;104:21;
105:2;106:7,8,13;
108:19;109:2,5,9,21;
110:4,6,19;119:15,
18;120:4,5;123:22;
124:19;126:21;
128:16;139:24;
140:13;144:20;
151:1,12;157:17;
163:17;164:1
**two-page (1)**
144:5
**Tye (3)**
92:22;93:9,19
**type (2)**
61:17;75:21
**typed (1)**
91:6
**typical (1)**
80:8

## U

**uh-uh (6)**
28:13;45:11;47:9;
81:16;96:6;171:1
**Umar (19)**
44:2,4,8,11,14,24;
45:2,10,13,25;46:3,9;
49:7,10;100:11;
116:19;117:3;
169:17,23
**under (8)**
4:21;26:9;83:25;

93:22;131:11;132:4;
133:4;134:1
**unethical (1)**
165:15
**unions (1)**
16:2
**Unit (5)**
90:16;92:23;93:12,
18;94:4
**unless (1)**
111:21
**up (39)**
7:10;8:15;21:23,
25;30:20;35:1,5;
42:12;51:8,9;52:10;
59:18;62:11;63:16;
64:19,21;67:9,12;
68:3;79:2;80:11,13,
21,21;84:22;89:10;
91:6;93:1;97:24;
98:20;112:16;113:9,
15;115:21;128:21;
140:2;158:8;164:24;
173:5
**updated (1)**
99:23
**upkeep (1)**
23:14
**upon (2)**
15:9;107:12
**ups (1)**
21:20
**upset (1)**
113:15
**use (10)**
25:17,23;26:11;
28:4;36:8;66:20;
67:1;78:19;87:18;
175:13
**used (5)**
25:25;26:6,14;
65:10;177:8
**using (4)**
65:24,25;66:1,4
**Usually (5)**
62:2;75:4;76:18;
80:18;163:21

## V

**vacation (1)**
79:12
**vacations (1)**
79:9
**vague (1)**
31:19
**Vandalism (1)**
29:6
**vending (1)**
76:3
**verbally (1)**
4:22
**verdict (3)**

145:1,9;146:2
**verification (2)**
101:14;102:7
**vice (1)**
151:17
**vice-president (1)**
23:1
**victim (6)**
127:18,24;131:22;
132:18;133:24;
140:23;142:18;
143:13
**video (4)**
175:2,8;177:7,12
**VIDEOGRAPHER (12)**
4:2;62:17,20;82:7,
10;100:18,21;147:6,
9;178:10,13;179:1
**videos (3)**
9:11,12,14
**videotaped (1)**
9:13
**visit (7)**
38:10,16;54:17;
55:4;74:8,10,19,23;
75:3;76:12
**visitation (2)**
74:13,21
**visiting (5)**
75:11,15,15;76:19;
87:8
**visitors (2)**
75:12,16
**visits (7)**
74:17;75:1,6,9,19,
20;76:13
**voice (31)**
106:22,25;110:12,
15;120:12,15;125:1,
4;129:17,25;130:2;
135:21,24;136:2;
149:15,17;151:17;
155:15,17;157:12,14;
159:8,10;161:17,17,
20;164:13;167:24;
168:1;172:3,6
**voicemail (1)**
51:10

## W

**Wait (6)**
13:19;31:5;144:20;
154:4,15;176:5
**waived (1)**
179:4
**wakes (1)**
80:11
**walk (1)**
57:16
**walked (1)**
52:10
**Walmart (1)**

Case: 1:20-cv-00660-DAR Doc #: 81-1 Filed: 07/17/24 200 of 201. PageID #: 1091
Ru-El Sailor v.
City of Cleveland, et al.
Video Deposition
Any Sailor
July 1, 2024

52:10
**warm (1)**
62:10
**Washington (1)**
17:17
**watched (2)**
9:11,14
**watching (1)**
76:14
**way (15)**
13:14,21;23:9;
24:15;30:12;35:10;
123:6;129:20;132:3;
134:16,19;138:23;
148:1;153:17;166:18
**ways (1)**
134:22
**weather (1)**
8:1
**webinars (1)**
17:11
**week (9)**
12:12,17;13:8;
14:22;36:6;72:19;
80:1,1;87:8
**weekend (1)**
74:12
**welcome (1)**
34:7
**weren't (13)**
31:22,24;32:3;
40:1;55:7;70:7;
125:15;133:10,11;
136:11;138:5;150:7,
16
**wet (1)**
67:18
**what's (12)**
5:23;9:21;24:2;
25:11;42:11,11,12;
45:16;57:3;86:22,23;
130:12
**wherever (2)**
85:4;92:25
**whole (4)**
7:22;73:15;137:21;
172:19
**who's (1)**
23:18
**whose (3)**
26:15;27:7;66:4
**wife (1)**
60:4
**William (8)**
42:15,15,18,21,23;
43:4;46:22;49:4
**Williams (4)**
49:12,17,20;
156:10
**Williams's (1)**
159:24
**willing (3)**
167:3,7;172:21

**Willowick (1)**
15:7
**win (1)**
117:9
**WITNESS (11)**
29:20;62:7,10,16;
64:15;132:13;133:1;
156:1;157:18;
169:13;178:19
**witnessed (1)**
174:18
**witnesses (7)**
100:2;154:1;
155:21,23;156:4,7,9
**word (6)**
74:3,4;136:6,10;
141:13,13
**words (4)**
100:10;150:2;
153:6;158:9
**work (21)**
16:18;17:14,14,16;
18:1,15,22,22,25;
19:9,13,13;60:6;
74:17;78:13;92:7,20;
155:25;160:19;
162:11,12
**worked (15)**
16:12;17:20;18:2,
7;19:1,21,25;20:5;
78:25;87:21;89:11;
93:17;94:21;95:24;
152:4
**working (7)**
18:1,24;59:22;
71:16,19;104:12;
153:12
**works (3)**
79:4;93:24;175:17
**world (1)**
137:12
**worse (2)**
138:1;139:3
**writing (3)**
60:9,21;98:20
**written (4)**
55:11;60:7;90:10;
92:14
**wrong (4)**
19:24;161:7;
162:20;178:3
**Wrongful (4)**
60:19,25;61:12;
62:2
**wrongfully (1)**
118:5
**wrote (4)**
90:15;92:17;94:19;
97:19

**Y**

**year (12)**

14:15;21:22;22:9;
25:22;33:2,2,3,4;
61:22;83:25;85:21;
86:20
**years (38)**
6:21;7:2,23;11:6;
18:17;19:10,24;20:5,
8;21:7,18;24:4,24;
26:1,7,9;27:2;32:7,
23;36:16;37:2;38:3,
4;45:7,8;64:22;
68:14;71:24;86:12;
88:16,16,20;94:18;
99:2;118:5,23;
123:18;168:10
**Yep (11)**
11:3;19:17;40:13;
63:21;76:15;85:13,
22;124:5;140:6;
170:19,22
**young (1)**
5:9

**1**

**1 (1)**
85:13
**1:14 (1)**
100:22
**10 (6)**
128:19;148:2;
161:13;163:14;
164:9;175:24
**10:00 (1)**
80:15
**10:25 (1)**
4:3
**100 (2)**
25:5;125:21
**11 (8)**
80:16;131:2;
135:15;140:1,3;
149:7;151:2,4
**11:32 (1)**
62:18
**11:43 (1)**
62:21
**118 (4)**
128:11;129:4;
131:1;135:9
**119 (1)**
140:11
**12 (8)**
131:3;148:10,11,
14;157:5;176:2,4,6
**12:06 (1)**
82:8
**12:17 (1)**
82:11
**12:30 (1)**
100:19
**123 (2)**
9:24,25

**13 (9)**
11:1;124:20;
130:18;131:2;148:3,
4,8,24;164:8
**14 (6)**
128:18,19;130:19;
135:2,10;157:6
**146 (2)**
147:23;149:5
**15 (20)**
26:1;77:14,15;
88:16;108:11;109:5,
9;124:6,7,12;139:24;
157:1;163:15,19,20,
23;164:9;176:2,4,6
**15-minute (2)**
108:12;119:11
**16 (5)**
135:15;136:20;
148:14;158:23;
161:11
**17 (18)**
128:6,10;129:3,15,
21,22;130:25;135:7;
139:22;140:10;
151:12;163:15,15,17,
21,24,25;164:1
**178 (1)**
157:2
**18 (6)**
10:22;124:8,13;
135:17;137:16,17
**18313 (2)**
25:16;83:16
**185 (2)**
158:24;161:11
**185th (1)**
20:25
**1991 (1)**
31:3
**1st (1)**
4:3

**2**

**2:35 (1)**
147:7
**2:47 (1)**
147:10
**20 (11)**
99:9;123:20,22;
124:19,24;147:21,22;
149:5,11;159:2;
167:17
**2003 (26)**
29:11;31:5,8;
32:16;34:19,23;
35:13,15,23;36:7,11;
37:3,14;39:7,18;40:6,
10,21;41:5,18,23;
42:17,21;43:4;44:7,
11
**2007 (1)**

167:16
**2010 (3)**
6:8,12;7:4
**2012 (2)**
7:4;20:2
**2013 (16)**
43:2,7;62:25;
63:10,22;65:20,23;
68:19,23;69:5,12,13;
74:6;83:1;89:8,10
**2015 (2)**
15:20;83:12
**2015/2016 (1)**
19:22
**2016 (32)**
72:3,21;84:17;
98:24;104:20;106:6;
108:16,19;110:3;
112:23;116:1,11;
117:8;118:22,25;
119:15;120:4;
123:20,22;124:19,24;
129:21,23;130:25;
135:8;139:22;
147:21,22;149:5,11;
154:10;171:22
**2017 (15)**
98:24;150:21,22;
151:9;157:1;158:23;
161:11;163:9,12;
164:7;167:18,19;
175:22;176:13,24
**2018 (2)**
46:1;82:15
**2019 (4)**
17:21;19:22;84:17;
86:18
**2020 (3)**
21:13;85:20;86:9
**2024 (5)**
4:3;128:7,10;
129:3,15
**20831 (1)**
83:6
**21 (2)**
14:3,19
**211th (3)**
9:22;85:24;86:8
**216 (1)**
65:14
**216-273-3211 (1)**
102:4
**216-659-6825 (1)**
26:22
**216-702-3313 (4)**
24:22;26:5;65:21;
102:3
**22 (4)**
10:18;14:1;128:20,
22
**222 (2)**
163:12;164:8
**23 (10)**

Case: 1:20-cv-00660-DAR  Doc #: 81-1  Filed:  07/17/24  201 of 201.  PageID #: 1092

Ru-El Sailor v.
City of Cleveland, et al.

Video Deposition

Any Sailor
July 1, 2024

12:24;13:17;14:1;
109:5,11;148:3,8;
157:6;167:16,19
**24 (6)**
13:5;14:2;124:7,8,
12;130:19
**25 (4)**
129:6;158:8,8;
171:22
**258th (6)**
84:3,15,18,24;85:2,
7
**275 (2)**
150:23;151:11
**28 (2)**
135:2,10
**29 (1)**
154:10
**292@yahoocom (1)**
25:24
**2o (1)**
154:24

### 3

**3:00 (1)**
75:4
**3:48 (1)**
178:11
**3:51 (3)**
178:14;179:2,3
**30 (4)**
154:23;161:13;
167:22;171:25
**31 (1)**
120:6
**343 (1)**
167:20
**35 (1)**
140:13
**37 (1)**
176:15
**384 (3)**
9:22;85:24;86:7
**3rd (14)**
104:20;106:6;
108:16,19;110:3;
112:22;116:1,11;
117:7;118:22,25;
119:14;120:4;133:19

### 4

**4 (2)**
163:12;164:7
**4/29/82 (1)**
7:13
**40 (3)**
112:16;161:14;
172:1
**44 (4)**
9:23;84:6;110:6;
149:8

**44119 (3)**
20:25;25:16;83:18
**44123 (5)**
9:22;83:6;85:9,13,
24
**44132 (1)**
84:6
**45 (2)**
129:7;176:16
**46 (1)**
167:23
**474 (1)**
171:23
**48 (2)**
124:20;144:6
**49 (2)**
144:6;164:9
**4th (1)**
163:9

### 5

**5 (1)**
55:24
**50 (1)**
131:2
**55th (1)**
85:9
**58 (1)**
149:7
**589 (1)**
20:25
**59 (5)**
106:8,13;115:21;
151:13;176:14

### 6

**60 (1)**
77:17
**617 (2)**
104:22;106:7
**618 (2)**
108:20;110:4
**619 (2)**
119:15;120:5
**6825 (1)**
26:23

### 7

**7:37 (1)**
177:25
**702 (1)**
65:25
**749 (2)**
123:22;124:19
**75 (1)**
158:9
**788 (3)**
154:11,21;155:8

### 8

**8 (3)**
175:22;176:13,24
**8:00 (1)**
75:4

### 9

**9 (2)**
150:22;151:9
**9/29/16 (1)**
155:5
**9:45 (1)**
177:25
**91 (1)**
31:4
**943 (1)**
130:13
**947 (1)**
130:14
**98 (1)**
37:1
**99 (1)**
37:1
**9th (1)**
150:21