1

1          IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
2                    EASTERN DIVISION

3                      - - -

4   Ru-El Sailor,            )
                             )
5              Plaintiff,    )
                             )
6        vs.                 )  Case No. 1:22-CV-00660
                             )
7   City of Cleveland, et al. )
                             )
8              Defendant.    )

9                      - - -

10

11           Transcript of audio recorded jail call,

12        John Williams - Disk 2 - Call 619, between

13        Ru-El Sailor and Amy Sailor, on May 3, 2016.

14                     - - -

15

16

17

18

19

20

21

22

23                                    ┌─────────────┐
                                      │  EXHIBIT    │
24                                    │             │
                                      │     E       │
25                                    └─────────────┘

| | |
|---|---|
| 1 | PROCEEDINGS |
| 2 | AUTO ATTENDANT:  For English -- for a |
| 3 | collect -- please enter your -- please enter |
| 4 | the area -- please hold.  Please wait while |
| 5 | your call is being connected. |
| 6 | Hello, this is a prepaid call from an |
| 7 | inmate at the Ohio State Penitentiary.  To |
| 8 | accept this call, press zero.  To refuse this |
| 9 | call -- |
| 10 | Your current balance is $18.57.  This |
| 11 | call is from a correction facility and is |
| 12 | subject to monitoring and recording.  Thank |
| 13 | you for using GTL. |
| 14 | MR. SAILOR:      Hello? |
| 15 | MS. SAILOR:      Hello. |
| 16 | MR. SAILOR:      Man, what you doing, |
| 17 | cutting a side deal? |
| 18 | MS. SAILOR:      No, I was talking to |
| 19 | him for a second, but then when you were |
| 20 | calling in, I was trying to click back over. |
| 21 | My Goddamn phone froze.  So I had to wait for |
| 22 | him to hang up on me and then reset my phone. |
| 23 | But he said that he wants to come see you even |
| 24 | more now.  He was like, there's so much more I |
| 25 | want to talk to him about.  He was like, I |

1      wanted to go see him.  He was like, but he

2      still has a Florida driver's license.  So

3      they're giving him a really hard time about,

4      like, comparing his license to his address and

5      everything.

6             He was like, and he can work it out,

7      but it's just, it's, you know, it's just

8      another --

9             MR. SAILOR:     I think he might be a

10     -- no, I can get a special visit.  He can come

11     out here ASAP if he got a Florida driver

12     license.

13            MS. SAILOR:     I don't know.  I

14     mean, you'll have to work that out.

15            MR. SAILOR:     No, I'm telling you,

16     I can go to Ms. Franklin and be like, man,

17     like, my people, my dude, he coming from

18     Florida, he don't live here.  Like, they don't

19     need me putting him on my list and I can get a

20     special visit.  It's where you don't see

21     somebody today --

22            MS. SAILOR:     Okay.

23            MR. SAILOR:     They allow people to

24     come see you that ain't on your list for one

25     time.

```
 1              MS. SAILOR:      So then a real quick
 2         I asked him, I was like, you know, it's such
 3         an awkward subject for him, you know, because
 4         he's never talked about it, you know, publicly
 5         and he was like, no, I totally understand him
 6         not wanting to upset the victim's family.  You
 7         know the victim's brother and I said, yeah,
 8         you know, he's really supportive and, you
 9         know, that might change his feelings and lock
10         him up, you know, or shut him down, I said.  I
11         said, so is there any way that you could --
12              AUTO ATTENDANT:   This call is
13         originating from an Ohio correctional facility
14         and may be recorded and monitored.
15              MS. SAILOR:      I said, you know,
16         like, give out your, like, journalistic
17         opinion, your professional opinion, on how to
18         go about either putting that in the article or
19         not putting in the article.  And he was like,
20         well, I can definitely finesse around it.  He
21         was like, we can say that El knew, but we
22         don't have to say when he knew.  He was like,
23         we can definitely work around that.  He was
24         like, that's not an issue at all.  He was
25         like, I totally understand where El's coming
```

1    from.

2         He was like -- I was like, that was

3    probably the biggest reason why he wanted to

4    see you in person.  You know, he was nervous

5    to talk to you about that, and he totally

6    understands.  And so he said he was gonna call

7    me on Monday when he got back into town, so

8    that we could schedule something to talk again

9    next Tuesday.

10         MR. SAILOR:     I wanted to ask him

11    about Ricky Jackson.

12         MS. SAILOR:     I know, but that was

13    another thing that Bill and I -- Bill pulled

14    up the letter that you wrote him and he asked

15    me if you've been in contact with Ricky

16    Jackson yet.  But he said, I asked him, I was

17    like, you know, I know that he's interested in

18    knowing where you are with the article, and he

19    was like, um, it's just basically talking

20    about the case and the injustice and

21    everything they did wrong with the appeals

22    and, you know, all the, like, all the wrong

23    and shady things that they did in court.  You

24    know, it's talking a lot about that.

25         MR. SAILOR:     I want him to make

```
1         sure that he put in there about how when they
2         denied Cordell's affidavit, they put it in
3         there where I couldn't bring nothing up.  They
4         denied everything similar to Cordell's
5         affidavit.  That's a big piece, man, because
6         that's, like, standard unheard of, like, they
7         put that clause in my shit where --
8              MS. SAILOR:      Right.  Yeah.  So
9         just make a note.  Make a note, you know,
10        like, make yourself a note or a list of things
11        that you want to talk to them about, you know,
12        so that we can make the most of our time next
13        week.  Things that you want to mention, ask
14        him questions about the article, you know.
15             MR. SAILOR:      Man, tell him -- text
16        him and tell him, man, give him Ms. Franklin's
17        number, direct number shit, Amy.  Tell him to
18        call Ms. Franklin, she's my case manager, and
19        ask her -- tell him he don't even got to say
20        that he's in Ohio and he live in Ohio.  He can
21        tell her that he's coming in from Florida, and
22        he wants to come see me, you know what I'm
23        saying, one time while he here, because he's
24        only going to be here for a few days.  He
25        wants to come see me from Florida, and what do
```

1    I have to do for a special visit?  And then
2    I'll work her on my end.
3          MS. SAILOR:      All right.
4          MR. SAILOR:      So by the time I see
5    her, she's been to talk to him already, and
6    then I can just send her my kite.  I wanted to
7    get a special visit, because I'm going to need
8    whatever address on his license and shit to
9    put on my kite.
10          MS. SAILOR:      Okay.  So how do you
11   feel about that little conversation?
12          MR. SAILOR:      That's what's up.  I
13   needed that.
14          MS. SAILOR:      You talk so different
15   to other people when you're like, besides,
16   different from the way you talk to me.
17          MR. SAILOR:      Because I have time.
18   You don't understand, like, it's a difference
19   because we have forever and a day to talk, you
20   see what I'm saying?  So when I talk to other
21   people, I feel like I'm trying to cram
22   everything in; you know what I'm saying?
23   Because I don't have a lot of time, my time
24   with them so I talk fast.  That's just for me.
25          MS. SAILOR:      Yes, that's exactly

1       you.  You nailed it on the head, and you say,

2       you know what I'm saying?  You know what I'm

3       saying?  You know what I'm saying?  You know

4       what I'm saying?  You know what I'm saying?

5              MR. SAILOR:     I told you my first

6       speech.  I told, my ass, they said I said that

7       shit, like, 15 times in one speech.

8              MS. SAILOR:     But you don't say it

9       when we're talking.

10             MR. SAILOR:     I don't know, you

11      know what I'm saying?

12             MS. SAILOR:     I don't think it

13      would be like that in person, because you

14      weren't like that with Kim in person.

15             MR. SAILOR:     No (unintelligible).

16      So what you feel, overall -- so overall, if

17      you had to do it, you had a pretty productive

18      day?

19             MS. SAILOR:     Yes, I did.  I felt

20      good after I spoke to Kim.  I felt good just

21      based off of the conversation that she had

22      with the Conviction Project because she told

23      the lady, Joanna, she was like, you know, I,

24      you know, I had a conversation with Amy and,

25      you know, after she spoke to you.

```
 1            MR. SAILOR:      That's what I told
 2       you.  You should call that lady too, man.  You
 3       ought to tag team her.
 4            MS. SAILOR:      Right.  She said, you
 5       know, that Amy felt that there was some
 6       misunderstanding with our initial conversation
 7       and Joanna was like, you know, well, attorney
 8       to attorney, she was like, you know, off the
 9       record, you know -- or she was like, I can't
10       say certain things to her, you know, about
11       conversations that you and I have, you know,
12       because basically, she can't get our whole
13       stuff until it's like official stuff.
14            MR. SAILOR:      (Inaudible.)
15            MS. SAILOR:      Yeah, right, yeah.
16       And really, they can't really say anything
17       until they contact you, you know?  So that's
18       pretty much why, like, Joanna kind of like
19       downplayed it to me.  But she hiked it up to
20       Kim because Kim's a professional, you know
21       what I mean?
22            MR. SAILOR:      Right.  So basically,
23       basically in a nut shell, they taking my case,
24       but they going through the formalities right
25       now.
```

```
 1              MS. SAILOR:      Yes, yes, that's
 2         exactly what it is.  So I --
 3              AUTO ATTENDANT:  This call is
 4         originating from an Ohio Correctional Facility
 5         and may be recorded and monitored.
 6              MS. SAILOR:      I also talked to Kim
 7         about like refiling your application of
 8         innocence and she was like, you know, we could
 9         do it now while McGinty's still in there.  She
10         was like, but I think it's a waste of time.
11         She was like, you know, worst case scenario,
12         we'll have to wait for O'Malley.  She was like
13         but we're gonna do that before O'Malley gets
14         into office, so that it's sitting in there, so
15         that once he's in there it's already been in
16         there and --
17              MR. SAILOR:      I don't want to be
18         here that long.
19              MS. SAILOR:      No, I know you don't
20         and I don't want you there that long either.
21         I want you home yesterday.
22              MR. SAILOR:      That's the least
23         option, the worst scenario.
24              MS. SAILOR:      That's what she said.
25         She was like, worst case scenario.  She was
```

1        like, but as far as like filing you a new

2        trial motion, she said it makes -- it's the

3        Ohio Innocence Project or the Wrongful

4        Conviction Project to come in.  She was like,

5        it makes their job more difficult to take your

6        case over when you have something pending with

7        the court.  She was like, it's better if we

8        wait for them and let them file it, or if we

9        file it, then we have to put them on hold.

10           MR. SAILOR:     So we get at -- so we

11        get Ant video deposition or affidavit, ASAP,

12        and then we take it to both of them.

13           MS. SAILOR:     Right, absolutely.

14           MR. SAILOR:     She said take it to

15        both of them?

16           MS. SAILOR:     Yes.

17           MR. SAILOR:     So what she say about

18        that, about the bidding war?

19           MS. SAILOR:     She said we got

20        options.

21           MR. SAILOR:     First come, first

22        serve?

23           MS. SAILOR:     I'm pretty sure

24        that's what she thinks, first come, first

25        serve, but, I don't know.  I wrote this to you

| | |
|---|---|
| 1 | in your letter, like, I want the Innocence |
| 2 | Project though. |
| 3 | MR. SAILOR:      Why? |
| 4 | MS. SAILOR:      Just because nobody |
| 5 | knows the Wrongful Conviction Project. |
| 6 | MR. SAILOR:      Right. |
| 7 | MS. SAILOR:      Because, they're |
| 8 | also -- Bill Evans didn't even know the |
| 9 | Wrongful Conviction Project until I said that |
| 10 | they were the State Public Defender, and then |
| 11 | he knew who they there, so. |
| 12 | MR. SAILOR:      Well, we want, oh, |
| 13 | I'm saying, that's why, did you ever, I'm |
| 14 | saying to you to tell Kyle to make you a dude, |
| 15 | man. |
| 16 | MS. SAILOR:      I know.  I meant to |
| 17 | ask him that, too, while we were on the phone. |
| 18 | MR. SAILOR:      Why you don't take |
| 19 | him while we talking, man?  Be like, man, you |
| 20 | like, you need to, like, you talk to Kim and |
| 21 | you want to, you know what I'm saying, you |
| 22 | would like to talk to dude.  Like, you know |
| 23 | what I'm saying, talk to that lawyer, and that |
| 24 | way you can get a step-by-step exactly what to |
| 25 | do.  Like you don't want to make no mistakes |

```
 1          at this.  This is, you know what I'm saying,
 2          this is prize possession right here.  You
 3          don't want to make no false moves, so if you
 4          call him and you plan on delivering to him
 5          personally, like, you want to know steps by
 6          steps, like, you know what I'm saying?  Before
 7          we even do it, you wanna call and get some
 8          insight like on how to go about it.  Like, do
 9          we gotta get a PI or can we do it ourselves
10          and can he do it himself?  You know what I'm
11          saying?
12               'Cause for real, now that I'm thinking
13          about it, like, they probably, they probably
14          send their own people out to go holler at Ant.
15               MS. SAILOR:       Right.
16               MR. SAILOR:       You see what I'm
17          saying?  They send their own PI's or private
18          investigators to go talk to Ant, and I don't
19          got to spend no money or time.  Hello?
20               MS. SAILOR:       Yeah, I'm texting
21          him.
22               MR. SAILOR:       That makes a lot more
23          sense, don't it?
24               AUTO ATTENDANT:   This call is
25          originating from an Ohio correctional facility
```

```
1            and may be recorded and monitored.
2                  MR. SAILOR:      (inaudible) that,
3            right?  That makes it, in their eyes, know
4            that it's more authentic if they handle it;
5            you know what I'm saying?  Like, I don't know.
6            I don't want you to think like -- no, they
7            can't think like that.  It's how I'm working
8            my case.
9                  But it's one girl named Amy.
10                 MS. SAILOR:      I know.  I'm
11           (inaudible) one girl and there ain't at all
12           (inaudible) --
13                 MR. SAILOR:      That's a stupid
14           bitch.
15                 MS. SAILOR:      He's such a fuckin'
16           punk ass bitch.
17                 MR. SAILOR:      Alright, chill out.
18                 MS. SAILOR:      Call me a bitch.
19                 MR. SAILOR:      What?  Huh?
20                 MS. SAILOR:      Call me a bitch.
21                 MR. SAILOR:      Bitch.  Stupid bitch.
22           No, I --
23                 MS. SAILOR:      Tell me to come give
24           you that pussy, bitch.
25                 MR. SAILOR:      Don't say that if you
```

```
 1              ain't gonna do it.
 2                      MS. SAILOR:       Oh, fuck.
 3                      MR. SAILOR:       Because I definitely
 4              was about to say it.
 5                      MS. SAILOR:       Just do it.  Just say
 6              it.
 7                      MR. SAILOR:       Come give me some
 8              pussy, bitch.
 9                      MS. SAILOR:       I hate you.
10                      MR. SAILOR:       Give me that shit.
11                      MS. SAILOR:       I love you.
12                      MR. SAILOR:       Why are you playing
13              with me, man?
14                      MS. SAILOR:        My shit is so hot
15              right now.  Like, I have to open my legs up
16              because my shit just seriously got super hot.
17              And it's super extremely wet.  I can feel it
18              through my pants, like I can, like, tell.
19                      MR. SAILOR:       What kind of pants
20              you got on?
21                      MS. SAILOR:       No, I mean, I can't
22              feel it through my pants.  I can feel, like,
23              in my pants.
24                      MR. SAILOR:        What kind of pants
25              you got on?
```

1      MS. SAILOR:      Some jogging pants,
2   what you think?
3      MR. SAILOR:      Why Olivia so quiet?
4      MS. SAILOR:      She's playing the
5   iPad.
6      MR. SAILOR:      Where you at?
7      MS. SAILOR:      In my bed.
8      MR. SAILOR:      Huh?
9      MS. SAILOR:      I'm in my bed, but I
10   want to talk, I'm excited.  How do you feel?
11   Do you feel better?
12      MR. SAILOR:      Don't do that?
13      MS. SAILOR:      No, it was in the
14   moment, but I'm not ready yet.  I want to
15   talk.
16      MR. SAILOR:      I want to hear that
17   pussy mad as fuck.  You on your period?
18      MS. SAILOR:      Like this was last
19   day, kind of.  Like, there's nothing really
20   there, but if I go up in it, it's probably
21   there.
22      MR. SAILOR:      I want to fuck you.
23   You make that pussy cum, then we can finish
24   talking.
25      MS. SAILOR:      No, no, come on, I'm

```
 1          excited to talk to you.   I'm happy.
 2               MR. SAILOR:     Come on right now.
 3               MS. SAILOR:     No, but you're not
 4          gonna -- you're not gonna be able to.
 5               MR. SAILOR:     Do it.
 6               MS. SAILOR:     No.
 7               MR. SAILOR:     Man, fucking do it.
 8               MS. SAILOR:     Then I have to get up
 9          and shut my door.
10               MR. SAILOR:     Just do what I said,
11          man.
12               MS. SAILOR:     She's going to know.
13          She's going to see me shut my door and she's
14          going to think I'm raising (inaudible) --
15               MR. SAILOR:     Man, do the fuck I
16          say and get up and close it.
17               AUTO ATTENDANT:   This call is
18          originating from an Ohio Correctional Facility
19          and may be recorded and monitored.
20               MS. SAILOR:     What you want me to
21          do?
22               AUTO ATTENDANT:   You have one minute
23          remaining.
24               MR. SAILOR:     I want you to pull
25          your jogging pants down when I call back.
```

```
1              MS. SAILOR:        Saved by the bell.

2              MR. SAILOR:        Bye.

3              MS. SAILOR:        No, tell me you love

4      me.

5              AUTO ATTENDANT:    Thank you for using

6      G --

7                  (End of recording.)

8                      - - -

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   State of Ohio,          )
                             ) SS:
 2   County of Cuyahoga.     )

 3

 4              C E R T I F I C A T E

 5

 6          I, Steven Mengelkamp, do hereby certify

 7       that I have transcribed the proceedings

 8       of the jail call between Ru-El Sailor and

 9       Amy Sailor, recorded on May 3, 2016; and that

10       the foregoing is a true and accurate

11       transcript made to the best of my ability.

12

13

14

15

16

17

18

19       _____
         TRANSCRIBER

20
         FINCUN-MANCINI COURT REPORTERS
21       26380 Curtiss Wright Parkway
         Cleveland Jet Center, Ste. 103
22       Cleveland, Ohio 44143
         (216) 696-2272
23       email@fincunmancini.com

24

25
```

**FINCUN-MANCINI -- THE COURT REPORTERS**
**(216) 696-2272 -- email@fincunmancini.com**

Case: 1:20-cv-00660-DAR  Doc #: 81-3  Filed: 07/17/24  20 of 22.  PageID #: 1114

Ru-El Sailor vs.                                                                    Jail Call #619
City of Cleveland, et al.                                                          May 3, 2016

## $

**$18.57 (1)**
  2:10

## A

**able (1)**
  17:4
**absolutely (1)**
  11:13
**accept (1)**
  2:8
**address (2)**
  3:4;7:8
**affidavit (3)**
  6:2,5;11:11
**again (1)**
  5:8
**ain't (3)**
  3:24;14:11;15:1
**allow (1)**
  3:23
**Alright (1)**
  14:17
**Amy (4)**
  6:17;8:24;9:5;14:9
**Ant (3)**
  11:11;13:14,18
**appeals (1)**
  5:21
**application (1)**
  10:7
**area (1)**
  2:4
**around (2)**
  4:20,23
**article (4)**
  4:18,19;5:18;6:14
**ASAP (2)**
  3:11;11:11
**ass (2)**
  8:6;14:16
**ATTENDANT (7)**
  2:2;4:12;10:3;
  13:24;17:17,22;18:5
**attorney (2)**
  9:7,8
**authentic (1)**
  14:4
**AUTO (7)**
  2:2;4:12;10:3;
  13:24;17:17,22;18:5
**awkward (1)**
  4:3

## B

**back (3)**
  2:20;5:7;17:25
**balance (1)**
  2:10

**based (1)**
  8:21
**basically (4)**
  5:19;9:12,22,23
**bed (2)**
  16:7,9
**bell (1)**
  18:1
**besides (1)**
  7:15
**better (2)**
  11:7;16:11
**bidding (1)**
  11:18
**big (1)**
  6:5
**biggest (1)**
  5:3
**Bill (3)**
  5:13,13;12:8
**bitch (8)**
  14:14,16,18,20,21,
  21,24;15:8
**both (2)**
  11:12,15
**bring (1)**
  6:3
**brother (1)**
  4:7
**Bye (1)**
  18:2

## C

**call (17)**
  2:5,6,8,9,11;4:12;
  5:6;6:18;9:2;10:3;
  13:4,7,24;14:18,20;
  17:17,25
**calling (1)**
  2:20
**can (18)**
  3:6,10,10,16,19;
  4:20,21,23;6:12,20;
  7:6;12:24;13:9,10;
  15:17,18,22;16:23
**case (7)**
  5:20;6:18;9:23;
  10:11,25;11:6;14:8
**Cause (1)**
  13:12
**certain (1)**
  9:10
**change (1)**
  4:9
**chill (1)**
  14:17
**clause (1)**
  6:7
**click (1)**
  2:20
**close (1)**
  17:16

**collect (1)**
  2:3
**coming (3)**
  3:17;4:25;6:21
**comparing (1)**
  3:4
**connected (1)**
  2:5
**contact (2)**
  5:15;9:17
**conversation (4)**
  7:11;8:21,24;9:6
**conversations (1)**
  9:11
**Conviction (4)**
  8:22;11:4;12:5,9
**Cordell's (2)**
  6:2,4
**correction (1)**
  2:11
**correctional (4)**
  4:13;10:4;13:25;
  17:18
**court (2)**
  5:23;11:7
**cram (1)**
  7:21
**cum (1)**
  16:23
**current (1)**
  2:10
**cutting (1)**
  2:17

## D

**day (3)**
  7:19;8:18;16:19
**days (1)**
  6:24
**deal (1)**
  2:17
**Defender (1)**
  12:10
**definitely (3)**
  4:20,23;15:3
**delivering (1)**
  13:4
**denied (2)**
  6:2,4
**deposition (1)**
  11:11
**difference (1)**
  7:18
**different (2)**
  7:14,16
**difficult (1)**
  11:5
**direct (1)**
  6:17
**door (2)**
  17:9,13
**down (2)**

  4:10;17:25
**downplayed (1)**
  9:19
**driver (1)**
  3:11
**driver's (1)**
  3:2
**dude (3)**
  3:17;12:14,22

## E

**either (2)**
  4:18;10:20
**El (1)**
  4:21
**El's (1)**
  4:25
**end (2)**
  7:2;18:7
**English (1)**
  2:2
**enter (2)**
  2:3,3
**Evans (1)**
  12:8
**even (4)**
  2:23;6:19;12:8;
  13:7
**exactly (3)**
  7:25;10:2;12:24
**excited (2)**
  16:10;17:1
**extremely (1)**
  15:17
**eyes (1)**
  14:3

## F

**facility (5)**
  2:11;4:13;10:4;
  13:25;17:18
**false (1)**
  13:3
**family (1)**
  4:6
**far (1)**
  11:1
**fast (1)**
  7:24
**feel (8)**
  7:11,21;8:16;
  15:17,22,22;16:10,11
**feelings (1)**
  4:9
**felt (3)**
  8:19,20;9:5
**few (1)**
  6:24
**file (2)**
  11:8,9
**filing (1)**

**11:1**
**finesse (1)**
  4:20
**finish (1)**
  16:23
**first (5)**
  8:5;11:21,21,24,25
**Florida (5)**
  3:2,11,18;6:21;25
**forever (1)**
  7:19
**formalities (1)**
  9:24
**Franklin (2)**
  3:16;6:18
**Franklin's (1)**
  6:16
**froze (1)**
  2:21
**fuck (4)**
  15:2;16:17,22;
  17:15
**fuckin' (1)**
  14:15
**fucking (1)**
  17:7

## G

**gets (1)**
  10:13
**girl (2)**
  14:9,11
**giving (1)**
  3:3
**Goddamn (1)**
  2:21
**gonna (5)**
  5:6;10:13;15:1;
  17:4,4
**good (2)**
  8:20,20
**gotta (1)**
  13:9
**GTL (1)**
  2:13

## H

**handle (1)**
  14:4
**hang (1)**
  2:22
**happy (1)**
  17:1
**hard (1)**
  3:3
**hate (1)**
  15:9
**head (1)**
  8:1
**hear (1)**
  16:16

Case: 1:20-cv-00660-DAR  Doc #: 81-3  Filed: 07/17/24  21 of 22.  PageID #: 1115

Ru-El Sailor vs.
City of Cleveland, et al.

Jail Call #619
May 3, 2016

**Hello (4)**
2:6,14,15;13:19
**hiked (1)**
9:19
**himself (1)**
13:10
**hold (2)**
2:4;11:9
**holler (1)**
13:14
**home (1)**
10:21
**hot (2)**
15:14,16
**Huh (2)**
14:19;16:8

**I**

**Inaudible (5)**
9:14;14:2,11,12;
17:14
**initial (1)**
9:6
**injustice (1)**
5:20
**inmate (1)**
2:7
**innocence (3)**
10:8;11:3;12:1
**insight (1)**
13:8
**interested (1)**
5:17
**into (2)**
5:7;10:14
**investigators (1)**
13:18
**iPad (1)**
16:5
**issue (1)**
4:24

**J**

**Jackson (2)**
5:11,16
**Joanna (3)**
8:23;9:7,18
**job (1)**
11:5
**jogging (2)**
16:1;17:25
**journalistic (1)**
4:16

**K**

**Kim (5)**
8:14,20;9:20;10:6;
12:20
**Kim's (1)**
9:20

**kind (4)**
9:18;15:19,24;
16:19
**kite (2)**
7:6,9
**knew (3)**
4:21,22;12:11
**knowing (1)**
5:18
**knows (1)**
12:5
**Kyle (1)**
12:14

**L**

**lady (2)**
8:23;9:2
**last (1)**
16:18
**lawyer (1)**
12:23
**least (1)**
10:22
**legs (1)**
15:15
**letter (2)**
5:14;12:1
**license (4)**
3:2,4,12;7:8
**list (3)**
3:19,24;6:10
**little (1)**
7:11
**live (2)**
3:18;6:20
**lock (1)**
4:9
**long (2)**
10:18,20
**lot (3)**
5:24;7:23;13:22
**love (2)**
15:11;18:3

**M**

**mad (1)**
16:17
**makes (4)**
11:2,5;13:22;14:3
**Man (13)**
2:16;3:16;6:5,15,
16;9:2;12:15,19,19;
15:13;17:7,11,15
**manager (1)**
6:18
**may (4)**
4:14;10:5;14:1;
17:19
**McGinty's (1)**
10:9
**mean (3)**

3:14;9:21;15:21
**meant (1)**
12:16
**mention (1)**
6:13
**might (2)**
3:9;4:9
**minute (1)**
17:22
**mistakes (1)**
12:25
**misunderstanding (1)**
9:6
**moment (1)**
16:14
**Monday (1)**
5:7
**money (1)**
13:19
**monitored (4)**
4:14;10:5;14:1;
17:19
**monitoring (1)**
2:12
**more (5)**
2:24,24;11:5;
13:22;14:4
**most (1)**
6:12
**motion (1)**
11:2
**moves (1)**
13:3
**much (2)**
2:24;9:18

**N**

**nailed (1)**
8:1
**named (1)**
14:9
**need (3)**
3:19;7:7;12:20
**needed (1)**
7:13
**nervous (1)**
5:4
**new (1)**
11:1
**next (2)**
5:9;6:12
**nobody (1)**
12:4
**note (3)**
6:9,9,10
**number (2)**
6:17,17
**nut (1)**
9:23

**O**

**off (2)**
8:21;9:8
**office (1)**
10:14
**official (1)**
9:13
**Ohio (8)**
2:7;4:13;6:20,20;
10:4;11:3;13:25;
17:18
**Olivia (1)**
16:3
**O'Malley (2)**
10:12,13
**once (1)**
10:15
**one (6)**
3:24;6:23;8:7;14:9,
11;17:22
**only (1)**
6:24
**open (1)**
15:15
**opinion (2)**
4:17,17
**option (1)**
10:23
**options (1)**
11:20
**originating (4)**
4:13;10:4;13:25;
17:18
**ought (1)**
9:3
**ourselves (1)**
13:9
**out (6)**
3:6,11,14;4:16;
13:14;14:17
**over (2)**
2:20;11:6
**overall (2)**
8:16,16
**own (2)**
13:14,17

**P**

**pants (7)**
15:18,19,22,23,24;
16:1;17:25
**pending (1)**
11:6
**Penitentiary (1)**
2:7
**people (3)**
3:17,23;7:15,21;
13:14
**period (1)**
16:17
**person (3)**
5:4;8:13,14
**personally (1)**

13:5
**phone (3)**
2:21,22;12:17
**PI (1)**
13:9
**piece (1)**
6:5
**PI's (1)**
13:17
**plan (1)**
13:4
**playing (2)**
15:12;16:4
**please (4)**
2:3,3,4,4
**possession (1)**
13:2
**prepaid (1)**
2:6
**press (1)**
2:8
**pretty (3)**
8:17;9:18;11:23
**private (1)**
13:17
**prize (1)**
13:2
**probably (4)**
5:3;13:13,13;16:20
**PROCEEDINGS (1)**
2:1
**productive (1)**
8:17
**professional (2)**
4:17;9:20
**Project (6)**
8:22;11:3,4;12:2,5,
9
**Public (1)**
12:10
**publicly (1)**
4:4
**pull (1)**
17:24
**pulled (1)**
5:13
**punk (1)**
14:16
**pussy (4)**
14:24;15:8;16:17,
23
**put (5)**
6:1,2,7;7:9;11:9
**putting (3)**
3:19;4:18,19

**Q**

**quick (1)**
4:1
**quiet (1)**
16:3

Case: 1:20-cv-00660-DAR  Doc #: 81-3  Filed: 07/17/24  22 of 22.  PageID #: 1116

Ru-El Sailor vs.
City of Cleveland, et al.

Jail Call #619
May 3, 2016

## R

raising (1)
17:14
ready (1)
16:14
real (2)
4:1;13:12
really (5)
3:3;4:8;9:16,16;
16:19
reason (1)
5:3
record (1)
9:9
recorded (4)
4:14;10:5;14:1;
17:19
recording (2)
2:12;18:7
refiling (1)
10:7
refuse (1)
2:8
remaining (1)
17:23
reset (1)
2:22
Ricky (2)
5:11,15
Right (13)
6:8;7:3;9:4,15,22,
24;11:13;12:6;13:2,
15;14:3;15:15;17:2

## S

SAILOR (109)
2:14,15,16,18;3:9,
13,15,22,23;4:1,15;
5:10,12,25;6:8,15;
7:3,4,10,12,14,17,25;
8:5,8,10,12,15,19;
9:1,4,14,15,22;10:1,
6,17,19,22,24;11:10,
13,14,16,17,19,21,23;
12:3,4,6,7,12,16,18;
13:15,16,20,22;14:2,
10,13,15,17,18,19,20,
21,23,25;15:2,3,5,7,9,
10,11,12,14,19,21,24;
16:1,3,4,6,7,8,9,12,
13,16,18,22,25;17:2,
3,5,6,7,8,10,12,15,20,
24;18:1,2,3
Saved (1)
18:1
saying (18)
6:23;7:20,22;8:2,3,
3,4,4,11;12:13,14,21,
23;13:1,6,11,17;14:5
scenario (3)

10:11,23,25
schedule (1)
5:8
second (1)
2:19
send (3)
7:6;13:14,17
sense (1)
13:23
seriously (1)
15:16
serve (2)
11:22,25
shady (1)
5:23
shell (1)
9:23
shit (7)
6:7,17;7:8;8:7;
15:10,14,16
shut (3)
4:10;17:9,13
side (1)
2:17
similar (1)
6:4
sitting (1)
10:14
somebody (1)
3:21
special (4)
3:10,20;7:1,7
speech (2)
8:6,7
spend (1)
13:19
spoke (2)
8:20,25
standard (1)
6:6
State (2)
2:7;12:10
step-by-step (1)
12:24
steps (2)
13:5,6
still (2)
3:2;10:9
stuff (2)
9:13,13
stupid (2)
14:13,21
subject (2)
2:12;4:3
super (2)
15:16,17
supportive (1)
4:8
sure (2)
6:1;11:23

## T

tag (1)
9:3
talk (17)
2:25;5:5,8;6:11;
7:5,14,16,19,20,24;
12:20,22,23;13:18;
16:10,15;17:1
talked (2)
4:4;10:6
talking (6)
2:18;5:19,24;8:9;
12:19;16:24
team (1)
9:3
telling (1)
3:15
texting (1)
13:20
thinking (1)
13:12
though (1)
12:2
times (1)
8:7
today (1)
3:21
told (4)
8:5,6,22;9:1
totally (3)
4:5,25;5:5
town (1)
5:7
trial (1)
11:2
trying (2)
2:20;7:21
Tuesday (1)
5:9

## U

um (1)
5:19
understands (1)
5:6
unheard (1)
6:6
unintelligible (1)
8:15
up (10)
2:22;4:10;5:14;
6:3;7:12;9:19;15:15;
16:20;17:8,16
upset (1)
4:6
using (2)
2:13;18:5

## V

victim's (2)
4:6,7
video (1)

11:11
visit (4)
3:10,20;7:1,7

## W

wait (4)
2:4,21;10:12;11:8
wanna (1)
13:7
wants (3)
2:23;6:22,25
war (1)
11:18
waste (1)
10:10
way (3)
4:11;7:16;12:24
week (1)
6:13
weren't (1)
8:14
wet (1)
15:17
what's (1)
7:12
whole (1)
9:12
work (4)
3:6,14;4:23;7:2
working (1)
14:7
worst (3)
10:11,23,25
wrong (2)
5:21,22
Wrongful (3)
11:3;12:5,9
wrote (2)
5:14;11:25

## Y

yesterday (1)
10:21

## Z

zero (1)
2:8

## 1

15 (1)
8:7