```
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION

 3                         - - -

 4   Ru-el Sailor,              )
                               )
 5              Plaintiff,      )
                               )
 6        vs.                   )  Case No. 1:22-CV-00660
                               )
 7   City of Cleveland, et al.  )
                               )
 8              Defendant.      )

 9                         - - -

10

11              Transcript of audio recorded jail call,

12         Motley - Disk 2 - Call 749, between Ru-el

13         Sailor and Amy Sailor on May 20, 2016.

14                         - - -

15

16

17

18

19

20

21

22

23                                      ┌──────────────┐
                                        │   EXHIBIT    │
24                                      │              │
                                        │      F       │
25                                      └──────────────┘
```

**FINCUN-MANCINI -- THE COURT REPORTERS**
**(216) 696-2272 -- email@fincunmancini.com**

```
1                        PROCEEDINGS
2                AUTO ATTENDANT:   For English -- please
3       a -- please enter your -- please enter the
4       area code and phone number you are calling
5       now.  Please hold.  Please wait while your
6       call is being connected.  You have 90 minutes
7       remaining.
8                Hello, this is a prepaid call from an
9       inmate at the Ohio State Penitentiary.  To
10      accept this call, press 0.  To refuse this
11      call -- your current balance is $19.65.  This
12      call is from a correction facility and is
13      subject to monitoring and recording.  Thank
14      you for using GTL.
15              MR. SAILOR:      Hey.
16              MS. SAILOR:      So I let Olivia stay
17      up last night playing on my phone, thinking
18      that you were going to call me early this
19      morning so that she would still be asleep and
20      we would have some time alone.  Why did she
21      take two videos of me snoring?  I feel some
22      type of way about that.  I don't want to
23      snore.
24              MR. SAILOR:      Too bad.
25              MS. SAILOR:      I'm going to the
```

```
1        doctor.  I'm about to go buy some Breathe
2        Right strips.
3             MR. SAILOR:      That shit don't
4        work.
5             MS. SAILOR:      I don't want to
6        snore.  What if I spend the night over a boys
7        house or something and --
8             MR. SAILOR:      Right.
9             MS. SAILOR:      I am so sleepy and so
10       sore.  You sound sleepy, too.  Are you?
11            MR. SAILOR:      I'm bored.
12            MS. SAILOR:      I'm sorry, bear.
13            AUTO ATTENDANT:   This call is
14       originating from an Ohio correctional facility
15       and may be recorded and monitored.
16            MS. SAILOR:      What are my voice
17       skills for?  Does my voice sound nasty you?
18            MR. SAILOR:      No.
19            MS. SAILOR:      My throat (inaudible)
20       fuckin' hurts.
21            MR. SAILOR:      So, (inaudible).  He
22       was out there, he said, um, he said he wrote
23       me though, but he said you more (inaudible) it
24       seemed, yesterday.  He's like, man, I hollered
25       that nigga.  He's like, I wrote you so, in the
```

```
 1          letter and shit, like you should get it.  So
 2          I'm going to get it today or I'm going to get
 3          it Monday.
 4               MS. SAILOR:      How does he write
 5          you?
 6               MR. SAILOR:      Huh?
 7               MS. SAILOR:      How do you guys write
 8          each other?
 9               MR. SAILOR:      You write a letter
10          and put it in an the envelope and put in the
11          mailbox.
12               MS. SAILOR:      And it gets mailed
13          from him to you?
14               MR. SAILOR:      No, it goes out to --
15          for some dumb reason it goes out to the post
16          office and then come back in.
17               MS. SAILOR:      That's what I mean.
18          That's so stupid.  I didn't even know you guys
19          were allowed to mail each other.
20               MR. SAILOR:      Yeah.
21               MS. SAILOR:      Who was he out there
22          with?
23               MR. SAILOR:      One of those chicks
24          -- (inaudible) people ain't calling her.
25          (Inaudible).
```

```
1              MS. SAILOR:      Who?
2              MR. SAILOR:      The white people.
3              MS. SAILOR:      Huh?  Oh, no.  I sure
4         did forget about that.  No, sure didn't.  I've
5         been looking forward to that, too.
6              MR. SAILOR:      Man, shut the fuck
7         up.
8              MS. SAILOR:      I mean that.
9         (Inaudible.)
10             MR. SAILOR:      There you go.
11             MS. SAILOR:      Do you feel better?
12             MR. SAILOR:      Yeah, I mean -- I
13        don't know.  It's mixed.  It ain't that she
14        did nothing bad, it's just that I just still
15        had this feeling like I don't got shit going
16        on.
17             MS. SAILOR:      Oh, you do.
18             MR. SAILOR:      I know.  I'm saying I
19        don't know what's wrong with me, man.  I don't
20        know.
21             MS. SAILOR:      Babe.
22             MR. SAILOR:      What's up?
23             MS. SAILOR:      I'm not breaking up
24        with you.  We don't have to worry anymore,
25        okay?
```

```
 1              MR. SAILOR:       I'm over that.

 2              MS. SAILOR:       Wow.  Up on my bed.

 3      Don't eyeball my phone.  Why, did the iPad

 4      die?

 5              AUTO ATTENDANT:  This call is

 6      originating from an Ohio correctional facility

 7      and may be recorded and monitored.

 8              MS. SAILOR:       You have a problem.

 9      You have Tourettes.

10              MR. SAILOR:       Who?

11              MS. SAILOR:       Her, she was just

12      running up the stairs going blah blah blah

13      blah like really loud.  She's so weird.  Ow.

14              MR. SAILOR:       What'd I do?

15              MS. SAILOR:       What?  Nothing,

16      you're not doing anything.  You're being all

17      mopey.

18              MR. SAILOR:       No, I'm not.  Man,

19      what you mean?

20              MS. SAILOR:       You're being like

21      really quiet and really like, giving me like

22      very bland responses.

23              MR. SAILOR:       You ain't even ask me

24      nothing to respond to.  What the fuck you be

25      talking about?
```

1          MS. SAILOR:      It's just everything
2      that I'm saying to you, you're just --
3      nothing.
4          MR. SAILOR:      You aint saying
5      nothing to me to respond to, what you talking
6      about?  You just --
7          MS. SAILOR:      What do you mean,
8      we've been on the phone for like 45 minutes.
9          MR. SAILOR:      You've been talking
10     the whole 25 minutes.
11         MS. SAILOR:      I said 45.
12         MR. SAILOR:      So 45 minutes you've
13     been talking.
14         MS. SAILOR:      Right, 'cause I can't
15     get anything out of you so I gotta do all the
16     talking.  I got to carry this conversation.
17         MR. SAILOR:      I can't get a word
18     in.
19         MS. SAILOR:      (Laughing).  Okay.
20         MR. SAILOR:      Fuck.
21         MS. SAILOR:      So did they give you
22     a hard time or anything when you came back
23     about letting you come back out?
24         MR. SAILOR:      Nah, only thing, they
25     motherfucking -- I probably ain't going to my

1    -- I know I ain't going to get no extra time.

2    How long was out earlier?

3         MS. SAILOR:      Not even a whole

4    call.  Oh, yes it was.  Hold on.

5         MR. SAILOR:      I definitely called

6    like twice.

7         MS. SAILOR:      No, I know.  I'm

8    about to look.  You called three times.

9         MR. SAILOR:      I called three times,

10   45 minutes.

11        MS. SAILOR:      Yeah, but the second

12   call was only nine minutes.  I mean, the third

13   call.  So you were out for 40 minutes.

14        MR. SAILOR:      Man, so technically,

15   it only be like 50 minutes.

16        MS. SAILOR:      Right.

17        MR. SAILOR:      But they put me out

18   here on I'm on the minute phone though,

19   because somebody was in Rick, somebody was in

20   Rick on the other phone, so I had to come down

21   here to the Obama phone.

22        MS. SAILOR:      How many numbers you

23   got?

24        MR. SAILOR:      I still got about

25   like, I don't know if it's 120 or I feel like

1        it's --

2               AUTO ATTENDANT:   This call is

3        originating from an Ohio correctional facility

4        and may be recorded and monitored.

5               MR. SAILOR:      I did have some PIN

6        numbers and them niggas using my shit.  I'm

7        changing my PIN numbers on them niggas and

8        they gonna be sorry.

9               MS. SAILOR:      Right.

10               MR. SAILOR:      I'm going to go

11        downstairs and change my number.  Nah, I ain't

12        going to change it.  I ain't going to even

13        need it.  Hey man, I ain't going to need no

14        minutes anyway.  My shit unlimited.

15               MS. SAILOR:      Uh-huh.

16               MR. SAILOR:      I need this shit to

17        shave.  This shit doesn't -- I don't see no,

18        I'm saying like, I don't see no better, I know

19        for a fact, like, that bitch going to have to

20        do the right thing.  Like, if she don't do the

21        right thing, she a dog.

22               MS. SAILOR:      Well, I mean, what do

23        you think?

24               MR. SAILOR:      I'm saying I think

25        this --

| | |
|---|---|
| 1 | MS. SAILOR:      Is she a dog? |
| 2 | MR. SAILOR:      Huh? |
| 3 | MS. SAILOR:      Is she a dog? |
| 4 | MR. SAILOR:      I mean, I know she a |
| 5 | dog.  I'm still here at this time, like but |
| 6 | I'm saying for her to do it in the public eye |
| 7 | like for her -- 'cause Kim is like the |
| 8 | courtroom is open to the media and to the |
| 9 | public.  So they don't -- I'm gonna be able, |
| 10 | you know what I'm saying like, you know what |
| 11 | I'm saying like if this lady, she give me a |
| 12 | hearing, you know what I'm saying?  That Kyle |
| 13 | there and while they there and the |
| 14 | motherfucking DOB people, you know what I'm |
| 15 | saying?  All these people in this courtroom |
| 16 | are my family, |
| 17 | MS. SAILOR:      Oh right. |
| 18 | MR. SAILOR:      Like all these people |
| 19 | there and they know the case.  You see what |
| 20 | I'm saying?  It ain't these is regular people. |
| 21 | These people, they know the case inside out. |
| 22 | So it's like, they already know she been doing |
| 23 | fuck shit already.  So it's like my boy there. |
| 24 | MS. SAILOR:      So that's what we're |
| 25 | going to -- wait, no, no, no.  Okay.  I'm |

1     talking about the motion.  I'm not talking
2     about the hearing.
3          MR. SAILOR:      That's what I'm
4     saying --
5          MS. SAILOR:      I'm talking about the
6     motion.
7          MR. SAILOR:      I'm saying if she
8     dogged me on hearing, let's say she don't give
9     me a hearing, right?  If she denies my motion,
10    don't give me a hearing, right?  Alight, well,
11    this furthermore proves like when I'm on
12    paper, answer everybody else.  Like, she's on
13    some bullshit, you know what I'm saying?
14    Like, she denied him.  She denied what I'm
15    saying.  She denied Cordell affidavit to prove
16    my innocence.
17         She denied you more (unintelligible) to
18    prove my innocence.  Now I come with another
19    affidavit that don't got nothing to do with
20    Cordell or Will, you know what I'm saying?  I
21    mean Cordell or you more affidavit.  It's
22    something to do with my witness saying that
23    the police are coercing not to come to court.
24    You know what I'm saying?  Something totally
25    off the guidelines of what you've been denying

1    already.  If you deny that too, and you gonna

2    deny my applications too, like, what more can

3    I bring to the table?  You know what I'm

4    saying?  Like, that's what --

5          MS. SAILOR:      Right.  I don't know.

6    I'm just thinking.  I don't know.  I really

7    like --

8          MR. SAILOR:      What?

9          MS. SAILOR:      When you do get your

10   hearing though, we definitely have to go hard

11   on the advertisement.

12         MR. SAILOR:      Hell, yeah, I mean,

13   that goes without saying, like, you know what

14   I'm saying?  But even when I filed a motion,

15   though, like because that shit's public

16   record.  So I filed a motion, like, Kim can

17   get you a copy of it, like, and you can give

18   copies to other people.  Like this motion is

19   in effect right now.  Like, we just want

20   people to see the motion is in effect and let

21   people know, be aware of what's going on.

22   Like, and we expecting the worst outcome.  So

23   when it comes, like, we letting y'all know

24   ahead of time, like, just to be as they be

25   all; you know what I'm saying?  Like, look at

```
 1          what you've been producing.  So if she deny
 2          it, you know what I'm saying?  It ain't just
 3          to us, it's to everybody.  Like everybody
 4          waiting to see the outcome, then when she
 5          denies it, it's like, oh yeah, look, she
 6          denied it.  And they're gonna be like, oh,
 7          hell no.
 8               MS. SAILOR:     What is in the
 9          motion?  Like, what does the motion contain?
10               MR. SAILOR:     It contains, like,
11          here, like, on this date, you know what I'm
12          saying?  Like, to this case, this is newly
13          discovered evidence that wasn't presented at
14          the trial.  And this evidence right here could
15          have changed the outcome of the trial.  You
16          know what I'm saying?  Like if Big Ant was
17          able to come to court and testify during
18          trial, like say he testified before me, and I
19          didn't testify.  If he came to court and Bobby
20          had him be like, no, like me, El and Bobby
21          left 4U2B, and Cordell and Will, left the
22          4U2B; you know what I'm saying?  Because he's
23          already, I mean, it's already, it's already
24          like an application that I've committed
25          perjury, so that I said that we didn't leave,
```

```
1          we didn't leave the business together.  You
2          know what I'm saying?
3               MS. SAILOR:      Right.
4               MR. SAILOR:      See, I hold down on
5          some bullshit.  So I get the hearing, I could
6          subpoena that ho', but I ain't going to do it
7          though, because the ho' might to do some dumb
8          shit.
9               MS. SAILOR:      Why?
10              MR. SAILOR:      Huh?
11              MS. SAILOR:      Oh, because you think
12         she might do some dumb shit?
13              MR. SAILOR:      I mean, I don't know.
14         She, I mean, she, don't, she can't do nothing
15         to hurt me, for real, she can't say nothing to
16         hurt me.  Though she do, but I don't know.
17              MS. SAILOR:      She can just say, I
18         don't know anything.
19              MR. SAILOR:      I don't remember.
20         But I'm only, I'm not even, see, she
21         doesn't -- but she doesn't realize that I'm
22         not using her, like, to, this past, her coming
23         to testify on my behalf and all, you see what
24         I'm saying?  I don't even want her for that.
25         I want you to come to put more thought on the
```

```
1              nigga Gene telling you not to come, it's
2              bigger than you coming to me now.  The bigger
3              picture is him telling you not to come.
4              That's all I want you to do, is come say why
5              you didn't come.  I didn't come to court
6              because Gene told me not to.  That's it.  I
7              don't need you for nothing else.
8                   MS. SAILOR:       Right.
9                   MR. SAILOR:       Because then that,
10             you know what I'm saying?  That make what Ant
11             says more reliable, what that make what B.A.
12             say more reliable.  And and then I don't --
13                  AUTO ATTENDANT:   This call is
14             originating from an Ohio correctional facility
15             and may be recorded and monitored.
16                  MR. SAILOR:       You go back and look
17             at the transcripts, the detectives mentioned
18             that the nigga, Gene, was involved in my case
19             and he shouldn't have been and the witnesses
20             on their side said they talked to the Gene
21             too.  Like why is this cop so involved in a
22             homicide that didn't even happen in his
23             location, it don't add up.
24                  MS. SAILOR:       So when you go back
25             to court or whatever, if they ask you, when --
```

1        will you ever get to the point where you have

2        to say or will you ever say when you really

3        found out?  Will you ever say that?

4              MR. SAILOR:     Yeah.

5              MS. SAILOR:     Like you will have

6        to?

7              MR. SAILOR:     No.

8              MS. SAILOR:     Oh, okay.  So because

9        I don't think you should.

10             MR. SAILOR:     No.

11             MS. SAILOR:     Because remember

12        like, Cordell's statement was that you know,

13        it was like after.

14             MR. SAILOR:     Yeah, I could be like

15        I ain't found out until the County.  You know

16        what I'm saying?  I can just say that.

17             MS. SAILOR:     Yeah.

18             MR. SAILOR:     Like no time frame,

19        like, in the County.  Like, I'm saying, I

20        would tell like, somebody else's personally,

21        like you know what I'm saying?  I definitely

22        plan on telling them niggas you more, once I'm

23        free, like once I'm out, like out the gate.

24             MS. SAILOR:     Uh-huh, right.

25             MR. SAILOR:     Because I could do it

```
 1          face to face, however he feel, we can deal
 2          with it right then and there.  I ain't going
 3          to do it now.
 4              MS. SAILOR:     Why ever tell though?
 5          Why though?
 6              AUTO ATTENDANT:  You have one minute
 7          reamaining.
 8              MS. SAILOR:     Why even ever bring
 9          it --
10              MR. SAILOR:     Huh?
11              MS. SAILOR:     Why let it be known
12          though?  Once you're home, you're home?
13              MR. SAILOR:     I mean, I know that,
14          but it's just ain't, it's just, everybody gets
15          this perception, like and I don't think it, I
16          mean, me, myself, personally, like, I just, I
17          don't want everybody to be feeling like, you
18          know what I'm saying, like, I'm just a victim,
19          like, and the niggas doing drugs.  We do this
20          shit, and I ain't know what was going on.
21          Like, that shit ain't, that ain't 100, you
22          know what I'm saying like?  Like no that
23          nigga, because that's the perception like that
24          everybody got, and they be feeding -- know
25          what I'm saying, they be on his ass with the
```

```
1            shit like -- they think like he just drug me
2            through this shit in the dark, like on some
3            magic shit.  You know I'm saying?
4                 MS. SAILOR:       Uh-huh.
5                 MR. SAILOR:       And I ain't the
6            victim.  I mean I'm -- I had a choice
7            basically, you know like saying?  Like it's
8            only right that I be honest, you know, I had a
9            choice.
10                MS. SAILOR:       Right.
11                MR. SAILOR:       You don't think so?
12                MS. SAILOR:       I don't know.  It's
13           kind of almost like pouring salt on the wound
14           for him.
15                AUTO ATTENDANT:   Thank you for using
16           --
17                (End of recording.)
18                          - - -
19
20
21
22
23
24
25
```

```
1   State of Ohio,          )
                            ) SS:
2   County of Cuyahoga.     )

3

4               C E R T I F I C A T E

5

6          I, Melissa Tripi, do hereby certify

7      that I have transcribed the proceedings

8      of the jail call between Ru-El Sailor and

9      Amy Sailor, recorded on May 20, 2016; and

10     that the foregoing is a true and accurate

11     transcript made to the best of my ability.

12

13

14

15

16

17

18

19                   _____
                     TRANSCRIBER
20
                     FINCUN-MANCINI COURT REPORTERS
21                   26380 Curtiss Wright Parkway
                     Cleveland Jet Center, Ste. 103
22                   Cleveland, Ohio 44143
                     (216) 696-2272
23                   email@fincunmancini.com

24

25
```

## $

**$19.65 (1)**
2:11

## A

**able (2)**
10:9;13:17
**accept (1)**
2:10
**add (1)**
15:23
**advertisement (1)**
12:11
**affidavit (3)**
11:15,19,21
**ahead (1)**
12:24
**aint (1)**
7:4
**ain't (18)**
4:24;5:13;6:23;
7:25;8:1;9:11,12,13;
10:20;13:2;14:6;
16:15;17:2,14,20,21,
21;18:5
**Alight (1)**
11:10
**allowed (1)**
4:19
**almost (1)**
18:13
**alone (1)**
2:20
**Ant (2)**
13:16;15:10
**anymore (1)**
5:24
**application (1)**
13:24
**applications (1)**
12:2
**area (1)**
2:4
**asleep (1)**
2:19
**ass (1)**
17:25
**ATTENDANT (7)**
2:2;3:13;6:5;9:2;
15:13;17:6;18:15
**AUTO (7)**
2:2;3:13;6:5;9:2;
15:13;17:6;18:15
**aware (1)**
12:21

## B

**BA (1)**
15:11

**Babe (1)**
5:21
**back (5)**
4:16;7:22,23;
15:16,24
**bad (2)**
2:24;5:14
**balance (1)**
2:11
**basically (1)**
18:7
**bear (1)**
3:12
**bed (1)**
6:2
**behalf (1)**
14:23
**better (2)**
5:11;9:18
**Big (1)**
13:16
**bigger (2)**
15:2,2
**bitch (1)**
9:19
**blah (4)**
6:12,12,12,13
**bland (1)**
6:22
**Bobby (2)**
13:19,20
**bored (1)**
3:11
**boy (1)**
10:23
**boys (1)**
3:6
**breaking (1)**
5:23
**Breathe (1)**
3:1
**bring (2)**
12:3;17:8
**bullshit (2)**
11:13;14:5
**business (1)**
14:1
**buy (1)**
3:1

## C

**call (13)**
2:6,8,10,11,12,18;
3:13;6:5;8:4,12,13;
9:2;15:13
**called (3)**
8:5,8,9
**calling (2)**
2:4;4:24
**came (2)**
7:22;13:19
**can (6)**

12:2,16,17;14:17;
16:16;17:1
**carry (1)**
7:16
**case (4)**
10:19,21;13:12;
15:18
**cause (2)**
7:14;10:7
**change (2)**
9:11,12
**changed (1)**
13:15
**changing (1)**
9:7
**chicks (1)**
4:23
**choice (2)**
18:6,9
**code (1)**
2:4
**coercing (1)**
11:23
**coming (2)**
14:22;15:2
**committed (1)**
13:24
**connected (1)**
2:6
**contain (1)**
13:9
**contains (1)**
13:10
**conversation (1)**
7:16
**cop (1)**
15:21
**copies (1)**
12:18
**copy (1)**
12:17
**Cordell (4)**
11:15,20,21;13:21
**Cordell's (1)**
16:12
**correction (1)**
2:12
**correctional (4)**
3:14;6:6;9:3;15:14
**County (2)**
16:15,19
**court (5)**
11:23;13:17,19;
15:5,25
**courtroom (2)**
10:8,15
**current (1)**
2:11

## D

**dark (1)**
18:2

**date (1)**
13:11
**deal (1)**
17:1
**definitely (3)**
8:5;12:10;16:21
**denied (5)**
11:14,14,15,17;
13:6
**denies (2)**
11:9;13:5
**deny (3)**
12:1,2;13:1
**denying (1)**
11:25
**detectives (1)**
15:17
**die (1)**
6:4
**discovered (1)**
13:13
**DOB (1)**
10:14
**doctor (1)**
3:1
**dog (4)**
9:21;10:1,3,5
**dogged (1)**
11:8
**down (2)**
8:20;14:4
**downstairs (1)**
9:11
**drug (1)**
18:1
**drugs (1)**
17:19
**dumb (3)**
4:15;14:7,12
**during (1)**
13:17

## E

**earlier (1)**
8:2
**early (1)**
2:18
**effect (2)**
12:19,20
**El (1)**
13:20
**else (2)**
11:12;15:7
**else's (1)**
16:20
**End (1)**
18:17
**English (1)**
2:2
**enter (2)**
2:3,3
**envelope (1)**

4:10
**even (9)**
4:18;6:23;8:3;
9:12;12:14;14:20,24;
15:22;17:8
**everybody (6)**
11:12;13:3,3;
17:14,17,24
**evidence (2)**
13:13,14
**expecting (1)**
12:22
**extra (1)**
8:1
**eye (1)**
10:6
**eyeball (1)**
6:3

## F

**face (2)**
17:1,1
**facility (5)**
2:12;3:14;6:6;9:3;
15:14
**fact (1)**
9:19
**family (1)**
10:16
**feeding (1)**
17:24
**feel (4)**
2:21;5:11;8:25;
17:1
**feeling (2)**
5:15;17:17
**filed (2)**
12:14,16
**forget (1)**
5:4
**forward (1)**
5:5
**found (2)**
16:3,15
**frame (1)**
16:18
**free (1)**
16:23
**fuck (4)**
5:6;6:24;7:20;
10:23
**fuckin' (1)**
3:20
**furthermore (1)**
11:11

## G

**gate (1)**
16:23
**Gene (4)**
15:1,6,18,20

**gets (2)**
4:12;17:14
**giving (1)**
6:21
**goes (3)**
4:14,15;12:13
**gonna (4)**
9:8;10:9;12:1;13:6
**gotta (1)**
7:15
**GTL (1)**
2:14
**guidelines (1)**
11:25
**guys (2)**
4:7,18

## H

**happen (1)**
15:22
**hard (2)**
7:22;12:10
**hearing (7)**
10:12;11:2,8,9,10;
12:10;14:5
**Hell (2)**
12:12;13:7
**Hello (1)**
2:8
**Hey (2)**
2:15;9:13
**ho' (2)**
14:6,7
**hold (3)**
2:5;8:4;14:4
**hollered (1)**
3:24
**home (2)**
17:12,12
**homicide (1)**
15:22
**honest (1)**
18:8
**house (1)**
3:7
**Huh (5)**
4:6;5:3;10:2;
14:10;17:10
**hurt (2)**
14:15,16
**hurts (1)**
3:20

## I

**inaudible (6)**
3:19,21,23;4:24,
25;5:9
**inmate (1)**
2:9
**innocence (2)**
11:16,18

**inside (1)**
10:21
**involved (2)**
15:18,21
**iPad (1)**
6:3

## K

**Kim (2)**
10:7;12:16
**kind (1)**
18:13
**known (1)**
17:11
**Kyle (1)**
10:12

## L

**lady (1)**
10:11
**last (1)**
2:17
**Laughing (1)**
7:19
**leave (2)**
13:25;14:1
**left (2)**
13:21,21
**letter (2)**
4:1,9
**letting (2)**
7:23;12:23
**location (1)**
15:23
**long (1)**
8:2
**look (4)**
8:8;12:25;13:5;
15:16
**looking (1)**
5:5
**loud (1)**
6:13

## M

**magic (1)**
18:3
**mail (1)**
4:19
**mailbox (1)**
4:11
**mailed (1)**
4:12
**man (6)**
3:24;5:6,19;6:18;
8:14;9:13
**many (1)**
8:22
**may (4)**
3:15;6:7;9:4;15:15

**mean (16)**
4:17;5:8,12;6:19;
7:7;8:12;9:22;10:4;
11:21;12:12;13:23;
14:13,14;17:13,16;
18:6
**media (1)**
10:8
**mentioned (1)**
15:17
**might (2)**
14:7,12
**minute (2)**
8:18;17:6
**minutes (9)**
2:6;7:8,10,12;8:10,
12,13,15;9:14
**mixed (1)**
5:13
**Monday (1)**
4:3
**monitored (4)**
3:15;6:7;9:4;15:15
**monitoring (1)**
2:13
**mopey (1)**
6:17
**more (8)**
3:23;11:17,21;
12:2;14:25;15:11,12;
16:22
**morning (1)**
2:19
**motherfucking (2)**
7:25;10:14
**motion (9)**
11:1,6,9;12:14,16,
18,20;13:9,9
**myself (1)**
17:16

## N

**Nah (2)**
7:24;9:11
**nasty (1)**
3:17
**need (4)**
9:13,13,16;15:7
**newly (1)**
13:12
**nigga (4)**
3:25;15:1,18;17:23
**niggas (4)**
9:6,7;16:22;17:19
**night (2)**
2:17;3:6
**nine (1)**
8:12
**number (2)**
2:4;9:11
**numbers (3)**
8:22;9:6,7

## O

**Obama (1)**
8:21
**off (1)**
11:25
**office (1)**
4:16
**Ohio (5)**
2:9;3:14;6:6;9:3;
15:14
**Olivia (1)**
2:16
**once (3)**
16:22,23;17:12
**One (2)**
4:23;17:6
**only (5)**
7:24;8:12,15;
14:20;18:8
**open (1)**
10:8
**originating (4)**
3:14;6:6;9:3;15:14
**out (14)**
3:22;4:14,15,21;
7:15,23;8:2,13,17;
10:21;16:3,15,23,23
**outcome (3)**
12:22;13:4,15
**over (2)**
3:6;6:1
**Ow (1)**
6:13

## P

**paper (1)**
11:12
**past (1)**
14:22
**Penitentiary (1)**
2:9
**people (10)**
4:24;5:2;10:14,15,
18,20,21;12:18,20,21
**perception (2)**
17:15,23
**perjury (1)**
13:25
**personally (2)**
16:20;17:16
**phone (7)**
2:4,17;6:3;7:8;
8:18,20,21
**picture (1)**
15:3
**PIN (2)**
9:5,7
**plan (1)**
16:22
**playing (1)**

2:17
**please (5)**
2:2,3,3,5,5
**point (1)**
16:1
**police (1)**
11:23
**post (1)**
4:15
**pouring (1)**
18:13
**prepaid (1)**
2:8
**presented (1)**
13:13
**press (1)**
2:10
**probably (1)**
7:25
**problem (1)**
6:8
**PROCEEDINGS (1)**
2:1
**producing (1)**
13:1
**prove (2)**
11:15,18
**proves (1)**
11:11
**public (3)**
10:6;9;12:15
**put (4)**
4:10,10;8:17;14:25

## Q

**quiet (1)**
6:21

## R

**real (1)**
14:15
**realize (1)**
14:21
**really (5)**
6:13,21,21;12:6;
16:2
**reamaining (1)**
17:7
**reason (1)**
4:15
**record (1)**
12:16
**recorded (4)**
3:15;6:7;9:4;15:15
**recording (2)**
2:13;18:17
**refuse (1)**
2:10
**regular (1)**
10:20
**reliable (2)**

15:11,12
**remaining (1)**
  2:7
**remember (2)**
  14:19;16:11
**respond (2)**
  6:24;7:5
**responses (1)**
  6:22
**Rick (2)**
  8:19,20
**Right (19)**
  3:2,8;7:14;8:16;
  9:9,20,21;10:17;11:9,
  10;12:5,19;13:14;
  14:3;15:8;16:24;
  17:2;18:8,10
**running (1)**
  6:12

**S**

**SAILOR (125)**
  2:15,16,24,25;3:3,
  5,8,9,11,12,16,18,19,
  21;4:4,6,7,9,12,14,17,
  20,21,23;5:1,2,3,6,8,
  10,11,12,17,18,21,22,
  23;6:1,2,8,10,11,14,
  15,18,20,23;7:1,4,7,9,
  11,12,14,17,19,20,21,
  24;8:3,5,7,9,11,14,16,
  17,22,24;9:5,9,10,15,
  16,22,24;10:1,2,3,4,
  17,18,24;11:3,5,7;
  12:5,8,9,12;13:8,10;
  14:3,4,9,10,11,13,17,
  19;15:8,9,16,24;16:4,
  5,7,8,10,11,14,17,18,
  24,25;17:4,8,10,11,
  13;18:4,5,10,11,12
**salt (1)**
  18:13
**saying (37)**
  5:18;7:2,4,9:18,24;
  10:6,10,11,12,15,20;
  11:4,7,13,15,20,22,
  24;12:4,13,14,25;
  13:2,12,16,22;14:2,
  24;15:10;16:16,19,
  21;17:18,22,25;18:3,
  7
**second (1)**
  8:11
**seemed (1)**
  3:24
**shave (1)**
  9:17
**shit (15)**
  3:3;4:1;5:15;9:6,
  14,16,17;10:23;14:8,
  12;17:20,21;18:1,2,3
**shit's (1)**

12:15
**shut (1)**
  5:6
**side (1)**
  15:20
**skills (1)**
  3:17
**sleepy (2)**
  3:9,10
**snore (2)**
  2:23;3:6
**snoring (1)**
  2:21
**somebody (3)**
  8:19,19;16:20
**sore (1)**
  3:10
**sorry (2)**
  3:12;9:8
**sound (2)**
  3:10,17
**spend (1)**
  3:6
**stairs (1)**
  6:12
**State (1)**
  2:9
**statement (1)**
  16:12
**stay (1)**
  2:16
**still (4)**
  2:19;5:14;8:24;
  10:5
**strips (1)**
  3:2
**stupid (1)**
  4:18
**subject (1)**
  2:13
**subpoena (1)**
  14:6
**sure (2)**
  5:3,4

**T**

**table (1)**
  12:3
**talked (1)**
  15:20
**talking (8)**
  6:25;7:5,9,13,16;
  11:1,1,5
**technically (1)**
  8:14
**telling (3)**
  15:1,3;16:22
**testified (1)**
  13:18
**testify (3)**
  13:17,19;14:23
**thinking (2)**

2:17;12:6
**third (1)**
  8:12
**though (9)**
  3:23;8:18;12:10,
  15;14:7,16;17:4,5,12
**thought (1)**
  14:25
**three (2)**
  8:8,9
**throat (1)**
  3:19
**times (2)**
  8:8,9
**today (1)**
  4:2
**together (1)**
  14:1
**told (1)**
  15:6
**totally (1)**
  11:24
**Tourettes (1)**
  6:9
**transcripts (1)**
  15:17
**trial (3)**
  13:14,15,18
**twice (1)**
  8:6
**two (1)**
  2:21
**type (1)**
  2:22

**U**

**um (1)**
  3:22
**unintelligible (1)**
  11:17
**unlimited (1)**
  9:14
**up (7)**
  2:17;5:7,22,23;6:2,
  12;15:23
**using (4)**
  2:14;9:6;14:22;
  18:15

**V**

**victim (2)**
  17:18;18:6
**videos (1)**
  2:21
**voice (2)**
  3:16,17

**W**

**wait (2)**
  2:5;10:25

**waiting (1)**
  13:4
**way (1)**
  2:22
**weird (1)**
  6:13
**What'd (1)**
  6:14
**what's (3)**
  5:19,22;12:21
**white (1)**
  5:2
**whole (2)**
  7:10;8:3
**without (1)**
  12:13
**witness (1)**
  11:22
**witnesses (1)**
  15:19
**word (1)**
  7:17
**work (1)**
  3:4
**worry (1)**
  5:24
**worst (1)**
  12:22
**wound (1)**
  18:13
**Wow (1)**
  6:2
**write (3)**
  4:4,7,9
**wrong (1)**
  5:19
**wrote (2)**
  3:22,25

**Y**

**y'all (1)**
  12:23
**yesterday (1)**
  3:24

**0**

**0 (1)**
  2:10

**1**

**100 (1)**
  17:21
**120 (1)**
  8:25

**2**

**25 (1)**
  7:10

**4**

**40 (1)**
  8:13
**45 (4)**
  7:8,11,12;8:10
**4U2B (2)**
  13:21,22

**5**

**50 (1)**
  8:15

**9**

**90 (1)**
  2:6