1                IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
2                     EASTERN DIVISION

3                          - - -

4  Ru-El Sailor,              )
                             )
5              Plaintiff,     )
                             )
6        vs.                  )   Case No. 1:22-CV-00660
                             )
7  City of Cleveland, et al.  )
                             )
8              Defendant.     )

9                          - - -

10

11              Transcript of audio recorded jail call,

12         John Williams - Disk 3 - Call 146, between

13         Ru-El Sailor and Amy Sailor, on

14         June 20, 2016.

15                          - - -

16

17

18

19

20

21

22

23                                    ┌─────────────┐
                                     │  **EXHIBIT** │
24                                    │      **G**   │
                                     └─────────────┘
25

**FINCUN-MANCINI -- THE COURT REPORTERS**
**(216) 696-2272 -- email@fincunmancini.com**

```
1                    PROCEEDINGS
2              AUTO ATTENDANT:   For English -- for a
3       collect call, press zero.  For a debit call,
4       press one.  Please enter your seven digit
5       inmate ID number, followed by your four digit
6       PIN number now.
7              Your current balance is $8.04.  Please
8       enter the area -- please hold.  Please wait
9       while your call is being connected.
10             Hello, this is a prepaid debit call
11      from an inmate at the Ohio State Penitentiary.
12      To accept this call, press 0.  To refuse this
13      call, hang up, or press 1.  To prevent calls
14      from this facility, press 9.
15             This call is from a correction facility
16      and is subject to monitoring and recording.
17      Thank you for using GTL.
18             MR. SAILOR:     Hello?
19             MS. SAILOR:     Yeah.
20             MR. SAILOR:     What was I saying?
21             MS. SAILOR:     I don't know.
22             MR. SAILOR:     Alright.
23             MS. SAILOR:     Let's quit talking
24      about it.
25             MR. SAILOR:     It's always cool to
```

```
1        quit talking about shit, putting the shoe on
2        your foot.  That's funny.
3                MS. SAILOR:      Oh, I'm funny now?
4                MR. SAILOR:      No, I'm just saying
5        that's funny that every time, like, the heat
6        on you, it's always good to quit talking about
7        shit.  Like just drop it, just quit talking
8        about it.  Like, that's what I'm saying, you
9        think I'm a sucker or something, like, the
10       fuck.
11               MS. SAILOR:      No, I don't, but can
12       you really -- alright, just, okay, so what?
13       You know how I am.  Do you really think that
14       that's not going to upset me?  That obviously
15       did upset me yesterday when you told me that
16       bitch sent you a card, but now she also sent
17       you a JPay on top of it?  Like she's been
18       doing too much now.  Like that annoys the fuck
19       out of me.  That bothers me and I can't find
20       her on Facebook, so I can't --
21               AUTO ATTENDANT:   This call is
22       originating from an Ohio correctional facility
23       and may be recorded and monitored.
24               MS. SAILOR:      So that bothers me
25       even more.
```

```
 1              MR. SAILOR:     Man, could you just
 2         leave that shit alone, man?  Could you please
 3         not worry about that, please?   I'm just --
 4              MS. SAILOR:     How do you spell her
 5         first name?
 6              MR. SAILOR:     Huh?
 7              MS. SAILOR:     How do you spell her
 8         first name?
 9              MR. SAILOR:     I'm just begging you
10         to just leave the shit alone, though.
11              MS. SAILOR:     Just tell me how you
12         call her first name?
13              MR. SAILOR:     L-A-T-R-E-S-E.  Like,
14         for real, though, do you hear me?  Do you hear
15         me asking you something?
16              MS. SAILOR:     So you don't want me
17         to send her a message if I find her?
18              MR. SAILOR:     No, man, 'cause
19         that's petty, man.  Like, that make you look
20         like you insecure or something.  Like, it
21         makes you, that shit, I don't know, that's
22         just, that shit, Amy.  I just don't be in for
23         all that type of shit, man.  Like, you don't
24         have nothing to worry about at all, I promise
25         you.  You hear me?
```

```
 1              MS. SAILOR:      Yep.
 2              MR. SAILOR:      I mean, even though
 3       you probably ain't going to listen and search
 4       her up behind my back anyway, but I'm just
 5       saying, like, you don't even have to, like,
 6       put yourself on that level, man.  Like, you
 7       don't.
 8              MS. SAILOR:      Okay, then send me
 9       her envelope and the card, and I'm going to
10       mail it back to her, and I'm just going to
11       write on it, "stop writing me."
12              MR. SAILOR:      Why, though, I'm
13       saying, like --
14              MS. SAILOR:      It'll seem like it's
15       coming from you.
16              MR. SAILOR:      What?
17              MS. SAILOR:      I'll do the return
18       sender your address, and it'll seem like it's
19       coming from you.
20              MR. SAILOR:      You're return to
21       sender from my address?  What the fuck is you
22       talking about, man?  What's you saying?  I
23       don't even get what you're saying.
24              MS. SAILOR:      What you mean you
25       don't get it?  I'll send the Father's Day card
```

1       back and I will write on it, "leave me alone,"

2       and it'll be coming from you then.  It won't

3       be coming from me, it'll be coming from you.

4              MR. SAILOR:      You're on some

5       bullshit, man.  I can't believe you even

6       acting like this, man.

7              MS. SAILOR:      Yeah, do that.

8       Because I can't find her address.  I mean,

9       because I can't find her on Facebook.

10             MR. SAILOR:      You're acting like

11      you 19, man.

12             MS. SAILOR:      I wouldn't have sent

13      her a message anyways, only because --

14             MR. SAILOR:      Hey, no, for real,

15      you're acting like you 19 right now, man.

16      Like, for real, some serious shit, man.  Like,

17      that shit ain't even, like, worth all that

18      energy.  Like, it just not, man.  Like, it

19      made me really feel like you just don't

20      believe what I'm saying, or you just don't

21      trust me, or it's like -- that's just

22      unnecessary bullshit.  Like it ain't -- I

23      don't have nothing going on with that lady or

24      nothing like that.  Like these people or these

25      females, whatever like I told you, like ain't

```
1              no -- I don't have no type of feelings for
2              her.  Like it ain't like that.  I don't lead
3              nobody on and nothing like that, like.  I
4              don't want -- I don't need bad blood.  I ain't
5              did nothing to nobody.  If the did nothing to
6              me, so I don't understand, like, somebody send
7              me a general fucking happy birthday or happy
8              Father's Day, whatever the fucking case may
9              be, like that's it.  Like it's no different
10             from what you got going on, on the streets
11             though.
12                  MS. SAILOR:      Right.
13                  MR. SAILOR:      It's no different.
14             Like that's what I don't understand.
15                  MS. SAILOR:      Okay.
16                  AUTO ATTENDANT:  This call is
17             originating from an Ohio correctional facility
18             and may be recorded and monitored.
19                  MR. SAILOR:      Everybody fucking
20             know who Amy is.  Everybody know you're my
21             woman.  Everybody know I'm trying to be
22             married to you.  Everybody know I don't fuck
23             with nobody else.  Like, you have the spot.
24             Ain't nobody else around.  Ain't no
25             competition.  There's nothing.  Like, that's
```

```
 1            what I don't understand.  Like more do you
 2            want?  Like, you have it all, man.  You have
 3            all of me to yourself, man, like.
 4                 MS. SAILOR:      You're right.
 5                 MR. SAILOR:      Looking, man.  Now
 6            I'm the bad guy.  I'm wrong, I'm wrong, but
 7            I'm the bad guy.  Like, that's how you're
 8            trying to perceive it right now.  But it's
 9            cool.  No, that's cool.
10                 MS. SAILOR:      No, it's cool.  I'm
11            not mad.  You ain't the bad guy.  I get it.
12                 MR. SAILOR:      Why you being
13            sarcastic and shit, but it's cool.
14                 MS. SAILOR:      I'm agreeing with
15            you.  I'm being --
16                 MR. SAILOR:      No, you're not.
17            You're being sarcastic, Amy.  Like, I know
18            you, you know what I'm saying?  I know
19            everything.  So it's like you've got the
20            sarcastic tones to you're voice and shit, but
21            you're right.  It's cool, though.  I'm saying,
22            I don't know.
23                 MS. SAILOR:      I'm not being
24            sarcastic.  I swear.
25                 MR. SAILOR:      No, no, because
```

```
 1          everything is good for you, though.
 2          Everything is cool for you.  You can have all
 3          these general statements, oh, you know I
 4          wouldn't do nothing, or you know, nobody get
 5          -- I don't know shit.  All I know is what you
 6          tell me, and I trust you, and I take your word
 7          for it.  I don't know if there's a hundred
 8          niggas be emailing you or texting you or doing
 9          whatever the fuck they want to do to your
10          phone or your ID or your face.  I don't know
11          that shit, but I trust my woman and what she
12          tells me.  You see what I'm saying?  Like, I
13          don't go checking.  I don't go looking, having
14          my brother sneak on your page or somebody
15          sneak on your page and he what comments you
16          getting, or none of that type of shit.  Like,
17          I trust you what you say, and I leave it at
18          that.
19               MS. SAILOR:      Uh-huh.  I know,
20          you're right.  I trust you.  I do trust you.
21          That wasn't my issue.  It's not you that I
22          don't trust.  I just don't like the fact that
23          a female is reaching out to you.  I don't like
24          it.  I'm sorry.  I would have never sent her a
25          message, though, because I don't want anyone
```

1    that I don't know to have my Facebook
2    information.
3         MR. SAILOR:     I'm saying, don't you
4    understand, like, if -- don't you get it,
5    like, if it was any type of underlying
6    bullshit involved, why would I throw myself
7    out here to the wolves?  Like, don't you
8    understand?  I could just be sitting here and
9    be like, no, I don't get nothing, or no, I
10    don't --
11         MS. SAILOR:     Okay, and you're
12    probably not going to tell me now anyway,
13    because you see my reaction.  So, just, it's
14    cool.
15         MR. SAILOR:     That's what I'm
16    saying.  So how do -- you think I don't feel
17    the same way sometimes?  Like, you don't tell
18    me shit because you don't want to know my
19    reaction.  So what the fuck?  What's the
20    difference?  I don't be on your ass about -- I
21    don't force you to tell me shit or none of
22    that shit.  Like, I just take what you, man.
23         MS. SAILOR:     That conversation
24    with Kyle, I just thought you guys were
25    (inaudible), I didn't know, I expected more.

```
1          What do you feel like?  Did you have second
2          thoughts about what you were going to say to
3          him?
4               MR. SAILOR:       Huh?
5               MS. SAILOR:       Did you have second
6          thoughts about what you were going to say to
7          him?  No, I just knew, like, once he, I mean,
8          I already had thought that, but once he
9          confirmed it, like, I think that he feels like
10         I was going to be disappointed, you know what
11         I'm saying?  Or maybe I was disappointed, or
12         he probably let me down, so I ain't even
13         wanted to just drag on into this shit.
14              MS. SAILOR:       Yeah.
15              MR. SAILOR:       So that's when he's
16         like to come out next week, like, that's a
17         whole week for me to, if I do want to say
18         something to me, you know what I'm saying?
19              MS. SAILOR:       I think that it's
20         already written, though, so.
21              MR. SAILOR:       For real.  I mean,
22         that's what I -- I'm saying, once I ask him to
23         confirm, I'm like, is you satisfied with the
24         story if it's finished?  Like, is the
25         information anything you -- when he said no,
```

```
 1              like, it's good.
 2                   MS. SAILOR:      Yeah, okay.  I mean,
 3              just leave it.  If we have to -- if shit comes
 4              out in court, then that's a different story.
 5              Let's just leave it the way it is.  Does he
 6              specify in the story, though, that Cordell?
 7                   MR. SAILOR:      I don't know.
 8                   MS. SAILOR:      Well, maybe that's
 9              something that we should ask him.  If he
10              specifies in the story that Cordell didn't
11              tell you until later on and Cordell dragged
12              you through court, then I think that we should
13              say something, because that might discredit
14              him later on.
15                   MR. SAILOR:      Discredit Kyle?
16                   MS. SAILOR:      Uh-huh.  I mean, not
17              really because he's just going off the
18              affidavit, so you see what I'm saying?  Like,
19              he don't have to say that he knew the truth.
20              He's going off the affidavit.
21                   MS. SAILOR:      Right.
22                   MR. SAILOR:      So it shouldn't
23              discredit him.
24                   MS. SAILOR:      Oh, God, I don't know
25              what to do.  Like, I'm stressed out about it
```

```
1              now.
2                   MR. SAILOR:       About what?
3                   MS. SAILOR:       Like, that little bit
4              of truth, you know what I mean?
5                   MR. SAILOR:       I've been stressed
6              out about this shit forever, you know --
7                   AUTO ATTENDANT:   This call is
8              originating from an Ohio correctional facility
9              and may be recorded and monitored.
10                  MR. SAILOR:       -- don't understand.
11             I don't give a fuck if the world knew, man.  I
12             just want, if it comes with no consequences
13             and repercussions, man, I just want all that
14             shit to be aired out and be done with it; you
15             know what I'm saying?  Like, just done with,
16             period.  Like, I already be feeling like, man,
17             if they did let me go and, you know what I'm
18             saying, and I'm sure it ain't no
19             repercussions, I would stand on the
20             (unintelligible) steps and say that shit like,
21             man, this what it was like; you know what I'm
22             saying?  Like fuck it.  Like I want all that
23             shit to be done with, like I don't need
24             nobody's feeling no type of way and I want to
25             make sure I'll never get myself in this shit
```

1          ever again.

2                  MS. SAILOR:       Do you have a guilty

3          conscience?  Do you feel, like, guilty?

4                  MR. SAILOR:       About what?  About

5          what?

6                  MS. SAILOR:       Like what the street

7          thinks?

8                  MR. SAILOR:       Like far as him?

9                  MS. SAILOR:       I mean as far as

10         Cordell.

11                 MR. SAILOR:       Yeah.  I should have

12         -- I should -- what you think?  I'm just

13         asking.  I feel I want to regardless, but I

14         just wanted to know.

15                 MS. SAILOR:       No, I mean, like the

16         bitchy part of me wants to be like, no fuck

17         that, but like the real me and, me knowing

18         you, I could see where it might bother you.

19         But you know, like, it's the -- like the whole

20         situation as a whole, you know what I mean,

21         you gotta think about that.  Like you were

22         still put through a lot.  That was -- it was

23         just to, like, it was to try to help you.

24         Nobody expected it to turn out like that.  So

25         it's neither of your fault, you know?

```
 1              MR. SAILOR:        Yeah.
 2              MS. SAILOR:        So you can't, you
 3         can't really beat yourself up about it
 4         because --
 5              AUTO ATTENDANT:    This call is
 6         originating from an Ohio correctional facility
 7         and may be recorded and monitored.
 8              MS. SAILOR:        (Inaudible) --
 9              MR. SAILOR:        I'll be torn between
10         the two.  Like, I'll be having my moments
11         where, like, I'm saying, I'm told that nigga,
12         like -- man, we went back and forth for so
13         long, man, about this shit, like we getting
14         into our little tent situation and shit, back
15         and forth paper beefing and shit, and it'd be
16         like, man, I don't give a fuck, like, you know
17         what I'm saying?  Like that's a small backlash
18         you got to deal with then, so be it.  Like
19         I've been labeled as a murderer for the last
20         13 years and I ain't never killed nobody; you
21         know what I'm saying?  Like so deal with that,
22         like what's the difference; you know what I'm
23         saying?
24              MS. SAILOR:        Right.  So what is he
25         then, just like accessory, like an accomplice?
```

1           Like what?

2                   MR. SAILOR:      Huh?

3                   MS. SAILOR:      So what's his charge,

4           accessory, accomplice, like what?

5                   MR. SAILOR:      A complicitor.

6                   MS. SAILOR:      Oh.

7                   MR. SAILOR:      Somebody that aided

8           and abetted.

9                   MS. SAILOR:      Mm-hmm.

10                  MR. SAILOR:      For real, man, it's

11          like, the way they fucked that shit up because

12          they didn't know -- they just knew it was two

13          people.  They couldn't figure out who was the

14          shooter; you know what I'm saying?  Like for

15          real, between the two, so they whole thing was

16          probably just to get two people when they had

17          (inaudible) --

18                  AUTO ATTENDANT:  You have one minute

19          remaining.

20                  MR. SAILOR:      -- the strong feeling

21          was Cordell was one of them, so it's like we

22          should get him and somebody else and let the

23          chips fall like that.  Maybe they're going to

24          tell them these other words or they're going

25          to roll with it, you know what I'm saying?

```
1            MS. SAILOR:      Did they ever come to
2       you and be like, yeah, he told us everything?
3            MR. SAILOR:      No, they never did
4       none of that shit.  It was like, it was weird
5       because it was like they just had it.  It was
6       like you would think they had it in the bag.
7       They never came with a deal, like take this
8       deal or none of that.  The only time they came
9       on some sideware (sic) shit, I told you when
10      my lawyer came to me, and was like, man, you
11      need to -- it ain't looking good, or something
12      like, you know what I'm saying?  I don't got
13      to put you on the stand because, man.  Or you
14      need to distance yourself from him, that type
15      shit.
16           So I don't know if they sent him to do
17      that or he was just freezing up and didn't
18      want to lose.  I don't know.
19           MS. SAILOR:      Call me back.
20           MR. SAILOR:      I'll think about it.
21           MS. SAILOR:      I'll talk to you in a
22      second.
23           AUTO ATTENDANT:  Thank you for using
24      GTL.
25           (End of recording.)
```

```
1    State of Ohio,          )
                             ) SS:
2    County of Cuyahoga.     )

3

4              C E R T I F I C A T E

5

6         I, Steven Mengelkamp, do hereby certify

7    that I have transcribed the proceedings

8    of the jail call between Ru-El Sailor and

9    Amy Sailor, recorded on June 20, 2016; and

10   that the foregoing is a true and accurate

11   transcript made to the best of my ability.

12

13

14

15

16

17

18

19                    _____
                      TRANSCRIBER
20
                      FINCUN-MANCINI COURT REPORTERS
21                    26380 Curtiss Wright Parkway
                      Cleveland Jet Center, Ste. 103
22                    Cleveland, Ohio 44143
                      (216) 696-2272
23                    email@fincunmancini.com

24

25
```

**$**

**$8.04 (1)**
2:7

**A**

**abetted (1)**
16:8
**accept (1)**
2:12
**accessory (2)**
15:25;16:4
**accomplice (2)**
15:25;16:4
**acting (3)**
6:6,10,15
**address (3)**
5:18,21;6:8
**affidavit (2)**
12:18,20
**again (1)**
14:1
**agreeing (1)**
8:14
**aided (1)**
16:7
**ain't (13)**
5:3;6:17,22,25;7:2,
4,24,24;8:11;11:12;
13:18;15:20;17:11
**aired (1)**
13:14
**alone (3)**
4:2,10;6:1
**Alright (2)**
2:22;3:12
**always (2)**
2:25;3:6
**Amy (3)**
4:22;7:20;8:17
**annoys (1)**
3:18
**anyways (1)**
6:13
**area (1)**
2:8
**around (1)**
7:24
**ass (1)**
10:20
**ATTENDANT (7)**
2:2;3:21;7:16;
13:7;15:5;16:18;
17:23
**AUTO (7)**
2:2;3:21;7:16;
13:7;15:5;16:18;
17:23

**B**

**back (6)**
5:4,10;6:1;15:12,
14;17:19
**backlash (1)**
15:17
**bad (4)**
7:4;8:6,7,11
**bag (1)**
17:6
**balance (1)**
2:7
**beat (1)**
15:3
**beefing (1)**
15:15
**begging (1)**
4:9
**behind (1)**
5:4
**birthday (1)**
7:7
**bit (1)**
13:3
**bitch (1)**
3:16
**bitchy (1)**
14:16
**blood (1)**
7:4
**bother (1)**
14:18
**bothers (2)**
3:19,24
**brother (1)**
9:14
**bullshit (3)**
6:5,22;10:6

**C**

**call (13)**
2:3,3,9,10,12,13,
15;3:21;4:12;7:16;
13:7;15:5;17:19
**calls (1)**
2:13
**came (3)**
17:7,8,10
**can (2)**
3:11;9:2
**card (3)**
3:16;5:9,25
**case (2)**
7:8
**cause (1)**
4:18
**charge (1)**
16:3
**checking (1)**
9:13
**chips (1)**
16:23
**collect (1)**

2:3
**coming (5)**
5:15,19;6:2,3,3
**comments (1)**
9:15
**competition (1)**
7:25
**complicitor (1)**
16:5
**confirm (1)**
11:23
**confirmed (1)**
11:9
**connected (1)**
2:9
**conscience (1)**
14:3
**consequences (1)**
13:12
**conversation (1)**
10:23
**cool (8)**
2:25;8:9,9,10,13,
21;9:2;10:14
**Cordell (5)**
12:6,10,11;14:10;
16:21
**correction (1)**
2:15
**correctional (4)**
3:22;7:17;13:8;
15:6
**court (2)**
12:4,12
**current (1)**
2:7

**D**

**Day (2)**
5:25;7:8
**deal (4)**
15:18,21;17:7,8
**debit (2)**
2:3,10
**difference (1)**
10:20;15:22
**different (3)**
7:9,13;12:4
**digit (2)**
2:4,5
**disappointed (2)**
11:10,11
**discredit (3)**
12:13,15,23
**distance (1)**
17:14
**done (3)**
13:14,15,23
**down (1)**
11:12
**drag (1)**
11:13

**dragged (1)**
12:11
**drop (1)**
3:7

**E**

**else (3)**
7:23,24;16:22
**emailing (1)**
9:8
**End (1)**
17:25
**energy (1)**
6:18
**English (1)**
2:2
**enter (2)**
2:4,8
**envelope (1)**
5:9
**even (7)**
3:25;5:2,5,23;6:5,
17;11:12
**Everybody (4)**
7:19,20,21,22
**expected (2)**
10:25;14:24

**F**

**face (1)**
9:10
**Facebook (3)**
3:20;6:9;10:1
**facility (6)**
2:14,15;3:22;7:17;
13:8;15:6
**fact (1)**
9:22
**fall (1)**
16:23
**far (2)**
14:8,9
**Father's (2)**
5:25;7:8
**fault (1)**
14:25
**feel (5)**
6:19;10:16;11:1;
14:3,13
**feeling (3)**
13:16,24;16:20
**feelings (1)**
7:1
**feels (1)**
11:9
**female (1)**
9:23
**females (1)**
6:25
**figure (1)**
16:13

**find (4)**
3:19;4:17;6:8,9
**finished (1)**
11:24
**first (3)**
4:5,8,12
**followed (1)**
2:5
**foot (1)**
3:2
**force (1)**
10:21
**forever (1)**
13:6
**forth (2)**
15:12,15
**four (1)**
2:5
**freezing (1)**
17:17
**fuck (10)**
3:10,18;5:21;7:22;
9:9;10:19;13:11,22;
14:16;15:16
**fucked (1)**
16:11
**fucking (3)**
7:7,8,19
**funny (3)**
3:2,3,5

**G**

**general (2)**
7:7;9:3
**God (1)**
12:24
**good (4)**
3:6;9:1;12:1;17:11
**gotta (1)**
14:21
**GTL (2)**
2:17;17:24
**guilty (2)**
14:2,3
**guy (3)**
8:6,7,11
**guys (1)**
10:24

**H**

**hang (1)**
2:13
**happy (2)**
7:7,7
**hear (3)**
4:14,14,25
**heat (1)**
3:5
**Hello (2)**
2:10,18
**help (1)**

14:23
**Hey (1)**
  6:14
**hold (1)**
  2:8
**Huh (3)**
  4:6;11:4;16:2
**hundred (1)**
  9:7

**I**

**ID (2)**
  2:5;9:10
**inaudible (3)**
  10:25;15:8;16:17
**information (2)**
  10:2;11:25
**inmate (2)**
  2:5,11
**insecure (1)**
  4:20
**into (2)**
  11:13;15:14
**involved (1)**
  10:6
**issue (1)**
  9:21

**J**

**JPay (1)**
  3:17

**K**

**killed (1)**
  15:20
**knew (4)**
  11:7;12:19;13:11;
  16:12
**knowing (1)**
  14:17
**Kyle (2)**
  10:24;12:15

**L**

**labeled (1)**
  15:19
**lady (1)**
  6:23
**last (1)**
  15:19
**later (2)**
  12:11,14
**L-A-T-R-E-S-E (1)**
  4:13
**lawyer (1)**
  17:10
**lead (1)**
  7:2
**leave (6)**

4:2,10;6:1;9:17;
  12:3,5
**level (1)**
  5:6
**listen (1)**
  5:3
**little (2)**
  13:3;15:14
**long (1)**
  15:13
**look (1)**
  4:19
**Looking (2)**
  8:5;9:13;17:11
**lose (1)**
  17:18
**lot (1)**
  14:22

**M**

**mad (1)**
  8:11
**mail (1)**
  5:10
**makes (1)**
  4:21
**Man (27)**
  4:1,2,18,19,23;5:6,
  22;6:5,6,11,15,16,18;
  8:2,3,5;10:22;13:11,
  13,16,21;15:12,13,
  16;16:10;17:10,13
**married (1)**
  7:22
**may (5)**
  3:23;7:8,18;13:9;
  15:7
**maybe (3)**
  11:11;12:8;16:23
**mean (11)**
  5:2,24;6:8;11:7,21;
  12:2,16;13:4;14:9,15,
  20
**message (3)**
  4:17;6:13;9:25
**might (2)**
  12:13;14:18
**minute (1)**
  16:18
**Mm-hmm (1)**
  16:9
**moments (1)**
  15:10
**monitored (4)**
  3:23;7:18;13:9;
  15:7
**monitoring (1)**
  2:16
**more (3)**
  3:25;8:1;10:25
**much (1)**
  3:18

**murderer (1)**
  15:19
**myself (2)**
  10:6;13:25

**N**

**name (3)**
  4:5,8,12
**need (4)**
  7:4;13:23;17:11,14
**neither (1)**
  14:25
**next (1)**
  11:16
**nigga (1)**
  15:11
**niggas (1)**
  9:8
**nobody (7)**
  7:3,5,23,24;9:4;
  14:24;15:20
**nobody's (1)**
  13:24
**none (4)**
  9:16;10:21;17:4,8
**number (2)**
  2:5,6

**O**

**obviously (1)**
  3:14
**off (2)**
  12:17,20
**Ohio (5)**
  2:11;3:22;7:17;
  13:8;15:6
**once (3)**
  11:7,8,22
**one (3)**
  2:4;16:18,21
**only (2)**
  6:13;17:8
**originating (4)**
  3:22;7:17;13:8;
  15:6
**out (10)**
  3:19;9:23;10:7;
  11:16;12:4,4,25;13:6,
  14;14:24;16:13

**P**

**page (2)**
  9:14,15
**paper (1)**
  15:15
**part (1)**
  14:16
**Penitentiary (1)**
  2:11
**people (3)**

6:24;16:13,16
**perceive (1)**
  8:8
**period (1)**
  13:16
**petty (1)**
  4:19
**phone (1)**
  9:10
**PIN (1)**
  2:6
**Please (6)**
  2:4,7,8,8;4:2,3
**prepaid (1)**
  2:10
**press (5)**
  2:3,4,12,13,14
**prevent (1)**
  2:13
**probably (4)**
  5:3;10:12;11:12;
  16:16
**PROCEEDINGS (1)**
  2:1
**promise (1)**
  4:24
**put (3)**
  5:6;14:22;17:13
**putting (1)**
  3:1

**Q**

**quit (4)**
  2:23;3:1,6,7

**R**

**reaching (1)**
  9:23
**reaction (2)**
  10:13,19
**real (7)**
  4:14;6:14,16;
  11:21;14:17;16:10,
  15
**really (5)**
  3:12,13;6:19;
  12:17;15:3
**recorded (4)**
  3:23;7:18;13:9;
  15:7
**recording (2)**
  2:16;17:25
**refuse (1)**
  2:12
**regardless (1)**
  14:13
**remaining (1)**
  16:19
**repercussions (2)**
  13:13,19
**return (2)**

5:17,20
**right (8)**
  6:15;7:12;8:4,8,21;
  9:20;12:21;15:24
**roll (1)**
  16:25

**S**

**SAILOR (94)**
  2:18,19,20,21,22,
  23,25;3:3,4,11,24;
  4:1,4,6,7,9,11,13,16,
  18;5:1,2,8,12,14,16,
  17,20,24;6:4,7,10,12,
  14;7:12,13,15,19;8:4,
  5,10,12,14,16,23,25;
  9:19;10:3,11,15,23;
  11:4,5,14,15,19,21;
  12:2,7,8,15,16,21,22,
  24;13:2,3,5,10;14:2,
  4,6,8,9,11,15;15:1,2,
  8,9,24;16:2,3,5,6,7,9,
  10,20;17:1,3,19,20,
  21
**same (1)**
  10:17
**sarcastic (4)**
  8:13,17,20,24
**satisfied (1)**
  11:23
**saying (27)**
  2:20;3:4,8;5:5,13,
  22,23;6:20;8:18,21;
  9:12;10:3,16;11:11,
  18,22;12:18;13:15,
  18,22;15:11,17,21,
  23;16:14,25;17:12
**search (1)**
  5:3
**second (3)**
  11:1,5;17:22
**seem (2)**
  5:14,18
**send (4)**
  4:17;5:8,25;7:6
**sender (2)**
  5:18,21
**sent (5)**
  3:16,16;6:12;9:24;
  17:16
**serious (1)**
  6:16
**seven (1)**
  2:4
**shit (31)**
  3:1,7;4:2,10,21,22,
  23;6:16,17;8:13,20;
  9:5,11,16;10:18,21,
  22;11:13;12:3;13:6,
  14,20,23,25;15:13,
  14,15;16:11;17:4,9,
  15

Ru-el Sailor v.
City of Cleveland, et al.

Jail Call #146
June 20, 2016

**shoe (1)**
3:1
**shooter (1)**
16:14
**sic (1)**
17:9
**sideware (1)**
17:9
**sitting (1)**
10:8
**situation (2)**
14:20;15:14
**small (1)**
15:17
**sneak (2)**
9:14,15
**somebody (4)**
7:6;9:14;16:7,22
**sometimes (1)**
10:17
**sorry (1)**
9:24
**specifies (1)**
12:10
**specify (1)**
12:6
**spell (2)**
4:4,7
**spot (1)**
7:23
**stand (2)**
13:19;17:13
**State (1)**
2:11
**statements (1)**
9:3
**steps (1)**
13:20
**still (1)**
14:22
**stop (1)**
5:11
**story (4)**
11:24;12:4,6,10
**street (1)**
14:6
**streets (1)**
7:10
**stressed (2)**
12:25;13:5
**strong (1)**
16:20
**subject (1)**
2:16
**sucker (1)**
3:9
**sure (2)**
13:18,25
**swear (1)**
8:24

**T**

**talk (1)**
17:21
**talking (5)**
2:23;3:1,6,7;5:22
**tells (1)**
9:12
**tent (1)**
15:14
**texting (1)**
9:8
**though (10)**
4:10,14;5:2,12;
7:11;8:21;9:1,25;
11:20;12:6
**thought (2)**
10:24;11:8
**thoughts (2)**
11:2,6
**throw (1)**
10:6
**told (5)**
3:15;6:25;15:11;
17:2,9
**tones (1)**
8:20
**top (1)**
3:17
**torn (1)**
15:9
**trust (7)**
6:21;9:6,11,17,20,
20,22
**truth (2)**
12:19;13:4
**try (1)**
14:23
**trying (2)**
7:21;8:8
**turn (1)**
14:24
**two (4)**
15:10;16:12,15,16
**type (6)**
4:23;7:1;9:16;
10:5;13:24;17:14

**U**

**underlying (1)**
10:5
**unintelligible (1)**
13:20
**unnecessary (1)**
6:22
**up (5)**
2:13;5:4;15:3;
16:11;17:17
**upset (2)**
3:14,15
**using (2)**
2:17;17:23

**V**

**voice (1)**
8:20

**W**

**wait (1)**
2:8
**wants (1)**
14:16
**way (4)**
10:17;12:5;13:24;
16:11
**week (2)**
11:16,17
**weird (1)**
17:4
**What's (4)**
5:22;10:19;15:22;
16:3
**whole (4)**
11:17;14:19,20;
16:15
**wolves (1)**
10:7
**woman (2)**
7:21;9:11
**word (1)**
9:6
**words (1)**
16:24
**world (1)**
13:11
**worry (2)**
4:3,24
**worth (1)**
6:17
**write (2)**
5:11;6:1
**writing (1)**
5:11
**written (1)**
11:20
**wrong (2)**
8:6,6

**Y**

**years (1)**
15:20
**Yep (1)**
5:1
**yesterday (1)**
3:15

**Z**

**zero (1)**
2:3

**0**

**0 (1)**
2:12

**1**

**1 (1)**
2:13
**13 (1)**
15:20
**19 (2)**
6:11,15

**9**

**9 (1)**
2:14