```
 1          IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF OHIO
 2                     EASTERN DIVISION

 3                         - - -

 4   Ru-El Sailor,              )
                                )
 5            Plaintiff,        )
                                )
 6       vs.                    )   Case No. 1:22-CV-00660
                                )
 7   City of Cleveland, et al.  )
                                )
 8            Defendant.        )

 9                         - - -

10

11         Transcript of audio recorded jail call,

12       Rico Mclellan - Disk 4 - Call 275, between

13       Ru-El Sailor and Amy Sailor, on March 9, 2017.

14                         - - -

15

16

17

18

19

20

21

22

23                                          EXHIBIT
24                                             H
25
```

EXHIBIT H

1                    PROCEEDINGS
2            AUTO ATTENDANT:   For English -- for a
3      collect -- please enter your seven digit --
4            At the beep, repeat the phrase, with
5      Global Tel Link, my voice is my password.
6            MR. SAILOR:   With Global Tel Link,
7      my voice is my password.
8            AUTO ATTENDANT:   Please enter the area
9      code.  Please hold.  Please wait while your
10     call is being connected.
11           Hello, this is a prepaid call from --
12           MR. SAILOR:   Enrico.
13           AUTO ATTENDANT:   -- an inmate at the
14     Southern Ohio Correctional Institution.  To
15     accept this call, press 0.  To refuse this
16     call, hang up.  Your current balance is $5.03.
17     This call is from a correction facility and is
18     subject to monitoring and recording.  Thank
19     you for using GTL.
20           MR. SAILOR:   (Inaudible) coming
21     out right now.  Coming out right now.
22           MS. SAILOR:   Oh my God.  Okay.
23     it's too loud.  Alright.
24           I don't feel like doing your hair.
25     Either do what I said or I'm not.  Five, four,

```
 1          all right, I'm not doing it now then.  Okay, I
 2          can go get my own headphones, but I'm not
 3          doing your hair.  I'll just go talk in my room
 4          with the door shut.  Turn the TV off then, so
 5          I can hear him loud and clear.  Throw my
 6          remote -- back up.  Lift your hair up.  Now
 7          back up.  Stop.
 8                  MR. SAILOR:     What's up?
 9                  MS. SAILOR:     Hey.
10                  MR. SAILOR:     What?
11                  MS. SAILOR:     I said, hey.
12                  MR. SAILOR:     I thought you said,
13          bae, like I did something wrong.  Did Andrew
14          call you?
15                  MS. SAILOR:     Yeah.
16                  MR. SAILOR:     They called me today.
17                  MS. SAILOR:     I got you on
18          speakerphone because I'm taking Paige's hair
19          out, so tell me all about it.
20                  MR. SAILOR:     Man, I don't know,
21          man.  I don't know if I dropped the ball or
22          not, man.
23                  MS. SAILOR:     What?
24                  MR. SAILOR:     Because they wanted
25          to know, like, what we even talked about,
```

```
 1         exactly when.
 2              MS. SAILOR:      Uh-huh.
 3              MR. SAILOR:      And I couldn't, it
 4         felt -- Jennifer wasn't there.  It was him and
 5         Ruby.  But I couldn't remember, I couldn't
 6         remember what I told him, so I'm wondering in
 7         my head, like, is they asking me just to go
 8         over what I told him on the visit, you know
 9         what I'm saying, to see where I'm at, if it
10         can line up.  So I just told him, like, in the
11         County.  I'm like, but it wasn't it --
12              AUTO ATTENDANT:  This call is
13         originating from an Ohio correctional facility
14         and may be recorded and monitored.
15              MR. SAILOR:      It was in the County.
16         I'm like, it wasn't no details to it.  It was
17         just, like, him and Will; you know I'm saying.
18         Like and that was it.
19              MS. SAILOR:      Right.
20              MR. SAILOR:      So before you
21         testified, like, did you know?  I'm like I
22         knew who they him Will's there, but I didn't
23         know who did what.  I just knew they was
24         there.  I'm like, but Andrew's like, I know
25         you wasn't about to snitch on him.  I'm like,
```

|   |   |
|---|---|
| 1 | no, that wasn't even an option.  I'm about the |
| 2 | snitch, I'm like, so I just -- I'm like, I |
| 3 | lied.  You know what saying, that's why Kim |
| 4 | put in my first application, that I lied about |
| 5 | certain incidents, you know I'm saying?  Like |
| 6 | the only thing I lied about was me and him |
| 7 | leaving in the same car together.  I'm like, |
| 8 | other than that, we all left together and went |
| 9 | to the same bar together.  I'm like, but we |
| 10 | was in separate cars.  That's the only thing. |
| 11 |     He's like -- he's like, though they |
| 12 | just want to get in front of it.  They want to |
| 13 | be on top of everything, so when they do -- he |
| 14 | was pumped though.  That nigga, Andrew, man, I |
| 15 | like him, man, I ain't gonna lie.  He was |
| 16 | like, man, I want (inaudible) -- |
| 17 |     MS. SAILOR:     So you don't feel -- |
| 18 | you don't feel bad about that then? |
| 19 |     MR. SAILOR:     No, 'cause they kept |
| 20 | reassuring me, like, no, we're not saying it's |
| 21 | your fault.  We know how it goes.  Like, we |
| 22 | know.  We be like, man -- but basically, he's |
| 23 | saying the same thing I say, like, at the end |
| 24 | of the day, like, you wasn't there.  Like, you |
| 25 | were in prison for a time -- |

```
 1                MS. SAILOR:      So what about
 2       Cordell's affidavit then?
 3                MR. SAILOR:      That's the part I
 4       forgot.  I ain't think about that, 'til I got
 5       back in my cell.  Like, is it gonna
 6       contradict -- but I feel like there's so much
 7       shit on top of that; you know what I'm saying?
 8       They can look at that as a minor misquote; you
 9       know what I'm saying?
10                MS. SAILOR:      How?
11                MR. SAILOR:      Huh?
12                MS. SAILOR:      How?
13                MR. SAILOR:      On his end, like you
14       know what I'm saying?
15                MS. SAILOR:      On Cordell's end?
16                MR. SAILOR:      Yeah, like oh, yeah,
17       I thought I told him after, but I told him
18       before, like, you know what I'm saying?  Like
19       he was saying they thought that's not the
20       bigger issue; you know what I'm saying?  Like
21       the bigger issue is that you and Jeff more
22       crime than he committed, that you wasn't even
23       there for; you know what I'm saying?
24                MS. SAILOR:      Right.
25                MR. SAILOR:      So he was like, um,
```

|     |     |
| --- | --- |
| 1   | so he's like the letter -- he's like the last |
| 2   | piece he's waiting on is to get a letter from |
| 3   | Umar, so I didn't know if you wanted me to say |
| 4   | how it went down or what.  So I was like, no, |
| 5   | I think the letter finished it if I ain't |
| 6   | mistaken.  I'm like, Amy said something about |
| 7   | the letter yesterday.  It's finished.  I think |
| 8   | they don't know how to give it to you or how |
| 9   | y'all want it; you know what I'm saying? |
| 10  |       I'm like, well call her.  You know what |
| 11  | I'm saying?  Like, we're going to call her as |
| 12  | soon as I hang up. |
| 13  |       MS. SAILOR:     No, I called him.  I |
| 14  | was like, I met with Umar and we went over it |
| 15  | together, and he didn't have access to a |
| 16  | computer, so I typed it up for him and I |
| 17  | printed it.  He signed it. |
| 18  |       MR. SAILOR:     They were cool with |
| 19  | that? |
| 20  |       MS. SAILOR:     He said -- yeah, he |
| 21  | was like, can you, um -- at first, he was |
| 22  | like, can I fax it to them, so that they could |
| 23  | read it.  And I was like, well, I can email |
| 24  | it to you.  And I was like, you guys aren't |
| 25  | going to send the original to the Conviction |

| | |
|---|---|
| 1 | Integrity Unit.  I said, so, would I be able |
| 2 | to scan this and email it to you, or could I |
| 3 | fax it to you, and then email you -- I mean |
| 4 | and then mail you the original?  I said, tell |
| 5 | me what to do in order to get the application |
| 6 | submitted. |
| 7 | AUTO ATTENDANT:   This call is |
| 8 | originating from an Ohio correctional facility |
| 9 | and may be recorded and monitored. |
| 10 | MS. SAILOR:      I said, tell me what |
| 11 | to do to get the application submitted as soon |
| 12 | as possible.  He said, email it to him now so |
| 13 | that he can go over it and then he'll give me |
| 14 | his fax number.  And then in the meantime, |
| 15 | I'll mail it.  So did you ask him like, you |
| 16 | know -- |
| 17 | MR. SAILOR:      I asked him, I said, |
| 18 | man, so what's the window?  I'm like, man, I |
| 19 | know it's hard, but can you give me a window |
| 20 | of exactly when all this is going to be in |
| 21 | motion; you know what I'm saying?  He's like, |
| 22 | he would prefer if Jennifer was there to give |
| 23 | me a window precisely.  He's like, but his |
| 24 | understanding of what he can tell me, he's |
| 25 | like, at the least two weeks.  He's like, he's |

| | |
|---|---|
| 1 | like, that's at the least.  He's like, he's |
| 2 | like, man, he's like, just for the record, |
| 3 | man, if this was up to me this shit would have |
| 4 | been gone.  He's like, it would have been |
| 5 | done.  He's like, but it's a process that, you |
| 6 | know what I'm saying?  They ain't in control |
| 7 | over because they only students to a certain |
| 8 | extent.  You know what I'm saying? |
| 9 |     MS. SAILOR:     Right. |
| 10 |     MR. SAILOR:     And Jennifer is the |
| 11 | lawyer, so he's like, man, but two weeks.  He |
| 12 | was like, once they get that letter, 'cause |
| 13 | that's the finishing piece.  Once they get |
| 14 | that letter and polish everything off, that's |
| 15 | it.  He definitely kept saying how he wanted |
| 16 | to -- he's like, man, I want to sit down and |
| 17 | look O'Malley in his eyes.  He's, man, he's, |
| 18 | man, he's movies in the background, like this |
| 19 | is all he talks about, right.  All he talks |
| 20 | about is your case, El.  I'm like, man, that's |
| 21 | what's up.  I'm like, I want you to be the one |
| 22 | to sit down with him.  I'm like, that's what |
| 23 | I -- I told him I want you to be the one to |
| 24 | sit down to speak to me about my case -- |
| 25 |     MS. SAILOR:     Did you say anything |

```
 1          about Kim?
 2                  MR. SAILOR:      Huh?
 3           MS. SAILOR:      You say anything
 4          about Kim?
 5                  MR. SAILOR:      I mean -- who, me?
 6                  MS. SAILOR:      Yeah.
 7                  MR. SAILOR:      No, I didn't say shit
 8          about her.  I know he was like, he was shocked
 9          that she didn't get -- she hadn't got it
10          through about the letter shit; you know what
11          I'm saying?
12                  MS. SAILOR:      Yeah, he was
13          surprised with me, too.  And I was like,
14          actually, I said, I didn't know anything that.
15          I said, you know, I just assumed you and Kim
16          corresponded.  I said, you know, I told
17          (inaudible) --
18                  MR. SAILOR:      I started (inaudible)
19          go ahead and finish to him anyway.  I don't
20          know what's up with her.
21                  MS. SAILOR:      No, there's one more.
22          I said, I -- oh, this is your real hair.
23          That's your real hair?  Oh, okay, then you're
24          done.
25                  MR. SAILOR:      What's up, Paige?
```

```
 1              AUTO ATTENDANT:    This call is
 2   originating from an Ohio correctional facility
 3   and may be recorded and monitored.
 4              MS. SAILOR:    So, I need to talk to
 5   Andrew.  I'm going to ask him to call me
 6   because I need to ask him -- I just need to do
 7   a string.  I need to ask him if what you said
 8   contradicts Cordell's statement.
 9              MR. SAILOR:    That's why I was
10   trying to get on the phone, really, when I
11   hung up with him, to call you and tell you
12   just hang something there, and she was up,
13   like, and let him know, like, I didn't get
14   to -- I just didn't.  I meant to mention that
15   to him, what I did.
16              MS. SAILOR:    Hold on.  I'm going
17   to call Ruby real quick, because I have her
18   number, and maybe she's with Andrew.
19              MR. SAILOR:    Why don't you go text
20   her and just see?
21              MS. SAILOR:    Alright.  Hold on.
22              MR. SAILOR:    But, um, is that
23   going to be a problem?  Man.
24              MS. SAILOR:    Okay.
25              MR. SAILOR:    Andrew told me, he's
```

```
1          like, everything -- remember last time, we
2          talked and I gave him all my notes and shit
3          that I've been I've been going over and all
4          that shit?
5                  MS. SAILOR:      Yeah.
6                  MR. SAILOR:      He said that shit
7          helped him out a lot and he put a lot of that
8          shit in my application.
9                  MS. SAILOR:      That's good.  I think
10         -- I don't know.  That's just that last part
11         isn't --
12                 MR. SAILOR:      I'm saying I don't
13         know how to go about, but I keep -- I told
14         him, I'm like, man, I just kept playing like,
15         I'm like, man, I didn't know what to do.  I'm
16         like, I didn't know what to say when I was up
17         there.  I didn't know what to do.  I was like,
18         I was scared.  I was like, it's my first time
19         being in some shit like this.  And he's like,
20         no, no, no, we understand, we is not faulting
21         you.  You didn't do anything wrong.  It's
22         like, you know what I'm saying?  He's like,
23         for real, you shouldn't even been there; you
24         know what I'm saying?
25                 MS. SAILOR:      Right.
```

```
 1              MR. SAILOR:      He's like, we just
 2      don't want, he's like, he's like, what we want
 3      to do, we want to make sure that if they try
 4      to bring it up, we already in front of it.
 5      You know what I'm saying?
 6              MS. SAILOR:      Hold on real quick.
 7      I don't know where the braids start.  Paige
 8      has -- I just helped Paige take her fallen
 9      out, and I'm trying to find -- oh, it starts
10      right here.  Right there.
11              MR. SAILOR:      How much time do we
12      have left on this call?
13              AUTO ATTENDANT:  This call is
14      originating from an Ohio Correctional Facility
15      and may be recorded and monitored.
16              MS. SAILOR:      Four minutes.
17              MR. SAILOR:      Four?
18              MS. SAILOR:      Yeah.
19              MR. SAILOR:      I shouldn't even came
20      out, man.
21              MS. SAILOR:      Why?
22              MR. SAILOR:      I don't know.
23      Normally, they only call a child at 4:30,
24      that's only ten minutes a child.  But if
25      that's supposed to be 'til 4:25.  What time is
```

```
 1          it?
 2                 MS. SAILOR:       4:13.
 3                 MR. SAILOR:       Oh.  I'm about to
 4          just hang up now and call back because you're
 5          already going to make the call.
 6                 MS. SAILOR:       Alright.
 7                 MR. SAILOR:       Alright.
 8                 MS. SAILOR:       Bye.
 9                 MR. SAILOR:       Love you.
10                 MS. SAILOR:       I love you too.
11                 AUTO ATTENDANT:   Thank you for using
12          GTL.
13                 (End of recording.)
14                        - - -
15
```

```
1  State of Ohio,         )
                          ) SS:
2  County of Cuyahoga.    )

3

4                C E R T I F I C A T E

5

6        I, Steven Mengelkamp, do hereby certify

7   that I have transcribed the proceedings

8   of the jail call between Ru-El Sailor and

9   Amy Sailor, recorded on March 9, 2017; and

10  that the foregoing is a true and accurate

11  transcript made to the best of my

12  ability.
```

_____
TRANSCRIBER

FINCUN-MANCINI COURT REPORTERS
26380 Curtiss Wright Parkway
Cleveland Jet Center, Ste. 103
Cleveland, Ohio 44143
(216) 696-2272
email@fincunmancini.com

Case: 1:20-cv-00660-DAR  Doc #: 81-6  Filed: 07/17/24  16 of 18.  PageID #: 1175

Ru-El Sailor vs.
City of Cleveland, et al.

Jail Call Rico Mclellan, Disk 4- call 275
March 9, 2017

## $

**$5.03 (1)**
2:16

## A

**able (1)**
8:1
**accept (1)**
2:15
**access (1)**
7:15
**actually (1)**
10:14
**affidavit (1)**
6:2
**ahead (1)**
10:19
**ain't (4)**
5:15;6:4;7:5;9:6
**Alright (4)**
2:23;11:21;14:6,7
**Amy (1)**
7:6
**Andrew (5)**
3:13;5:14;11:5,18,
25
**Andrew's (1)**
4:24
**application (4)**
5:4;8:5,11;12:8
**area (1)**
2:8
**assumed (1)**
10:15
**ATTENDANT (8)**
2:2,8,13;4:12;8:7;
11:1;13:13;14:11
**AUTO (8)**
2:2,8,13;4:12;8:7;
11:1;13:13;14:11

## B

**back (4)**
3:6,7;6:5;14:4
**background (1)**
9:18
**bad (1)**
5:18
**bae (1)**
3:13
**balance (1)**
2:16
**ball (1)**
3:21
**bar (1)**
5:9
**basically (1)**
5:22
**beep (1)**
2:4
**bigger (2)**
6:20,21
**braids (1)**
13:7
**bring (1)**
13:4
**Bye (1)**
14:8

## C

**call (19)**
2:10,11,15,16,17;
3:14;4:12;7:10,11;
8:7;11:1,5,11,17;
13:12,13,23;14:4,5
**called (2)**
3:16;7:13
**came (1)**
13:19
**can (10)**
3:2,5;4:10;6:8;
7:21,22,23;8:13,19,
24
**car (1)**
5:7
**cars (1)**
5:10
**case (2)**
9:20,24
**cause (2)**
5:19;9:12
**cell (1)**
6:5
**certain (2)**
5:5;9:7
**child (2)**
13:23,24
**clear (1)**
3:5
**code (1)**
2:9
**collect (1)**
2:3
**coming (2)**
2:20,21
**committed (1)**
6:22
**computer (1)**
7:16
**connected (1)**
2:10
**contradict (1)**
6:6
**contradicts (1)**
11:8
**control (1)**
9:6
**Conviction (1)**
7:25
**cool (1)**
7:18
**Cordell's (3)**
6:2,15;11:8
**correction (1)**
2:17
**Correctional (5)**
2:14;4:13;8:8;
11:2;13:14
**corresponded (1)**
10:16
**County (2)**
4:11,15
**crime (1)**
6:22
**current (1)**
2:16

## D

**day (1)**
5:24
**definitely (1)**
9:15
**details (1)**
4:16
**digit (1)**
2:3
**done (2)**
9:5;10:24
**door (1)**
3:4
**down (4)**
7:4;9:16,22,24
**dropped (1)**
3:21

## E

**Either (1)**
2:25
**El (1)**
9:20
**email (4)**
7:23;8:2,3,12
**end (4)**
5:23;6:13,15;14:13
**English (1)**
2:2
**Enrico (1)**
2:12
**enter (2)**
2:3,8
**even (5)**
3:25;5:1;6:22;
12:23;13:19
**exactly (2)**
4:1;8:20
**extent (1)**
9:8
**eyes (1)**
9:17

## F

**facility (5)**
2:17;4:13;8:8;
11:2;13:14
**fallen (1)**
13:8
**fault (1)**
5:21
**faulting (1)**
12:20
**fax (3)**
7:22;8:3,14
**feel (4)**
2:24;5:17,18;6:6
**felt (1)**
4:4
**find (1)**
13:9
**finish (1)**
10:19
**finished (2)**
7:5,7
**finishing (1)**
9:13
**first (3)**
5:4;7:21;12:18
**Five (1)**
2:25
**forgot (1)**
6:4
**four (3)**
2:25;13:16,17
**front (2)**
5:12;13:4

## G

**gave (1)**
12:2
**Global (2)**
2:5,6
**God (1)**
2:22
**goes (1)**
5:21
**gonna (2)**
5:15;6:5
**good (1)**
12:9
**GTL (2)**
2:19;14:12
**guys (1)**
7:24

## H

**hair (6)**
2:24;3:3,6,18;
10:22,23
**hang (4)**
2:16;7:12;11:12;
14:4
**hard (1)**
8:19
**head (1)**
4:7
**headphones (1)**
3:2
**hear (1)**
3:5
**Hello (1)**
2:11
**helped (2)**
12:7;13:8
**Hey (2)**
3:9,11
**hold (4)**
2:9;11:16,21;13:6
**Huh (2)**
6:11;10:2
**hung (1)**
11:11

## I

**Inaudible (4)**
2:20;5:16;10:17,18
**incidents (1)**
5:5
**inmate (1)**
2:13
**Institution (1)**
2:14
**Integrity (1)**
8:1
**issue (2)**
6:20,21

## J

**Jeff (1)**
6:21
**Jennifer (3)**
4:4;8:22;9:10

## K

**keep (1)**
12:13
**kept (3)**
5:19;9:15;12:14
**Kim (2)**
5:3;10:15
**knew (2)**
4:22,23

## L

**last (3)**
7:1;12:1,10
**lawyer (1)**
9:11
**least (2)**
8:25;9:1
**leaving (1)**
5:7
**left (2)**

Case: 1:20-cv-00660-DAR Doc #: 81-6 Filed: 07/17/24 17 of 18. PageID #: 1176
Ru-El Sailor vs.
City of Cleveland, et al.
Jail Call Rico Mclellan, Disk 4- call 275
March 9, 2017

5:8;13:12
**letter (7)**
7:1,2,5,7;9:12,14;
10:10
**lie (1)**
5:15
**lied (3)**
5:3,4,6
**Lift (1)**
3:6
**line (1)**
4:10
**Link (2)**
2:5,6
**look (2)**
6:8;9:17
**lot (2)**
12:7,7
**loud (2)**
2:23;3:5
**Love (2)**
14:9,10

**M**

**mail (2)**
8:4,15
**Man (20)**
3:20,21,22;5:14,15,
16,22;8:18,18;9:2,3,
11,16,17,18,20;
11:23;12:14,15;
13:20
**may (4)**
4:14;8:9;11:3;
13:15
**maybe (1)**
11:18
**mean (2)**
8:3;10:5
**meant (1)**
11:14
**meantime (1)**
8:14
**mention (1)**
11:14
**met (1)**
7:14
**minor (1)**
6:8
**minutes (2)**
13:16,24
**misquote (1)**
6:8
**mistaken (1)**
7:6
**monitored (4)**
4:14;8:9;11:3;
13:15
**monitoring (1)**
2:18
**more (2)**
6:21;10:21

**motion (1)**
8:21
**movies (1)**
9:18
**much (2)**
6:6;13:11

**N**

**need (4)**
11:4,6,6,7
**nigga (1)**
5:14
**Normally (1)**
13:23
**notes (1)**
12:2
**number (2)**
8:14;11:18

**O**

**off (2)**
3:4;9:14
**Ohio (5)**
2:14;4:13;8:8;
11:2;13:14
**O'Malley (1)**
9:17
**once (2)**
9:12,13
**one (3)**
9:21,23;10:21
**only (5)**
5:6,10;9:7;13:23,
24
**option (1)**
5:1
**order (1)**
8:5
**original (2)**
7:25;8:4
**originating (4)**
4:13;8:8;11:2;
13:14
**out (6)**
2:21,21;3:19;12:7;
13:9,20
**over (5)**
4:8;7:14;8:13;9:7;
12:3
**own (1)**
3:2

**P**

**Paige (3)**
10:25;13:7,8
**Paige's (1)**
3:18
**part (2)**
6:3;12:10
**password (2)**

2:5,7
**phone (1)**
11:10
**phrase (1)**
2:4
**piece (2)**
7:2;9:13
**playing (1)**
12:14
**please (4)**
2:3,8,9,9
**polish (1)**
9:14
**possible (1)**
8:12
**precisely (1)**
8:23
**prefer (1)**
8:22
**prepaid (1)**
2:11
**press (1)**
2:15
**printed (1)**
7:17
**prison (1)**
5:25
**problem (1)**
11:23
**PROCEEDINGS (1)**
2:1
**process (1)**
9:5
**pumped (1)**
5:14
**put (2)**
5:4;12:7

**Q**

**quick (2)**
11:17;13:6

**R**

**read (1)**
7:23
**real (5)**
10:22,23;11:17;
12:23;13:6
**really (1)**
11:10
**reassuring (1)**
5:20
**record (1)**
9:2
**recorded (4)**
4:14;8:9;11:3;
13:15
**recording (2)**
2:18;14:13
**refuse (1)**
2:15

**remember (3)**
4:5,6;12:1
**remote (1)**
3:6
**repeat (1)**
2:4
**right (10)**
2:21,21;3:1;4:19;
6:24;9:9,19;12:25;
13:10,10
**room (1)**
3:3
**Ruby (2)**
4:5;11:17

**S**

**SAILOR (78)**
2:6,12,20,22;3:8,9,
10,11,12,15,16,17,20,
23,24;4:2,3,15,19,20;
5:17,19;6:1,3,10,11,
12,13,15,16,24,25;
7:13,18,20;8:10,17;
9:9,10,25;10:2,3,5,6,
7,12,18,21,25;11:4,9,
16,19,21,22,24,25;
12:5,6,9,12,25;13:1,
6,11,16,17,18,19,21,
22;14:2,3,6,7,8,9,10
**same (3)**
5:7,9,23
**saying (24)**
4:9,17;5:3,5,20,23;
6:7,9,14,18,19,20,23;
7:9,11;8:21;9:6,8,15;
10:11;12:12,22,24;
13:5
**scan (1)**
8:2
**scared (1)**
12:18
**send (1)**
7:25
**separate (1)**
5:10
**seven (1)**
2:3
**shit (9)**
6:7;9:3;10:7,10;
12:2,4,6,8,19
**shocked (1)**
10:8
**shut (1)**
3:4
**signed (1)**
7:17
**sit (3)**
9:16,22,24
**snitch (2)**
4:25;5:2
**soon (2)**
7:12;8:11

**Southern (1)**
2:14
**speak (1)**
9:24
**speakerphone (1)**
3:18
**start (1)**
13:7
**started (1)**
10:18
**starts (1)**
13:9
**statement (1)**
11:8
**Stop (1)**
3:7
**string (1)**
11:7
**students (1)**
9:7
**subject (1)**
2:18
**submitted (2)**
8:6,11
**supposed (1)**
13:25
**sure (1)**
13:3
**surprised (1)**
10:13

**T**

**talk (2)**
3:3;11:4
**talked (2)**
3:25;12:2
**talks (2)**
9:19,19
**Tel (2)**
2:5,6
**ten (1)**
13:24
**testified (1)**
4:21
**though (2)**
5:11,14
**thought (3)**
3:12;6:17,19
**Throw (1)**
3:5
**til (2)**
6:4;13:25
**Tim (2)**
10:1,4
**today (1)**
3:16
**together (4)**
5:7,8,9;7:15
**told (9)**
4:6,8,10;6:17,17;
9:23;10:16;11:25;
12:13

Case: 1:20-cv-00660-DAR  Doc #: 81-6  Filed: 07/17/24  18 of 18.  PageID #: 1177

Ru-El Sailor vs.
City of Cleveland, et al.

Jail Call Rico Mclellan, Disk 4- call 275
March 9, 2017

**top (2)**
  5:13;6:7
**try (1)**
  13:3
**trying (2)**
  11:10;13:9
**Turn (1)**
  3:4
**TV (1)**
  3:4
**two (2)**
  8:25;9:11
**typed (1)**
  7:16

### U

**um (3)**
  6:25;7:21;11:22
**Umar (2)**
  7:3,14
**Unit (1)**
  8:1
**up (17)**
  2:16;3:6,6,7,8;
  4:10;7:12,16;9:3,21;
  10:20,25;11:11,12;
  12:16;13:4;14:4
**using (2)**
  2:19;14:11

### V

**visit (1)**
  4:8
**voice (2)**
  2:5,7

### W

**wait (1)**
  2:9
**waiting (1)**
  7:2
**weeks (2)**
  8:25;9:11
**What's (5)**
  3:8;8:18;9:21;
  10:20,25
**Will's (1)**
  4:22
**window (3)**
  8:18,19,23
**wondering (1)**
  4:6
**wrong (2)**
  3:13;12:21

### Y

**y'all (1)**
  7:9
**yesterday (1)**
  7:7

### 0

**0 (1)**
  2:15

### 4

**4:13 (1)**
  14:2
**4:25 (1)**
  13:25
**4:30 (1)**
  13:23