```
1              IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF OHIO
2                      EASTERN DIVISION

3                         - - -

4   Ru-El Sailor,               )
                                )
5              Plaintiff,       )
                                )
6        vs.                    )  Case No. 1:22-CV-00660
                                )
7   City of Cleveland, et al.   )
                                )
8              Defendant.       )

9                         - - -

10

11            Transcript of audio recorded jail call,

12       Sailor - Disk 5 - Call 59, between

13       Ru-El Sailor and Amy Sailor on April 8,

14       2017.

15                        - - -

16

17

18

19

20

21

22

23

24

25
```

**EXHIBIT**

**I**

```
 1                    PROCEEDINGS
 2            AUTO ATTENDANT:   For English -- please
 3       enter at the beep, repeat the phrase with
 4       Global Tel Link, my voice is my password.
 5            MR. SAILOR:      Global Tel Link, my
 6       voice is my password.
 7            AUTO ATTENDANT:   Please enter the area
 8       code and phone number you are calling now.
 9       Please hold.  Please wait while your call is
10       being connected.
11            Hello, this is a prepaid call from an
12       inmate at the Southern Ohio institutional
13       institution.  To accept this call, press 0.
14       To refuse this call -- your current balance is
15       $10.89.  This call is from a correction
16       facility and is subject to monitoring and
17       recording.
18            Thank you for using GTL.
19            MR. SAILOR:      Yeah.
20            MS. SAILOR:      Yeah.
21            MR. SAILOR:      There ain't never
22       enough phone time for me.
23            MS. SAILOR:      Oh no, it's
24       (unintelligible).
25            MR. SAILOR:      (Inaudible) hear
```

```
1         that.
2               MS. SAILOR:     Oh, you know, I
3         already miss you.
4               MR. SAILOR:     Right, you told me I
5         cheated you out of a call last night.  Why
6         man, you thirsty as fuck.
7               MS. SAILOR:     Oh, I was just
8         playing now.
9               MR. SAILOR:     Hey?
10              MS. SAILOR:     Yeah?
11              MR. SAILOR:     I love you Ames.
12              MS. SAILOR:     I know.
13              MR. SAILOR:     I don't give a fuck
14        about none of that other shit, alright?  I
15        don't want you to think I do.
16              MS. SAILOR:     Yeah.
17              MR. SAILOR:     I just, man, I love
18        you.  I don't want that shit to come back.
19              MS. SAILOR:     What other shit?
20              MR. SAILOR:     That we talked about
21        yesterday, right?
22              MS. SAILOR:     Oh.
23              MR. SAILOR:     I just want to remind
24        you, like, man, I fuck with you, alright?
25              MS. SAILOR:     Okay, yeah.  I know.
```

```
 1          I love you.
 2              MR. SAILOR:      What?
 3              MS. SAILOR:      When you were
 4      laughing when I gave you kisses, like at the
 5      end of the visit.  You don't like it when I
 6      kiss you like that.
 7              AUTO ATTENDANT:  This call is
 8      originating from an Ohio correctional facility
 9      and may be recorded and monitored.
10              MR. SAILOR:      I feel like what?
11              MS. SAILOR:      All those, all those
12      packs.
13              MR. SAILOR:      Man, yeah.
14              MS. SAILOR:      Oh, hey, where's the
15      other (inaudible) --
16              MR. SAILOR:      I'm just kidding.
17      Man, what the fuck.  Seems like some old
18      people shit or shit you do with a kid.
19              MS. SAILOR:      No, it isn't.  Why do
20      you always have to stick your tongue down my
21      throat?  Why can't you give me some pecks?
22              MR. SAILOR:      'Cause I'm freaking
23      nasty.
24              MS. SAILOR:      Mm-mm.
25              MR. SAILOR:      I want the closest
```

```
 1              things -- I want the closest thing to sex.
 2                   MS. SAILOR:     Right.  I was like,
 3              come closer.  I can't come any closer, and
 4              then I'm like, oh, that close.
 5                   MR. SAILOR:     Yeah.  But I want you
 6              to feel this hard dick brush up against your
 7              leg.
 8                   MS. SAILOR:     That's funny.
 9                   MR. SAILOR:     Definitely had my
10              shit hard.
11                   MS. SAILOR:     I know.  That shit
12              for real.
13                   MR. SAILOR:     You want me inside of
14              you.
15                   MS. SAILOR:     Yes.
16                   MR. SAILOR:     Mm-mm-mm.
17                   MS. SAILOR:     Don't start with me.
18                   MR. SAILOR:     Huh?
19                   MS. SAILOR:     Don't start with me.
20                   MR. SAILOR:     You don't want me to
21              start?
22                   MS. SAILOR:     Uh-uh.  I want it,
23              but I can't get it.
24                   MR. SAILOR:     You can always get
25              it.  You want to touch it?
```

```
1              MS. SAILOR:      No, I'm not.  I'm
2         not.
3              MR. SAILOR:      Make your mind up
4         before I start?
5              MS. SAILOR:      No, don't start,
6         don't start, don't start.  How long have you
7         been up there?
8              MR. SAILOR:      Like seven.  I had to
9         walk to breakfast and my back was hurting bad
10        as fuck when I was asleep.  I'm about to get
11        up and walk to breakfast and sit in that chair
12        all them hours.
13             MS. SAILOR:      Yeah, I don't like it
14        when you tell me you've got body aches.
15             MR. SAILOR:      Oh man, that shit, I
16        need my baby to rub me down.  I need to sleep
17        in a comfortable bed.
18             MS. SAILOR:      I know.
19             MR. SAILOR:      Man.  In here --
20             MS. SAILOR:      I'm gonna buy the
21        best, most expensive, comfortable, pillow-top,
22        temper-pedic bed when you get home.
23             MR. SAILOR:      Babe?
24             MS. SAILOR:      What?
25             MR. SAILOR:      I'm like, we here.
```

```
1              MS. SAILOR:       I know.  I know it.
2              MR. SAILOR:       Like, they should be
3        no longer than this week after this week, it
4        should be no excuse for that.
5              MS. SAILOR:       That's what I was
6        going to ask you.  So did they say when?
7              MR. SAILOR:       That's what I'm
8        saying, it was never a definitive date, like,
9        you know what I'm saying?  It was like, oh,
10       yeah, it was, oh yeah --
11             MS. SAILOR:       They called me before
12       the end of January.
13             MR. SAILOR:       That's what I'm
14       saying, like, that's this week, it's the 29th,
15       this week, over with Tuesday.  I mean, this
16       month over with Monday or Tuesday.  So that's
17       what I'm saying, before this week is out, like
18       they should have then filed my application.
19             MS. SAILOR:       It's already written.
20       All they're gonna do is tweak it.  There's not
21       much for them to do.  I don't understand what
22       the hold up is, you know, like --
23             MR. SAILOR:       That's what I'm
24       saying man.  That's why I want to get that
25       shit with that nigga, Larry, handle ASAP, like
```

1       so either it could be with the application.

2       If he do, do the right thing, it could be with

3       the application or like right on the heels of

4       it; you know I'm saying?

5               MS. SAILOR:     Right.  I'm calling

6       Art today, like flat out.

7               MR. SAILOR:     Tell him you want a

8       meeting, so you can be --

9               MS. SAILOR:     I don't want to give

10      him my paperwork though.  That's all I got.

11              MR. SAILOR:     Can you go -- can he

12      go with you?

13              MS. SAILOR:     I don't -- they don't

14      -- like, Kim told me not to go through Larry

15      anymore.

16              MR. SAILOR:     All right, well.

17              MS. SAILOR:     Like, I don't know if

18      I should or shouldn't.

19              MR. SAILOR:     Why don't you just go

20      copy it real quick?

21              MS. SAILOR:     Yeah.

22              MR. SAILOR:     You don't got to copy

23      all of it.  Just copy -- you know what I'm

24      saying, pages, like.

25              AUTO ATTENDANT:  This call is

```
 1          originating from an Ohio Correctional Facility
 2          and may be recorded and monitored.
 3               MS. SAILOR:      I wish it was
 4          numbered.
 5               MR. SAILOR:      I know.  I wish I
 6          would have numbered my shit before I mixed it
 7          all up.  But it's two -- like on those sheets,
 8          it's two reports on one paper.  You know what
 9          I'm saying?  It's gonna be like a report on
10          one side, a little line, and a report on the
11          other side.  So it's two things on one paper.
12          All you gotta do is look for the bold letters.
13          They all their names, whoever they talking to
14          at that time.
15               MS. SAILOR:      Yeah, I know.
16               MR. SAILOR:      They all at the top.
17               MS. SAILOR:      So it's just one?
18               MR. SAILOR:      Huh?
19               MS. SAILOR:      There's just one
20          report of Larry?  I thought we wanted to show
21          Art, two, like where he said it -- well, and
22          then where he changed it.
23               MR. SAILOR:      He don't change it
24          until the trial, so he would have to, like, go
25          through the transcripts and print it out.  You
```

1          see what I'm saying?

2              MS. SAILOR:      Okay, so is there

3          anything else in there?  So what do we show on

4          Gene's statement?  How is that, like, look, I

5          mean, they were looking for someone named Bill

6          --

7              MR. SAILOR:      Yeah, you can show

8          them Gene's statement and be like, you know

9          what I'm saying, he can be like, man, they

10         already know that the dude, Will was there.

11         Like, they covering up for the dude, Will, and

12         they using you.  You know what I'm saying?  We

13         don't know if they treat you and you think

14         that El was there.  But they covering up for

15         this dude, Will, because he's an informant;

16         you know what I'm saying?  You helping them

17         keep a snitch on the streets and put an

18         innocent man in prison.  We trying -- we

19         not -- let us try to let him see that you not

20         the enemy, they the enemy.  We need you to

21         join forces with us, you know saying to expose

22         the enemy.  Like the police the enemy.  He --

23             MS. SAILOR:      I'm going with him.

24         I have to say these things to him.  I can't

25         let Art go by himself.  I have to go with him.

```
 1              But Larry drives a school bus and last night
 2         when I came home, I logged in here on Facebook
 3         and I'm looking at his Instagram, and he's on
 4         the school bus, driving the school bus, taking
 5         a video talking about these bad-ass kids.  I'm
 6         not going to report his ass.
 7              MR. SAILOR:      Swear?
 8              MS. SAILOR:      Yes.
 9              MR. SAILOR:      He can get fired for
10         that.  Stupid ass nigga.
11              MS. SAILOR:      I know.  A live
12         shooting video and so I saved the video.  But
13         I don't know, MS -- MS School, I don't know.
14         These MS students or something like that.  I
15         don't know.
16              MR. SAILOR:      He said MS students?
17              MS. SAILOR:      Uh-huh.  Or the MS
18         school or something like that.  I'm not sure.
19         Hold on.
20              MR. SAILOR:      Huh?
21              MS. SAILOR:      What you say?
22              MR. SAILOR:      Oh, shit.  Hell yeah.
23         Tell me you're gonna turn that shit in and get
24         him fired.
25              MS. SAILOR:      I'm not gonna tell
```

```
 1              him I got it.
 2                   MR. SAILOR:      Oh, man, but yeah,
 3              that's what I'm trying to -- I want to get
 4              through to him, my man.  Like, ain't nobody
 5              mad at you, man.  Like, this is where people
 6              get mad at you at because you had a chance to,
 7              you know what I'm saying, go against the
 8              police.  Like, they actually framed an
 9              innocent men and used you to do it, whether
10              you knew you were doing something wrong or
11              right.  Like they used you, you know what I'm
12              saying?  Like, to keep a snitch on the street,
13              you know what I'm saying, you not even paying
14              attention.
15                   MS. SAILOR:      Right.
16                   MR. SAILOR:      Like, this ain't got
17              nothing to do with El being mad at you.  Man,
18              fuck that nigga.  I just know he the key,
19              Ames.  I just can't shake it, like, I know,
20              like, with him, I mean, like, even though I'm
21              a hundred percent confident in all this shit
22              and I know it's gonna shake for me, but I just
23              know with him, like, ain't no argument.  Like
24              ain't nothing they could do.
25                   MS. SAILOR:      Right.
```

1            MR. SAILOR:       (Inaudible) say yes.
2       You know what I'm saying?  They can't get
3       around the fact of that, so it's like we got
4       to let him go.
5            MS. SAILOR:       Yeah.  I know it's
6       like it made me sick to my stomach.  Get
7       nervous to think about going back over there,
8       but --
9            MR. SAILOR:       That's what I'm
10      saying, too.
11           MS. SAILOR:       I'm doing it, though.
12      I cannot send Art over there.  I have to go do
13      this myself.  I have to talk to him.  I have
14      to, you know, like, I know exactly what to say
15      to him, and I can't -- I can't worry about
16      whether or not --
17           MR. SAILOR:       Can you tell Art to
18      have the one nigga hook it up where he meet
19      Larry and then you just be there?
20           AUTO ATTENDANT:   This call is
21      originating from an Ohio Correctional Facility
22      and may be recorded and monitored.
23           MR. SAILOR:       You see what I'm
24      saying?
25           MS. SAILOR:       No, I just don't.  I

1       don't -- I don't think that it would happen.

2       I think, you know, I think that the dude is a

3       cop out.  I don't -- I don't think that he

4       would really be on it.  I think that he might,

5       you know --

6               MR. SAILOR:       Instead of beating up

7       with Art.  Like, not with you; you know what

8       I'm saying?

9               MS. SAILOR:       No, I know.  I think

10      that he would try to, you know, like, sound

11      good to Art, and then give Larry a heads-up.

12      You know, I'd rather just pop up at Larry's

13      house at his front door with Art.

14              MR. SAILOR:       So he drive the

15      school bus.  I wonder, do he go to that lot on

16      St. Clair where all the school buses to be at,

17      to turn the school bus in?

18              MS. SAILOR:       Probably.

19              MR. SAILOR:       You know what I'm

20      talking about?  Down by 79th?

21              MS. SAILOR:       Yeah.  Uh-huh.  I'm

22      sure he does.  Do you know any bus drivers?  I

23      don't know any Cleveland bus drivers.  I don't

24      know any bus drivers.

25              MR. SAILOR:       I thought he drove an

1     RTA bus.

2          MS. SAILOR:      I don't know what I

3     ever thought.  Man, it's snowing outside.

4     That building is going to be so fucked up

5     tomorrow.

6          MR. SAILOR:      Did you J-pay me that

7     shit?

8          MS. SAILOR:      No, not yet.  What

9     time you go?  I thought you wanted me to go --

10         MR. SAILOR:      I go to rec at 6:40.

11         MS. SAILOR:      Oh, God.

12         MR. SAILOR:      Damn, I'm supposed to

13    be in a day or two, man.  What the fuck?

14         MS. SAILOR:      I know, baby.

15         MR. SAILOR:      We supposed to be

16    together, man, like.

17         MS. SAILOR:      I know.

18         MR. SAILOR:      I feel like I was at

19    home and now I'm locked up, like I lived there

20    before I got locked up.

21         MS. SAILOR:      Aw, that's so sad.

22    It's sad, like, you had me fucked up

23    yesterday, like, I wanted to, like, cling in

24    there, because it's dangerous (unintelligible)

25    it's so real, you know what I mean?

1     MR. SAILOR:     It's how I deal with

2     it, man.  My stuff be shocking to me

3     sometimes.  I ain't gonna even lie.  I think

4     the biggest part of me being strong is that I

5     don't sit in my cell and just dwell on -- you

6     know what I'm saying?  Like, I try not to do

7     as much, like, 'cause that shit make you

8     stress.  So I try to stay busy or do shit,

9     like.  That's why I hate it down here for

10    real, like, ain't no, ain't shit to do, for

11    real.  At least the OSP, I can be on the phone

12    majority of the time, shit like that.

13         MS. SAILOR:     And running up my

14    bank account.

15         MR. SAILOR:     Ma, shut the fuck up.

16    You would look -- what we do then if I was

17    still there.  Like what the fuck.

18         MS. SAILOR:     Ooh, we would be --

19         MR. SAILOR:     I'd be satisfied at

20    commissary.  Just put 30-40 on my books, Ames.

21         MS. SAILOR:     Oh, that's crazy.

22    You would have to go to trial.  So, when

23    people get their -- oh no, that's when they

24    become a (inaudible).  I was going to say,

25    OSP, don't have Level 3, right?

```
 1              MR. SAILOR:      No, uh-uh.

 2              MS. SAILOR:      So how come OSP has

 3       more movement than Lucasville, it seems like?

 4       Like letting you out at five hours at a time?

 5              MR. SAILOR:      I mean, because it's

 6       less people.  It's only 16 people to a pod,

 7       you know what I'm saying?  So they only let

 8       eight out for half a day and the other eight

 9       out for half a day.

10              In here there's 80 people.  There ain't

11       no day room.  They don't let us go out

12       ourselves.  The only time we leave is to go to

13       rec and chow, that's it.  But it's still 4A

14       though, like, you know what I'm saying?

15              MS. SAILOR:      Yeah.

16              MR. SAILOR:      They used to have a

17       day room down here a long time ago, they said,

18       but I mean, it was with 80 people, so they

19       can't contain all these people; You know what

20       I'm saying?  It's hard for them to watch all

21       these people.  They got so many blocks.

22              AUTO ATTENDANT:   You have one minute

23       remaining.

24              MR. SAILOR:      Damn, my morning over

25       already?  Shit crazy.
```

1     MS. SAILOR:      I know.  What am

2     I gonna do without you?

3          MR. SAILOR:      (Inaudible.)

4          AUTO ATTENDANT:  This call is

5     originating from an Ohio correctional facility

6     and may be recorded and monitored.

7          MR. SAILOR:      You get some rest in.

8          MS. SAILOR:      I'm going to try.  I

9     love you, baby.

10         MR. SAILOR:      Alright, Babe.  Make

11    sure you write me and send me some shit.

12         MS. SAILOR:      I will.

13         MR. SAILOR:      Alright.

14         MS. SAILOR:      Love you.

15         MR. SAILOR:      Love you too, Babe.

16         MS. SAILOR:      Alright, bye.

17         MR. SAILOR:      Damn, I don't want to

18    let you go.

19         MS. SAILOR:      I know, baby, I need

20    to --

21         MR. SAILOR:      I have (inaudible)

22    more of this in of Jay Z and Beyonce, that on

23    the run song.  You just down there, book --

24         MS. SAILOR:      You got it on repeat?

25         MR. SAILOR:      Yeah, it's like I'm

1     in love.

2            MS. SAILOR:      Aw, I love you.

3            MR. SAILOR:      Alright, well, I'm

4     gone.

5            MS. SAILOR:      Have a good day.

6            MR. SAILOR:      Alright.  Hey

7     (unintelligible) --

8            MS. SAILOR:      Bye.

9            MR. SAILOR:      Go to bed stinky

10    breath.

11           MS. SAILOR:      Alright, bye.

12           AUTO ATTENDANT:   Thank you for using

13    GTL.

14           (End of recording.)

15                        - - -

16

17

18

19

20

21

22

23

24

25

```
1   State of Ohio,        )
                          ) SS:
2   County of Cuyahoga.   )

3

4              C E R T I F I C A T E

5

6          I, Steven Mengelkamp, do hereby certify

7      that I have transcribed the proceedings

8      of the jail call between Ru-El Sailor and

9      Amy Sailor, recorded on April 8, 2017; and

10     that the foregoing is a true and accurate

11     transcript made to the best of my ability.

12

13

14

15

16

17

18

19     TRANSCRIBER

20     FINCUN-MANCINI COURT REPORTERS
       26380 Curtiss Wright Parkway
21     Cleveland Jet Center, Ste. 103
       Cleveland, Ohio 44143
22     (216) 696-2272
       email@fincunmancini.com
23

24

25
```

**FINCUN-MANCINI -- THE COURT REPORTERS**
**(216) 696-2272 -- email@fincunmancini.com**

Case: 1:20-cv-00660-DAR  Doc #: 81-7  Filed: 07/17/24  21 of 24.  PageID #: 1198

Ru-El Sailor vs.
City of Cleveland, et al.

Jail Call - Sailor Disk 5 - Call 59
April 8, 2017

## $

**$10.89 (1)**
2:15

## A

**accept (1)**
2:13
**account (1)**
16:14
**aches (1)**
6:14
**actually (1)**
12:8
**against (2)**
5:6;12:7
**ago (1)**
17:17
**ain't (9)**
2:21;12:4,16,23,
24;16:3,10,10;17:10
**alright (8)**
3:14,24;18:10,13,
16;19:3,6,11
**always (2)**
4:20;5:24
**Ames (3)**
3:11;12:19;16:20
**anymore (1)**
8:15
**application (3)**
7:18;8:1,3
**area (1)**
2:7
**argument (1)**
12:23
**around (1)**
13:3
**Art (8)**
8:6;9:21;10:25;
13:12,17;14:7,11,13
**ASAP (1)**
7:25
**asleep (1)**
6:10
**ass (2)**
11:6,10
**ATTENDANT (8)**
2:2,7;4:7;8:25;
13:20;17:22;18:4;
19:12
**attention (1)**
12:14
**AUTO (8)**
2:2,7;4:7;8:25;
13:20;17:22;18:4;
19:12
**Aw (2)**
15:21;19:2

## B

**Babe (3)**
6:23;18:10,15
**baby (4)**
6:16;15:14;18:9,19
**back (3)**
3:18;6:9;13:7
**bad (1)**
6:9
**bad-ass (1)**
11:5
**balance (1)**
2:14
**bank (1)**
16:14
**beating (1)**
14:6
**become (1)**
16:24
**bed (3)**
6:17,22;19:9
**beep (1)**
2:3
**best (1)**
6:21
**Beyonce (1)**
18:22
**biggest (1)**
16:4
**Bill (1)**
10:5
**blocks (1)**
17:21
**body (1)**
6:14
**bold (1)**
9:12
**book (1)**
18:23
**books (1)**
16:20
**breakfast (2)**
6:9,11
**breath (1)**
19:10
**brush (1)**
5:6
**building (1)**
15:4
**bus (9)**
11:1,4,4;14:15,17,
22,23,24;15:1
**buses (1)**
14:16
**busy (1)**
16:8
**buy (1)**
6:20
**bye (3)**
18:16;19:8,11

## C

**call (10)**
2:9,11,13,14,15;
3:5;4:7;8:25;13:20;
18:4
**called (1)**
7:11
**calling (2)**
2:8;8:5
**came (1)**
11:2
**can (9)**
5:24;8:8,11,11;
10:7,9;11:9;13:17;
16:11
**Cause (2)**
4:22;16:7
**cell (1)**
16:5
**chair (1)**
6:11
**chance (1)**
12:6
**change (1)**
9:23
**changed (1)**
9:22
**cheated (1)**
3:5
**chow (1)**
17:13
**Clair (1)**
14:16
**Cleveland (1)**
14:23
**cling (1)**
15:23
**close (1)**
5:4
**closer (2)**
5:3,3
**closest (1)**
4:25;5:1
**code (1)**
2:8
**comfortable (2)**
6:17,21
**commissary (1)**
16:20
**confident (1)**
12:21
**connected (1)**
2:10
**contain (1)**
17:19
**cop (1)**
14:3
**copy (3)**
8:20,22,23
**correction (1)**
2:15

**correctional (4)**
4:8;9:1;13:21;18:5
**covering (2)**
10:11,14
**crazy (2)**
16:21;17:25
**current (1)**
2:14

## D

**Damn (3)**
15:12;17:24;18:17
**dangerous (1)**
15:24
**date (1)**
7:8
**day (6)**
15:13;17:8,9,11,
17;19:5
**deal (1)**
16:1
**Definitely (1)**
5:9
**definitive (1)**
7:8
**dick (1)**
5:6
**door (1)**
14:13
**down (6)**
4:20;6:16;14:20;
16:9;17:17;18:23
**drive (1)**
14:14
**drivers (3)**
14:22,23,24
**drives (1)**
11:1
**driving (1)**
11:4
**drove (1)**
14:25
**dude (4)**
10:10,11,15;14:2
**dwell (1)**
16:5

## E

**eight (2)**
17:8,8
**either (1)**
8:1
**El (2)**
10:14;12:17
**else (1)**
10:3
**end (3)**
4:5;7:12;19:14
**enemy (1)**
10:20,20,22,22
**English (1)**

**2:2**
**enough (1)**
2:22
**enter (2)**
2:3,7
**even (3)**
12:13,20;16:3
**exactly (1)**
13:14
**excuse (1)**
7:4
**expensive (1)**
6:21
**expose (1)**
10:21

## F

**Facebook (1)**
11:2
**facility (5)**
2:16;4:8;9:1;
13:21;18:5
**fact (1)**
13:3
**feel (3)**
4:10;5:6;15:18
**filed (1)**
7:18
**fired (2)**
11:9,24
**five (1)**
17:4
**flat (1)**
8:6
**forces (1)**
10:21
**framed (1)**
12:8
**freaking (1)**
4:22
**front (1)**
14:13
**fuck (9)**
3:6,13,24;4:17;
6:10;12:18;15:13;
16:15,17
**fucked (2)**
15:4,22
**funny (1)**
5:8

## G

**gave (1)**
4:4
**Gene's (2)**
10:4,8
**Global (2)**
2:4,5
**God (1)**
15:11
**gonna (8)**

Case: 1:20-cv-00660-DAR  Doc #: 81-7  Filed: 07/17/24  22 of 24.  PageID #: 1199

Ru-El Sailor vs.
City of Cleveland, et al.

Jail Call - Sailor Disk 5 - Call 59
April 8, 2017

6:20;7:20;9:9;
11:23,25;12:22;16:3;
18:2
**good (2)**
14:11;19:5
**gotta (1)**
9:12
**GTL (2)**
2:18;19:13

**H**

**half (2)**
17:8,9
**handle (1)**
7:25
**happen (1)**
14:1
**hard (3)**
5:6,10;17:20
**hate (1)**
16:9
**heads-up (1)**
14:11
**hear (1)**
2:25
**heels (1)**
8:3
**Hell (1)**
11:22
**Hello (1)**
2:11
**helping (1)**
10:16
**Hey (3)**
3:9;4:14;19:6
**himself (1)**
10:25
**hold (3)**
2:9;7:22;11:19
**home (3)**
6:22;11:2;15:19
**hook (1)**
13:18
**hours (2)**
6:12;17:4
**house (1)**
14:13
**Huh (3)**
5:18;9:18;11:20
**hundred (1)**
12:21
**hurting (1)**
6:9

**I**

**Inaudible (6)**
2:25;4:15;13:1;
16:24;18:3,21
**informant (1)**
10:15
**inmate (1)**

2:12
**innocent (2)**
10:18;12:9
**inside (1)**
5:13
**Instagram (1)**
11:3
**Instead (1)**
14:6
**institution (1)**
2:13
**institutional (1)**
2:12

**J**

**January (1)**
7:12
**Jay (1)**
18:22
**join (1)**
10:21
**J-pay (1)**
15:6

**K**

**keep (2)**
10:17;12:12
**key (1)**
12:18
**kid (1)**
4:18
**kidding (1)**
4:16
**kids (1)**
11:5
**Kim (1)**
8:14
**kiss (1)**
4:6
**kisses (1)**
4:4
**knew (1)**
12:10

**L**

**Larry (6)**
7:25;8:14;9:20;
11:1;13:19;14:11
**Larry's (1)**
14:12
**last (2)**
3:5;11:1
**laughing (1)**
4:4
**least (1)**
16:11
**leave (1)**
17:12
**leg (1)**
5:7

**less (1)**
17:6
**letters (1)**
9:12
**letting (1)**
17:4
**Level (1)**
16:25
**lie (1)**
16:3
**line (1)**
9:10
**Link (2)**
2:4,5
**little (1)**
9:10
**live (1)**
11:11
**lived (1)**
15:19
**locked (2)**
15:19,20
**logged (1)**
11:2
**long (2)**
6:6;17:17
**longer (1)**
7:3
**look (3)**
9:12;10:4;16:16
**looking (2)**
10:5;11:3
**lot (1)**
14:15
**love (8)**
3:11,17;4:1;18:9,
14,15;19:1,2
**Lucasville (1)**
17:3

**M**

**Ma (1)**
16:15
**mad (3)**
12:5,6,17
**majority (1)**
16:12
**man (18)**
3:6,17,24;4:13,17;
6:15,19;7:24;10:9,
18;12:2,4,5,17;15:3,
13,16;16:2
**many (1)**
17:21
**may (4)**
4:9;9:2;13:22;18:6
**mean (6)**
7:15;10:5;12:20;
15:25;17:5,18
**meet (1)**
13:18
**meeting (1)**

8:8
**men (1)**
12:9
**might (1)**
14:4
**mind (1)**
6:3
**minute (1)**
17:22
**miss (1)**
3:3
**mixed (1)**
9:6
**Mm-mm (1)**
4:24
**Mm-mm-mm (1)**
5:16
**Monday (1)**
7:16
**monitored (4)**
4:9;9:2;13:22;18:6
**monitoring (1)**
2:16
**month (1)**
7:16
**more (2)**
17:3;18:22
**morning (1)**
17:24
**most (1)**
6:21
**movement (1)**
17:3
**much (2)**
7:21;16:7
**myself (1)**
13:13

**N**

**named (1)**
10:5
**names (1)**
9:13
**nasty (1)**
4:23
**need (4)**
6:16,16;10:20;
18:19
**nervous (1)**
13:7
**nigga (4)**
7:25;11:10;12:18;
13:18
**night (2)**
3:5;11:1
**nobody (1)**
12:4
**none (1)**
3:14
**number (1)**
2:8
**numbered (2)**

9:4,6

**O**

**Ohio (5)**
2:12;4:8;9:1;
13:21;18:5
**old (1)**
4:17
**one (7)**
9:8,10,11,17,19;
13:18;17:22
**only (3)**
17:6,7,12
**Ooh (1)**
16:18
**originating (4)**
4:8;9:1;13:21;18:5
**OSP (3)**
16:11,25;17:2
**ourselves (1)**
17:12
**out (9)**
3:5;7:17;8:6;9:25;
14:3;17:4,8,9,11
**outside (1)**
15:3
**over (5)**
7:15,16;13:7,12;
17:24

**P**

**packs (1)**
4:12
**pages (1)**
8:24
**paper (2)**
9:8,11
**paperwork (1)**
8:10
**part (1)**
16:4
**password (2)**
2:4,6
**paying (1)**
12:13
**pecks (1)**
4:21
**people (9)**
4:18;12:5;16:23;
17:6,6,10,18,19,21
**percent (1)**
12:21
**phone (3)**
2:8,22;16:11
**phrase (1)**
2:3
**pillow-top (1)**
6:21
**playing (1)**
3:8
**please (4)**

Case: 1:20-cv-00660-DAR   Doc #: 81-7   Filed: 07/17/24   23 of 24.   PageID #: 1200

Ru-El Sailor vs.
City of Cleveland, et al.

Jail Call - Sailor Disk 5 - Call 59
April 8, 2017

2:2,7,9,9
**pod (1)**
  17:6
**police (2)**
  10:22;12:8
**pop (1)**
  14:12
**prepaid (1)**
  2:11
**press (1)**
  2:13
**print (1)**
  9:25
**prison (1)**
  10:18
**Probably (1)**
  14:18
**PROCEEDINGS (1)**
  2:1
**put (2)**
  10:17;16:20

## Q

**quick (1)**
  8:20

## R

**rather (1)**
  14:12
**real (5)**
  5:12;8:20;15:25;
  16:10,11
**really (1)**
  14:4
**rec (2)**
  15:10;17:13
**recorded (4)**
  4:9;9:2;13:22;18:6
**recording (2)**
  2:17;19:14
**refuse (1)**
  2:14
**remaining (1)**
  17:23
**remind (1)**
  3:23
**repeat (2)**
  2:3;18:24
**report (4)**
  9:9,10,20;11:6
**reports (1)**
  9:8
**rest (1)**
  18:7
**Right (11)**
  3:4,21;5:2;8:2,3,5,
  16;12:11,15,25;16:25
**room (2)**
  17:11,17
**RTA (1)**
  15:1

**rub (1)**
  6:16
**run (1)**
  18:23
**running (1)**
  16:13

## S

**sad (2)**
  15:21,22
**SAILOR (160)**
  2:5,19,20,21,23,25;
  3:2,4,7,9,10,11,12,13,
  16,17,19,20,22,23,25;
  4:2,3,10,11,13,14,16,
  19,22,24,25;5:2,5,8,9,
  11,13,15,16,17,18,19,
  20,22,24;6:1,3,5,8,13,
  15,18,19,20,23,24,25;
  7:1,2,5,7,11,13,19,23;
  8:5,7,9,11,13,16,17,
  19,21,22;9:3,5,15,16,
  17,18,19,23;10:2,7,
  23;11:7,8,9,11,16,17,
  20,21,22,25;12:2,15,
  16,25;13:1,5,9,11,17,
  23,25;14:6,9,14,18,
  19,21,25;15:2,6,8,10,
  11,12,14,15,17,18,21;
  16:1,13,15,18,19,21;
  17:1,2,5,15,16,24;
  18:1,3,7,8,10,12,13,
  14,15,16,17,19,21,24,
  25;19:2,3,5,6,8,9,11
**satisfied (1)**
  16:19
**saved (1)**
  11:12
**saying (24)**
  7:8,9,14,17,24;8:4,
  24;9:9;10:1,9,12,16,
  21;12:7,12,13;13:2,
  10,24;14:8;16:6;
  17:7,14,20
**school (8)**
  11:1,4,4,13,18;
  14:15,16,17
**Seems (2)**
  4:17;17:3
**send (2)**
  13:12;18:11
**seven (1)**
  6:8
**sex (1)**
  5:1
**shake (2)**
  12:19,22
**sheets (1)**
  9:7
**shit (20)**
  3:14,18,19;4:18,
  18;5:10,11;6:15;

7:25;9:6;11:22,23;
12:21;15:7;16:7,8,10,
12;17:25;18:11
**shocking (1)**
  16:2
**shooting (1)**
  11:12
**show (3)**
  9:20;10:3,7
**shut (1)**
  16:15
**sick (1)**
  13:6
**side (2)**
  9:10,11
**sit (2)**
  6:11;16:5
**sleep (1)**
  6:16
**snitch (2)**
  10:17;12:12
**snowing (1)**
  15:3
**someone (1)**
  10:5
**sometimes (1)**
  16:3
**song (1)**
  18:23
**sound (1)**
  14:10
**Southern (1)**
  2:12
**St (1)**
  14:16
**start (7)**
  5:17,19,21;6:4,5,6,
  6
**statement (2)**
  10:4,8
**stay (1)**
  16:8
**stick (1)**
  4:20
**still (2)**
  16:17;17:13
**stinky (1)**
  19:9
**stomach (1)**
  13:6
**street (1)**
  12:12
**streets (1)**
  10:17
**stress (1)**
  16:8
**strong (1)**
  16:4
**students (2)**
  11:14,16
**stuff (1)**
  16:2
**Stupid (1)**

11:10
**subject (1)**
  2:16
**supposed (2)**
  15:12,15
**sure (3)**
  11:18;14:22;18:11
**Swear (1)**
  11:7

## T

**talk (1)**
  13:13
**talked (1)**
  3:20
**talking (3)**
  9:13;11:5;14:20
**Tel (2)**
  2:4,5
**temper-pedic (1)**
  6:22
**thirsty (1)**
  3:6
**though (4)**
  8:10;12:20;13:11;
  17:14
**thought (4)**
  9:20;14:25;15:3,9
**throat (1)**
  4:21
**today (1)**
  8:6
**together (1)**
  15:16
**told (2)**
  3:4;8:14
**tomorrow (1)**
  15:5
**tongue (1)**
  4:20
**top (1)**
  9:16
**touch (1)**
  5:25
**transcripts (1)**
  9:25
**treat (1)**
  10:13
**trial (2)**
  9:24;16:22
**try (5)**
  10:19;14:10;16:6,
  8;18:8
**trying (2)**
  10:18;12:3
**Tuesday (2)**
  7:15,16
**turn (2)**
  11:23;14:17
**tweak (1)**
  7:20
**two (5)**

9:7,8,11,21;15:13

## U

**Uh-uh (2)**
  5:22;17:1
**unintelligible (3)**
  2:24;15:24;19:7
**up (17)**
  5:6;6:3,7,11;7:22;
  9:7;10:11,14;13:18;
  14:6,12;15:4,19,20,
  22;16:13,15
**used (3)**
  12:9,11;17:16
**using (3)**
  2:18;10:12;19:12

## V

**video (3)**
  11:5,12,12
**visit (1)**
  4:5
**voice (2)**
  2:4,6

## W

**wait (1)**
  2:9
**walk (2)**
  6:9,11
**watch (1)**
  17:20
**week (5)**
  7:3,3,14,15,17
**where's (1)**
  4:14
**wish (2)**
  9:3,5
**without (1)**
  18:2
**wonder (1)**
  14:15
**worry (1)**
  13:15
**write (1)**
  18:11
**written (1)**
  7:19
**wrong (1)**
  12:10

## Y

**yesterday (2)**
  3:21;15:23

## 0

**0 (1)**
  2:13

Ru-El Sailor vs.
City of Cleveland, et al.

| **1** |
|---|
| **16 (1)**<br>17:6 |
| **2** |
| **29th (1)**<br>7:14 |
| **3** |
| **3 (1)**<br>16:25<br>**30-40 (1)**<br>16:20 |
| **4** |
| **4A (1)**<br>17:13 |
| **6** |
| **6:40 (1)**<br>15:10 |
| **7** |
| **79th (1)**<br>14:20 |
| **8** |
| **80 (2)**<br>17:10,18 |