```
 1            IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION

 3                        - - -

 4   Ru-el Sailor,              )
                                )
 5              Plaintiff,      )
                                )
 6        vs.                   )   Case No. 1:22-CV-00660
                                )
 7   City of Cleveland, et al.  )
                                )
 8              Defendant.      )

 9                        - - -

10

11            Transcript of audio recorded jail call,

12       John Williams - Disk 2 - Call 617, between

13       Ru-El Sailor, Amy Sailor and Kyle Swenson, on

14       May 3, 2016 at 4:49 p.m.

15                        - - -

16

17

18

19

20

21

22

23

24                                     EXHIBIT

25                                        J
```

**FINCUN-MANCINI -- THE COURT REPORTERS**
**(216) 696-2272 -- email@fincunmancini.com**

```
1                    PROCEEDINGS
2              AUTO ATTENDANT:   For English -- please
3         enter your seven digit -- please enter the
4         area code and phone number you are calling
5         now.  Please hold.  Please wait while your
6         call is being connected.
7              Hello.  This is a prepaid call from --
8         an inmate at the Ohio State Penitentiary.  To
9         accept this call press zero.  To refuse this
10        call -- your current balance is $20.19.  This
11        call is from a correction facility and is
12        subject to monitoring and recording.
13             Thank you for using GTL.
14             MR. SAILOR:      Hey, did somebody
15        call for Kathy today?
16             MS. SAILOR:      No.
17             MR. SAILOR:      They gonna call
18        Friday this week, alright?
19             MS. SAILOR:      Okay.
20             MR. SAILOR:      Know if somebody owes
21        me some money they gonna call Kathy to get the
22        information on how to do it and shit.
23             MS. SAILOR:      How does he want her
24        to do it?
25             MR. SAILOR:      I mean, I think they
```

1          be like mailing it.  I ain't want them to be

2          going heavy on the phone and shit, so I'm

3          about having people call my girl, Kathy and

4          shit, and she'll give them the information.

5          Get your people information instead of doing

6          it over the jail call and shit.

7                    MS. SAILOR:      What information?

8                    MR. SAILOR:      Like the address and

9          shit.  'Cause these people be like sending

10         money orders and shit.

11                   MS. SAILOR:      So it's going to be a

12         money order?

13                   MR. SAILOR:      Yeah, but she can

14         tell her.  Like, you know what I'm saying,

15         tell his mother like what name and what

16         address and shit.

17                   MS. SAILOR:      Like have her um

18         like, like the um, like the right one?

19                   MR. SAILOR:      Yeah.

20                   MS. SAILOR:      Alright.  Alright, so

21         I'm about to call him --

22                   AUTO ATTENDANT:  This call is

23         originating from an Ohio correctional facility

24         and may be recorded and monitored.

25                   MR. SAILOR:      Hello?

**FINCUN-MANCINI -- THE COURT REPORTERS**
**(216) 696-2272 -- email@fincunmancini.com**

```
1              MS. SAILOR:       He's very laid back.
2       He's young.  Try not to sound too uptight or
3       nervous and say um 500 times, okay?
4              MR. SAILOR:       How about just like
5       shut the fuck up?
6              MS. SAILOR:       Hold on (laughing).
7       Hello?
8              MR. SAILOR:       Hello.
9              MR. SWENSON:      Hey.  Hey, El, how's
10      it going?
11             MR. SAILOR:       I'm alright.  Hey,
12      Kyle how you doin'?
13             MR. SWENSON:      I'm good, I'm good.
14      Thanks for giving me a ring.  I'm glad we
15      could hook up.
16             MR. SAILOR:       Oh yeah, no, thank
17      you.
18             MR. SWENSON:      Yeah, yeah.  Well, I
19      appreciate it.  Yeah, I um, listen I'm glad we
20      could talk and I've been reading about your
21      case and stuff and I'm still going to try to
22      get in to see you, hopefully schedule
23      permitting, but I thought we could just talk
24      now would be a good time to chat and kind of
25      get, you know, some thoughts from you and hear
```

```
 1          your feelings about everything.

 2               MR. SAILOR:      Oh yeah, that's cool.

 3               MR. SWENSON:     Do you mind if I put

 4          you -- is it cool if I record this?  I'm going

 5          to record this conversation; is that alright?

 6               MR. SAILOR:      I mean, it's fine

 7          with me.  Man, you doing me a favor so I'm all

 8          for it.

 9               MR. SWENSON:     Cool.  Well, I'm

10          going to put you on speaker phone real quick

11          on my end.

12               Can you guys hear me?

13               MR. SAILOR:      Yeah, I can hear you.

14               MS. SAILOR:      Yeah.

15               MR. SWENSON:     Okay, perfect.  Cool,

16          cool.  Do we have a time limit now or do you

17          -- what's the situation?

18               MR. SAILOR:      I can't hear you.

19               MS. SAILOR:      We have about 12

20          minutes on this call, but we can hang up and

21          call back.

22               MR. SWENSON:     Okay.

23               MS. SAILOR:      They're 15 minutes

24          each.

25               MR. SWENSON:     Okay, alright.  15
```

1       minutes each, alright.  Well, El if you want

2       to -- so obviously I've read through most of

3       your trial and I've read the application with

4       conviction and integrity in it, so I kind of

5       know the basics of your case.  Tell me from

6       your stand point what you remember about that

7       night?  You know, what you guys were doing.

8       You know, kind of how everything went down

9       from your point of view.

10          MR. SAILOR:      As far as I can

11      remember that night, you know I was kind of

12      mostly intoxicated that night with --

13          AUTO ATTENDANT:   This all is

14      originating from an Ohio correctional facility

15      and may be recorded or monitored.

16          MR. SAILOR:      -- for the most part

17      it was me, a group of friends, me, Cordell

18      Hubbard, Anthony Mackenzie, Bobby Nettles, a

19      couple more friends.  We was all at the

20      (inaudible) bar first, a bar in our

21      neighborhood.  We was there and we was having

22      drinks normally, like we do every weekend.  So

23      we all had plans to leave there and go to the

24      next bar which was the 4U2B in Euclid, Ohio.

25          During the time at the 4U2B, I guess

1          Cordell got a call from his sister and he left
2          the 4U2B, him and his Will Sizemore left 4U2B,
3          and they went to go take care of whatever
4          happened with his sister. And I left 4U2B
5          with Bobby Nettles. And then later on, like
6          an hour or so after that, I got a call from
7          Cordell and I went and picked him up and then
8          we went to another bar, St. Aloysius. We went
9          to a party at St. Aloysius.

10         MR. SWENSON:      Did you know he left?
11         When you guys were at the bar in Euclid, you
12         know he gets this call and he leaves. Was it
13         crowded and you lost site of him?

14         MR. SAILOR:      It was a crowded bar.
15         So I didn't like, everybody don't be like
16         together side by side, shoulder to shoulder.
17         I didn't just realize he had left until it was
18         time to go, you know what I'm saying? I knew
19         he was goine. I knew he had left already.
20         And then I got a phone call as I was going to
21         drop Bobby Nettles off. I got a phone call
22         from him. And I went and picked him up so we
23         could ride together to St. Aloysius because
24         Bobby Nettles didn't want to go. So I picked
25         up Cordell and we rode to St. Aloysius

**FINCUN-MANCINI -- THE COURT REPORTERS**
**(216) 696-2272 -- email@fincunmancini.com**

```
 1          together.
 2                  MR. SWENSON:     Did Cordell tell you
 3          what had happened at that point?
 4                  MR. SAILOR:      No.
 5                  MR. SWENSON:     When did he fill you
 6          in on what (inaudible)?
 7                  MR. SAILOR:      We was already in the
 8          County.
 9                  MR. SWENSON:     Really, okay.  Wow.
10          So roll it back for me though.  So you pick
11          him up, was he agitated that night or upset?
12          I know you guys are -- you were best friends
13          right?  You guys go way back.
14                  MR. SAILOR:      Yeah, like fourth
15          grade.
16                  MR. SWENSON:     So was he agitated or
17          does he seem upset or what was going on with
18          him when you picked him up?
19                  MR. SAILOR:      I really can't really
20          put a read on it because it was so long ago
21          and I barely, barely remember that night.
22          Because at one point, like, I didn't remember
23          the night in question because they had told me
24          so much time had passed before the incident
25          came about; you know what I'm saying?  It
```

**FINCUN-MANCINI -- THE COURT REPORTERS**
**(216) 696-2272 -- email@fincunmancini.com**

1        became a situation where it was like I was

2        told this is how the night went and that's

3        that.  That being a regular routine for us and

4        doing this on the regular.  It was like man,

5        remember that night we kicked it and we went

6        there and we went there.

7              So I was like yeah.  You know what I'm

8        saying?  Like alright I'm going take my best

9        friend's word for it.  You know what I'm

10       saying?  Like alright.  That's what happened.

11       You know what I'm saying?  But as time went

12       on, you know what I'm saying, it became

13       important for me to remember the details of

14       that night, you know what I'm saying?  And I'm

15       talking to other people like, no, this is what

16       happened.  He, like, listen that ain't what

17       happened, this is what happened.  You know

18       what I'm saying?

19              MR. SWENSON:      Yeah.

20              MR. SAILOR:      And he's telling me

21       like man, this is what really happened.  You

22       know what I'm saying?  Then it all starts

23       coming back to me like man, yeah, okay.  Now I

24       understand the details of what happened that

25       night.

1           MR. SWENSON:     It was just another

2     night for you, right?  Just another

3     (inaudible) --

4           MR. SAILOR:     Yeah.  Like you know

5     it's like if your friends meet every Sunday

6     for years, you know what I'm saying, to watch

7     football, and then your friend be like

8     remember the one Sunday?  You going to be like

9     yeah, I remember.  Because they all seem

10    normal.

11          MR. SWENSON:     Sure.  Yeah, no that

12    makes sense.  That makes perfect sense.

13          So when did you find out that this

14    crime had happened, that this guy got killed?

15          MR. SAILOR:     See I ain't -- they

16    part of town ain't like -- I mean they part of

17    the city ain't my neighborhood, so I never

18    heard anything about dude until it because a

19    situation with Cordell; you see what I'm

20    saying?

21          MR. SWENSON:     Right, yeah.  Sure.

22    So when Cordell -- so I know that Cordell gets

23    arrested and then you got roped in like six

24    months later, right, is when you were picked

25    up?

```
 1            MR. SAILOR:        Yeah, 'cause when
 2       Cordell -- I was never like, I never knew I
 3       was involved, period, because Cordell when he
 4       got arrested, you know what I'm saying, he was
 5       like man -- it was never like I was singled
 6       out as being an alibi witness.  I was never
 7       like, it was like man I'm going to put you and
 8       everybody else's name that we was at the bars,
 9       you know what I'm saying?  Bobby Nettles,
10       Anthony Mackenzie, like I'm going to put all
11       your names as a witness, man, for where I was
12       at that night.  So I'm like alright, bet,
13       sure.  You know what I'm saying, ain't no
14       doubt about it.  Yeah.  Like --
15            MR.SWENSON:        Yeah.
16            MR. SAILOR:        I'm the last person
17       he was with that night, so of course he had to
18       put my name on there.  Like you know what I'm
19       saying?  He's my best, of course, go ahead.
20       You know what I'm saying?
21            MR. SWENSON:        Right.
22            MR. SAILOR:        When it came about he
23       had bonded out on this case.  He was held on
24       bond and he was going back and forth to court,
25       and far as to my knowledge everything was good
```

```
 1              because they didn't have any witness --
 2                   AUTO ATTENDANT:   This call is
 3              originating from an Ohio correctional facility
 4              and may be recorded or monitored.
 5                   MR. SAILOR:        They didn't have any
 6              witnesses.  They didn't have any evidence or
 7              none of this.  So it was like, they was going
 8              to throw, far as to my knowledge, he came and
 9              told me they was going to throw the whole case
10              out because they had lack of evidence and lack
11              of witnesses.  And then out of the blue, I got
12              arrested.  You know what I'm saying?  When
13              they came to my mother's house looking for me
14              and so when I finally turned myself in, you
15              know what I'm saying?  I had a warrant for a
16              homicide, so I turned myself in and it was
17              like they was looking for me for that
18              incident.  I'm like that's impossible, you
19              know what I'm saying?  Like I ain't been
20              nowhere near there.  I don't even go over
21              there, you know what I'm saying?
22                   MR. SWENSON:       Yeah.  So tell me
23              about that, though, I mean, because that's got
24              to be a trip you know to all of a sudden hear
25              that they're looking for you.  So tell me how
```

**FINCUN-MANCINI -- THE COURT REPORTERS**
**(216) 696-2272 -- email@fincunmancini.com**

```
 1            that went down?
 2                MR. SAILOR:      Yeah, my mother -- it
 3            was like late March and it was a -- I remember
 4            because it was a Friday morning and my mother
 5            had called me because I didn't stay with her.
 6            But her address was still on file for me being
 7            my address so she called me.  She was, like,
 8            police ran into her house and they was looking
 9            for me.  So I was like, did they like, you
10            know what I'm saying, 'cause I was into the
11            streets.  So I'm thinking like they ran into
12            her house far as what I was into in the
13            streets, you know what I'm saying?  But my
14            lifestyle, but she, like, they didn't tear her
15            house up looking for nothing.  They was just
16            looking for a person; you know what I'm
17            saying?  So I'm like they weren't looking for
18            drugs or a gun.  They just came looking for a
19            person.
20                So I'm like, she's, like, they said
21            something about some murder.  You need to call
22            your lawyer.  At the time I had a lawyer
23            already retained for another case I had, so I
24            called him.  He like, he had been notified
25            that I had a warrant for a homicide and I need
```

```
 1          to turn myself in as soon as possible.
 2          So I was like -- he's like that's all I could
 3          tell you right now.  And I'm like man, I don't
 4          know nothing about no homicide or nothing like
 5          that so I didn't know what to do.  So by me
 6          having another case pending, I said, I'm just
 7          going to go to Court with the case I got
 8          pending and if they keep  me, they keep me;
 9          you know what I'm saying?
10              So I went to court and they didn't keep
11          me.  Then I had another court date.  I went to
12          that court date and that's when they kept me
13          in Cuyahoga County.  They didn't even like --
14          my lawyer was there with me when I first went
15          to questioning.  Like they came to arrest me
16          and my lawyer went with me the whole way to
17          questioning and they didn't even give me a
18          full interview, like a murder investigation
19          interview.  They asked me, like what was my
20          nickname, how much I weigh, how tall am I and
21          what kind of car do I drive.  And then my
22          lawyer was like man, my lawyer was like is
23          that it?  Is you all going to arrest him or
24          not?  So they was like yeah, they going to
25          arrest me.  And that was the only time I ever
```

1       talked to the detectives ever dealing with
2       this case, period, for like five minutes.
3       They -- for me to be a principal offender in
4       their homicide or murder investigation, they
5       never even tried to like get no information
6       out of me or nothing.  They asked me like four
7       or five questions and charged me and here I
8       am.
9               MR. SWENSON:      Wow.
10              MR. SAILOR:      You know what I'm
11      saying, they never even asked me about the
12      night in question or where was I at or what
13      was I doing.  None of that.  Like they just
14      asked me my name, my name and my car, my
15      height, my age, my weight.  And that was it.
16      It was like they arrested me, put me in the
17      County.  That was April 2, 2003.  Like I've
18      been in prison ever since.
19              AUTO ATTENDANT:   This call is
20      originating from an Ohio correctional facility
21      and may be recorded or monitored.
22              MR. SWENSON:      Did you ask for who
23      (inaudible) you -- when you first heard that
24      they were looking for you from your mom, did
25      you think that it was this thing with Cordell

1       or did you think -- I mean, did that like set

2       that alarm off in your head or what did you

3       think?

4             MR. SAILOR:     Yeah, my lawyer had

5       told me afterwards like, it's, you know what

6       I'm saying, it's about this thing about Omar

7       Clark and Cordell Hubbard, you know what I'm

8       saying?

9             MR. SWENSON:    Uh-huh, yeah.

10             MR. SAILOR:    He's like they sayin'

11       that you was there, you know what I'm saying?

12       I'm like no, I wasn't there.  I don't know

13       nothing about that I wasn't nowhere near

14       there, you know what I'm saying?  And like, I

15       (unintelligible) innocent, you know what I'm

16       saying, and I took it lightly, because I knew

17       I was innocent; you know what I'm saying.  It

18       was like, man, I ain't do nothing.  So, 'cause

19       my lawyer had something, man this is some

20       heavy stuff and I'm like, man, it ain't heavy

21       because I ain't did nothing.  Like I'm

22       thinking it was -- by me not ever going

23       through that, I'm thinking it's going to be

24       I'm gonna walk in there, and they going to

25       look at me, and be like, oh yeah, that ain't

```
 1          our guy and let me go.  You know what I'm
 2          saying?
 3                  MR. SWENSON:     Yeah.
 4                  MR. SAILOR:      But it wasn't nothing
 5          like that.  They already had their mind made
 6          up, you know what I'm saying?
 7                  MR. SWENSON:     Yeah, for sure.  So
 8          did you -- just tell me a little bit about the
 9          trial.
10                  AUTO ATTENDANT:  You have one minute
11          remaining.
12                  MR. SAILOR:      The trial was
13          ridiculous.  The trial was something unheard
14          of, man.
15                  MR. SWENSON:     I mean, I see it from
16          the stuff they ask you when they got you on
17          the stand -- I mean it's like crazy stuff that
18          I'm surprised --
19                  MR. SAILOR:      Yeah, the whole set
20          up was just -- it was crazy from the
21          beginning.  Like, it was like, we was against
22          all odds from the beginning, you know what I'm
23          saying?  Like it was us against them from the
24          beginning.  If you read it you would notice
25          the judge denied every single motion that the
```

1       defense brought up from the beginning to the

2       end of that trial.  She never gave the defense

3       a break at all.  Everything they tried to do

4       she just denied everything.  You know what I'm

5       saying?

6               MR. SWENSON:      Right.  Did you guys

7       try to get -- did you ever try to get a

8       separate trial, like could you and Cordell be

9       tried --

10              MR. SAILOR:      Yeah, she denied it.

11              MR. SWENSON:      Yeah, they denied it,

12      okay.

13              MR. SAILOR:      It was like that was

14      a hindrance, us being tried together was a

15      hindrance on my behalf --

16              MR. SWENSON:      Well, yeah.

17              MR. SAILOR:      Because, like Clark

18      Williams, one of the main witnesses that was

19      with Omar Clark --

20              AUTO ATTENDANT:  Thank you for using

21      GTL.

22              (End of recording.)

23                      - - -

24

25

19

```
 1   State of Ohio,           )
                              ) SS:
 2   County of Cuyahoga.      )

 3

 4                C E R T I F I C A T E

 5

 6            I, Melissa Tripi, do hereby certify

 7       that I have transcribed the proceedings

 8       of the jail call between Ru-El Sailor,

 9       Amy Sailor, and Kyle Swenson, recorded on

10       May 3, 2016; and that the foregoing is a true

11       and accurate transcript made to the best of my

12       ability.

13

14

15

16

17

18

19

20       _____
         TRANSCRIBER

21

22       FINCUN-MANCINI COURT REPORTERS
         26380 Curtiss Wright Parkway
23       Cleveland Jet Center, Ste. 103
         Cleveland, Ohio 44143
         (216) 696-2272
24       email@fincunmancini.com

25
```

**FINCUN-MANCINI -- THE COURT REPORTERS**
**(216) 696-2272 -- email@fincunmancini.com**

## $

**$20.19 (1)**
2:10

## A

**accept (1)**
2:9
**address (4)**
3:8,16;13:6,7
**afterwards (1)**
16:5
**against (2)**
17:21,23
**age (1)**
15:15
**agitated (2)**
8:11,16
**ago (1)**
8:20
**ahead (1)**
11:19
**ain't (11)**
3:1;9:16;10:15,16,
17;11:13;12:19;
16:18,20,21,25
**alarm (1)**
16:2
**alibi (1)**
11:6
**Aloysius (4)**
7:8,9,23,25
**alright (10)**
2:18;3:20,20;4:11;
5:5,25;6:1;9:8,10;
11:12
**Anthony (2)**
6:18;11:10
**application (1)**
6:3
**appreciate (1)**
4:19
**April (1)**
15:17
**area (1)**
2:4
**arrest (3)**
14:15,23,25
**arrested (4)**
10:23;11:4;12:12;
15:16
**ATTENDANT (7)**
2:2;3:22;6:13;
12:2;15:19;17:10;
18:20
**AUTO (7)**
2:2;3:22;6:13;
12:2;15:19;17:10;
18:20

## B

**back (6)**
4:1;5:21;8:10,13;
9:23;11:24
**balance (1)**
2:10
**bar (6)**
6:20,20,24;7:8,11,
14
**barely (2)**
8:21,21
**bars (1)**
11:8
**basics (1)**
6:5
**became (2)**
9:1,12
**beginning (4)**
17:21,22,24;18:1
**behalf (1)**
18:15
**best (3)**
8:12;9:8;11:19
**bet (1)**
11:12
**bit (1)**
17:8
**blue (1)**
12:11
**Bobby (5)**
6:18;7:5,21,24;
11:9
**bond (1)**
11:24
**bonded (1)**
11:23
**break (1)**
18:3
**brought (1)**
18:1

## C

**call (22)**
2:6,7,9,10,11,15,
17,21;3:3,6,21,22;
5:20,21;7:1,6,12,20,
21;12:2;13:21;15:19
**called (3)**
13:5,7,24
**calling (1)**
2:4
**came (6)**
8:25;11:22;12:8,
13;13:18;14:15
**can (5)**
3:13;5:12,13,20;
6:10
**car (2)**
14:21;15:14
**care (1)**

7:3
**case (8)**
4:21;6:5;11:23;
12:9;13:23;14:6,7;
15:2
**Cause (4)**
3:9;11:1;13:10;
16:18
**charged (1)**
15:7
**chat (1)**
4:24
**city (1)**
10:17
**Clark (3)**
16:7;18:17,19
**code (1)**
2:4
**coming (1)**
9:23
**connected (1)**
2:6
**conversation (1)**
5:5
**conviction (1)**
6:4
**cool (5)**
5:2,4,9,15,16
**Cordell (13)**
6:17;7:1,7,25;8:2;
10:19,22,22;11:2,3;
15:25;16:7;18:8
**correction (1)**
2:11
**correctional (4)**
3:23;6:14;12:3;
15:20
**County (3)**
8:8;14:13;15:17
**couple (1)**
6:19
**course (2)**
11:17,19
**court (5)**
11:24;14:7,10,11,
12
**crazy (2)**
17:17,20
**crime (1)**
10:14
**crowded (1)**
7:13,14
**current (1)**
2:10
**Cuyahoga (1)**
14:13

## D

**date (2)**
14:11,12
**dealing (1)**
15:1

**defense (2)**
18:1,2
**denied (4)**
17:25;18:4,10,11
**details (2)**
9:13,24
**detectives (1)**
15:1
**digit (1)**
2:3
**doin' (1)**
4:12
**doubt (1)**
11:14
**down (2)**
6:8;13:1
**drinks (1)**
6:22
**drive (1)**
14:21
**drop (1)**
7:21
**drugs (1)**
13:18
**dude (1)**
10:18
**During (1)**
6:25

## E

**El (2)**
4:9;6:1
**else's (1)**
11:8
**end (3)**
5:11;18:2,22
**English (1)**
2:2
**enter (2)**
2:3,3
**Euclid (2)**
6:24;7:11
**even (5)**
12:20;14:13,17;
15:5,11
**everybody (2)**
7:15;11:8
**evidence (2)**
12:6,10

## F

**facility (5)**
2:11;3:23;6:14;
12:3;15:20
**far (4)**
6:10;11:25;12:8;
13:12
**favor (1)**
5:7
**feelings (1)**
5:1

**file (1)**
13:6
**fill (1)**
8:5
**finally (1)**
12:14
**find (1)**
10:13
**fine (1)**
5:6
**first (3)**
6:20;14:14;15:23
**five (2)**
15:2,7
**football (1)**
10:7
**forth (1)**
11:24
**four (1)**
15:6
**fourth (1)**
8:14
**Friday (2)**
2:18;13:4
**friend (1)**
10:7
**friends (4)**
6:17,19;8:12;10:5
**friend's (1)**
9:9
**fuck (1)**
4:5
**full (1)**
14:18

## G

**gave (1)**
18:2
**gets (2)**
7:12;10:22
**girl (1)**
3:3
**giving (1)**
4:14
**glad (2)**
4:14,19
**goine (1)**
7:19
**gonna (3)**
2:17,21;16:24
**good (4)**
4:13,13,24;11:25
**grade (1)**
8:15
**group (1)**
6:17
**GTL (2)**
2:13;18:21
**guess (1)**
6:25
**gun (1)**
13:18

guy (2)
  10:14;17:1
guys (6)
  5:12;6:7;7:11;8:12,
  13;18:6

## H

hang (1)
  5:20
happened (9)
  7:4;8:3;9:10,16,17,
  17,21,24;10:14
head (1)
  16:2
hear (5)
  4:25;5:12,13,18;
  12:24
heard (2)
  10:18;15:23
heavy (3)
  3:2;16:20,20
height (1)
  15:15
held (1)
  11:23
Hello (4)
  2:7;3:25;4:7,8
Hey (4)
  2:14;4:9,9,11
hindrance (2)
  18:14,15
hold (2)
  2:5;4:6
homicide (4)
  12:16;13:25;14:4;
  15:4
hook (1)
  4:15
hopefully (1)
  4:22
hour (1)
  7:6
house (4)
  12:13;13:8,12,15
how's (1)
  4:9
Hubbard (2)
  6:18;16:7

## I

important (1)
  9:13
impossible (1)
  12:18
inaudible (4)
  6:20;8:6;10:3;
  15:23
incident (2)
  8:24;12:18
information (5)
  2:22;3:4,5,7;15:5

inmate (1)
  2:8
innocent (2)
  16:15,17
instead (1)
  3:5
integrity (1)
  6:4
interview (2)
  14:18,19
into (4)
  13:8,10,11,12
intoxicated (1)
  6:12
investigation (2)
  14:18;15:4
involved (1)
  11:3

## J

jail (1)
  3:6
judge (1)
  17:25

## K

Kathy (3)
  2:15,21;3:3
keep (3)
  14:8,8,10
kept (1)
  14:12
kicked (1)
  9:5
killed (1)
  10:14
kind (5)
  4:24;6:4,8,11;
  14:21
knew (4)
  7:18,19;11:2;16:16
knowledge (2)
  11:25;12:8
Kyle (1)
  4:12

## L

lack (2)
  12:10,10
laid (1)
  4:1
last (1)
  11:16
late (1)
  13:3
later (2)
  7:5;10:24
laughing (1)
  4:6
lawyer (8)

13:22,22;14:14,16,
  22,22;16:4,19
leave (1)
  6:23
leaves (1)
  7:12
left (6)
  7:1,2,4,10,17,19
lifestyle (1)
  13:14
lightly (1)
  16:16
limit (1)
  5:16
listen (2)
  4:19;9:16
little (1)
  17:8
long (1)
  8:20
look (1)
  16:25
looking (9)
  12:13,17,25;13:8,
  15,16,17,18;15:24
lost (1)
  7:13

## M

Mackenzie (2)
  6:18;11:10
mailing (1)
  3:1
main (1)
  18:18
makes (2)
  10:12,12
Man (13)
  5:7;9:4,21,23;11:5,
  7,11;14:3,22;16:18,
  19,20;17:14
March (1)
  13:3
may (4)
  3:24;6:15;12:4;
  15:21
mean (7)
  2:25;5:6;10:16;
  12:23;16:1;17:15,17
meet (1)
  10:5
mind (2)
  5:3;17:5
minute (1)
  17:10
minutes (4)
  5:20,23;6:1;15:2
mom (1)
  15:24
money (3)
  2:21;3:10,12
monitored (4)

3:24;6:15;12:4;
  15:21
monitoring (1)
  2:12
months (1)
  10:24
more (1)
  6:19
morning (1)
  13:4
most (2)
  6:2,16
mostly (1)
  6:12
mother (3)
  3:15;13:2,4
mother's (1)
  12:13
motion (1)
  17:25
MRSWENSON (1)
  11:15
much (2)
  8:24;14:20
murder (3)
  13:21;14:18;15:4
myself (3)
  12:14,16;14:1

## N

name (5)
  3:15;11:8,18;
  15:14,14
names (1)
  11:11
near (2)
  12:20;16:13
need (2)
  13:21,25
neighborhood (2)
  6:21;10:17
nervous (1)
  4:3
Nettles (5)
  6:18;7:5,21,24;
  11:9
next (1)
  6:24
nickname (1)
  14:20
night (14)
  6:7,11,12;8:11,21,
  23;9:2,5,14,25;10:2;
  11:12,17;15:12
none (2)
  12:7;15:13
normal (1)
  10:10
normally (1)
  6:22
notice (1)
  17:24

3:24;6:15;12:4;
  15:21
notified (1)
  13:24
nowhere (1)
  12:20;16:13
number (1)
  2:4

## O

obviously (1)
  6:2
odds (1)
  17:22
off (2)
  7:21;16:2
offender (1)
  15:3
Ohio (6)
  2:8;3:23;6:14,24;
  12:3;15:20
Omar (2)
  16:6;18:19
one (5)
  3:18;8:22;10:8;
  17:10;18:18
only (1)
  14:25
order (1)
  3:12
orders (1)
  3:10
originating (4)
  3:23;6:14;12:3;
  15:20
out (6)
  10:13;11:6,23;
  12:10,11;15:6
over (2)
  3:6;12:20
owes (1)
  2:20

## P

part (3)
  6:16;10:16,16
party (1)
  7:9
passed (1)
  8:24
pending (2)
  14:6,8
Penitentiary (1)
  2:8
people (4)
  3:3,5,9;9:15
perfect (2)
  5:15;10:12
period (2)
  11:3;15:2
permitting (1)
  4:23
person (3)

11:16;13:16,19
**phone (5)**
 2:4;3:2;5:10;7:20,
 21
**pick (1)**
 8:10
**picked (5)**
 7:7,22,24;8:18;
 10:24
**plans (1)**
 6:23
**please (4)**
 2:2,3,5,5
**point (4)**
 6:6,9;8:3,22
**police (1)**
 13:8
**possible (1)**
 14:1
**prepaid (1)**
 2:7
**press (1)**
 2:9
**principal (1)**
 15:3
**prison (1)**
 15:18
**PROCEEDINGS (1)**
 2:1
**put (7)**
 5:3,10;8:20;11:7,
 10,18;15:16

### Q

**quick (1)**
 5:10

### R

**ran (2)**
 13:8,11
**read (4)**
 6:2,3;8:20;17:24
**reading (1)**
 4:20
**real (1)**
 5:10
**realize (1)**
 7:17
**Really (4)**
 8:9,19,19;9:21
**record (2)**
 5:4,5
**recorded (4)**
 3:24;6:15;12:4;
 15:21
**recording (2)**
 2:12;18:22
**refuse (1)**
 2:9
**regular (2)**
 9:3,4

**remaining (1)**
 17:11
**remember (9)**
 6:6,11;8:21,22;9:5,
 13;10:8,9;13:3
**retained (1)**
 13:23
**ride (1)**
 7:23
**ridiculous (1)**
 17:13
**right (8)**
 3:18;8:13;10:2,21,
 24;11:21;14:3;18:6
**ring (1)**
 4:14
**rode (1)**
 7:25
**roll (1)**
 8:10
**roped (1)**
 10:23
**routine (1)**
 9:3

### S

**SAILOR (52)**
 2:14,16,17,19,20,
 23,25;3:7,8,11,13,17,
 19,20,25;4:1,4,6,8,11,
 16;5:2,6,13,14,18,19,
 23;6:10,16;7:14;8:4,
 7,14,19;9:20;10:4,15;
 11:1,16,22;12:5;
 13:2;15:10;16:4,10;
 17:4,12,19;18:10,13,
 17
**sayin' (1)**
 16:10
**saying (36)**
 3:14;7:18;8:25;9:8,
 10,11,12,14,18,22;
 10:6,20;11:4,9,13,19,
 20;12:12,15,19,21;
 13:10,13,17;14:9;
 15:11;16:6,8,11,14,
 16,17;17:2,6,23;18:5
**schedule (1)**
 4:22
**seem (2)**
 8:17;10:9
**sending (1)**
 3:9
**sense (2)**
 10:12,12
**separate (1)**
 18:8
**set (2)**
 16:1;17:19
**seven (1)**
 2:3
**shit (7)**

2:22;3:2,4,6,9,10,
 16
**shoulder (2)**
 7:16,16
**shut (1)**
 4:5
**side (2)**
 7:16,16
**single (1)**
 17:25
**singled (1)**
 11:5
**sister (2)**
 7:1,4
**site (1)**
 7:13
**situation (3)**
 5:17;9:1;10:19
**six (1)**
 10:23
**Sizemore (1)**
 7:2
**somebody (2)**
 2:14,20
**soon (1)**
 14:1
**sound (1)**
 4:2
**speaker (1)**
 5:10
**St (4)**
 7:8,9,23,25
**stand (2)**
 6:6;17:17
**starts (1)**
 9:22
**State (1)**
 2:8
**stay (1)**
 13:5
**still (2)**
 4:21;13:6
**streets (2)**
 13:11,13
**stuff (4)**
 4:21;16:20;17:16,
 17
**subject (1)**
 2:12
**sudden (1)**
 12:24
**Sunday (2)**
 10:5,8
**Sure (4)**
 10:11,21;11:13;
 17:7
**surprised (1)**
 17:18
**SWENSON (28)**
 4:9,13,18;5:3,9,15,
 22,25;7:10;8:2,5,9,
 16;9:19;10:1,11,21;
 11:21;12:22;15:9,22;

16:9;17:3,7,15;18:6,
 11,16

### T

**talk (2)**
 4:20,23
**talked (1)**
 15:1
**talking (1)**
 9:15
**tall (1)**
 14:20
**tear (1)**
 13:14
**telling (1)**
 9:20
**Thanks (1)**
 4:14
**thinking (3)**
 13:11;16:22,23
**though (2)**
 8:10;12:23
**thought (1)**
 4:23
**thoughts (1)**
 4:25
**throw (2)**
 12:8,9
**times (1)**
 4:3
**today (1)**
 2:15
**together (4)**
 7:16,23;8:1;18:14
**told (4)**
 8:23;9:2;12:9;16:5
**took (1)**
 16:16
**town (1)**
 10:16
**trial (6)**
 6:3;17:9,12,13;
 18:2,8
**tried (4)**
 15:5;18:3,9,14
**trip (1)**
 12:24
**Try (4)**
 4:2,21;18:7,7
**turn (1)**
 14:1
**turned (2)**
 12:14,16

### U

**um (4)**
 3:17,18;4:3,19
**unheard (1)**
 17:13
**unintelligible (1)**
 16:15

**up (13)**
 4:5,15;5:20;7:7,22,
 25;8:11,18;10:25;
 13:15;17:6,20;18:1
**upset (2)**
 8:11,17
**uptight (1)**
 4:2
**using (2)**
 2:13;18:20

### V

**view (1)**
 6:9

### W

**wait (1)**
 2:5
**walk (1)**
 16:24
**warrant (2)**
 12:15;13:25
**watch (1)**
 10:6
**way (2)**
 8:13;14:16
**week (1)**
 2:18
**weekend (1)**
 6:22
**weigh (1)**
 14:20
**weight (1)**
 15:15
**weren't (1)**
 13:17
**what's (1)**
 5:17
**whole (3)**
 12:9;14:16;17:19
**Williams (1)**
 18:18
**witness (3)**
 11:6,11;12:1
**witnesses (3)**
 12:6,11;18:18
**word (1)**
 9:9
**Wow (2)**
 8:9;15:9

### Y

**years (1)**
 10:6
**young (1)**
 4:2

### Z

**zero (1)**

2:9

| **1** |
| --- |

**12 (1)**
   5:19
**15 (2)**
   5:23,25

| **2** |
| --- |

**2 (1)**
   15:17
**2003 (1)**
   15:17

| **4** |
| --- |

**4U2B (5)**
   6:24,25;7:2,2,4

| **5** |
| --- |

**500 (1)**
   4:3