1

```
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF OHIO
 2                     EASTERN DIVISION

 3                        - - -

 4   Ru-el Sailor,              )
                                )
 5            Plaintiff,        )
                                )
 6        vs.                   )  Case No. 1:22-CV-00660
                                )
 7   City of Cleveland, et al.  )
                                )
 8            Defendant.        )

 9                        - - -

10

11              Transcript of audio recorded jail call,

12        John Williams - Disk 2 - Call 618, between

13        Ru-El Sailor, Amy Sailor and Kyle Swenson, on

14        May 3, 2016 at 5:05 p.m.

15                        - - -

16

17

18

19

20

21

22

23                                    ┌─────────────┐
                                      │  EXHIBIT    │
24                                    │     K       │
                                      └─────────────┘
25
```

**FINCUN-MANCINI -- THE COURT REPORTERS**
**(216) 696-2272 -- email@fincunmancini.com**

```
 1                        PROCEEDINGS
 2                 AUTO ATTENDANT:   For English -- for a
 3        collect -- place into your seven digit inmate
 4        ID number followed by your four digit --
 5        Please enter the area code and phone number
 6        you are calling now.  Please hold.  Please
 7        wait while your call is being connected.
 8                 Hello, this is a prepaid call from --
 9        an inmate at the Ohio State Penitentiary.  To
10        accept this call, press 0.  To refuse this
11        call -- your current balance is $19.38.  This
12        call is from a correction facility and is
13        subject to monitoring and recording.
14                 Thank you for using GTL.
15                 MS. SAILOR:     Oh, I think I hung up
16        on him.  But listen, hello?
17                 MR. SAILOR:     Yeah.
18                 MS. SAILOR:     Don't forget that
19        we're being honest with him about your
20        knowledge.
21                 MR. SAILOR:     I know, man.  Look, I
22        got stuck on that, right?  And it's like, man,
23        I'm not used to telling people that it's
24        always like, man, I got stuck.
25                 MS. SAILOR:     Start off by saying
```

1          off the record, off the record, I knew about

2          this in advance.

3                    MR. SAILOR:      All right, but look

4          --

5                    MS. SAILOR:      Do not (Inaudible)

6          with him.

7                    MR. SAILOR:      I'm saying, alright,

8          listen, but I think the tape recording threw

9          me off.  Like I don't want, if that's all

10         recorded; you know what I'm saying?  Like, I

11         don't know that shit.

12                   MS. SAILOR:      Okay, well, you need

13         to you need to figure that out quickly.  You

14         can't keep --

15                   MR. SAILOR:      But I'm saying that's

16         why I wanted to talk to him face-to-face

17         first, you seen him saying?  Like what did you

18         do tell him, everything?

19                   MS. SAILOR:      Yeah, he pretty much

20         knows.

21                   MR. SAILOR:      Alright, why you

22         ain't tell me that?  Alright, look.

23                   MS. SAILOR:      I told you I told

24         him.  I got to call him back (inaudible) --

25                   MR. SAILOR:      I want to talk to him

| 1 | off the record first.  I mean and then -- |
| 2 | MS. SAILOR:      Do you want me to |
| 3 | tell him that before I click you in? |
| 4 | AUTO ATTENDANT:   This call is |
| 5 | originating from an Ohio correctional facility |
| 6 | and may be recorded and monitored. |
| 7 | MR. SAILOR:      Like it's about the |
| 8 | court shit, right?  But Kim say I can't get in |
| 9 | trouble right, which is cool.  I understand |
| 10 | that, right?  But then again man, it's the |
| 11 | thing about the nigga you warned too, man. |
| 12 | Like I don't want, I don't want to own up to |
| 13 | that 'til I'm outside the door.  You see what |
| 14 | I'm saying?  I don't got a problem telling to |
| 15 | his face or whatever the case may be, but |
| 16 | right now, like, he's a key to what I'm trying |
| 17 | to do and if he feels like, if he get into his |
| 18 | emotions, then he might say, fuck me; you know |
| 19 | what I'm saying? |
| 20 | MS. SAILOR:      Right.  So, I'm going |
| 21 | to click Kyle in and I'm going to tell him |
| 22 | that you want to say something to him off the |
| 23 | record. |
| 24 | MR. SWENSON:      All right. |
| 25 | MS. SAILOR:      Alright, hold on. |

```
1          Okay, hello?
2               MR. SAILOR:      Hello?
3               MR. SWENSON:     Hey.
4               MR. SAILOR:      Yeah.
5               MR. SWENSON:     Hey, hey man.  Hey if
6          you want to say something off the record just
7          let me know.  Just say that, just let me know.
8               MR. SAILOR:      Alright, look man,
9          like man, it's only like probably like five
10         people in this whole world I've been
11         completely honest about the situation, you
12         know what I'm saying?  Like, due to the fact I
13         don't really know the repercussions, right?
14         But far as my lawyer told me, like, I really
15         can't be in trouble.
16              But not only that, it's more of a moral
17         standpoint with you, Mark Clark, the victim's
18         brother, you know, he in full support getting
19         me out of prison.  And I don't want him, like,
20         to change his mind on me because he found out,
21         like I knew what happened ahead of time, you
22         know what I'm saying?
23              MR. SWENSON:     Uh-huh, uh-huh.
24              MR. SAILOR:      But like me, me and
25         Cordell, man, like we go back like fourth
```

```
 1        grade and we grew up like damn near brothers,
 2        you know what I'm saying, like he can go to my
 3        mother house, I can go to his mother house,
 4        without any one of us being there, and the
 5        night that happened --
 6              AUTO ATTENDANT:   This call is
 7        originating from an Ohio correctional facility
 8        and may be recorded and monitored.
 9              MR. SAILOR:      -- he called me
10        after, you know what I'm saying, when I left
11        the 4U2B and I dropped Bobby off, he called me
12        to come pick him up from his mother house and
13        I went and got him like man he was, you know
14        what I'm saying?  He was highly distraught,
15        emotional, you know what I'm saying, like and
16        I'm like was wrong man?  You know what I'm
17        saying and he like man, he told me he shot
18        somebody in self-defense.  He like, man,
19        somebody put a gun on me man, and I shot him.
20        He, like, I don't know, you know what I'm
21        saying, how many times I shot him or I don't
22        know what happened.  I just shot him, got in
23        the car and left.  You know what I'm saying?
24        Him and the dude, Will, and he's like, Will
25        knew the dude, and whatever the case may be.
```

1              So we like, we was riding around and we

2       were saying, we was drinking.  He was, you

3       know what I'm saying, he was crying, he's

4       emotional.  He's like, man, I don't know what

5       to do.  And I'm like, man, I don't, I don't

6       know what to do.  So we ended up at

7       St. Aloysius.  Just from riding around we

8       ended up there and we went in there, you know

9       what I'm saying?  And we chill for a minute,

10      then I took him to his girlfriend house.  But

11      to get past that, when I got arrested, you

12      know what I'm saying, when they was looking

13      for me, me and him had the conversation.  But

14      this one up to the point where he had been

15      telling me like they was going to throw it out

16      and they didn't have no witnesses and they

17      didn't have no evidence on him or they didn't

18      know what was going on, you know what I'm

19      saying?  They just arrested him and let him

20      let him bond out.

21              So he's like, I'm like, well, I'm gonna

22      go see what they talking about.  You know what

23      I'm saying?  And by me knowing that I wasn't

24      there and by me knowing the truth, I was like,

25      I'm gonna go see what they talking about and

```
 1          I'm pretty sure they gonna let me go.  You
 2          know what I'm saying?  Like, if they're
 3          fitting to let you go, I know they're gonna
 4          let me go.  You know I'm saying?
 5              MR. SWENSON:      Yeah, yeah.
 6              MR. SAILOR:      It didn't fall like
 7          that and then during trial it was like we was
 8          already too far in.  And then our lawyers was
 9          telling us like the case is shady and shaky
10          and they can beat it, so it prolonged him from
11          telling the truth; you know I'm saying?  It
12          was like I was in a situation where I wouldn't
13          -- I'm saying I'm built like man, Kyle, I
14          ain't gonna lie to you, like my loyalty and my
15          integrity, I stand on that more than I stand
16          on anything.  So, like me telling on my best
17          friend wasn't even an option for me.  It was
18          like, if he wasn't going to tell it himself,
19          it was going to be up to them, you know what
20          I'm saying, to do what they had to do.
21          Because I wasn't going to tell.  And he --
22              MR. SWENSON:      I mean, who wouldn't
23          -- I think, oh go ahead, I'm sorry.  Go ahead.
24              MR. SAILOR:      If you read the
25          transcripts like from our side of the fence
```

**FINCUN-MANCINI -- THE COURT REPORTERS**
**(216) 696-2272 -- email@fincunmancini.com**

1          you would think, like, we probably would have

2          won that trial if they would have kept it fair

3          and went by the book.  Because if they would

4          have gave us separate trials I wouldn't have

5          had nobody come to the court for me but Larry

6          Braxton, one witness.  You see what I'm

7          saying?

8                    MR. SWENSON:      Yeah.

9                    MR. SAILOR:       But by them making us

10         go to trial together they allowed Clark

11         Williams to come in there, which he testified

12         in court that he never saw him before.  He

13         never saw the shooter.  He never saw me, and

14         then when trial started, he changed his story

15         right there in trial.

16                    MR. SWENSON:      Yeah, yeah.  I mean,

17         and I think, you know, that loyalty, like, you

18         know, who wouldn't, you know, be in the same

19         spot or act the same way, you know, it's like

20         your best friend.  So I completely understand

21         that, how you're feeling that way.  You know,

22         I don't know what I would do in that

23         situation.  Probablythe same thing, you know,

24         who knows, same thing you did.  So, and I

25         think most people understand that it's like a

| | |
|---|---|
| 1 | bad set of circumstances that's stacked up |
| 2 | like that, unfortunately.  And like you said, |
| 3 | the trial was completely not fair and |
| 4 | everything like that.  But, I mean -- that |
| 5 | lawyer that you had on the other case, is that |
| 6 | the guy who defended you at the trial? |
| 7 | MR. SAILOR:     I didn't hear you. |
| 8 | MR. SWENSON:     I'm sorry.  Did that |
| 9 | guy who defended you at the trial, was that |
| 10 | the same guy you had on the other case, |
| 11 | (inaudible) -- |
| 12 | MR. SAILOR:     Yeah, that's how I |
| 13 | end up, because I had a -- |
| 14 | AUTO ATTENDANT:   This call is |
| 15 | originating from an Ohio correctional facility |
| 16 | and may be recorded and monitored. |
| 17 | MR. SAILOR:     Man, I was out on |
| 18 | bond for a trafficking case in carrying a |
| 19 | concealed weapon case and he was my lawyer, |
| 20 | Jimmy Mack, Jr.  So when this came about, I |
| 21 | was like, can you defend me on this, because I |
| 22 | didn't even think like it would make it to |
| 23 | trial and all that type of stuff; you know I'm |
| 24 | saying?  So I was like you need to defend me |
| 25 | on this.  He was going oh, so I had gave him |

1           some extra money for I had already paid him,

2           and before like --  I went to jail April 2nd.

3           I was in trial May 19th, May 18th or something

4           like that.  Like I ain't even have a full of

5           30 days to prepare for trial, like, and they

6           just put me in -- Cordell had already had that

7           trial date started so what they had did, they

8           kept that trial date and just put me on to it,

9           you know I'm saying?  So I didn't have time to

10          --

11              MR. SWENSON:      Yeah.  You didn't

12          have the -- I mean he --

13              MR. SAILOR:      Huh?

14              MR. SWENSON:      Yeah, you didn't have

15          the time to prepare and stuff like that, for

16          sure.

17              MR. SAILOR:      Yeah, I didn't have

18          time to get my -- then as far as the witnesses

19          that I did come up with, it was like, I don't

20          know how they found out who my witnesses was.

21          I guess my lawyer had filed my witness list,

22          but the detective from my neighborhood that,

23          you know what I'm saying, he watched me grow

24          up and we always been at odds growing up

25          'cause I was in the streets and he was a vice

```
 1              detective, you know what I'm saying, narcotics
 2              detective.  So on different sides of the
 3              fence, he always had it out for me and my
 4              mother can attest to that.  Like, he always
 5              had it out for me.  He was going around the
 6              neighborhood and he was intimidating my
 7              witnesses; you know what I'm saying?  Like,
 8              just stay out of that.  Don't get involved in
 9              that.  And like the guys he was talking to --
10                   MR. SWENSON:     Is that that guy,
11              Jones?  Is that who you're talking about?
12                   MR. SAILOR:      Yeah, yeah.
13                   MR. SWENSON:     Eugene, right?
14                   MR. SAILOR:      The lady that owned
15              the Benjamin's bar, her name is Dawn Gooseby
16              (sic).  I had her on there because she was
17              gonna come in, you know saying, testify that
18              we was in her bar that night and we left, you
19              know what I'm saying, that Cordell, you know
20              what I'm saying, left with somebody else and
21              not me, I guess; you know what saying, to a
22              certain extent?  He went to her bar and told
23              her like, if she came and testified on our
24              behalf, like he would get her bar shut down.
25                   MR. SWENSON:     Oh, really?
```

```
 1            MR. SAILOR:      So that made her
 2       make, you know what I'm saying, she had to
 3       make a decision between her bar and us, and I
 4       really couldn't knock her; you know what I'm
 5       saying?  And then for my other friends like
 6       Bobby Nettles and Anthony McKenzie, they was
 7       in the streets at the time.  So he went to
 8       them, you know what I'm saying, and he's the
 9       vice cop in our neighborhood.  So he went to
10       them like, man, if y'all go down there to that
11       court date, I'm gonna make it ugly for y'all
12       around here.  Y'all are gonna be out here
13       selling drugs.  You know what I'm saying?  So
14       they had to make a decision.
15            MR. SWENSON:      So you said that guy
16       -- let me stop you real quick.  So you said
17       that cop, so he arrested you before?  Was he
18       the arresting officer on other occasions that
19       you had earlier?
20            MR. SAILOR:      He's the arresting
21       officer on probably, I think, like my first or
22       my second drug case years ago though.  This
23       was like probably like '98, '99.  But before
24       then like, it's always been a problem with
25       him.  When I was in high school he was like
```

1          the truancy neighborhood officer, when I was

2          in high school and he would always catch me

3          cutting school, and going to tell my mother

4          that he gonna get me and all that type of

5          stuff like that.  So we always have been at

6          odds.

7                    MR. SWENSON:     So here he is, like,

8          intimidating your witnesses and like screwing

9          with your people.

10                   MR. SAILOR:     Exactly.

11                   MR. SWENSON:     So when that case,

12         when you get the verdict -- I mean, what was

13         it like with Cordell?  I mean, it's got to put

14         a strain on your relationship, right, if you

15         both go down for this, I mean, what happened

16         then?  Like, what did he say to you?

17                   MR. SAILOR:      No, I mean, it's a

18         verdict, right there at the end, like as soon

19         as they said guilty, you know what I'm saying,

20         like, it wasn't --  I didn't have to say

21         nothing, like, you know what I'm saying?

22         Like, he's like I'm about to -- I'm gonna fix

23         it.  You know I'm saying?  I'm about to fix it

24         right now.  But they escorted us out the

25         courtroom ASAP, you know I'm saying, and he's

1    telling his lawyer like man, you know I'm
2    saying, like I did it, and El wasn't there and
3    I gotta get him out of this, man.  I should
4    have been did it, you know I'm saying?  I hear
5    him telling his lawyer like man, I should have
6    been did it.  I shouldn't have let it go this
7    far.  I got to get him out of this.  And his
8    lawyer trying to tell him not to do this,
9    know what I'm saying, his lawyer's telling him
10   my man's gonna mess your appeal up.  And it's
11   like he's causing the rift between them.
12          So when we go to sentencing, like it
13   was, man it was crazy because I don't know if
14   this lawyer was playing both sides of the
15   field or what, but at the verdict the news
16   cameras was in there so me and Cordell plan
17   was when we go to sentencing and the news
18   cameras in there he was gonna tell the Court,
19   you know I'm saying, everything in front of
20   the news cameras, that way it'd be documented;
21   you know I'm saying?  So they can't do no BS.
22   But he told his lawyer about it, so when we go
23   to sentencing the cameras is in there and his
24   lawyer don't show up.  So the judge cancelled,
25   she cancelled the sentencing.  So when they

```
 1          rescheduled the sentencing, we go back --
 2               AUTO ATTENDANT:   This call is
 3          originating from an Ohio correctional facility
 4          and may be recorded and monitored.
 5               MR. SAILOR:        -- but we go in the
 6          court room, our family tell us they made the
 7          media leave the court room.  So by the time me
 8          and Cordell come in there, ain't no media in
 9          the court room.  So it's like, you know what
10          I'm saying, our plan, our plan going down the
11          drain with these deals and when they asked him
12          what he got to say, he said to the court, he
13          tell the judge, like man, y'all convicted an
14          innocent man.  Like man, Mr. Sailor wasn't
15          present.  He wasn't there at all.  I was
16          there.  I was there with a guy named Will.  At
17          the time of the moment, we didn't know William
18          Sizemore's full name, so he like I was there
19          with Will, and Mr. Sailor wasn't never
20          present; you know what I'm saying?  You know,
21          he ain't got nothing to do with this, period,
22          from the beginning to the end.  Like he
23          completely innocent.  Y'all did the wrong
24          thing because they even found me guilty of
25          being the shooter.  You know what I'm saying?
```

```
1          I wasn't even present.  The shooter was
2          standing here the whole time.  He like y'all
3          got it all wrong and man.
4               MR. SWENSON:     So what was
5          Sizemore's deal?  Was he a friend of your
6          guys?  Or was he --
7               MR. SAILOR:      No.  He a guy that
8          Cordell had met from -- I don't know from how
9          they -- I don't know how they hooked up.  But
10         he ain't from our neighborhood and then, like,
11         that Cordell met him somewhere and they had
12         formed a friendship, so he had come around
13         here every blue moon with Cordell only, you
14         know I'm saying, and that night he was with
15         Cordell.
16              MR. SWENSON:     So he wasn't a guy
17         from, like, your crew or your like group of
18         friends.  He was just kind of like, just
19         Cordell's guy?
20              MR. SAILOR:      Yeah, he was more
21         Cordell friend.  He was a outsider.  I mean to
22         us he was an outsider, but he was, know what
23         I'm saying, by him being with Cordell --
24              AUTO ATTENDANT:   You have one minute
25         remaining.
```

| | |
|---|---|
| 1 | MR. SWENSON:    Okay.  Well, hey, um, |
| 2 | are you guys there? |
| 3 | MR. SAILOR:    Yeah. |
| 4 | MS. SAILOR:    Uh-huh. |
| 5 | MR. SWENSON:    Yeah hey, I actually |
| 6 | have to get going tonight because I have to, |
| 7 | uh, I have to be somewhere in a bit. |
| 8 | But do you think, I mean, so your |
| 9 | phone -- I mean, I am going to try to get in |
| 10 | and see you for sure.  Um, I'm going to try to |
| 11 | get this in.  But, um, you guys can -- we can |
| 12 | do this again, right?  We can call. |
| 13 | MR. SAILOR:    Yeah, yeah, yeah.  I |
| 14 | mean, my rec periods last for like an hour, |
| 15 | you know what I'm saying, so I'll be having |
| 16 | like an hour to go on the phone every day |
| 17 | except Monday and Thursday. |
| 18 | MR. SWENSON:    Monday and Thursday? |
| 19 | Okay.  Well, let me -- 'cause I'm running out |
| 20 | of town that's one of the reasons I got to get |
| 21 | going, because I'm going out town tomorrow. |
| 22 | But maybe next week, same day, we can do it, |
| 23 | same time.  And I know you said Wednesday |
| 24 | mornings are better times also, right? |
| 25 | MR. SAILOR:    Yeah. |

1        MR. SWENSON:    Okay, well, yeah, no,
2    I want to talk again.  I want to do this again
3    for sure.  And, you know, I definitely want to
4    keep digging in this case 'cause --
5        AUTO ATTENDANT:   Thank you for using
6    GTL.
7        (End of recording.)
8            - - -
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
1   State of Ohio,          )
                            ) SS:
2   County of Cuyahoga.     )

3

4                C E R T I F I C A T E

5

6           I, Melissa Tripi, do hereby certify

7       that I have transcribed the proceedings

8       of the jail call between Ru-El Sailor,

9       Amy Sailor, and Kyle Swenson, recorded on

10      May 3, 2016; and that the foregoing is a true

11      and accurate transcript made to the best of my

12      ability.

13

14

15

16

17

18

19

20              _____
                TRANSCRIBER

21

22              FINCUN-MANCINI COURT REPORTERS
                26380 Curtiss Wright Parkway
23              Cleveland Jet Center, Ste. 103
                Cleveland, Ohio 44143
24              (216) 696-2272
                email@fincunmancini.com

25
```

**FINCUN-MANCINI -- THE COURT REPORTERS**
**(216) 696-2272 -- email@fincunmancini.com**

3:24;5:25;16:1

**$**

**$19.38 (1)**
2:11

**A**

**accept (1)**
2:10
**act (1)**
9:19
**actually (1)**
18:5
**advance (1)**
3:2
**again (4)**
4:10;18:12;19:2,2
**ago (1)**
13:22
**ahead (3)**
5:21;8:23,23
**ain't (6)**
3:22;8:14;11:4;
16:8,21;17:10
**allowed (1)**
9:10
**Aloysius (1)**
7:7
**alright (5)**
3:7,21,22;4:25;5:8
**always (7)**
2:24;11:24;12:3,4;
13:24;14:2,5
**Anthony (1)**
13:6
**appeal (1)**
15:10
**April (1)**
11:2
**area (1)**
2:5
**around (5)**
7:1,7;12:5;13:12;
17:12
**arrested (3)**
7:11,19;13:17
**arresting (2)**
13:18,20
**ASAP (1)**
14:25
**ATTENDANT (7)**
2:2;4:4;6:6;10:14;
16:2;17:24;19:5
**attest (1)**
12:4
**AUTO (7)**
2:2;4:4;6:6;10:14;
16:2;17:24;19:5

**B**

**back (3)**

**bad (1)**
10:1
**balance (1)**
2:11
**bar (5)**
12:15,18,22,24;
13:3
**beat (1)**
8:10
**beginning (1)**
16:22
**behalf (1)**
12:24
**Benjamin's (1)**
12:15
**best (2)**
8:16;9:20
**better (1)**
18:24
**bit (1)**
18:7
**blue (1)**
17:13
**Bobby (2)**
6:11;13:6
**bond (2)**
7:20;10:18
**book (1)**
9:3
**both (2)**
14:15;15:14
**Braxton (1)**
9:6
**brother (1)**
5:18
**brothers (1)**
6:1
**BS (1)**
15:21
**built (1)**
8:13

**C**

**call (11)**
2:7,8,10,11,12;
3:24;4:4;6:6;10:14;
16:2;18:12
**called (2)**
6:9,11
**calling (1)**
2:6
**came (2)**
10:20;12:23
**cameras (4)**
15:16,18,20,23
**can (9)**
6:2,3;8:10;10:21;
12:4;18:11,11,12,22
**cancelled (2)**
15:24,25
**car (1)**

6:23
**carrying (1)**
10:18
**case (10)**
4:15;6:25;8:9;10:5,
10,18,19;13:22;
14:11;19:4
**catch (1)**
14:2
**cause (3)**
11:25;18:19;19:4
**causing (1)**
15:11
**certain (1)**
12:22
**change (1)**
5:20
**changed (1)**
9:14
**chill (1)**
7:9
**circumstances (1)**
10:1
**Clark (2)**
5:17;9:10
**click (2)**
4:3,21
**code (1)**
2:5
**collect (1)**
2:3
**completely (4)**
5:11;9:20;10:3;
16:23
**concealed (1)**
10:19
**connected (1)**
2:7
**conversation (1)**
7:13
**convicted (1)**
16:13
**cool (1)**
4:9
**cop (2)**
13:9,17
**Cordell (12)**
5:25;11:6;12:19;
14:13;15:16;16:8;
17:8,11,13,15,21,23
**Cordell's (1)**
17:19
**correction (1)**
2:12
**correctional (4)**
4:5;6:7;10:15;16:3
**court (9)**
4:8;9:5,12;13:11;
15:18;16:6,7,9,12
**courtroom (1)**
14:25
**crazy (1)**
15:13

**crew (1)**
17:17
**crying (1)**
7:3
**current (1)**
2:11
**cutting (1)**
14:3

**D**

**damn (1)**
6:1
**date (3)**
11:7,8;13:11
**Dawn (1)**
12:15
**day (2)**
18:16,22
**days (1)**
11:5
**deal (1)**
17:5
**deals (1)**
16:11
**decision (2)**
13:3,14
**defend (1)**
10:21,24
**defended (2)**
10:6,9
**definitely (1)**
19:3
**detective (3)**
11:22;12:1,2
**different (1)**
12:2
**digging (1)**
19:4
**digit (2)**
2:3,4
**distraught (1)**
6:14
**documented (1)**
15:20
**door (1)**
4:13
**down (4)**
12:24;13:10;14:15;
16:10
**drain (1)**
16:11
**drinking (1)**
7:2
**dropped (1)**
6:11
**drug (1)**
13:22
**drugs (1)**
13:13
**dude (2)**
6:24,25
**due (1)**

5:12
**during (1)**
8:7

**E**

**earlier (1)**
13:19
**El (1)**
15:2
**else (1)**
12:20
**emotional (2)**
6:15;7:4
**emotions (1)**
4:18
**end (4)**
10:13;14:18;16:22;
19:7
**ended (2)**
7:6,8
**English (1)**
2:2
**enter (1)**
2:5
**escorted (1)**
14:24
**Eugene (1)**
12:13
**even (5)**
8:17;10:22;11:4;
16:24;17:1
**evidence (1)**
7:17
**Exactly (1)**
14:10
**except (1)**
18:17
**extent (1)**
12:22
**extra (1)**
11:1

**F**

**face (1)**
4:15
**face-to-face (1)**
3:16
**facility (5)**
2:12;4:5;6:7;
10:15;16:3
**fact (1)**
5:12
**fair (2)**
9:2;10:3
**fall (1)**
8:6
**family (1)**
16:6
**far (4)**
5:14;8:8;11:18;
15:7

**feeling (1)**
9:21
**feels (1)**
4:17
**fence (2)**
8:25;12:3
**field (1)**
15:15
**figure (1)**
3:13
**filed (1)**
11:21
**first (3)**
3:17;4:1;13:21
**fitting (1)**
8:3
**five (1)**
5:9
**fix (2)**
14:22,23
**followed (1)**
2:4
**forget (1)**
2:18
**formed (1)**
17:12
**found (3)**
5:20;11:20;16:24
**four (1)**
2:4
**fourth (1)**
5:25
**friend (4)**
8:17;9:20;17:5,21
**friends (2)**
13:5;17:18
**friendship (1)**
17:12
**front (1)**
15:19
**fuck (1)**
4:18
**full (3)**
5:18;11:4;16:18

**G**

**gave (2)**
9:4;10:25
**girlfriend (1)**
7:10
**gonna (12)**
7:21,25;8:1,3,14;
12:17;13:11,12;14:4,
22;15:10,18
**Gooseby (1)**
12:15
**gotta (1)**
15:3
**grade (1)**
6:1
**grew (1)**
6:1

**group (1)**
17:17
**grow (1)**
11:23
**growing (1)**
11:24
**GTL (2)**
2:14;19:6
**guess (2)**
11:21;12:21
**guilty (2)**
14:19;16:24
**gun (1)**
6:19
**guy (9)**
10:6,9,10;12:10;
13:15;16:16;17:7,16,
19
**guys (4)**
12:9;17:6;18:2,11

**H**

**happened (4)**
5:21;6:5,22;14:15
**hear (2)**
10:7;15:4
**Hello (4)**
2:8,16;5:1,2
**Hey (6)**
5:3,5,5,5;18:1,5
**high (2)**
13:25;14:2
**highly (1)**
6:14
**himself (1)**
8:18
**hold (2)**
2:6;4:25
**honest (2)**
2:19;5:11
**hooked (1)**
17:9
**hour (2)**
18:14,16
**house (4)**
6:3,3,12;7:10
**Huh (1)**
11:13
**hung (1)**
2:15

**I**

**ID (1)**
2:4
**Inaudible (3)**
3:5,24;10:11
**inmate (2)**
2:3,9
**innocent (2)**
16:14,23
**integrity (1)**

8:15
**intimidating (2)**
12:6;14:8
**into (2)**
2:3;4:17
**involved (1)**
12:8

**J**

**jail (1)**
11:2
**Jimmy (1)**
10:20
**Jones (1)**
12:11
**Jr (1)**
10:20
**judge (2)**
15:24;16:13

**K**

**keep (2)**
3:14;19:4
**kept (2)**
9:2;11:8
**key (1)**
4:16
**Kim (1)**
4:8
**kind (1)**
17:18
**knew (3)**
3:1;5:21;6:25
**knock (1)**
13:4
**knowing (2)**
7:23,24
**knowledge (1)**
2:20
**knows (2)**
3:20;9:24
**Kyle (2)**
4:21;8:13

**L**

**lady (1)**
12:14
**Larry (1)**
9:5
**last (1)**
18:14
**lawyer (10)**
5:14;10:5,19;
11:21;15:1,5,8,14,22,
24
**lawyers (1)**
8:8
**lawyer's (1)**
15:9
**leave (1)**

16:7
**left (4)**
6:10,23;12:18,20
**lie (1)**
8:14
**list (1)**
11:21
**listen (2)**
2:16;3:8
**Look (4)**
2:21;3:3,22;5:8
**looking (1)**
7:12
**loyalty (2)**
8:14;9:17

**M**

**Mack (1)**
10:20
**making (1)**
9:9
**man (27)**
2:21,22,24;4:10,
11;5:5,8,9,25;6:13,
16,17,18,19;7:4,5;
8:13;10:17;13:10;
15:1,3,5,13;16:13,14,
14;17:3
**man's (1)**
15:10
**many (1)**
6:21
**Mark (1)**
5:17
**may (8)**
4:6,15;6:8,25;
10:16;11:3,3;16:4
**maybe (1)**
18:22
**McKenzie (1)**
13:6
**mean (13)**
4:1;8:22;9:16;
10:4;11:12;14:12,13,
15,17;17:21;18:8,9,
14
**media (2)**
16:7,8
**mess (1)**
15:10
**met (2)**
17:8,11
**might (1)**
4:18
**mind (1)**
5:20
**minute (2)**
7:9;17:24
**moment (1)**
16:17
**Monday (2)**
18:17,18

**money (1)**
11:1
**monitored (4)**
4:6;6:8;10:16;16:4
**monitoring (1)**
2:13
**moon (1)**
17:13
**moral (1)**
5:16
**more (3)**
5:16;8:15;17:20
**mornings (1)**
18:24
**most (1)**
9:25
**mother (5)**
6:3,3,12;12:4;14:3
**much (1)**
3:19

**N**

**name (2)**
12:15;16:18
**named (1)**
16:16
**narcotics (1)**
12:1
**near (1)**
6:1
**need (3)**
3:12,13;10:24
**neighborhood (5)**
11:22;12:6;13:9;
14:1;17:10
**Nettles (1)**
13:6
**news (3)**
15:15,17,20
**next (1)**
18:22
**nigga (1)**
4:11
**night (3)**
6:5;12:18;17:14
**nobody (1)**
9:5
**number (2)**
2:4,5

**O**

**occasions (1)**
13:18
**odds (2)**
11:24;14:6
**off (8)**
2:25;3:1,1,9;4:1,
22;5:6;6:11
**officer (3)**
13:18,21;14:1
**Ohio (5)**

2:9;4:5;5:6;7;10:15;
16:3
**one (5)**
 6:4;7:14;9:6;
 17:24;18:20
**only (3)**
 5:9,16;17:13
**option (1)**
 8:17
**originating (4)**
 4:5;6:7;10:15;16:3
**out (16)**
 3:13;5:19,20;7:15,
 20;10:17;11:20;12:3,
 5,8;13:12;14:24;
 15:3,7;18:19,21
**outside (1)**
 4:13
**outsider (2)**
 17:21,22
**own (1)**
 4:12
**owned (1)**
 12:14

**P**

**paid (1)**
 11:1
**past (1)**
 7:11
**Penitentiary (1)**
 2:9
**people (4)**
 2:23;5:10;9:25;
 14:9
**period (1)**
 16:21
**periods (1)**
 18:14
**phone (3)**
 2:5;18:9,16
**pick (1)**
 6:12
**place (1)**
 2:3
**plan (3)**
 15:16;16:10,10
**playing (1)**
 15:14
**Please (3)**
 2:5,6,6
**point (1)**
 7:14
**prepaid (1)**
 2:8
**prepare (2)**
 11:5,15
**present (3)**
 16:15,20;17:1
**press (1)**
 2:10
**pretty (2)**

3:19;8:1
**prison (1)**
 5:19
**probably (4)**
 5:9;9:1;13:21,23
**Probablythe (1)**
 9:23
**problem (2)**
 4:14;13:24
**PROCEEDINGS (1)**
 2:1
**prolonged (1)**
 8:10
**put (4)**
 6:19;11:6,8;14:13

**Q**

**quick (1)**
 13:16
**quickly (1)**
 3:13

**R**

**read (1)**
 8:24
**real (1)**
 13:16
**really (4)**
 5:13,14;12:25;13:4
**reasons (1)**
 18:20
**rec (1)**
 18:14
**record (5)**
 3:1,1;4:1,23;5:6
**recorded (5)**
 3:10;4:6;6:8;
 10:16;16:4
**recording (1)**
 2:13;3:8;19:7
**refuse (1)**
 2:10
**relationship (1)**
 14:14
**remaining (1)**
 17:25
**repercussions (1)**
 5:13
**rescheduled (1)**
 16:1
**riding (2)**
 7:1,7
**rift (1)**
 15:11
**right (16)**
 2:22;3:3;4:8,9,10,
 16,20,24;5:13;9:15;
 12:13;14:14,18,24;
 18:12,24
**room (3)**
 16:6,7,9

**running (1)**
 18:19

**S**

**SAILOR (46)**
 2:15,17,18,21,25;
 3:3,5,7,12,15,19,21,
 23,25;4:2,7,20,25;
 5:2,4,8,24;6:9;8:6,24;
 9:9;10:7,12,17;11:13,
 17;12:12,14;13:1,20;
 14:10,17;16:5,14,19;
 17:7,20;18:3,4,13,25
**same (7)**
 9:18,19,23,24;
 10:10;18:22,23
**saw (3)**
 9:12,13,13
**saying (56)**
 2:25;3:7,10,15,17;
 4:14,19;5:12,22;6:2,
 10,14,15,17,21,23;
 7:2,3,9,12,19,23;8:2,
 4,11,13,20;9:7;10:24;
 11:9,23;12:1,7,17,19,
 20,21;13:2,5,8,13;
 14:19,21,23,25;15:2,
 4,9,19,21;16:10,20,
 25;17:14,23;18:15
**school (3)**
 13:25;14:2,3
**screwing (1)**
 14:8
**second (1)**
 13:22
**self-defense (1)**
 6:18
**selling (1)**
 13:13
**sentencing (5)**
 15:12,17,23,25;
 16:1
**separate (1)**
 9:4
**set (1)**
 10:1
**seven (1)**
 2:3
**shady (1)**
 8:9
**shaky (1)**
 8:9
**shit (2)**
 3:11;4:8
**shooter (3)**
 9:13;16:25;17:1
**shot (4)**
 6:17,19,21,22
**show (1)**
 15:24
**shut (1)**
 12:24

**sic (1)**
 12:16
**side (1)**
 8:25
**sides (2)**
 12:2;15:14
**situation (3)**
 5:11;8:12;9:23
**Sizemore's (2)**
 16:18;17:5
**somebody (3)**
 6:18,19;12:20
**somewhere (2)**
 17:11;18:7
**soon (1)**
 14:18
**sorry (2)**
 8:23;10:8
**spot (1)**
 9:19
**St (1)**
 7:7
**stacked (1)**
 10:1
**stand (2)**
 8:15,15
**standing (1)**
 17:2
**standpoint (1)**
 5:17
**Start (1)**
 2:25
**started (2)**
 9:14;11:7
**State (1)**
 2:9
**stay (1)**
 12:8
**stop (1)**
 13:16
**story (1)**
 9:14
**strain (1)**
 14:14
**streets (2)**
 11:25;13:7
**stuck (2)**
 2:22,24
**stuff (3)**
 10:23;11:15;14:5
**subject (1)**
 2:13
**support (1)**
 5:18
**sure (4)**
 8:1;11:16;18:10;
 19:3
**SWENSON (23)**
 4:24;5:3,5,23;8:5,
 22;9:8,16;10:8;
 11:11,14;12:10,13,
 25;13:15;14:7,11;
 17:4,16;18:1,5,18;

19:1

**T**

**talk (3)**
 3:16,25;19:2
**talking (4)**
 7:22,25;12:9,11
**tape (1)**
 3:8
**telling (9)**
 2:23;4:14;7:15;8:9,
 11,16;15:1,5,9
**testified (2)**
 9:11;12:23
**testify (1)**
 12:17
**though (1)**
 13:22
**threw (1)**
 3:8
**throw (1)**
 7:15
**Thursday (2)**
 18:17,18
**til (1)**
 4:13
**times (2)**
 6:21;18:24
**together (1)**
 9:10
**told (6)**
 3:23,23;5:14;6:17;
 12:22;15:22
**tomorrow (1)**
 18:21
**tonight (1)**
 18:6
**took (1)**
 7:10
**town (2)**
 18:20,21
**trafficking (1)**
 10:18
**transcripts (1)**
 8:25
**trial (13)**
 8:7;9:2,10,14,15;
 10:3,6,9,23;11:3,5,7,
 8
**trials (1)**
 9:4
**trouble (2)**
 4:9;5:15
**truancy (1)**
 14:1
**truth (2)**
 7:24;8:11
**try (2)**
 18:9,10
**trying (2)**
 4:16;15:8
**type (2)**

10:23;14:4

**U**

**ugly (1)**
  13:11
**uh (1)**
  18:7
**um (3)**
  18:1,10,11
**unfortunately (1)**
  10:2
**up (16)**
  2:15;4:12;6:1,12;
  7:6,8,14;8:19;10:1,
  13;11:19,24,24;
  15:10,24;17:9
**used (1)**
  2:23
**using (2)**
  2:14;19:5

**V**

**verdict (3)**
  14:12,18;15:15
**vice (2)**
  11:25;13:9
**victim's (1)**
  5:17

**W**

**wait (1)**
  2:7
**warned (1)**
  4:11
**watched (1)**
  11:23
**way (3)**
  9:19,21;15:20
**weapon (1)**
  10:19
**Wednesday (1)**
  18:23
**week (1)**
  18:22
**whole (2)**
  5:10;17:2
**William (1)**
  16:17
**Williams (1)**
  9:11
**without (1)**
  6:4
**witness (2)**
  9:6;11:21
**witnesses (5)**
  7:16;11:18,20;
  12:7;14:8
**won (1)**
  9:2
**world (1)**

  5:10
**wrong (3)**
  6:16;16:23;17:3

**Y**

**y'all (6)**
  13:10,11,12;16:13,
  23;17:2
**years (1)**
  13:22

**0**

**0 (1)**
  2:10

**1**

**18th (1)**
  11:3
**19th (1)**
  11:3

**2**

**2nd (1)**
  11:2

**3**

**30 (1)**
  11:5

**4**

**4U2B (1)**
  6:11

**9**

**98 (1)**
  13:23
**99 (1)**
  13:23