```
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION

 3                        - - -

 4    Ru-El Sailor,              )
                                 )
 5              Plaintiff,       )
                                 )
 6        vs.                    )  Case No. 1:22-CV-00660
                                 )
 7    City of Cleveland, et al.  )
                                 )
 8              Defendant.       )

 9                        - - -

10

11              Transcript of audio recorded jail call,

12         John Williams - Disk 3 - Call 118, between

13         Ru-El Sailor, Amy Sailor and Kyle Swenson, on

14         June 17, 2016.

15                        - - -

16

17

18

19

20

21

22

23                                    ┌─────────────────┐
                                      │    EXHIBIT      │
24                                    │       L         │
                                      └─────────────────┘
25
```

```
 1                     PROCEEDINGS
 2              AUTO ATTENDANT:   For English, press 1.
 3         (Repeated in Spanish.)
 4              For a collect call, please enter your
 5         7-digit inmate ID number followed by your 4 --
 6              Your current balance is $8.52.  Please
 7         enter the area code and phone number you are
 8         calling now.  Please hold.  Please wait while
 9         your call is being connected.
10              Hello, this is a prepaid debit call
11         from an inmate at the Ohio State Penitentiary.
12         To accept this call, press 0.  To refuse this
13         call -- this call is from a correction
14         facility and is subject to monitoring and
15         recording.  Thank you for using GTL.
16              MR. SAILOR:      Hello?
17              MS. SAILOR:      It still wouldn't let
18         you call me?
19              MR. SAILOR:      Huh?
20              MS. SAILOR:      Still wouldn't let
21         you call me on my money?
22              MR. SAILOR:      No, man.
23              MS. SAILOR:      What's it saying?
24              MR. SAILOR:      It said, sorry, no
25         calls are allowed right now.
```

```
 1              MS. SAILOR:      I'm scared.  I don't
 2        know.
 3              MR. SAILOR:      Call him real quick.
 4              MS. SAILOR:      Oh, she had the --
 5        she had the baby at one o'clock.
 6              MR. SAILOR:      Go ahead.  Yesterday
 7        or today?
 8              MS. SAILOR:      Today, at one
 9        o'clock.
10              MR. SAILOR:      So her birthday the
11        17th?
12              MS. SAILOR:      Yeah.    Hold on.  I'm
13        going to tell you how big she was.  She was --
14        oh, never mind.  I don't know how big she was.
15        I have one picture, but the text message must
16        not have finished because all it said was
17        ounces.  But I don't know how much she
18        weighed.
19              MS. SAILOR:      So she had her at one
20        o'clock.
21              MR. SAILOR:      Pretty?
22              MS. SAILOR:      Yeah, she's so light-
23        skinned.  You should see her.  She's cute,
24        though.  She looks like she has a lot of hair,
25        but, you know, she's wearing a hat.  But you
```

1      could tell the hat's full underneath.  She's

2      really pretty, though.  She looks like she's

3      going to be like -- who can I -- like Raven

4      Symone.  Like a real light-skin, you know, but

5      with pitch black hair.

6              MS. SAILOR:       Like Paige?

7              MS. SAILOR:       Yeah, but lighter,

8      like almost kind of like.

9              AUTO ATTENDANT:   This call is

10     originating from an Ohio correctional facility

11     and may be recorded and monitored.

12             MS. SAILOR:       You know, when Raven

13     Symone was on the Cosbys, like that Raven

14     Symone, like white skin, like white skin with

15     black hair.  She's so cute.  But she doesn't

16     look mixed, though, even though she's light-

17     skinned.  She looks just like a light-skinned

18     baby.  She's so cute.

19             But anyway, let me tell you real quick.

20     So Kyle called me this morning, and he was

21     like, that he had been corresponding back and

22     forth with someone from the past prosecutor's

23     office.  And at first, they -- you know, his

24     main question was, you know, like, why they

25     denied your application.  And their first

1    response was, because information on your
2    application conflicted with your testimony
3    during trial.  And Kyle explained to them,
4    like, but that is all explained in the
5    application.  Like, he, you know, blah, blah,
6    blah, whatever.
7         So, like, the reasoning was basically
8    wrong.  Like, if that was the reason why they
9    denied your application, then Kyle said to
10   them, well, then that's wrong because here it
11   explains this, that, and the other, in the
12   actual application.  And if you would have
13   read the full application, you would have seen
14   that it didn't, you know, contradict what he
15   said on his behalf during trial or something
16   like that.  So he said that they also wouldn't
17   give him, like, specifics, but that it was
18   just, you know, rejected.
19        So he said that they emailed him, and
20   he was like, and I read the email, he was
21   like, and I picked my phone up right away, and
22   I called you.  He was like that -- let me see
23   where it's at, because he called me first, and
24   then he sent Kim an email, and he copied me on
25   the email.  But this is what the email says.

```
 1              Just wanted to give you a heads up on
 2         something.  I looped Amy in this morning, but
 3         I wanted to let you know.  Please keep this
 4         under your hat until next week when the story
 5         goes live, but the prosecutor's office
 6         spokesman finally got back to me about my
 7         questions on the CIU application.  He wouldn't
 8         give me specifics, but did tell me that
 9         although it was initially rejected, the case
10         has now been referred for reinvestigation.  So
11         that's pretty interesting and significant
12         development.  Like I said, if you could hold
13         off on contacting them until next week, that
14         would be great.  Sometimes if they feel like a
15         story is coming out that will paint them
16         negatively, they leak it to another media
17         outlet and try to jump on it.
18              MR. SAILOR:      Right.  Hell yeah.
19              MS. SAILOR:      That's why he was
20         like that's why --
21              MR. SAILOR:      And don't tell
22         nobody.
23              MS. SAILOR:      No, he was like, you
24         know, that's why I'm a little paranoid.  He
25         was like, but after that you should definitely
```

1       see what's going on there.  And then Kim said,

2       well, I'm afraid it's all lip service to

3       prevent a story, but I do hope something comes

4       of it.  I'm his attorney of record, and I

5       certainly haven't heard a peep since their

6       letter.

7               MR. SAILOR:       Right.

8               MS. SAILOR:       And my follow-up

9       calls.  She was like, I'm excited for the

10      possibility that your story could attract.

11      And she was like, I will absolutely wait until

12      your story runs to contact them.  So him and I

13      were saying that they're either lying about

14      reinvestigating your case, but now it's on the

15      record that they said they're reinvestigating

16      your case.

17              So if nothing happens, you know, after

18      a little bit of time, he said they -- you

19      know, it's public record now that they told

20      him that they're reinvestigating.  He was

21      like, and you can tell that against them.

22              MR. SAILOR:       So now they got to do

23      it.

24              MS. SAILOR:       Right.  And then he

25      also said that -- he was like, or they could

1          really be reinvestigating the case now that

2          the media has been putting some pressure on

3          them, asking questions about your case.  He

4          was like, so either way, it's beneficial to

5          you.  So how does that make you feel?  Happy?

6                  MR. SAILOR:      That's what's up,

7          man.  You and Kim just don't say shit.

8                  MS. SAILOR:      No, I'm not.

9                  MR. SAILOR:      That's what's up

10         though.

11                 MS. SAILOR:      So, hold on.  I told

12         him I would tell you and then we would call

13         him, so hold on, I'll call him real quick.

14                 AUTO ATTENDANT:   This call is

15         originating from an Ohio correctional facility

16         and may be recorded and monitored.

17                 MS. SAILOR:      Hello.

18                 MR. SAILOR:      Hello?

19                 MR. SWENSON:      Hey, El, how's it

20         going?

21                 MR. SAILOR:      Hey, how you doing,

22         Kyle?  I'm all right.

23                 MR. SWENSON:     I'm doing pretty

24         good.  Did Amy tell you the news, or did she

25         tell you what I heard today?

1          MR. SAILOR:      Yeah, yeah.  She was

2      explaining to me right before I called you.

3      That's good news if it's true, but it's good

4      news regardless.

5          MR. SWENSON:     Right.  I mean, it's

6      good news because your case is, you know -- I

7      don't know what to make of it.  Like, it's

8      either one of two ways, right?

9          MR. SAILOR:      Being talked about,

10      though.  Huh?

11          MR. SWENSON:     Yeah, yeah, it's

12      being talked about.  So either they're telling

13      the truth and they are reviewing it, or

14      they're feeling some of the heat now and

15      they're trying to cover themselves, and could

16      be reviewing it because of that.  So

17      regardless, that's some good stuff for sure,

18      man, for sure.

19          MR. SAILOR:      Yeah, definitely

20      grateful to hear that.

21          MR. SWENSON:     Yeah, that's great.

22      So I was just -- I just really had a couple

23      last things to talk to you about.

24      Everything's coming together well, though.

25          MR. SAILOR:      All right, it's cool.

```
1          I got time.

2               MR. SWENSON:     Cool, awesome.  So,

3          well, and I kind of said this originally

4          about, like, how you guys want to, you know,

5          play this, or how you want to put this, but,

6          like, so what are you comfortable saying you

7          knew about, you know, about what Cordell had

8          done, you know, how, like what -- and we

9          talked about it a little bit before.  I mean,

10         you tell me, like, what do you --

11              MR. SAILOR:     I just know that he,

12         I know that he, you know what I'm saying, he

13         guilty of the crime and that he, know what I'm

14         saying, that he acted in self-defense and that

15         he was remorseful about it, you know what I'm

16         saying.  Like, it wasn't like it was a cold-

17         blooded killing or nothing like that.

18              Like, ever since the first time I've

19         heard it, he's been remorseful about the whole

20         situation because he actually said he'd done

21         it in self-defense, you know what I'm saying?

22              MR. SWENSON:     Yeah, yeah.  Yeah,

23         exactly.  But so did you -- well, let me put

24         it to you this way.  So, like, you were

25         testifying, right, or you got up to testify,
```

```
 1          and you didn't have to do that.  Like, why did
 2          you, like, want to testify?  Talk to me
 3          through that.
 4                  MR. SAILOR:      Because my attorney,
 5          my attorney told me that by me not having no
 6          witnesses there in my favor, like, to come
 7          contradict what the prosecutor was saying, he
 8          was telling me, like, the only last card he
 9          had to play was me; you know what I'm saying?
10          All I had was two character witnesses, which
11          was my own, my kids' mother and my sister.
12          Besides that, I didn't have anybody else to
13          testify for me on my behalf.  So it was, like,
14          that was the last card that he could play.
15                  So he put me up there, but I think he
16          put me up there in the actuality, like, to try
17          to get me to, you know what I'm saying, trick
18          me into saying that I wasn't with Cordell, you
19          know what I'm saying?
20                  MR. SWENSON:     Yeah, for sure.  So
21          did you, because that was kind of your
22          opening, right?  We talked about this when we
23          sat down.
24                  AUTO ATTENDANT:   This call is
25          originating from an Ohio correctional facility
```

```
 1        and may be recorded and monitored.
 2             MR. SWENSON:     You could have been
 3        like, I don't know, you know, I wasn't with
 4        Cordell.  But you decided to, you know, stand
 5        up for him.  Like, walk me through that.
 6        Like, what were you thinking about?
 7             MR. SAILOR:     Right, but I'm saying
 8        because, like, in so many words, you break it
 9        down; I was with Cordell.  You see what I'm
10        saying?  Like, every place that I went to that
11        night, he was there with me. See what I'm
12        saying?  It wasn't like I wasn't with him that
13        entire night, because I was.  But when he went
14        over on Englewood on East 105th, he went with
15        William Sizemore.  I didn't leave the bar with
16        him.  He left the bar with William Sizemore
17        and I left the bar with Bobby Nettles.  You
18        know what I'm saying?
19             That's the only time we was separated
20        that night.  And then we linked back up after
21        the fact and we went somewhere else and then
22        we both went home.
23             MS. SAILOR:     So you basically
24        wanted them to interpret it, right?
25             MR. SAILOR:     Let me talk -- let me
```

```
 1        finish.
 2              So when you break it down, when you,
 3        you know what I'm saying, when you look at it
 4        and somebody asked you, who was you with?
 5        Yeah, I was with him that night.  You see what
 6        I'm saying?
 7              MR. SWENSON:     Mm-hmm, mm-hmm,
 8        mm-hmm.  But you could have -- I mean, I
 9        guess, like, you could have, like, thrown him
10        under the bus, right?
11              MR. SAILOR:     Right.
12              MR. SAILOR:     But, like, that
13        wasn't an option for you?
14              MR. SAILOR:     No.
15              MR. SWENSON:     Why?  Like, why not?
16        Like, tell me -- talk a little bit more about,
17        like, why that wasn't an option, like, you
18        know, how you felt loyal to him because he's
19        your friend, and that was kind of like, you
20        know --
21              MR. SAILOR:     It just went, I mean,
22        it just wasn't an option, period, because,
23        like, me telling on him or throwing him under
24        the bus wasn't an option.  It wasn't an option
25        for nobody, but not him, you know what I'm
```

```
 1              saying?  Like, that was my best friend at the
 2              time, and, you know what I'm saying?  We grew
 3              up like brothers, so me throwing him under the
 4              bus and just to save myself, because I feel
 5              like it wasn't my place.  That was their job.
 6              I shouldn't have been there, period.  I
 7              shouldn't even involved in this crime, period.
 8              I shouldn't be on the stand.  I shouldn't be a
 9              defendant because I never took a part of this
10              crime.  Had they done their job, I wouldn't
11              have never been there to be put in that
12              position, because they had Cordell from the
13              beginning.
14                   MR. SWENSON:     Uh-huh, right, right,
15              right.  So you, I mean, you felt like this is
16              your best friend, like, this is someone you
17              were loyal to.  Like, this was, you know, like
18              you said, like a brother to you, basically.
19                   MR. SAILOR:     Right.
20                   MR. SWENSON:     So you weren't -- you
21              were going to stand with him, basically,
22              through this.
23                   MR. SAILOR:     Right.
24                   MR. SWENSON:     Right, exactly.
25              Right.  Okay, cool, cool.  And you think that
```

```
1              came from -- like, we talked about this a
2              little bit also, but would you consider
3              yourself, like, a loyal person in general,
4              like, with your friends and family and stuff?
5                   MR. SAILOR:      Period, man.  Like,
6              to anybody I associate with, you know what I'm
7              saying, on the day-to-day basis, I'm just a
8              loyal body person, period.  And sometimes,
9              like I told you, it's a gift and a curse for
10             me, but it's something I can't change.  You
11             know what I'm saying?  I've been put in a lot
12             of more awkward positions, you know what I'm
13             saying?  And my loyalty caused me to be
14             punished, know what I'm saying?  Because I
15             didn't go to the other route and I stayed
16             loyal and I took my consequences, you know
17             what I'm saying, how they came due to my
18             loyalty, you know what I'm saying.  But I
19             could have took an easy route and escaped and
20             came out unscathed.  I didn't.
21                  MR. SWENSON:      Uh-huh.  Yeah, I
22             mean, that's just not you.  It's not like an
23             option for you.
24                  MR. SAILOR:      Right.
25                  MR. SWENSON:      Just wasn't going to
```

1   be something you would do.  Okay, right.

2          AUTO ATTENDANT:   This call is

3   originating from an Ohio correctional facility

4   and may be recorded and monitored.

5          MR. SWENSON:     I mean, that was

6   really, that was really the only thing I

7   wanted to touch back with you.  I think I got

8   everything else I need.  I'm just looking

9   through, so hang tight.  I'm just looking

10  through --

11         MS. SAILOR:     How are you going to

12  word that, or are you at all, about him

13  actually knowing right away, but --

14         MR. SWENSON:     Well, do you want to

15  say you knew right away, or do you want to say

16  that you found out later?  Or you had a

17  suspicion or what, like, what do you -- how do

18  you want to play it?

19         MR. SAILOR:     Yeah, I've read the

20  wording like that, man, because I really don't

21  want to, like, I just, like, as I made with

22  you, I met with the victim's brother the next

23  day.  He came down here on a visit, you know

24  what I'm saying?  And it's like, I don't want

25  to, I don't want to, like -- even though I

```
 1          think he might have got a suspicion, that's
 2          how it went down --
 3                  AUTO ATTENDANT:   You have one --
 4                  MR. SAILOR:      Because he grew up in
 5          the streets, too.
 6                  AUTO ATTENDANT:   -- minute remaining.
 7                  MR. SAILOR:      Me and him could have
 8          face-to-face; you know what I'm saying, on the
 9          one-on-one side, instead of me putting it out
10          there like that.
11                  MR. SWENSON:     Cordell says that he
12          told you after.  I mean, that's in his
13          affidavit that he told you right after.
14                  MR. SAILOR:      Right.  And I'm
15          saying, I don't want to contradict his
16          affidavit because if I contradict his
17          affidavit, then it goes down the drain, you
18          see what I'm saying?
19                  MR. SWENSON:     Yeah.  So I'm just
20          going to go based on that affidavit then, that
21          he had said that --
22                  MR. SAILOR:      Yeah that one worth
23          better.  I mean because I deal with, you know,
24          what I'm saying you more the victim's brother.
25          At a later time I'd rather not contradict
```

 1          Cordell's affidavit because then it's like, it

 2          give them another reason to keep me here.

 3                  MR. SWENSON:       Yeah, yeah.  No, I

 4          mean, that creates an issue, but that's fine.

 5                  MS. SAILOR:       Yeah, that's

 6          something that he's only told you and Kim, and

 7          that's because he's trying to be, you know,

 8          honest about that part of the whole situation.

 9          I mean everything else is truthful, but it was

10          something, you know, that had been said so

11          early on that it was like, you know, he was

12          afraid that knowing earlier would have made

13          the situation worse --

14                  AUTO ATTENDANT:   Thank you for using

15          GTL.

16                  (End of recording.)

17                            - - -

18

19

20

21

22

23

24

25

```
 1   State of Ohio,          )
                             ) SS:
 2   County of Cuyahoga.     )

 3

 4              C E R T I F I C A T E

 5

 6         I, Steven Mengelkamp, do hereby certify

 7      that I have transcribed the proceedings

 8      of the jail call between Ru-El Sailor,

 9      Amy Sailor and Kyle Swenson, recorded on

10      June 17, 2016; and that the foregoing is a

11      true and accurate transcript made to the best

12      of my ability.

13

14

15

16

17

18

19

20      _____
        TRANSCRIBER
21
        FINCUN-MANCINI  COURT REPORTERS
22      26380 Curtiss Wright Parkway
        Cleveland Jet Center, Ste. 103
23      Cleveland, Ohio 44143
        (216) 696-2272
24      email@fincunmancini.com

25
```

Case: 1:20-cv-00660-DAR   Doc #: 81-10   Filed: 07/17/24   20 of 23.   PageID #: 1268

Ru-el Sailor v.                                                    Jail Call #118
City of Cleveland, et al.                                          June 17, 2016

**$**

**$8.52 (1)**
2:6

**A**

**absolutely (1)**
7:11
**accept (1)**
2:12
**acted (1)**
10:14
**actual (1)**
5:12
**actuality (1)**
11:16
**actually (2)**
10:20;16:13
**affidavit (5)**
17:13,16,17,20;
18:1
**afraid (2)**
7:2;18:12
**against (1)**
7:21
**ahead (1)**
3:6
**allowed (1)**
2:25
**almost (1)**
4:8
**although (1)**
6:9
**Amy (2)**
6:2;8:24
**application (7)**
4:25;5:2,5,9,12,13;
6:7
**area (1)**
2:7
**associate (1)**
15:6
**ATTENDANT (8)**
2:2;4:9;8:14;
11:24;16:2;17:3,6;
18:14
**attorney (3)**
7:4;11:4,5
**attract (1)**
7:10
**AUTO (8)**
2:2;4:9;8:14;
11:24;16:2;17:3,6;
18:14
**away (3)**
5:21;16:13,15
**awesome (1)**
10:2
**awkward (1)**
15:12

**B**

**baby (2)**
3:5;4:18
**back (4)**
4:21;6:6;12:20;
16:7
**balance (1)**
2:6
**bar (3)**
12:15,16,17
**based (1)**
17:20
**basically (4)**
5:7;12:23;14:18,21
**basis (1)**
15:7
**beginning (1)**
14:13
**behalf (2)**
5:15;11:13
**beneficial (1)**
8:4
**Besides (1)**
11:12
**best (2)**
14:1,16
**better (1)**
17:23
**big (2)**
3:13,14
**birthday (1)**
3:10
**bit (4)**
7:18;10:9;13:16;
15:2
**black (2)**
4:5,15
**blah (3)**
5:5,5,6
**blooded (1)**
10:17
**Bobby (1)**
12:17
**body (1)**
15:8
**both (1)**
12:22
**break (2)**
12:8;13:2
**brother (3)**
14:18;16:22;17:24
**brothers (1)**
14:3
**bus (3)**
13:10,24;14:4

**C**

**call (15)**
2:4,9,10,12,13,13,
18,21;3:3;4:9;8:12,

13,14;11:24;16:2
**called (4)**
4:20;5:22,23;9:2
**calling (1)**
2:8
**calls (2)**
2:25;7:9
**came (4)**
15:1,17,20;16:23
**can (2)**
4:3;7:21
**card (2)**
11:8,14
**case (6)**
6:9;7:14,16;8:1,3;
9:6
**caused (1)**
15:13
**certainly (1)**
7:5
**change (1)**
15:10
**character (1)**
11:10
**CIU (1)**
6:7
**code (1)**
2:7
**cold- (1)**
10:16
**collect (1)**
2:4
**comfortable (1)**
10:6
**coming (2)**
6:15;9:24
**conflicted (1)**
5:2
**connected (1)**
2:9
**consequences (1)**
15:16
**consider (1)**
15:2
**contact (1)**
7:12
**contacting (1)**
6:13
**contradict (5)**
5:14;11:7;17:15,
16,25
**cool (4)**
9:25;10:2;14:25,25
**copied (1)**
5:24
**Cordell (6)**
10:7;11:18;12:4,9;
14:12;17:11
**Cordell's (1)**
18:1
**correction (1)**
2:13
**correctional (4)**

4:10;8:15;11:25;
16:3
**corresponding (1)**
4:21
**Cosbys (1)**
4:13
**couple (1)**
9:22
**cover (1)**
9:15
**creates (1)**
18:4
**crime (3)**
10:13;14:7,10
**current (1)**
2:6
**curse (1)**
15:9
**cute (3)**
3:23;4:15,18

**D**

**day (1)**
16:23
**day-to-day (1)**
15:7
**deal (2)**
17:23
**debit (1)**
2:10
**decided (1)**
12:4
**defendant (1)**
14:9
**definitely (2)**
6:25;9:19
**denied (2)**
4:25;5:9
**development (1)**
6:12
**done (3)**
10:8,20;14:10
**down (6)**
11:23;12:9;13:2;
16:23;17:2,17
**drain (1)**
17:17
**due (1)**
15:17
**during (2)**
5:3,15

**E**

**earlier (1)**
18:12
**early (1)**
18:11
**East (1)**
12:14
**easy (1)**
15:19

**either (2)**
7:13;8:4;9:8,12
**El (1)**
8:19
**else (4)**
11:12;12:21;16:8;
18:9
**email (1)**
5:20,24,25,25
**emailed (1)**
5:19
**End (1)**
18:16
**Englewood (1)**
12:14
**English (1)**
2:2
**enter (2)**
2:4,7
**entire (1)**
12:13
**escaped (1)**
15:19
**even (3)**
4:16;14:7;16:25
**Everything's (1)**
9:24
**exactly (2)**
10:23;14:24
**excited (1)**
7:9
**explained (2)**
5:3,4
**explaining (1)**
9:2
**explains (1)**
5:11

**F**

**face-to-face (1)**
17:8
**facility (5)**
2:14;4:10;8:15;
11:25;16:3
**fact (1)**
12:21
**family (1)**
15:4
**favor (1)**
11:6
**feel (3)**
6:14;8:5;14:4
**feeling (1)**
9:14
**felt (2)**
13:18;14:15
**finally (1)**
6:6
**fine (1)**
18:4
**finish (1)**
13:1

finished (1)
3:16
first (4)
4:23,25;5:23;10:18
followed (1)
2:5
follow-up (1)
7:8
forth (1)
4:22
found (1)
16:16
friend (1)
13:19;14:1,16
friends (1)
15:4
full (2)
4:1;5:13

**G**

general (1)
15:3
gift (1)
15:9
goes (2)
6:5;17:17
good (5)
8:24;9:3,3,6,17
grateful (1)
9:20
great (2)
6:14;9:21
grew (2)
14:2;17:4
GTL (2)
2:15;18:15
guess (1)
13:9
guilty (1)
10:13
guys (1)
10:4

**H**

hair (3)
3:24;4:5,15
hang (1)
16:9
happens (1)
7:17
Happy (1)
8:5
hat (2)
3:25;6:4
hat's (1)
4:1
heads (1)
6:1
hear (1)
9:20
heard (3)

7:5;8:25;10:19
heat (1)
9:14
Hell (1)
6:18
Hello (4)
2:10,16;8:17,18
Hey (2)
8:19,21
hold (5)
2:8;3:12;6:12;8:11,
13
home (1)
12:22
honest (1)
18:8
hope (1)
7:3
how's (1)
8:19
Huh (2)
2:19;9:10

**I**

ID (1)
2:5
information (1)
5:1
initially (1)
6:9
inmate (2)
2:5,11
instead (1)
17:9
interesting (1)
6:11
interpret (1)
12:24
into (1)
11:18
involved (1)
14:7
issue (1)
18:4

**J**

job (2)
14:5,10
jump (1)
6:17

**K**

keep (2)
6:3;18:2
kids' (1)
11:11
killing (1)
10:17
Kim (4)
5:24;7:1;8:7;18:6

kind (4)
4:8;10:3;11:21;
13:19
knew (2)
10:7;16:15
knowing (2)
16:13;18:12
Kyle (4)
4:20;5:3,9;8:22

**L**

last (3)
9:23;11:8,14
later (2)
16:16;17:25
leak (1)
6:16
leave (1)
12:15
left (2)
12:16,17
letter (1)
7:6
light- (2)
3:22;4:16
lighter (1)
4:7
light-skin (1)
4:4
light-skinned (1)
4:17
linked (1)
12:20
lip (1)
7:2
little (5)
6:24;7:18;10:9;
13:16;15:2
live (1)
6:5
look (2)
4:16;13:3
looking (2)
16:8,9
looks (3)
3:24;4:2,17
looped (1)
6:2
lot (2)
3:24;15:11
loyal (5)
13:18;14:17;15:3,
8,16
loyalty (2)
15:13,18
lying (1)
7:13

**M**

main (1)
4:24

man (5)
2:22;8:7;9:18;
15:5;16:20
many (1)
12:8
may (4)
4:11;8:16;12:1;
16:4
mean (11)
9:5;10:9;13:8,21;
14:15;15:22;16:5;
17:12,23;18:4,9
media (2)
6:16;8:2
message (1)
3:15
met (1)
16:22
might (1)
17:1
mind (1)
3:14
minute (1)
17:6
mixed (1)
4:16
mm-hmm (3)
13:7,7,8
money (1)
2:21
monitored (4)
4:11;8:16;12:1;
16:4
monitoring (1)
2:14
more (3)
13:16;15:12;17:24
morning (2)
4:20;6:2
mother (1)
11:11
much (1)
3:17
must (1)
3:15
myself (1)
14:4

**N**

need (1)
16:8
negatively (1)
6:16
Nettles (1)
12:17
news (4)
8:24;9:3,4,6
next (3)
6:4,13;16:22
night (4)
12:11,13,20;13:5
nobody (2)

6:22;13:25
number (2)
2:5,7

**O**

o'clock (3)
3:5,9,20
off (1)
6:13
office (2)
4:23;6:5
Ohio (5)
2:11;4:10;8:15;
11:25;16:3
one (7)
3:5,8,15,19;9:8;
17:3,22
one-on-one (1)
17:9
only (4)
11:8;12:19;16:6;
18:6
opening (1)
11:22
option (6)
13:13,17,22,24,24;
15:23
originally (1)
10:3
originating (4)
4:10;8:15;11:25;
16:3
ounces (1)
3:17
out (4)
6:15;15:20;16:16;
17:9
outlet (1)
6:17
over (1)
12:14
own (1)
11:11

**P**

Paige (1)
4:6
paint (1)
6:15
paranoid (1)
6:24
part (2)
14:9;18:8
past (1)
4:22
peep (1)
7:5
Penitentiary (1)
2:11
period (5)
13:22;14:6,7;15:5,

8
15:3,8

**person (2)**
15:3,8

**phone (2)**
2:7;5:21

**picked (1)**
5:21

**picture (1)**
3:15

**pitch (1)**
4:5

**place (2)**
12:10;14:5

**play (4)**
10:5;11:9,14;16:18

**please (5)**
2:4,6,8,8;6:3

**position (1)**
14:12

**positions (1)**
15:12

**possibility (1)**
7:10

**prepaid (1)**
2:10

**press (2)**
2:2,12

**pressure (1)**
8:2

**Pretty (4)**
3:21;4:2;6:11;8:23

**prevent (1)**
7:3

**PROCEEDINGS (1)**
2:1

**prosecutor (1)**
11:7

**prosecutor's (2)**
4:22;6:5

**public (1)**
7:19

**punished (1)**
15:14

**put (6)**
10:5,23;11:15,16;
14:11;15:11

**putting (2)**
8:2;17:9

**Q**

**quick (3)**
3:3;4:19;8:13

**R**

**rather (1)**
17:25

**Raven (3)**
4:3,12,13

**read (3)**
5:13,20;16:19

**real (4)**
3:3;4:4,19;8:13

**really (6)**
4:2;8:1;9:22;16:6,
6,20

**reason (2)**
5:8;18:2

**reasoning (1)**
5:7

**record (3)**
7:4,15,19

**recorded (4)**
4:11;8:16;12:1;
16:4

**recording (2)**
2:15;18:16

**referred (1)**
6:10

**refuse (1)**
2:12

**regardless (2)**
9:4,17

**reinvestigating (4)**
7:14,15,20;8:1

**reinvestigation (1)**
6:10

**rejected (2)**
5:18;6:9

**remaining (1)**
17:6

**remorseful (2)**
10:15,19

**Repeated (1)**
2:3

**response (1)**
5:1

**reviewing (2)**
9:13,16

**right (29)**
2:25;5:21;6:18;7:7,
24;8:22;9:2,5,8,25;
10:25;11:22;12:7,24;
13:10,11;14:14,14,
15,19,23,24,25;
15:24;16:1,13,15;
17:13,14

**route (2)**
15:15,19

**runs (1)**
7:12

**S**

**SAILOR (59)**
2:16,17,19,20,22,
23,24;3:1,3,4,6,8,10,
12,19,21,22;4:6,7,12;
6:18,19,21,23;7:7,8,
22,24;8:6,8,9,11,17,
18,21;9:1,9,19,25;
10:11;11:4;12:7,23,
25;13:11,12,14,21;
14:19,23;15:5,24;
16:11,19;17:4,7,14,

22;18:5

**sat (1)**
11:23

**save (1)**
14:4

**saying (31)**
2:23;7:13;10:6,12,
14,16,21;11:7,9,17,
18,19;12:7,10,12,18;
13:3,6;14:1,2;15:7,
11,13,14,17,18;
16:24;17:8,15,18,24

**scared (1)**
3:1

**self-defense (2)**
10:14,21

**sent (1)**
5:24

**separated (1)**
12:19

**service (1)**
7:2

**shit (1)**
8:7

**side (1)**
17:9

**significant (1)**
6:11

**sister (1)**
11:11

**situation (3)**
10:20;18:8,13

**Sizemore (2)**
12:15,16

**skin (2)**
4:14,14

**skinned (2)**
3:23;4:17

**somebody (1)**
13:4

**someone (2)**
4:22;14:16

**Sometimes (2)**
6:14;15:8

**somewhere (1)**
12:21

**sorry (1)**
2:24

**Spanish (1)**
2:3

**specifics (2)**
5:17;6:8

**spokesman (1)**
6:6

**stand (3)**
12:4;14:8,21

**State (1)**
2:11

**stayed (1)**
15:15

**still (2)**
2:17,20

**story (5)**

6:4,15;7:3,10,12

**streets (1)**
17:5

**stuff (2)**
9:17;15:4

**subject (1)**
2:14

**sure (3)**
9:17,18;11:20

**suspicion (2)**
16:17;17:1

**SWENSON (21)**
8:19,23;9:5,11,21;
10:2,22;11:20;12:2;
13:7,15;14:14,20,24;
15:21,25;16:5,14;
17:11,19;18:3

**Symone (3)**
4:4,13,14

**T**

**talk (3)**
9:23;11:2;12:25;
13:16

**talked (5)**
9:9,12;10:9;11:22;
15:1

**telling (3)**
9:12;11:8;13:23

**testify (3)**
10:25;11:2,13

**testifying (1)**
10:25

**testimony (1)**
5:2

**thinking (1)**
12:6

**though (8)**
3:24;4:2,16,16;
8:10;9:10,24;16:25

**throwing (2)**
13:23;14:3

**thrown (1)**
13:9

**tight (1)**
16:9

**today (3)**
3:7,8;8:25

**together (1)**
9:24

**told (7)**
7:19;8:11;11:5;
15:9;17:12,13;18:6

**took (3)**
14:9;15:16,19

**touch (1)**
16:7

**trial (2)**
5:3,15

**trick (1)**
11:17

**true (1)**

9:3

**truth (1)**
9:13

**truthful (1)**
18:9

**try (2)**
6:17;11:16

**trying (2)**
9:15;18:7

**two (2)**
9:8;11:10

**U**

**under (4)**
6:4;13:10,23;14:3

**underneath (1)**
4:1

**unscathed (1)**
15:20

**up (11)**
5:21;6:1;8:6,9;
10:25;11:15,16;12:5,
20;14:3;17:4

**using (1)**
2:15;18:14

**V**

**victim's (2)**
16:22;17:24

**visit (1)**
16:23

**W**

**wait (2)**
2:8;7:11

**walk (1)**
12:5

**way (2)**
8:4;10:24

**ways (1)**
9:8

**wearing (1)**
3:25

**week (2)**
6:4,13

**weighed (1)**
3:18

**weren't (1)**
14:20

**What's (4)**
2:23;7:1;8:6,9

**white (2)**
4:14,14

**whole (2)**
10:19;18:8

**William (2)**
12:15,16

**witnesses (2)**
11:6,10

**word (1)**

**Ru-el Sailor v.**
**City of Cleveland, et al.**

16:12
**wording (1)**
16:20
**words (1)**
12:8
**worse (1)**
18:13
**worth (1)**
17:22
**wrong (2)**
5:8,10

### Y

**Yesterday (1)**
3:6

### 0

**0 (1)**
2:12

### 1

**1 (1)**
2:2
**105th (1)**
12:14
**17th (1)**
3:11

### 4

**4 (1)**
2:5

### 7

**7-digit (1)**
2:5