```
 1            IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION

 3                       - - -

 4   Ru-El Sailor,              )
                                )
 5             Plaintiff,       )
                                )
 6        vs.                   )  Case No. 1:22-CV-00660
                                )
 7   City of Cleveland, et al.  )
                                )
 8             Defendant.       )

 9                       - - -

10

11            Transcript of audio recorded jail call,

12        John Williams - Disk 3 - Call 119, between

13        Ru-El Sailor, Amy Sailor and Kyle Swenson, on

14        June 17, 2016.

15                       - - -

16

17

18

19

20

21

22

23                                      ┌─────────────┐
                                        │  EXHIBIT    │
24                                      │             │
                                        │     M       │
25                                      └─────────────┘
```

**FINCUN-MANCINI -- THE COURT REPORTERS**
**(216) 696-2272 -- email@fincunmancini.com**

```
 1                      PROCEEDINGS
 2              AUTO ATTENDANT:   For English, for a
 3      collect call, please enter your 7 digit inmate
 4      ID number followed by your 4 digit PIN number
 5      now.  Your current balance is $7.72.
 6              Please enter the area -- please hold.
 7      Please wait while your call is being
 8      connected.
 9              Hello.  This is a prepaid debit call
10      from an inmate at the Ohio State Penitentiary.
11      To accept this call -- press zero to refuse
12      this call.  This call is from a correction
13      facility and is subject to monitoring and
14      recording.  Thank you for using GTL.
15              MR. SAILOR:      Hello?
16              MR. SWENSON:      Hey, hey.  Yeah, we
17      were just --
18              MR. SAILOR:      Hey.
19              MR. SWENSON:      Amy and I were just
20      -- I'm going to use what's on the affidavit,
21      because, you know, that Cordell told you
22      afterwards.  So that's in the legal document,
23      so we should just roll with that, I mean,
24      because that's verified in the legal document.
25      That's what I'm going to go with.
```

```
 1              MR. SAILOR:       All right.
 2              MR. SWENSON:       Because the thing is,
 3       like you said, if that's what, you know,
 4       Cordell had said, you don't want to contradict
 5       him.  There's no problem with that.
 6              MR. SAILOR:       Right and I'm saying,
 7       the only reason why like -- the only reason
 8       why it never came out before, man, because
 9       like, we didn't know the legal reactions
10       behind it; you know what I'm saying?  I never
11       knew, like, they would try to tell you, oh you
12       knew then, you were an accomplice.  You just
13       guilty as the person that did it; you know I'm
14       saying?  I never knew all that until Kim
15       explains it to me; you know I'm saying?
16              He was like, well, it's out there that
17       you pretty much perjured yourself, anyway; you
18       know I'm saying, about me, and that I left --
19       The only thing they said that perjures in my
20       testimony is that they said me and Cordell was
21       riding together, and we wasn't.  You see what
22       I'm saying?  Anything outside of that is
23       pretty much all the same; you know what I'm
24       saying?  Ride with Will --
25              MR. SWENSON:       Uh-huh.  Did you --
```

1          MR. SAILOR:       Huh?

2          MR. SWENSON:      Yeah, why did you

3     decide to say that, to say that he was with

4     you, just to have his back?

5          MR. SAILOR:       I mean, it was more

6     so like, 'cause if I said, I felt like by me

7     being innocent, and knowing I wasn't there and

8     they didn't have anything proving I was there,

9     it just felt like for me to say anything

10    different was just like throw him under the

11    bus still.

12         MR. SWENSON:      Uh-huh.  Okay, I got

13    you, I got you, I got you.  I got you.  Cool.

14         AUTO ATTENDANT:   This call is

15    originating from an Ohio Correctional Facility

16    and may be recorded and monitored.

17         MR. SWENSON:      Like I was saying,

18    that was kind of it, man.  That was the only,

19    like, last moment I wanted to get through with

20    you guys.  But that's great news today about

21    this stuff.  It's really good --

22         MR. SAILOR:       That's great news.

23    So when you called down there, was they

24    receptive with what you were saying?  Were

25    they open with you and stuff, and talking to

1              you?

2                    MR. SWENSON:     No, I mean, you can't

3              even get them on the phone, you know.  So I

4              had to go through the spokesman and I emailed

5              them earlier in the week, like Monday, and I

6              heard nothing.  And, you know, they'll do that

7              if they don't want to answer a question,

8              they'll just ignore you.  So I just kept

9              emailing and being like (inaudible) --

10                    MR. SAILOR:      Right, because

11             they've been ignoring Amy since the beginning.

12             Like they never called her back.

13                    MR. SWENSON:      Yeah.  Well, with me,

14             I mean, it's a little different, because I was

15             like, look, this story's coming out, whether

16             you say something about it or not, it's going

17             to look worse if you don't talk.

18                    MR. SAILOR:      Right.

19                    MR. SWENSON:      So then finally they

20             got back and they were like, oh, well, you

21             know, we had -- because that's what I was

22             putting to them, too.  I was like, why was

23             this rejected?  What was the reason?  You

24             know, what steps went through to investigate

25             this?  And they were like, all right, well, so

1          we had initially rejected it.  And what they

2          said was because, you know, your account in

3          the application was different from what was

4          said at trial.  But that doesn't make any

5          sense because that's --

6                    MR. SAILOR:      That's bullshit.

7                    MR. SWENSON:     -- it says that in --

8          it says that in the application, that's what

9          the application said.  But then they said, you

10         know, but, you know, upon further discussion,

11         we've decided to reinvestigate it.  So, yeah,

12         I mean, that's good, and an interesting

13         development for sure.  So, I mean --

14                   MR. SAILOR:      They trying to cover

15         their ass.

16                   MR. SWENSON:     That gives us

17         something to press them on.  Yeah, but that

18         gives us something to press them on, and

19         especially your lawyer too, like moving ahead

20         because you can be like, look, you told the

21         press, and it's in the newspaper and the Scene

22         article that you reinvestigated it.  So what's

23         the deal?

24                   MR. SAILOR:      Right.

25                   MR. SWENSON:     What are you doing to

```
1          reinvestigate it?  Like what?  So I was really
2          surprised.  I think that's really a positive
3          move.  So yeah.
4               MR. SAILOR:      Yeah, I appreciate
5          that.  Would you be able to speak to Bill?
6               MR. SWENSON:      No, not yet.
7               AUTO ATTENDANT:   This call is
8          originating from an Ohio Correctional Facility
9          and may be recorded and monitored.
10               MR. SWENSON:      No, there's just too
11          much.  I mean, I'm going to put in the
12          polygraph and the results and stuff like that,
13          and how he went to bat with you all.  But
14          there's so much information, you know, I don't
15          need to put that part, like him, specifically,
16          in there, but I got enough already as it is.
17               MR. SAILOR:      Okay.
18               MR. SWENSON:      So, but I'm going to
19          get hopping, 'cause I'm still working on
20          putting it together, but I will.  What's your
21          phone situation on Monday looking like?
22               MR. SAILOR:      Monday.
23               MS. SAILOR:      Monday morning.
24               MR. SWENSON:      Monday morning?
25               MR. SAILOR:      Talking about in the
```

1      morning?

2              MR. SWENSON:     You guys want to call

3      me one more time then on Monday morning and

4      touch base?

5              MR. SAILOR:      Yeah, of course.

6              MS. SAILOR:      It's until 10:30.  So

7      he'll be out pretty early, but we'll wait

8      until --

9              MR. SAILOR:      I'll be out from

10     eight to ten, eight to 10:30.

11             MR. SWENSON:     Yeah, let's do nine.

12     Nine o'clock is fine.  If you just call at

13     nine.

14             MR. SAILOR:      All right.

15             MS. SAILOR:      Okay.

16             MR. SWENSON:     Or around then.

17             MR. SAILOR:      So Kyle, so you're

18     saying it should come out this Wednesday?

19             MR. SWENSON:     Wednesday, yeah.

20     It'll come on Wednesday.

21             MR. SAILOR:      Would you be able to

22     send Amy a copy beforehand, or we all see it

23     Wednesday?

24             MR. SWENSON:     No, no, you guys,

25     yeah, we don't like put anything out

1        beforehand.

2                MR. SAILOR:      Oh, okay.

3                MR. SWENSON:      But I can go over it

4        with you guys on Monday, you know, because by

5        Monday it'll all be pretty much set, or, you

6        know, except for the last little thing.  So I

7        can let you guys know how, like, what the

8        setup will be and how it goes through on

9        Monday.

10               MR. SAILOR:      All right, was that

11       photo cool?

12               MR. SWENSON:      Yeah, yeah, that

13       worked, it worked.  And we got the picture of

14       you and Cordell and Will, you know, I got that

15       picture from Amy, which  is great because that

16       really highlights it, you know, different.

17               MR. SAILOR:      Yeah.

18               MR. SWENSON:      But anyway, I'm going

19       to get going, but I'll talk to you guys on

20       Monday then.

21               MR. SAILOR:      Alright.

22               MS. SAILOR:      Okay.  Thanks.

23               MR. SAILOR:      Alright, thanks pal,

24       I appreciate it.

25               MR. SWENSON:      Thank you. Take care,

1          El.

2                    MS. SAILOR:        Okay, bye.

3                    MR. SWENSON:       Bye.

4                    MS. SAILOR:        Hold on.  No, it

5          comes in the mail tomorrow.  Hello?

6                    MR. SAILOR:        Yeah.

7                    MS. SAILOR:        Yeah.  Guess what I

8          made?

9                    MR. SAILOR:        Hey, don't cut me off

10         when I'm talking, man.

11                   MS. SAILOR:        Pistachio cupcakes.

12         No, you don't hear yourself the way I hear

13         you.  You start, um, well, uh, uh --

14                   MR. SAILOR:        Alright, what I'm

15         saying, if you wait a second, don't cut me off

16         in the middle of my sentence while I'm

17         talking, man.

18                   MS. SAILOR:        Because I'm trying to

19         stop you from making yourself look worse.

20                   MR. SAILOR:        What you mean, make

21         myself look worse?

22                   MS. SAILOR:        Because we're

23         explaining to him that we really were together

24         all day.  We really were together, but you're

25         not telling him.

```
1              MR. SAILOR:       Because if you would
2         stop talking over me.  He already know this.
3         We talked about this shit on the visit.
4              MS. SAILOR:       Okay, fine.
5              MR. SAILOR:       That's all I'm trying
6         to do.  You just speaking like me and this man
7         never told me.  We just sat for three hours
8         and talked about all that shit on the visit.
9              MS. SAILOR:       Shut the fridge.
10        Okay, I'm sorry.  I was just -- me listening
11        to you.  Yeah, I need them.  Me listening to
12        you and knowing the story.  When you're
13        talking about it and you're fumbling over your
14        words, you sound like you have a guilty
15        conscience.
16             Close the fridge.  Stop.
17             And I'm only doing it to help.  I'm
18        sorry.
19             MR. SAILOR:       I ain't saying you
20        weren't trying to help.  I'm just saying, man,
21        like -- I never said you weren't trying to
22        help.
23             AUTO ATTENDANT:  This call is
24        originating from an Ohio Correctional Facility
25        and may be recorded and monitored.
```

```
 1              MS. SAILOR:      What did you say?

 2              MR. SAILOR:      I never said you

 3         weren't trying to help, Amy.

 4              MS. SAILOR:      I know, that's not

 5         what I mean.  Relax.

 6              MR. SAILOR:      I don't know why that

 7         shit won't let me call collect.

 8              MS. SAILOR:      Well, that $20 on

 9         there is from my account.

10              MR. SAILOR:      That's why I asked,

11         but you said, no, like dude, what that mean?

12         How'd that shit work out?

13              MS. SAILOR:      The bank's just gonna

14         give me my money back.  The money's gonna stay

15         on his phone, though.

16              MR. SAILOR:      And that's it?

17              MS. SAILOR:      Yes.

18              MR. SAILOR:      So who paid for the

19         money?

20              MS. SAILOR:      I don't know how that

21         shit works.  I think the bank just gives it

22         back to you.

23              MR. SAILOR:      Huh?

24              MS. SAILOR:      I think the bank just

25         gives a back to you.
```

```
 1              MR. SAILOR:      So the bank take a

 2        loss?

 3              MS. SAILOR:      The bank is going to

 4        take a loss.

 5              MR. SAILOR:      Huh?

 6              MS. SAILOR:      The bank is going to

 7        take a loss.

 8              MR. SAILOR:      That's what I just

 9        said.

10              MS. SAILOR:      Go down there then,

11        Olivia.

12              MR. SAILOR:      Man, those

13        motherfuckers faking, man, they trying to

14        cover their ass.

15              MS. SAILOR:      Right.

16              MR. SAILOR:      I mean, but do they

17        really think that right there, and make the

18        motherfucker just drop their whole story

19        though?  Be like, oh, well fuck it, they

20        didn't investigate it again, so I'm just gonna

21        forget about it.

22              MS. SAILOR:      Right.

23              MR. SAILOR:      I don't believe him.

24              MS. SAILOR:      No, I don't -- I

25        don't know.
```

```
 1              MS. SAILOR:       I mean, I just, I
 2       mean -- I don't want to sound like negative or
 3       nothing like that, but it's just certain
 4       procedures you go through, you know what I'm
 5       saying to prove that.  They ain't talk to me
 6       or Kim.  What could they be investigating?
 7       The first time they went over it, they
 8       basically said they already read my
 9       transcripts already, right?
10              MS. SAILOR:       Right.
11              MR. SAILOR:       Because they saying
12       my application is being contradicted.  So
13       ain't nothing left for you to do but speak to
14       the actual people involved, be it my lawyer,
15       Cordell; you know what I'm saying?  Like,
16       ain't nothing to investigate.
17              MS. SAILOR:       Well, I think they're
18       going to force them to --
19              AUTO ATTENDANT:   This call is
20       originating from an Ohio Correctional Facility
21       and may be recorded and monitored.
22              MS. SAILOR:       It's going to force
23       them to, like -- what's the word?  Like review
24       it, and review it, and like follow like their
25       proper procedure.
```

```
 1              MR. SAILOR:      Procedure.

 2              MS. SAILOR:      Yeah, you know --

 3         stop.  Or it's gonna --

 4              MR. SAILOR:      They might just try

 5         to stall it out.

 6              MS. SAILOR:      It's gonna reveal

 7         them to be liars.

 8              MR. SAILOR:      They should have

 9         never told him that.

10              MS. SAILOR:      Right.  Yeah, that's

11         something that -- that's something that, like,

12         Kim could never get from them.  Something like

13         on file, on record, saying that they're going

14         to do this, that, and the other.  And now

15         they're telling him, specifically, that

16         they're gonna -- that they're reviewing it.

17              MR. SAILOR:      They saying they

18         already -- it's already being reinvestigated

19         right now.

20              MS. SAILOR:      That's what it sounds

21         like.  That's what it seemed like.

22              MR. SAILOR:      That's bullshit.  Is

23         your day (inaudible)?

24              MS. SAILOR:      Uh-huh.

25              MR. SAILOR:      Both of them?
```

```
 1              MS. SAILOR:        Uh-huh.  Did your
 2         mail smell good?
 3              MR. SAILOR:        Huh?
 4              MS. SAILOR:        Did your mail smell
 5         good?
 6              MR. SAILOR:        No, it stink.  Kids,
 7         of course, smell good.
 8              MS. SAILOR:        Mine stink.
 9              MR. SAILOR:        Yeah.  They smell
10         like shit.  Bullshit.
11              MS. SAILOR:        Hater.
12              MR. SAILOR:        Who?  I ain't never
13         been known to hate.  I can't believe dude
14         tried to assassinate my name like that, man,
15         that shit hurts.
16              MS. SAILOR:        Oh yeah, what,
17         that's, what?  Hold on.
18              MR. SAILOR:        What?
19              MS. SAILOR:        Hold on, man.
20              MR. SAILOR:        Hello?
21              MS. SAILOR:        Hello?  Hello?  Oh,
22         yeah, no, no, no.  Sorry, my headphones came
23         out of my ear and I didn't realize that they
24         got unplugged a little bit.
25              MR. SAILOR:        Man, dude, dude
```

1        claiming that --

2             MS. SAILOR:      Dude?  What dude?

3             MR. SAILOR:      The corn boy nigga,

4        the broke ass nigga, that borrowed the money

5        and never paid it back.  The nigger who I'm

6        down here for oh.

7             MS. SAILOR:      Oh my God, are you

8        serious?

9             MR. SAILOR:      Yeah, he claimed that

10        I played you --

11             MS. SAILOR:      Who was he claiming

12        this to?

13             MR. SAILOR:      I'm saying that

14        don't -- it don't -- all that don't matter.  I

15        made you tell on him, like you told on him.  I

16        made you turn on him. I told you to turn on

17        him, and that's why he lost his job.

18             AUTO ATTENDANT:   You have one minute

19        remaining.

20             MR. SAILOR:      And then he don't

21        give a fuck.

22             MS. SAILOR:      (Inaudible) himself

23        though.  He's making himself sound stupid

24        because there wasn't nothing to tell on.

25             MR. SAILOR:      He made all this

1      money.  (Unintelligible) but he making it

2      sound like he was doing all this shit, and he

3      make --

4              AUTO ATTENDANT:   This call is

5      originating from an Ohio correctional facility

6      and may be recorded and monitored.

7              MR. SAILOR:      He making it like he

8      made all this money, and then the shit hit the

9      fan, you told on him.  That's why he got

10     fired, but he don't give a fuck 'cause he up.

11             MS. SAILOR:      Man, whatever.  I

12     wish I knew his name so I could look him up

13     and dog his ass.

14             AUTO ATTENDANT:   Thank you for using

15     GTL.

16             (End of recording.)

17                      - - -

18

19

20

21

22

23

24

25

```
1   State of Ohio,        )
                          ) SS:
2   County of Cuyahoga.   )

3

4              C E R T I F I C A T E

5

6          I, Steven Mengelkamp, do hereby certify

7       that I have transcribed the proceedings

8       of the jail call between Ru-El Sailor,

9       Amy Sailor and Kyle Swenson, recorded on

10      June 17, 2016; and that the foregoing is a

11      true and accurate transcript made to the best

12      of my ability.

13

14

15

16

17

18

19

20          _____
            TRANSCRIBER
21
            FINCUN-MANCINI COURT REPORTERS
22          26380 Curtiss Wright Parkway
            Cleveland Jet Center, Ste. 103
23          Cleveland, Ohio 44143
            (216) 696-2272
24          email@fincunmancini.com

25
```

Case: 1:20-cv-00660-DAR  Doc #: 81-11  Filed: 07/17/24  20 of 22.  PageID #: 1291

Ru-el Sailor v.                                                                 Jail Call #119
City of Cleveland, et al.                                                       June 17, 2016

## $

**$20 (1)**
12:8
**$7.72 (1)**
2:5

## A

**able (2)**
7:5;8:21
**accept (1)**
2:11
**accomplice (1)**
3:12
**account (2)**
6:2;12:9
**actual (1)**
14:14
**affidavit (1)**
2:20
**afterwards (1)**
2:22
**again (1)**
13:20
**ahead (1)**
6:19
**ain't (5)**
11:19;14:5,13,16;
16:12
**Alright (3)**
9:21,23;10:14
**Amy (5)**
2:19;5:11;8:22;
9:15;12:3
**application (4)**
6:3,8,9;14:12
**appreciate (2)**
7:4;9:24
**area (1)**
2:6
**around (1)**
8:16
**article (1)**
6:22
**ass (4)**
6:15;13:14;17:4;
18:13
**assassinate (1)**
16:14
**ATTENDANT (8)**
2:2;4:14;7:7;
11:23;14:19;17:18;
18:4,14
**AUTO (8)**
2:2;4:14;7:7;
11:23;14:19;17:18;
18:4,14

## B

**back (7)**

---

4:4;5:12,20;12:14,
22,25;17:5
**balance (1)**
2:5
**bank (5)**
12:21,24;13:1,3,6
**bank's (1)**
12:13
**base (1)**
8:4
**basically (1)**
14:8
**bat (1)**
7:13
**beforehand (2)**
8:22;9:1
**beginning (1)**
5:11
**behind (1)**
3:10
**Bill (1)**
7:5
**bit (1)**
16:24
**borrowed (1)**
17:4
**Both (1)**
15:25
**boy (1)**
17:3
**broke (1)**
17:4
**bullshit (3)**
6:6;15:22;16:10
**bus (1)**
4:11
**bye (2)**
10:2,3

## C

**call (14)**
2:3,7,9,11,12,12;
4:14;7:7;8:2,12;
11:23;12:7;14:19;
18:4
**called (2)**
4:23;5:12
**came (2)**
3:8;16:22
**can (3)**
6:20;9:3,7
**care (1)**
9:25
**cause (3)**
4:6;7:19;18:10
**certain (1)**
14:3
**claimed (1)**
17:9
**claiming (2)**
17:1,11
**Close (1)**

---

11:16
**collect (2)**
2:3;12:7
**coming (1)**
5:15
**connected (1)**
2:8
**conscience (1)**
11:15
**contradict (1)**
3:4
**contradicted (1)**
14:12
**Cool (2)**
4:13;9:11
**copy (1)**
8:22
**Cordell (5)**
2:21;3:4,20;9:14;
14:15
**corn (1)**
17:3
**correction (1)**
2:12
**Correctional (5)**
4:15;7:8;11:24;
14:20;18:5
**course (2)**
8:5;16:7
**cover (2)**
6:14;13:14
**cupcakes (1)**
10:11
**current (1)**
2:5
**cut (2)**
10:9,15

## D

**day (2)**
10:24;15:23
**deal (1)**
6:23
**debit (1)**
2:9
**decide (1)**
4:3
**decided (1)**
6:11
**development (1)**
6:13
**different (4)**
4:10;5:14;6:3;9:16
**digit (2)**
2:3,4
**discussion (1)**
6:10
**document (2)**
2:22,24
**dog (1)**
18:13
**down (3)**

---

4:23;13:10;17:6
**drop (1)**
13:18
**dude (6)**
12:11;16:13,25;
17:2,2

## E

**ear (1)**
16:23
**earlier (1)**
5:5
**early (1)**
8:7
**eight (2)**
8:10,10
**El (1)**
10:1
**emailed (1)**
5:4
**emailing (1)**
5:9
**End (1)**
18:16
**English (1)**
2:2
**enough (1)**
7:16
**enter (2)**
2:3,6
**especially (1)**
6:19
**even (1)**
5:3
**except (1)**
9:6
**explaining (1)**
10:23
**explains (1)**
3:15

## F

**facility (6)**
2:13;4:15;7:8;
11:24;14:20;18:5
**faking (1)**
13:13
**fan (1)**
18:9
**felt (2)**
4:6,9
**file (1)**
15:13
**finally (1)**
5:19
**fine (2)**
8:12;11:4
**fired (1)**
18:10
**first (1)**
14:7

---

**follow (1)**
14:24
**followed (1)**
2:4
**force (2)**
14:18,22
**forget (1)**
13:21
**fridge (2)**
11:9,16
**fuck (3)**
13:19;17:21;18:10
**fumbling (1)**
11:13
**further (1)**
6:10

## G

**gives (4)**
6:16,18;12:21,25
**God (1)**
17:7
**goes (1)**
9:8
**gonna (6)**
12:13,14;13:20;
15:3,6,16
**good (5)**
4:21;6:12;16:2,5,7
**great (3)**
4:20,22;9:15
**GTL (2)**
2:14;18:15
**Guess (1)**
10:7
**guilty (2)**
3:13;11:14
**guys (6)**
4:20;8:2,24;9:4,7,
19

## H

**hate (1)**
16:13
**Hater (1)**
16:11
**headphones (1)**
16:22
**hear (2)**
10:12,12
**heard (1)**
5:6
**Hello (6)**
2:9,15;10:5;16:20,
21,21
**help (4)**
11:17,20,22;12:3
**hey (4)**
2:16,16,18;10:9
**highlights (1)**
9:16

Case: 1:20-cv-00660-DAR  Doc #: 81-11  Filed: 07/17/24  21 of 22.  PageID #: 1292

Ru-el Sailor v.                                                                 Jail Call #119
City of Cleveland, et al.                                                        June 17, 2016

**himself (2)**
17:22,23
**hit (1)**
18:8
**hold (4)**
2:6;10:4;16:17,19
**hopping (1)**
7:19
**hours (1)**
11:7
**How'd (1)**
12:12
**Huh (4)**
4:1;12:23;13:5;
16:3
**hurts (1)**
16:15

**I**

**ID (1)**
2:4
**ignore (1)**
5:8
**ignoring (1)**
5:11
**inaudible (3)**
5:9;15:23;17:22
**information (1)**
7:14
**initially (1)**
6:1
**inmate (2)**
2:3,10
**innocent (1)**
4:7
**interesting (1)**
6:12
**investigate (3)**
5:24;13:20;14:16
**investigating (1)**
14:6
**involved (1)**
14:14

**J**

**job (1)**
17:17

**K**

**kept (1)**
5:8
**Kids (1)**
16:6
**Kim (3)**
3:14;14:6;15:12
**kind (1)**
4:18
**knew (4)**
3:11,12,14;18:12
**knowing (2)**

4:7;11:12
**known (1)**
16:13
**Kyle (1)**
8:17

**L**

**last (2)**
4:19;9:6
**lawyer (2)**
6:19;14:14
**left (2)**
3:18;14:13
**legal (3)**
2:22,24;3:9
**liars (1)**
15:7
**listening (2)**
11:10,11
**little (3)**
5:14;9:6;16:24
**look (6)**
5:15,17;6:20;
10:19,21;18:12
**looking (1)**
7:21
**loss (3)**
13:2,4,7
**lost (1)**
17:17

**M**

**mail (3)**
10:5;16:2,4
**making (4)**
10:19;17:23;18:1,7
**man (12)**
3:8;4:18;10:10,17;
11:6,20;13:12,13;
16:14,19,25;18:11
**matter (1)**
17:14
**may (5)**
4:16;7:9;11:25;
14:21;18:6
**mean (13)**
2:23;4:5;5:2,14;
6:12,13;7:11;10:20;
12:5,11;13:16;14:1,2
**middle (1)**
10:16
**might (1)**
15:4
**Mine (1)**
16:8
**minute (1)**
17:18
**moment (1)**
4:19
**Monday (10)**
5:5;7:21,22,23,24;

8:3;9:4,5,9,20
**money (5)**
12:14,19;17:4;
18:1,8
**money's (1)**
12:14
**monitored (5)**
4:16;7:9;11:25;
14:21;18:6
**monitoring (1)**
2:13
**more (2)**
4:5;8:3
**morning (4)**
7:23,24;8:1,3
**motherfucker (1)**
13:18
**motherfuckers (1)**
13:13
**move (1)**
7:3
**moving (1)**
6:19
**much (5)**
3:17,23;7:11,14;
9:5
**myself (1)**
10:21

**N**

**name (2)**
16:14;18:12
**need (2)**
7:15;11:11
**negative (1)**
14:2
**news (2)**
4:20,22
**newspaper (1)**
6:21
**nigga (2)**
17:3,4
**nigger (1)**
17:5
**nine (3)**
8:11,12,13
**number (2)**
2:4,4

**O**

**o'clock (1)**
8:12
**off (2)**
10:9,15
**Ohio (6)**
2:10;4:15;7:8;
11:24;14:20;18:5
**Olivia (1)**
13:11
**one (2)**
8:3;17:18

**only (5)**
3:7,7,19;4:18;
11:17
**open (1)**
4:25
**originating (5)**
4:15;7:8;11:24;
14:20;18:5
**out (10)**
3:8,16;5:15;8:7,9,
18,25;12:12;15:5;
16:23
**outside (1)**
3:22
**over (4)**
9:3;11:2,13;14:7

**P**

**paid (2)**
12:18;17:5
**pal (1)**
9:23
**part (1)**
7:15
**Penitentiary (1)**
2:10
**people (1)**
14:14
**perjured (1)**
3:17
**perjures (1)**
3:19
**person (1)**
3:13
**phone (3)**
5:3;7:21;12:15
**photo (1)**
9:11
**picture (2)**
9:13,15
**PIN (1)**
2:4
**Pistachio (1)**
10:11
**played (1)**
17:10
**please (4)**
2:3,6,6,7
**polygraph (1)**
7:12
**positive (1)**
7:2
**prepaid (1)**
2:9
**press (4)**
2:11;6:17,18,21
**pretty (4)**
3:17,23;8:7;9:5
**problem (1)**
3:5
**procedure (2)**
14:25;15:1

**procedures (1)**
14:4
**PROCEEDINGS (1)**
2:1
**proper (1)**
14:25
**prove (1)**
14:5
**proving (1)**
4:8
**put (3)**
7:11,15;8:25
**putting (2)**
5:22;7:20

**R**

**reactions (1)**
3:9
**read (1)**
14:8
**realize (1)**
16:23
**really (7)**
4:21;7:1,2;9:16;
10:23,24;13:17
**reason (3)**
3:7,7;5:23
**receptive (1)**
4:24
**record (1)**
15:13
**recorded (5)**
4:16;7:9;11:25;
14:21;18:6
**recording (2)**
2:14;18:16
**refuse (1)**
2:11
**reinvestigate (2)**
6:11;7:1
**reinvestigated (2)**
6:22;15:18
**rejected (2)**
5:23;6:1
**Relax (1)**
12:5
**remaining (1)**
17:19
**results (1)**
7:12
**reveal (1)**
15:6
**review (2)**
14:23,24
**reviewing (1)**
15:16
**Ride (1)**
3:24
**riding (1)**
3:21
**right (15)**
3:1,6;5:10,18,25;

6:24;8:14;9:10;
13:15,17,22;14:9,10;
15:10,19
**roll (1)**
2:23

## S

**SAILOR (111)**
2:15,18;3:1,6;4:1,
5,22;5:10,18;6:6,14,
24;7:4,17,22,23,25;
8:5,6,9,14,15,17,21;
9:2,10,17,21,22,23;
10:2,4,6,7,9,11,14,18,
20,22;11:1,4,5,9,19;
12:1,2,4,6,8,10,13,16,
17,18,20,23,24;13:1,
3,5,6,8,10,12,15,16,
22,23,24;14:1,10,11,
17,22;15:1,2,4,6,8,10,
17,20,22,24,25;16:1,
3,4,6,8,9,11,12,16,18,
19,20,21,25;17:2,3,7,
9,11,13,20,22,25;
18:7,11
**same (1)**
3:23
**sat (1)**
11:7
**saying (19)**
3:6,10,14,15,18,22,
24;4:17,24;8:18;
10:15;11:19,20;14:5,
11,15;15:13,17;17:13
**Scene (1)**
6:21
**second (1)**
10:15
**seemed (1)**
15:21
**send (1)**
8:22
**sense (1)**
6:5
**sentence (1)**
10:16
**serious (1)**
17:8
**set (1)**
9:5
**setup (1)**
9:8
**shit (9)**
11:3,8;12:7,12,21;
16:10,15;18:2,8
**Shut (1)**
11:9
**situation (1)**
7:21
**smell (4)**
16:2,4,7,9
**sorry (3)**

11:10,18;16:22
**sound (4)**
11:14;14:2;17:23;
18:2
**sounds (1)**
15:20
**speak (2)**
7:5;14:13
**speaking (1)**
11:6
**specifically (2)**
7:15;15:15
**spokesman (1)**
5:4
**stall (1)**
15:5
**start (1)**
10:13
**State (1)**
2:10
**stay (1)**
12:14
**steps (1)**
5:24
**still (2)**
4:11;7:19
**stink (2)**
16:6,8
**stop (4)**
10:19;11:2,16;15:3
**story (2)**
11:12;13:18
**story's (1)**
5:15
**stuff (3)**
4:21,25;7:12
**stupid (1)**
17:23
**subject (1)**
2:13
**sure (1)**
6:13
**surprised (1)**
7:2
**SWENSON (27)**
2:16,19;3:2,25;4:2,
12,17;5:2,13,19;6:7,
16,25;7:6,10,18,24;
8:2,11,16,19,24;9:3,
12,18,25;10:3

## T

**talk (3)**
5:17;9:19;14:5
**talked (2)**
11:3,8
**talking (6)**
4:25;7:25;10:10,
17;11:2,13
**telling (2)**
10:25;15:15
**ten (1)**

8:10
**testimony (1)**
3:20
**Thanks (2)**
9:22,23
**though (3)**
12:15;13:19;17:23
**three (1)**
11:7
**throw (1)**
4:10
**today (1)**
4:20
**together (4)**
3:21;7:20;10:23,24
**told (7)**
2:21;6:20;11:7;
15:9;17:15,16;18:9
**tomorrow (1)**
10:5
**touch (1)**
8:4
**transcripts (1)**
14:9
**trial (1)**
6:4
**tried (1)**
16:14
**try (2)**
3:11;15:4
**trying (7)**
6:14;10:18;11:5,
20,21;12:3;13:13
**turn (2)**
17:16,16

## U

**uh (2)**
10:13,13
**um (1)**
10:13
**under (1)**
4:10
**Unintelligible (1)**
18:1
**unplugged (1)**
16:24
**up (2)**
18:10,12
**upon (1)**
6:10
**use (1)**
2:20
**using (2)**
2:14;18:14

## V

**verified (1)**
2:24
**visit (2)**
11:3,8

## W

**wait (3)**
2:7;8:7;10:15
**way (1)**
10:12
**Wednesday (4)**
8:18,19,20,23
**week (1)**
5:5
**weren't (3)**
11:20,21;12:3
**what's (4)**
2:20;6:22;7:20;
14:23
**whole (1)**
13:18
**wish (1)**
18:12
**word (1)**
14:23
**words (1)**
11:14
**work (1)**
12:12
**worked (2)**
9:13,13
**working (1)**
7:19
**works (1)**
12:21
**worse (3)**
5:17;10:19,21

## Z

**zero (1)**
2:11

## 1

**10:30 (2)**
8:6,10

## 4

**4 (1)**
2:4

## 7

**7 (1)**
2:3