```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF OHIO
 2                     EASTERN DIVISION

 3                        - - -

 4   Ru-El Sailor,              )
                                )
 5              Plaintiff,       )
                                )
 6         vs.                   )  Case No. 1:22-CV-00660
                                )
 7   City of Cleveland, et al.  )
                                )
 8              Defendant.       )

 9                        - - -

10

11              Transcript of audio recorded jail call,

12         Umar Clark Jr. - Disk 5 - Call 222, between

13         Manman and Amy Sailor on May 4, 2017.

14                        - - -

15

16

17

18

19

20

21

22

23                                      ┌─────────────┐
                                        │  EXHIBIT    │
24                                      │             │
                                        │     N       │
25                                      └─────────────┘
```

**FINCUN-MANCINI -- THE COURT REPORTERS**
**(216) 696-2272 -- email@fincunmancini.com**

```
 1                      PROCEEDINGS
 2              AUTO ATTENDANT:   For English press
 3         one.  For a collect -- please enter your seven
 4         digit inmate -- at the beep repeat the phrase
 5         with Global Tel Link my voice is my password.
 6              MANMAN:           With Global Tel Link,
 7         my voice is my password.
 8              AUTO ATTENDANT:   Your current balance
 9         is $9.41.  Please enter the area code and
10         phone number you are calling now.  Please
11         hold.  Please wait while your call is being
12         connected.  Please hold.
13              Hello, this is a prepaid debit call
14         from an inmate at the Ohio State Penitentiary.
15         To accept this call, press 0.  To refuse
16         this -- this call is from a correction
17         facility and is subject to monitoring and
18         recording.
19              Thank you for using GTL.
20              MANMAN:           Hello.
21              MS. SAILOR:     What's up, Manman?
22              MANMAN:           What's up, Ames.
23         What's going on?
24              MS. SAILOR:     Nothing.
25              MANMAN:           You talked to the
```

1          brother today?

2                  MS. SAILOR:      Yeah, I already

3          talked to him.

4                  MANMAN:          Oh, tell him I said

5          -- just tell him I said, Shot said the nigga

6          just back locked up.

7                  MS. SAILOR:      You said -- say that

8          again?

9                  MANMAN:          Tell him -- he was

10         asking me to get the nigga's just the number,

11         but tell him.

12                 MS. SAILOR:      Oh.

13                 MANMAN:          Tell him I just

14         talked to him.  Tell him he's locked back up.

15                 MS. SAILOR:      Oh, okay.

16                 MR. SAILOR:      Can you do me a

17         favor?

18                 MS. SAILOR:      Uh-huh.

19                 MANMAN:          Can you -- can you

20         J-pay me Will for me and see where he at?

21                 MS. SAILOR:      You want me to look

22         him up?  Or you just want me to ask him where

23         he is?

24                 MANMAN:          No, just ask him

25         where he at.  I think he's in the field, but I

1          just want to know if he's about to show, but

2          I'm about to write him.

3                    MS. SAILOR:       Hold on.

4                    AUTO ATTENDANT:   This call is

5          originating from an Ohio Correctional Facility

6          and may be recorded and monitored.

7                    MS. SAILOR:       I don't even have him

8          on my JPay.

9                    MANMAN:           Huh?

10                   MS. SAILOR:       What's his inmate

11         number?  I don't have him on my J-Pay.

12                   MANMAN:           It's 631449.  You

13         know you got to put an A in front of it.

14                   MS. SAILOR:       He's in Mansfield.

15         Damn, he's at Mansfield.  That's crazy.

16         Cheese just went -- just left today.

17                   MANMAN:           Oh, he did?

18                   MS. SAILOR:       Yeah, and then

19         yesterday, you know, we were just talking

20         about when he was going up a review.  They

21         took him up a review yesterday.

22                   MANMAN:           Oh, they did?

23                   MS. SAILOR:       They took El up for

24         review yesterday, but he still won't be able

25         to ride out until, like, the first week of

```
 1          June.

 2                MANMAN:              I mean, that ain't

 3          bad though.  So they dropped something?

 4                MS. SAILOR:      Not yet.  No, not

 5          yet.  It's some bullshit.  They told him that

 6          they were going to deny him and that he has to

 7          appeal it, but they're doing it now, so that

 8          he has time to appeal it before his official

 9          review.  But it's just the way that they do

10          things down there.  So they're still going to

11          drop him no matter what.  But they go around

12          in circles.  Instead of just dropping it, they

13          make you appeal it.

14                MANMAN:              Oh, okay.  So they

15          just want to be assholes about the situation?

16                MS. SAILOR:      Yes, definitely.  But

17          Meal, he needs to grow a beard.  He's got like

18          that pedophile mustache on his mug shot.

19                MANMAN:              Oh, they got a new

20          mug shot on there?

21                MS. SAILOR:      He looks -- I don't

22          know if that's new or old, but he's got a

23          mustache with no beard.  He looks like a

24          pervert.

25                MANMAN:              Oh, God.  I wonder
```

1       how you get that off though.  He was just in

2       Toledo.  I'm thinking he hardship though.

3              MS. SAILOR:      Oh yeah, you did say

4       that.

5              MANMAN:          Yeah, but they about

6       to -- I think they about to take me up for a

7       special review where they said they told me --

8       I just filled out the paperwork.  But I don't

9       know if they're going to give it to me.

10      Hopefully we all link up.

11             AUTO ATTENDANT:   This call is

12      originating from an Ohio Correctional Facility

13      and may be recorded.

14             MS. SAILOR:  S    o what where are you

15      being dropped to?

16             MANMAN:          A Level 3 if I get

17      dropped.

18             MS. SAILOR:      Oh and they don't

19      have Level 3 in there at all.

20             MANMAN:          No, this a Level 4,

21      4A, and 4B and 5 down here too.

22             MS. SAILOR:      Right, right, right,

23      I forgot.

24             MANMAN:          I'm 4A right now.

25      But I end up being a, what you call it, a

1          model citizen?

2                MS. SAILOR:      A model inmate.  Do

3          you want to go to Mansfield, though?

4                MANMAN:             Yeah, that's where I

5          was trying to go to.  Everybody want to go --

6          I got a lot of family down there.  My big

7          brother down there, you know.

8                MS. SAILOR:      It's going to be --

9          they don't know what they're getting

10         themselves into.

11               MANMAN:             Right, that's what

12         I'm thinking, too.

13               MS. SAILOR:      You guys might as

14         well just be out here on the streets.

15               MANMAN:             Hopefully, it will be

16         another episode like we had in Trumbell.  That

17         was a nice situation.

18               MS. SAILOR:      Leave me out of it.

19               MANMAN:             We gonna do the right

20         thing this time, though.

21               MS. SAILOR:      Right.  No, I won't

22         let him fuck around.  We're too close to the

23         finish line.

24               MANMAN:             Yeah, well, you know,

25         I look at it like that too.  I know you

1          excited about that.

2               MS. SAILOR:      I'm really excited

3          because I don't know, I haven't even told you,

4          or I don't know if he wrote you and told you,

5          but so, you know, the new prosecutor took

6          office in January, and this is the man that I,

7          like, I had been following him around during

8          his campaign and showing up --

9               MANMAN:          I know, he was

10         telling me about it.  Dude told me about it.

11              MS. SAILOR:      Well, so the

12         Innocence Project, they wanted to file his new

13         trial motion, but the prosecutor told me, he

14         was like, you know, I take office January 1st,

15         he was like, you know, resubmit that

16         application to January 2nd, and I'll make sure

17         that we do the right thing.

18              So I was telling the Innocence Project,

19         like, let's not file the new trial motion yet.

20         Let's rewrite or resubmit the application, you

21         know, his application of innocence.  So they

22         rewrote it, and they -- it's hard as fuck.  I

23         mean, they did a very good job rewriting that

24         application, and they resubmitted it.  So

25         about a week later, I called the prosecutor's

1          office and I had to leave a message and I

2          didn't think anyone was going to call me back,

3          but this man called me back and, you know, he

4          was like, you know, my name is Russell Tye.

5          He was like, I am in charge of the Conviction

6          Integrity Unit.  Michael O'Malley assigned me

7          to investigate Mr. Sailor's case.

8                 He was like, I just wanted to let you

9          know that I've been reviewing his case since

10         January.  He was like, you know, I pulled the

11         police file and the transcripts and this,

12         this, that and the other.  So, but it's April.

13         Okay, so we're just now fucking with them in

14         April, but they've been reviewing his case

15         since January and we didn't even know it.

16                So they're already ahead.  And so He

17         was like, I just wanted to call you back and

18         let you know that I've been reviewing it from

19         January, and at this point, it looks like to

20         me that this is a case of wrongful

21         identification.  I'm about to throw up.  I'm

22         so excited by this conversation.  So I talk to

23         this man once a week, and he's so on top of

24         his shit.  I mean, he knew stuff about the

25         case that took me a year to understand and

1          realize.

2                  MANMAN:          (Inaudible.)

3                  MS. SAILOR:      Yeah, like there's so

4          many little things that just keep popping up

5          here and there.  Well, he used to be a defense

6          attorney.  So not only is he new to the office

7          and wants to make an impression, he's looking

8          at it from a different point of view instead

9          of like a prosecutor; and he's black.

10                 MANMAN:          Oh, okay, that's

11         (inaudible) --

12                 MS. SAILOR:      So all that dark

13         skin, light skin shit; you know what I'm

14         saying.

15                 AUTO ATTENDANT:  This call is

16         originating from an Ohio Correctional Facility

17         and may be recorded and monitored.

18                 MS. SAILOR:      You know how all the

19         witnesses were like that, you know, it was two

20         light skin men and you know Cordell's light

21         skin, El's dark skin.  So that means something

22         to someone who knows color.  You know what I

23         mean?  A white prosecutor might not look at it

24         like that, but you know.  So there's, I mean,

25         I just spoke to him a couple of days ago and

1    he said that he was sending an investigator

2    out to talk to a witness, and then once they

3    get that statement from the witness, he was

4    like, they're taking it to the next step.  So

5    he could be home within the next month.

6         MANMAN:          Oh yeah, so it's like

7    any day now for real?

8         MS. SAILOR:      No, like it literally

9    is, like, you know.  I know I've been saying

10   that for a minute, though, but it's really

11   like, this is it, this is the end now, and,

12   you know, they just exonerated someone from

13   Grafton, this dude named Evan King, he was

14   doing 23 years.  They discovered, like, on

15   some DNA shit, like, back in, like 2009, but

16   they never, like they never did anything about

17   it.  So the same attorney that represented

18   Evan King on his exoneration is the same

19   attorney from the Innocence Project that

20   represents El.

21        So when she went downtown two weeks ago

22   for the exoneration, she had a side meeting

23   with the prosecutor's office and, you know,

24   they basically told her, you know, what's up.

25   So, when the new prosecutor took office in

```
 1          January, he basically started investigating
 2          Evan King and El's case.  But Evan King was
 3          doing 23 years, so he basically took priority.
 4          So he's definitely doing the right thing, the
 5          new prosecutor, I mean, he's doing what he's
 6          supposed to be doing, so definitely.
 7               MANMAN:            Yeah, bruh don't want
 8          to get a lawsuit, too.
 9               MS. SAILOR:        Well, his attorney
10          said that, because, you know, he's got the
11          Innocence Project but he's still stuck with
12          Kim.  You know, they signed a contract to
13          collaborate with each other.  So Kim said that
14          someone approached her and was like, does
15          Ru-el Sailor have a civil rights attorney?
16          And she was like, we're not there yet.  We're
17          not at that point yet for him to start
18          thinking about suing the state.  But I guess
19          there's like rumors going around in the
20          Justice Center about another exoneration.  So
21          she was like, the sharks are swarming.  They
22          can smell the blood.  So she was like, don't
23          be surprised if you start getting phone calls
24          from random attorneys, you know, like offering
25          up the best deal because they know when he
```

```
1        comes home, he's going to be able to sue the
2        state.
3               MANMAN:          Right, yeah.
4               MS. SAILOR:      So definitely some --
5               MANMAN:          I'm glad everything
6        going good for you all.
7               MS. SAILOR:      Yeah, I had got with
8        your dad.  You know, he wrote an updated
9        letter to the prosecutor's office.
10              MANMAN:          (Inaudible) I
11       supposed to have Ben called you, but you know
12       how I'd be in La La Land.
13              MS. SAILOR:      No, I know.  So --
14              MANMAN:          And then my mama had
15       told me they had seen you not too long ago.
16              MS. SAILOR:      Yeah, yeah.  So yeah,
17       he signed it, she notarized it.  So I probably
18       didn't need to do all that but I just wanted
19       to make sure that it was like super official,
20       just because it said some heavy things in
21       there.  It was like really like heartfelt.
22              MANMAN:          Everything in y'all
23       favor.
24              MS. SAILOR:      Absolutely.  I mean,
25       I'm still skeptical, because they could be on
```

```
 1          some fuck shit no matter what and that's just
 2          how they are.  But it's like they really
 3          seriously, like there's like 95 percent no way
 4          that they could.  If there is, I'm gonna be
 5          completely shocked, and I'm gonna like be on
 6          some bullshit.
 7               MANMAN:              Right.  Yeah, you
 8          should.  Do you still all need dude off of
 9          Englewood?
10               MS. SAILOR:      I mean, hell, yeah,
11          we would definitely --
12               MANMAN:              I mean, need the help
13          though, but y'all still going without it.
14               MS. SAILOR:      No.  Well, yeah,
15          we're going without it, because if it ever
16          boils down to, like, a retrial, he's going to
17          be ripped to shreds.  There's no way that
18          whatever he has to say will be taken into
19          account because they're going to tear it down.
20          But it would be so much easier.  Like, if he
21          came forward today, they would, like, let him
22          out tomorrow.
23               So I wish we could get him.  Like,
24          that's been my goal.  I've been trying to get
25          at him for, like, three years.
```

**FINCUN-MANCINI -- THE COURT REPORTERS**
**(216) 696-2272 -- email@fincunmancini.com**

```
1            MANMAN:            Like, did y'all try
2       to find, um -- I know Boogie was telling me he
3       was, um -- he was at, um, he was at the lady
4       barber when everything took place.  You all
5       ain't ever find to her?
6            MS. SAILOR:      She won't come
7       forward.  We sent our private investigator and
8       she just, she flat out won't come forward.
9       Like, she's so caught.
10           AUTO ATTENDANT:   This call is
11      originating from an Ohio correctional facility
12      and may be recorded and monitored.
13           MS. SAILOR:      She acts like she's
14      scared.
15           MANMAN:            Oh, she ain't, she
16      don't want to be involved at all.
17           MS. SAILOR:      Uh-uh.  But then, you
18      know, the dude that was with Omar, Dude, they
19      call him Dude, he's in the County doing a
20      little bit.  So we sent our private
21      investigator down there to get a statement
22      from him, and basically he was talking about
23      he ain't going to do nothing until somebody,
24      like comes up off something for him.  You
25      know, so he was basically just trying to get
```

16

```
1              paid for a statement, you know.  Kim couldn't
2              do that.  The PI couldn't do that.  That's
3              against the law.  They would have gotten in
4              trouble if they would have put money on this
5              books or did something for him.
6                      Some of El's dudes went down there.
7                      MANMAN:            (Inaudible) against
8              the law?
9                      MS. SAILOR:        I mean, because he
10             asked for it, if they would have done it --
11             well, I don't know if it's necessarily against
12             the law, but it's against ethics.  You know I
13             mean like, and there's rules to ethics, you
14             know, like ethics rules as an attorney and
15             they would've got, you know, like, in trouble
16             for that.  And then they could've, like,
17             completely, like, discredited us, basically,
18             you know, and, like, tried to use it against
19             us.  But then, so the next, like, a couple of
20             days later, one of El's dudes went down there
21             and, like, talked to him, like, you know,
22             like, man to man, I guess you could say, like,
23             street got a street guy, and he was like -- he
24             said he was like, man, I was high as fuck that
25             night.  He was like, I didn't see shit, you
```

```
1        know what I'm --

2              AUTO ATTENDANT:   You have one minute

3        remaining.

4              MS. SAILOR:      He was like I

5        definitely didn't see Dude.  He was like -- he

6        was like, they need to be going after the

7        police.  He was like, because there was a lot

8        of corruption.  So he was basically just

9        saying that the police told him to say what he

10       said and you know so.

11             MANMAN:          Alright.  Alright,

12       man, y'all stay up, keep doing your thing,

13       man.  Hopefully it'll be --

14             MS. SAILOR:      Alright, I'll talk to

15       you later.

16             MANMAN:          Tell bro what I said,

17       dude, locked back -- locked up.  He's looking

18       for him.

19             MS. SAILOR:      Okay, I will.

20             MANMAN:          I'll call you if I

21       need you.

22             MS. SAILOR:      Okay.  Alright, bye.

23             (End of recording.)

24                       - - -

25
```

18

```
1   State of Ohio,        )
                          ) SS:
2   County of Cuyahoga.   )

3

4              C E R T I F I C A T E

5

6         I, Steven Mengelkamp, do hereby certify

7      that I have transcribed the proceedings

8      of the jail call between Ru-El Sailor and

9      Amy Sailor, recorded on May 4, 2017; and

10     that the foregoing is a true and accurate

11     transcript made to the best of my ability.

12

13

14

15

16

17

18

19     TRANSCRIBER

20     FINCUN-MANCINI  COURT  REPORTERS
       26380 Curtiss Wright Parkway
21     Cleveland Jet Center, Ste. 103
       Cleveland, Ohio 44143
22     (216) 696-2272
       email@fincunmancini.com
23

24

25
```

Case: 1:20-cv-00660-DAR   Doc #: 81-12   Filed:  07/17/24   19 of 22.   PageID #: 1312
Ru-el Sailor v.                                                                                    Jail Call - Disk 5 - Call 222
City of Cleveland, et al.                                                                                                May 4, 2017

## $

**$9.41 (1)**
2:9

## A

**able (2)**
4:24;13:1
**Absolutely (1)**
13:24
**accept (1)**
2:15
**account (1)**
14:19
**acts (1)**
15:13
**again (1)**
3:8
**against (5)**
16:3,7,11,12,18
**ago (3)**
10:25;11:21;13:15
**ahead (1)**
9:16
**ain't (4)**
5:2;15:5,15,23
**Alright (4)**
17:11,11,14,22
**Ames (1)**
2:22
**appeal (3)**
5:7,8,13
**application (4)**
8:16,20,21,24
**approached (1)**
12:14
**April (2)**
9:12,14
**area (1)**
2:9
**around (4)**
5:11;7:22;8:7;
12:19
**assholes (1)**
5:15
**assigned (1)**
9:6
**ATTENDANT (7)**
2:2,8;4:4;6:11;
10:15;15:10;17:2
**attorney (6)**
10:6;11:17,19;
12:9,15;16:14
**attorneys (1)**
12:24
**AUTO (7)**
2:2,8;4:4;6:11;
10:15;15:10;17:2

## B

**back (7)**
3:6,14;9:2,3,17;
11:15;17:17
**bad (1)**
5:3
**balance (1)**
2:8
**barber (1)**
15:4
**basically (7)**
11:24;12:1,3;
15:22,25;16:17;17:8
**beard (2)**
5:17,23
**beep (1)**
2:4
**Ben (1)**
13:11
**best (1)**
12:25
**big (1)**
7:6
**bit (1)**
15:20
**black (1)**
10:9
**blood (1)**
12:22
**boils (1)**
14:16
**Boogie (1)**
15:2
**books (1)**
16:5
**bro (1)**
17:16
**brother (2)**
3:1;7:7
**bruh (1)**
12:7
**bullshit (2)**
5:5;14:6
**bye (1)**
17:22

## C

**call (13)**
2:11,13,15,16;4:4;
6:11,25;9:2,17;
10:15;15:10,19;
17:20
**called (3)**
8:25;9:3;13:11
**calling (1)**
2:10
**calls (1)**
12:23
**came (1)**
14:21
**campaign (1)**
8:8
**Can (4)**

3:16,19,19;12:22
**case (6)**
9:7,9,14,20,25;12:2
**caught (1)**
15:9
**Center (1)**
12:20
**charge (1)**
9:5
**Cheese (1)**
4:16
**circles (1)**
5:12
**citizen (1)**
7:1
**civil (1)**
12:15
**close (1)**
7:22
**code (1)**
2:9
**collaborate (1)**
12:13
**collect (1)**
2:3
**color (1)**
10:22
**completely (2)**
14:5;16:17
**connected (1)**
2:12
**contract (1)**
12:12
**conversation (1)**
9:22
**Conviction (1)**
9:5
**Cordell's (1)**
10:20
**correction (1)**
2:16
**Correctional (4)**
4:5;6:12;10:16;
15:11
**corruption (1)**
17:8
**County (1)**
15:19
**couple (2)**
10:25;16:19
**crazy (1)**
4:15
**current (1)**
2:8

## D

**dad (1)**
13:8
**Damn (1)**
4:15
**dark (2)**
10:12,21

**day (1)**
11:7
**days (2)**
10:25;16:20
**deal (1)**
12:25
**debit (1)**
2:13
**defense (1)**
10:5
**definitely (6)**
5:16;12:4,6;13:4;
14:11;17:5
**deny (1)**
5:6
**different (1)**
10:8
**digit (1)**
2:4
**discovered (1)**
11:14
**discredited (1)**
16:17
**DNA (1)**
11:15
**done (1)**
16:10
**down (9)**
5:10;6:21;7:6,7;
14:16,19;15:21;16:6,
20
**downtown (1)**
11:21
**drop (1)**
5:11
**dropped (3)**
5:3;6:15,17
**dropping (1)**
5:12
**Dude (8)**
8:10;11:13;14:8;
15:18,18,19;17:5,17
**dudes (2)**
16:6,20
**during (1)**
8:7

## E

**easier (1)**
14:20
**El (2)**
4:23;11:20
**El's (4)**
10:21;12:2;16:6,20
**end (3)**
6:25;11:11;17:23
**Englewood (1)**
14:9
**English (1)**
2:2
**enter (2)**
2:3,9

**episode (1)**
7:16
**ethics (3)**
16:12,13,14
**Evan (4)**
11:13,18;12:2,2
**even (3)**
4:7;8:3;9:15
**Everybody (1)**
7:5
**excited (1)**
8:1,2;9:22
**exonerated (1)**
11:12
**exoneration (3)**
11:18,22;12:20

## F

**facility (5)**
2:17;4:5;6:12;
10:16;15:11
**family (1)**
7:6
**favor (2)**
3:17;13:23
**field (1)**
3:25
**file (3)**
8:12,19;9:11
**filled (1)**
6:8
**find (2)**
15:2,5
**finish (1)**
7:23
**first (1)**
4:25
**flat (1)**
15:8
**following (1)**
8:7
**forgot (1)**
6:23
**forward (3)**
14:21;15:7,8
**front (1)**
4:13
**fuck (4)**
7:22;8:22;14:1;
16:24
**fucking (1)**
9:13

## G

**glad (1)**
13:5
**Global (2)**
2:5,6
**goal (1)**
14:24
**God (1)**

Case: 1:20-cv-00660-DAR  Doc #: 81-12  Filed: 07/17/24  20 of 22.  PageID #: 1313

Ru-el Sailor v.                                                    Jail Call - Disk 5 - Call 222
City of Cleveland, et al.                                                          May 4, 2017

5:25
**gonna (3)**
  7:19;14:4,5
**good (2)**
  8:23;13:6
**Grafton (1)**
  11:13
**grow (1)**
  5:17
**GTL (1)**
  2:19
**guess (2)**
  12:18;16:22
**guy (1)**
  16:23
**guys (1)**
  7:13

## H

**hard (1)**
  8:22
**hardship (1)**
  6:2
**heartfelt (1)**
  13:21
**heavy (1)**
  13:20
**hell (1)**
  14:10
**Hello (2)**
  2:13,20
**help (1)**
  14:12
**high (1)**
  16:24
**hold (3)**
  2:11,12;4:3
**home (2)**
  11:5;13:1
**Hopefully (3)**
  6:10;7:15;17:13
**Huh (1)**
  4:9

## I

**identification (1)**
  9:21
**impression (1)**
  10:7
**Inaudible (4)**
  10:2,11;13:10;16:7
**inmate (4)**
  2:4,14;4:10;7:2
**Innocence (5)**
  8:12,18,21;11:19;
  12:11
**Instead (2)**
  5:12;10:8
**Integrity (1)**
  9:6
**into (2)**

7:10;14:18
**investigate (1)**
  9:7
**investigating (1)**
  12:1
**investigator (3)**
  11:1;15:7,21
**involved (1)**
  15:16

## J

**January (7)**
  8:6,14,16;9:10,15,
  19;12:1
**job (1)**
  8:23
**JPay (1)**
  4:8
**J-pay (2)**
  3:20;4:11
**June (1)**
  5:1
**Justice (1)**
  12:20

## K

**keep (2)**
  10:4;17:12
**Kim (3)**
  12:12,13;16:1
**King (4)**
  11:13,18;12:2,2
**knew (1)**
  9:24
**knows (1)**
  10:22

## L

**La (2)**
  13:12,12
**lady (1)**
  15:3
**Land (1)**
  13:12
**later (3)**
  8:25;16:20;17:15
**law (3)**
  16:3,8,12
**lawsuit (1)**
  12:8
**Leave (2)**
  7:18;9:1
**left (1)**
  4:16
**letter (1)**
  13:9
**Level (3)**
  6:16,19,20
**light (3)**
  10:13,20,20

**line (1)**
  7:23
**Link (3)**
  2:5,6;6:10
**literally (1)**
  11:8
**little (2)**
  10:4;15:20
**locked (4)**
  3:6,14;17:17,17
**long (1)**
  13:15
**look (3)**
  3:21;7:25;10:23
**looking (2)**
  10:7;17:17
**looks (3)**
  5:21,23;9:19
**lot (2)**
  7:6;17:7

## M

**mama (1)**
  13:14
**man (8)**
  8:6;9:3,23;16:22,
  22,24;17:12,13
**MANMAN (45)**
  2:6,20,21,22,25;
  3:4,9,13,19,24;4:9,
  12,17,22;5:2,14,19,
  25;6:5,16,20,24;7:4,
  11,15,19,24;8:9;10:2,
  10;11:6;12:7;13:3,5,
  10,14,22;14:7,12;
  15:1,15;16:7;17:11,
  16,20
**Mansfield (3)**
  4:14,15;7:3
**many (1)**
  10:4
**matter (2)**
  5:11;14:1
**may (4)**
  4:6;6:13;10:17;
  15:12
**Meal (1)**
  5:17
**mean (11)**
  5:2;8:23;9:24;
  10:23,24;12:5;13:24;
  14:10,12;16:9,13
**means (1)**
  10:21
**meeting (1)**
  11:22
**men (1)**
  10:20
**message (1)**
  9:1
**Michael (1)**
  9:6

**might (2)**
  7:13;10:23
**minute (1)**
  11:10;17:2
**model (2)**
  7:1,2
**money (1)**
  16:4
**monitored (3)**
  4:6;10:17;15:12
**monitoring (1)**
  2:17
**month (1)**
  11:5
**motion (2)**
  8:13,19
**much (1)**
  14:20
**mug (2)**
  5:18,20
**mustache (2)**
  5:18,23

## N

**name (1)**
  9:4
**named (1)**
  11:13
**necessarily (1)**
  16:11
**need (5)**
  13:18;14:8,12;
  17:6,21
**needs (1)**
  5:17
**new (8)**
  5:19,22;8:5,12,19;
  10:6;11:25;12:5
**next (3)**
  11:4,5;16:19
**nice (1)**
  7:17
**nigga (1)**
  3:5
**nigga's (1)**
  3:10
**night (1)**
  16:25
**notarized (1)**
  13:17
**number (3)**
  2:10;3:10;4:11

## O

**off (3)**
  6:1;14:8;15:24
**offering (1)**
  12:24
**office (7)**
  8:6,14;9:1;10:6;
  11:23,25;13:9

**official (2)**
  5:8;13:19
**Ohio (5)**
  2:14;4:5;6:12;
  10:16;15:11
**old (1)**
  5:22
**O'Malley (1)**
  9:6
**Omar (1)**
  15:18
**once (2)**
  9:23;11:2
**one (3)**
  2:3;16:20;17:2
**only (1)**
  10:6
**originating (4)**
  4:5;6:12;10:16;
  15:11
**out (2)**
  4:25;6:8;7:14,18;
  11:2;14:22;15:8

## P

**paid (1)**
  16:1
**paperwork (1)**
  6:8
**password (2)**
  2:5,7
**pedophile (1)**
  5:18
**Penitentiary (1)**
  2:14
**percent (1)**
  14:3
**pervert (1)**
  5:24
**phone (2)**
  2:10;12:23
**phrase (1)**
  2:4
**PI (1)**
  16:2
**place (1)**
  15:4
**please (5)**
  2:3,9,10,11,12
**point (3)**
  9:19;10:8;12:17
**police (3)**
  9:11;17:7,9
**popping (1)**
  10:4
**prepaid (1)**
  2:13
**press (2)**
  2:2,15
**priority (1)**
  12:3
**private (2)**

15:7,20
**probably (1)**
  13:17
**PROCEEDINGS (1)**
  2:1
**Project (4)**
  8:12,18;11:19;
  12:11
**prosecutor (6)**
  8:5,13;10:9,23;
  11:25;12:5
**prosecutor's (3)**
  8:25;11:23;13:9
**pulled (1)**
  9:10
**put (2)**
  4:13;16:4

## R

**random (1)**
  12:24
**real (1)**
  11:7
**realize (1)**
  10:1
**really (4)**
  8:2;11:10;13:21;
  14:2
**recorded (4)**
  4:6;6:13;10:17;
  15:12
**recording (2)**
  2:18;17:23
**refuse (1)**
  2:15
**remaining (1)**
  17:3
**repeat (1)**
  2:4
**represented (1)**
  11:17
**represents (1)**
  11:20
**resubmit (2)**
  8:15,20
**resubmitted (1)**
  8:24
**retrial (1)**
  14:16
**review (5)**
  4:20,21,24;5:9;6:7
**reviewing (3)**
  9:9,14,18
**rewrite (1)**
  8:20
**rewriting (1)**
  8:23
**rewrote (1)**
  8:22
**ride (1)**
  4:25
**right (11)**

6:22,22,22,24;7:11,
  19,21;8:17;12:4;
  13:3;14:7
**rights (1)**
  12:15
**ripped (1)**
  14:17
**Ru-el (1)**
  12:15
**rules (2)**
  16:13,14
**rumors (1)**
  12:19
**Russell (1)**
  9:4

## S

**SAILOR (50)**
  2:21,24;3:2,7,12,
  15,16,18,21;4:3,7,10,
  14,18,23;5:4,16,21;
  6:3,14,18,22;7:2,8,
  13,18,21;8:2,11;10:3,
  12,18;11:8;12:9,15;
  13:4,7,13,16,24;
  14:10,14;15:6,13,17;
  16:9;17:4,14,19,22
**Sailor's (1)**
  9:7
**same (2)**
  11:17,18
**saying (3)**
  10:14;11:9;17:9
**scared (1)**
  15:14
**sending (1)**
  11:1
**sent (2)**
  15:7,20
**seriously (1)**
  14:3
**seven (1)**
  2:3
**sharks (1)**
  12:21
**shit (5)**
  9:24;10:13;11:15;
  14:1;16:25
**shocked (1)**
  14:5
**Shot (3)**
  3:5;5:18,20
**show (1)**
  4:1
**showing (1)**
  8:8
**shreds (1)**
  14:17
**side (1)**
  11:22
**signed (2)**
  12:12;13:17

**situation (2)**
  5:15;7:17
**skeptical (1)**
  13:25
**skin (5)**
  10:13,13,20,21,21
**smell (1)**
  12:22
**somebody (1)**
  15:23
**someone (3)**
  10:22;11:12;12:14
**special (1)**
  6:7
**spoke (1)**
  10:25
**start (2)**
  12:17,23
**started (1)**
  12:1
**State (3)**
  2:14;12:18;13:2
**statement (3)**
  11:3;15:21;16:1
**stay (1)**
  17:12
**step (1)**
  11:4
**still (6)**
  4:24;5:10;12:11;
  13:25;14:8,13
**street (2)**
  16:23,23
**streets (1)**
  7:14
**stuck (1)**
  12:11
**stuff (1)**
  9:24
**subject (1)**
  2:17
**sue (1)**
  13:1
**suing (1)**
  12:18
**super (1)**
  13:19
**supposed (2)**
  12:6;13:11
**sure (2)**
  8:16;13:19
**surprised (1)**
  12:23
**swarming (1)**
  12:21

## T

**talk (3)**
  9:22;11:2;17:14
**talked (3)**
  2:25;3:3,14;16:21
**talking (2)**

4:19;15:22
**tear (1)**
  14:19
**Tel (2)**
  2:5,6
**telling (3)**
  8:10,18;15:2
**thinking (3)**
  6:2;7:12;12:18
**though (7)**
  5:3;6:1,2;7:3,20;
  11:10;14:13
**three (1)**
  14:25
**throw (1)**
  9:21
**today (3)**
  3:1;4:16;14:21
**told (9)**
  5:5;6:7;8:3,4,10,
  13;11:24;13:15;17:9
**Toledo (1)**
  6:2
**tomorrow (1)**
  14:22
**took (7)**
  4:21,23;8:5;9:25;
  11:25;12:3;15:4
**top (1)**
  9:23
**transcripts (1)**
  9:11
**trial (2)**
  8:13,19
**tried (1)**
  16:18
**trouble (2)**
  16:4,15
**Trumbell (1)**
  7:16
**try (1)**
  15:1
**trying (3)**
  7:5;14:24;15:25
**two (2)**
  10:19;11:21
**Tye (1)**
  9:4

## U

**Uh-uh (1)**
  15:17
**um (3)**
  15:2,3,3
**Unit (1)**
  9:6
**up (19)**
  2:21,22;3:6,14,22;
  4:20,21,23;6:6,10,25;
  8:8;9:21;10:4;11:24;
  12:25;15:24;17:12,
  17

**updated (1)**
  13:8
**use (1)**
  16:18
**used (1)**
  10:5
**using (1)**
  2:19

## V

**view (1)**
  10:8
**voice (2)**
  2:5,7

## W

**wait (1)**
  2:11
**wants (1)**
  10:7
**way (3)**
  5:9;14:3,17
**week (1)**
  4:25;8:25;9:23
**weeks (1)**
  11:21
**What's (5)**
  2:21,22,23;4:10;
  11:24
**white (1)**
  10:23
**wish (1)**
  14:23
**within (1)**
  11:5
**without (2)**
  14:13,15
**witness (2)**
  11:2,3
**witnesses (1)**
  10:19
**wonder (1)**
  5:25
**write (1)**
  4:2
**wrongful (1)**
  9:20
**wrote (2)**
  8:4;13:8

## Y

**y'all (4)**
  13:22;14:13;15:1;
  17:12
**year (1)**
  9:25
**years (3)**
  11:14;12:3;14:25
**yesterday (3)**
  4:19,21,24

**Ru-el Sailor v.**
**City of Cleveland, et al.**

| **0** |
|---|
| **0 (1)**<br>  2:15 |
| **1** |
| **1st (1)**<br>  8:14 |
| **2** |
| **2009 (1)**<br>  11:15<br>**23 (2)**<br>  11:14;12:3<br>**2nd (1)**<br>  8:16 |
| **3** |
| **3 (2)**<br>  6:16,19 |
| **4** |
| **4 (1)**<br>  6:20<br>**4A (2)**<br>  6:21,24<br>**4B (1)**<br>  6:21 |
| **5** |
| **5 (1)**<br>  6:21 |
| **6** |
| **631449 (1)**<br>  4:12 |
| **9** |
| **95 (1)**<br>  14:3 |