# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **RU-EL SAILOR,** | |
| Plaintiff, | Case No. 1:20-cv-00660 |
| -vs- | Judge David A. Ruiz |
| **CITY OF CLEVELAND,** *et al.*, | |
| Defendants. | **MOTION TO WITHDRAW** |

Now come Attorneys Sarah Gelsomino, Jacqueline Greene, Marcus Sidoti, Terry Gilbert, Elizabeth Bonham, and M. Caroline Hyatt of the law firm of Friedman Gilbert + Gerhardstein, and hereby move this Court for leave to withdraw as counsel for Plaintiff RuEl Sailor. With discovery remaining ongoing at this time, counsel respectfully request that the Court stay this matter for six months to permit Plaintiff to obtain new counsel. Should the Court require additional information, Counsel ask that an ex parte status conference be scheduled.

Respectfully submitted,

*s/ Jacqueline Greene*
Sarah Gelsomino (0084340)
Marcus Sidoti (0077476)
Elizabeth Bonham (0093733)
Terry H. Gilbert (0021948)
FG+G

1

        50 Public Square, Suite 1900
        Cleveland, OH 44113-2205
        T: 216-241-1430
        F: 216-621-0427
        sarah@FGGfirm.com
        marcus@FGGfirm.com
        elizabeth@FGGfirm.com
        terry@FGGfirm.com

        Jacqueline Greene (0092733)
        M. Caroline Hyatt (0093323)
        FG+G
        35 East 7th Street, Suite 201
        Cincinnati, Ohio 45202
        T: 513-572-4200
        F: 216-621-0427
        jacqueline@FGGfirm.com
        caroline@FGGfirm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 17, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        */s/Jacqueline Greene*
        *One of the Attorneys for Plaintiff*

2