# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **Ru-El Sailor,** | ) | Case No. 1:20-CV-00660 |
| | ) | |
| **Plaintiff,** | ) | Judge Christopher A. Boyko |
| | ) | |
| vs. | ) | **NOTICE OF MANUAL FILING** |
| | ) | |
| **City of Cleveland,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

The parties will take notice that Defendant Police Officers have manually filed the following exhibits from the Deposition of Amy Sailor taken on July 1, 2024:

- Exhibit A - Eight (8) Discs containing audio recordings of jail calls made from September 16, 2003, to September 30, 2019.

- Exhibit B - Eight (8) Discs containing audio recordings of jail calls made from September 16, 2003, to September 30, 2019 for any and all calls made to (216) 702-3313 and (216) 273-3211.

- Exhibit C - Flash drive containing audio recordings of jail calls made on May 3, 2016; May 20, 2016; June 17, 2016; June 20, 2016; March 9, 2017; April 8, 2017; and May 4, 2017.

All recordings have been served on all parties.

Respectfully submitted,

*/s/ Kenneth A. Calderone*
Kenneth A. Calderone (0046860)
John D. Latchney (0046539)
Hanna, Campbell & Powell, LLP
3737 Embassy Parkway, Suite 100
Akron, OH  44333
Telephone:  (330) 670-7324 / (330) 670-7602
Facsimile:   (330) 670-7440 / (330) 670-7458
Email:  *kcalderone@hcplaw.net*
           *jlatchney@hcplaw.net*
*Attorneys for Defendant Police Officers*