FILED

JUL 18 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Ru-El Sailor, | Case No. 1:20-CV-00660 |
| Plaintiff, | Judge Christopher A. Boyko |
| vs. | **EXHIBIT B TO DEPOSITION OF AMY SAILOR** |
| City of Cleveland, *et al.*, | |
| Defendants. | |

The parties will take notice that Defendant Police Officers have manually filed the following:

- Eight (8) Discs containing audio recordings of jail calls made from September 16, 2003, to September 30, 2019 for any and all claims made to (216) 702-3313 and (216) 273-3211.

The transcript was previously filed on July 17, 2024 (Doc. #81).

Respectfully submitted,

/s/ Kenneth A. Calderone
Kenneth A. Calderone (0046860)
John D. Latchney (0046539)
Hanna, Campbell & Powell, LLP
3737 Embassy Parkway, Suite 100
Akron, OH  44333
Telephone:  (330) 670-7324 / (330) 670-7602
Facsimile:  (330) 670-7440 / (330) 670-7458
Email:  *kcalderone@hcplaw.net*
         *jlatchney@hcplaw.net*
*Attorneys for Defendant Police Officers*