FILED
JUL 18 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Ru-El Sailor, | ) | Case No. 1:20-CV-00660 |
| | ) | |
| Plaintiff, | ) | Judge Christopher A. Boyko |
| | ) | |
| vs. | ) | **EXHIBIT C TO DEPOSITION OF** |
| | ) | **AMY SAILOR** |
| City of Cleveland, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

The parties will take notice that Defendant Police Officers have manually filed the following:

- Flash drive containing audio recordings of jail calls made on May 3, 2016; May 20, 2016; June 17, 2016; June 20, 2016; March 9, 2017; April 8, 2017; and May 4, 2017.

The transcript was previously filed on July 17, 2024 (Doc. #81).

Respectfully submitted,

_____
Kenneth A. Calderone (0046860)
John D. Latchney (0046539)
Hanna, Campbell & Powell, LLP
3737 Embassy Parkway, Suite 100
Akron, OH 44333
Telephone: (330) 670-7324 / (330) 670-7602
Facsimile: (330) 670-7440 / (330) 670-7458
Email: *kcalderone@hcplaw.net*
*jlatchney@hcplaw.net*
*Attorneys for Defendant Police Officers*