# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| RU-EL SAILOR, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:20-cv-00660-DAR |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF CLEVELAND, *et al.*, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR DISMISSAL WITH PREJUDICE AS A SANCTION

Defendants, by and through the undersigned, pursuant to this Court's inherent authority, jointly move this Court to dismiss Plaintiff's Amended Complaint with prejudice as a litigation sanction for Plaintiff's false deposition testimony, his efforts to tamper with witnesses, and his use of fabricated evidence. The Defendants rely on the arguments and authorities set forth in the accompanying memorandum.

| | |
|---|---|
| MARK GRIFFIN (0064141)<br>Director of Law | HANNA, CAMPBELL & POWELL, LLP |
| By: s/Dylan F. Ford<br>ELENA N. BOOP (00729907)<br>Chief Trial Counsel<br>WILLIAM M. MENZALORA (0061136)<br>Chief Assistant Director of Law<br>MATTHEW R. AUMANN (0093612)<br>DYLAN F. FORD (0101464)<br>Assistant Directors of Law<br>City of Cleveland, Department of Law<br>601 Lakeside Avenue E., Room 106<br>Cleveland, Ohio  44114<br>Tel: (216) 664-2800<br>dford5@clevelandohio.gov | s/John D. Latchney<br>KENNETH A. CALDERONE (0046860)<br>JOHN D. LATCHNEY (0046539)<br>3737 Embassy Parkway, Suite 100<br>Akron, Ohio 44333<br>Tel: (330) 670-7602/(330) 670-7324<br>Email: kcalderone@hcplaw.net<br>Email: jlatchney@hcplaw.net<br><br>*Attorneys for Defendants Eugene Jones, Henry Ververka, James Metzler, Harry Matlock, Andrew Desatnik, Sahir Hasan, Rick Farinacci, and Estate of James Purcell* |
| *Attorneys for Defendant City of Cleveland* | |