## SUPPLEMENTARY REPORT
### Cleveland Division of Police

0278

DATE OF THIS REPORT: **DEC. 10, 2002**

COMPLAINT NO. 02-78
02-554850

**SUBJECT : HOMICIDE/SUSPECT WANTED**

| VICTIM | ADDRESS | PHONE | AGE | SEX | RACE | M-S |
|---|---|---|---|---|---|---|
| OMAR CLARK | 10706 ENGLEWOOD AVE. | | 31 | M | B | |

| ADDRESS OF OCCURRENCE | TYPE OF PLACE | ZONE |
|---|---|---|
| 10524 ENGLEWOOD AVE. | STREET | 612 |

| TIME OF OCCURRENCE | DATE OF OCCURRENCE | DAY OF WEEK |
|---|---|---|
| APPROX. 0015 HOURS | NOV. 17, 2002 | SUN |

PAGE 1 OF 2 PAGE REPORT

On Tuesday December 10, 2002 while assigned to Homicide Car 8184, in company with Det. James Metzler #2489 & Det. Harry Matlock #194, we had the occasion to further investigate the above crime. The following are the results of this investigation.

After conferring with **CLARK WILLIAMS**, *aka* **CLARK LAMAR**, at phone number of _____ which was supplied by WILLIAMS' cousin **MAURICE (LNU)**, he agreed to meet us at E. 55th & Quincy. Upon our arrival we met with WILLIAMS and conveyed him back to the Homicide Unit where he was asked an additional series of questions, and viewed a photo spread.

The questions posed to WILLIAMS were to refute portions of the statement given by **NICOLE HUBBARD**. WILLIAMS reiterated in this series of questions that the phone call NICOLE made to her brother was made in his presence. He also stated that HUBARD did smoke the wet cigarette. WILLIAMS stated that when he was confronted by the suspect, this suspect was on the phone and stated to the person on the other end, "**NICOLE, DID HE HAVE ON A BLUE NAUTICA COAT?**" WILLIAMS also verified the statement given by **ELLEN TAYLOR**, that WILLIAMS did have a 3-way conversation with her and MARIA WHITLOW and he explained what had happened between him and HUBBARD.

WILLIAMS also stated that the following day, he was talking with WHITLOW and they 3-wayed HUBBARD and WILLIAMS asked HUBBARD why did she send her brother over, and that OMAR had been killed. HUBBARD denied that she called her brother and WILLIAMS called her a liar. HUBBARD again told WILLIAMS that she didn't call her brother, that she had called PUDDIN.

WILLIAMS then viewed a photo spread #02-78 #1 and immediately with out hesitation picked #4 as the male who had confronted him, and had made the call on the cell phone.

**NOTE: #4 photo is that of CORDELL HUBBARD.**

We then conferred with Municipal Prosecutor Donald Gallick, who after reviewing all reports and statements issued papers against the below suspect for **AGG. MURDER ORC: 2903.01** these papers were then registered at the Warrant & Suspect Unit where a warrant was issued. (Warrant # was unavailable at time of report) These papers were then filed at the Municipal Clerk of Courts Office.

INVESTIGATING OFFICERS
DET'S. H. VEVERKA #607  J. METZLER #2489  H. MATLOCK #194
PLATOON 2
CAR 8184
APPROVED BY

WEATHER: ☐ CLEAR ☐ CLOUDY ☐ RAIN ☐ SNOW  TEMP ____  ○ WIND - ____
A.I.U / S.I.U  ☐ REQUESTED ☐ ON SCENE ☐ NOT REQUESTED

ASSIGNMENT RECEIVED FROM:
☐ RADIO  ☐ DISTRICT  ☐ Det. Bur.
TIME ASSIGNED ____
COMPLETED ____

HOMICIDEFILE__000651

# SUPPLEMENTARY REPORT
## Cleveland Division of Police

DATE OF THIS REPORT: **DEC. 10, 2002**

COMPLAINT NO. 02-78 / 02-554850

## SUBJECT : HOMICIDE/SUSPECT WANTED

| VICTIM | ADDRESS | PHONE | AGE | SEX | RACE | M-S |
|---|---|---|---|---|---|---|
| OMAR CLARK | 10706 ENGLEWOOD AVE. | | 31 | M | B | |

| ADDRESS OF OCCURRENCE | TYPE OF PLACE | ZONE |
|---|---|---|
| 10524 ENGLEWOOD AVE. | STREET | 612 |

| TIME OF OCCURRENCE | DATE OF OCCURRENCE | DAY OF WEEK |
|---|---|---|
| APPROX. 0015 HOURS | NOV. 17, 2002 | SUN |

PAGE 2 OF 2 PAGE REPORT

## SUSPECT WANTED:

CORDELL J. HUBBARD BM21 DOB:     SSN:     5'9 180 BLK HAIR BRO EYES. LKA: 939 E.147TH ST. CLEVELAND

Attempts will be made to serve this warrant. We will also confer with Cuyahoga County Prosecutors c/w possible charges against HUBBARD'S sister, NICOLE HUBBARD for possible charges of Complicity to Aggravated Murder.

INVESTIGATING OFFICERS: DET'S. H. VEVERKA #607 J. METZLER #2489 H. MATLOCK #194   PLATOON 2   CAR 8184   APPROVED BY

WEATHER: ☐ CLEAR ☐ CLOUDY ☐ RAIN ☐ SNOW   TEMP ___ ○ WIND - ___   ☐ A.I.U ☐ S.I.U   ☐ REQUESTED ☐ ON SCENE ☐ NOT REQUESTED

ASSIGNMENT RECEIVED FROM: ☐ RADIO ☐ DISTRICT ☐ Det. Bur.   TIME ASSIGNED ___ COMPLETED ___

HOMICIDEFILE__000652