02-78

# SUPPLEMENTARY REPORT
## Cleveland Division of Police

DATE OF THIS REPORT: **FEB. 11, 2003**

COMPLAINT NO.
02-78
02-554850

## SUBJECT : HOMICIDE/ARREST

| VICTIM | ADDRESS | PHONE | AGE | SEX | RACE | M-S |
|---|---|---|---|---|---|---|
| OMAR CLARK | 10706 ENGLEWOOD AVE. | | 31 | M | B | |

| ADDRESS OF OCCURRENCE | TYPE OF PLACE | ZONE |
|---|---|---|
| 10524 ENGLEWOOD AVE. | STREET | 612 |

| TIME OF OCCURRENCE | DATE OF OCCURRENCE | DAY OF WEEK |
|---|---|---|
| APPROX. 0015 HOURS | NOV. 17, 2002 | SUN |

PAGE 1 OF 3 PAGE REPORT

On Tuesday February 11, 2003 while assigned to Homicide Car 8186, working alone I had the occasion to further investigate the above crime. The following are the results of this investigation.

I received a phone call from the below mentioned male and learned the following.

**CHARLES MEREDITH BM33 DOB:**  SSN:  OF 1395 E. 125TH ST. PH:

MEREDITH was mentioned in the December 5th, 2002 Form10 as a possible witness to the above crime.

MEREDITH stated that on that date he was living at 10515 Englewood and was home asleep in the upstairs bedroom. At about midnight he was awoken by 8-9 gunshots. MEREDITH stated they sounded like they were coming from his driveway. He then went into his children's bedroom and fearing for their safety, took them back to his bedroom and placed them on the floor.

MEREDITH then looked out the window and saw a male lying in the street and a burgundy colored vehicle speed off west towards E.105th. MEREDITH could not supply a description of this auto and did not see the occupant(s). He then went down to the front porch and saw his neighbor MIKE DUCKWORTH on his porch. MEREDITH also saw a number of people had arrived on scene and about 25 minutes later, the Police & EMS arrived.

MEREDITH did not hear any conversation on the street prior to the shots being fired and cannot describe the vehicle of the occupant or occupants.

Assisted by Homicide Car 8184, Det. James Metzler #2489 & Det. James Gajowski #854, we responded to the below listed address and met with the following female.

**TIKIMA MCMAHAN BF24 DOB:**  SSN:  OF 839 E. 144TH ST. PH:  . CELL:

MCMAHAN is the ex-girlfriend of CORDELL HUBBARD and they have 2 children together. She reports that they are still friends, however they had broken off their relationship about a year ago. MCMAHAN stated she still sees HUBBARD almost on a daily basis as he takes the children while she goes to work. MCMAHAN also stated that she saw HUBBARD this date in the AM when he dropped of the children.

| INVESTIGATING OFFICERS | PLATOON | CAR | APPROVED BY |
|---|---|---|---|
| DET'S. H. VEVERKA #607 | 1 | 8186 | |

WEATHER ☐ CLEAR ☐ RAIN  ☐ CLOUDY ☐ SNOW  TEMP ___ ○ WIND - ___  ☐ A.I.U ☐ S.I.U  ☐ REQUESTED ☐ ON SCENE ☐ NOT REQUESTED

ASSIGNMENT RECEIVED FROM:  TIME ASSIGNED ___
☐ RADIO  ☐ DISTRICT  ☐ Det. Bur.  COMPLETED

HOMICIDEFILE__000634

# SUPPLEMENTARY REPORT
## Cleveland Division of Police

DATE OF THIS REPORT: FEB. 11, 2003

COMPLAINT NO. 02-78
02-554850

## SUBJECT : HOMICIDE/ARREST

| VICTIM | ADDRESS | PHONE | AGE | SEX | RACE | M-S |
|---|---|---|---|---|---|---|
| OMAR CLARK | 10706 ENGLEWOOD AVE. | | 31 | M | B | |

| ADDRESS OF OCCURRENCE | TYPE OF PLACE | ZONE |
|---|---|---|
| 10524 ENGLEWOOD AVE. | STREET | 612 |

| TIME OF OCCURRENCE | DATE OF OCCURRENCE | DAY OF WEEK |
|---|---|---|
| APPROX. 0015 HOURS | NOV. 17, 2002 | SUN |

PAGE 2 OF 3 PAGE REPORT

MCMAHAN continued to relate that she has had problems in the past with HUBBARD, and had him arrested once in the past for Domestic Violence, however she never prosecuted him. She was aware that HUBBARD had just been released from jail, but she didn't know what for. MCMAHAN did volunteer that she had heard on the streets that HUBBARD was involved in some boy dying, but that she didn't feel he could do anything like that. It was apparent to these Detectives, that MCMAHAN still has feelings for HUBBARD and she was not about to share any information she may have c/w the above crime.

We then asked MCMAHAN if she knew any of HUBBARDS close friends and she stated that he had been hanging out with his brother **JOHN WRIGHT**, who had just been released from prison. MCMAHAN also stated that HUBBARD was good friends with a male she only knew as **RUEL (LNU)**. Per MCMAHAN, RUEL had been watching the children while HUBBARD was in jail. She described RUEL as a **BM21 brown skinned about the same size as HUBBARD maybe taller**. She does not know where he lives, but states that his mother NETTA (LNU) lives on E.150th off of Aspinwall. MCMAHAN also stated that RUEL drives a red Olds 2dr but has no further information. We asked MCMAHAN if she knew which house RUEL's mother lived in, she gave us directions and indicated the description of the house on E.150th. MCMAHAN also said that RUEL may stay at his girlfriends house, **LATISHA (LNU)** who lives somewhere in Euclid Oh.

We then responded to E.150th St. and made notes of the addresses of **829, 835 & 837 E.150th St.** A tour of the area failed to produce any vehicles matching the description provided.

Upon our return to the Homicide Unit we ran a global address search through the RMS, and discovered the following information.

RUEL J. SAILOR JR BM23 DOB:        SSN:        OF 829 E.150TH ST. 5'8 175 BLK/BRO.

We then ran this male through LEADS and discovered our **CPD# 246119 BCI# C008645 CCSO# 209637**. We also learned that this male had been arrested in Cleveland Heights on Dec. 14, 2002 c/w CCW. We then contacted **DET. ERNEST WILLIAMS 291-3856 CHPD** who advised us that SAILOR was arrested in their city with a 9MM and they had the weapon in their custody. We made arrangements with Det. WILLIAMS to take possession of this weapon for a test fire, for a comparison to our weapon evidence. Det. Williams also advised that SAILOR was operating a 1987 Pontiac bearing Ohio Temp. tags, **D140062**. Model & color unknown at this time. (This plate lists to a MARK SCAFE of 19050 Genesee to a 1991 Ford 4dr.)

INVESTIGATING OFFICERS: DET'S. H. VEVERKA #607
PLATOON: 1
CAR: 8186
APPROVED BY: [signature]

WEATHER: ☐ CLEAR ☐ CLOUDY ☐ RAIN ☐ SNOW TEMP ___ ○ WIND ___ ☐ A.I.U ☐ S.I.U ☐ REQUESTED ☐ NOT REQUESTED ☐ ON SCENE

ASSIGNMENT RECEIVED FROM: ☐ RADIO ☐ DISTRICT ☐ Det. Bur.
TIME ASSIGNED ___ COMPLETED ___

HOMICIDEFILE__000635

# SUPPLEMENTARY REPORT
## Cleveland Division of Police

COMPLAINT NO.
02-78
02-554850

DATE OF THIS REPORT: FEB. 11, 2003

## SUBJECT : HOMICIDE/ARREST

| VICTIM | ADDRESS | PHONE | AGE | SEX | RACE | M-S |
|---|---|---|---|---|---|---|
| OMAR CLARK | 10706 ENGLEWOOD AVE. | | 31 | M | B | |

| ADDRESS OF OCCURRENCE | TYPE OF PLACE | ZONE |
|---|---|---|
| 10524 ENGLEWOOD AVE. | STREET | 612 |

| TIME OF OCCURRENCE | DATE OF OCCURRENCE | DAY OF WEEK |
|---|---|---|
| APPROX. 0015 HOURS | NOV. 17, 2002 | SUN |

PAGE___ OF___ PAGE REPORT

We then reviewed the subpoenaed cell phone records from AT&T for cell # **216-702-8408** and discovered that the listed subscriber was a **DEBORAH BEASLEY OF 18305 EAST PARK DR. CLEVELAND OHOP 44119. PH: 692-1522.** This cell phone number appears numerous times on CORDELL HUBBARDS records during the period of time from 0030 and on into the morning.

An RMS global address search reveals the following names to this address:\
ERIC RICHARDS DOB:
DEBORAH RICHARDS DOB;      SSN:
YOLANDA MOORE DOB:      SSN:
DONNA BABEJ DOB:

While typing this report I received a call from DONOVAN HUFF who agreed to come to the unit in the AM for a statement. Approximately 20 minutes later, I received a 3-way call from DONOVAN HUFF and his attorney, MITCHELL YELSKY. HUFF was concerned about giving a written statement concerning his information on the cell phones. I advised HUFF & YELSKY that I had taken a statement from DEZI WALKER, who had indicated that he had received the two cell phones in question from HUFF, and in turn sold them, and then gave HUFF the names of who he had sold them to. HUFF denied that WALKER ever worked for him or sold phones for him, and that the phones in question were sold to WALKER. I advised HUFF that someone was not being truthful about these phones, and that WALKER had nothing to gain by lying to me c/w a Homicide. HUFF advised me that I should contact SA Halushka of the Secret Service and that he should have the phone information on HUFF's confiscated computer hard drive. I advised YELSKY & HUFF that I would contact them at a later date.

INVESTIGATING OFFICERS
DET'S. H. VEVERKA #607

PLATOON 1

CAR 8186

APPROVED BY

WEATHER: CLEAR / CLOUDY / RAIN / SNOW   TEMP___ WIND-___   A.I.U / S.I.U   REQUESTED / NOT REQUESTED   ON SCENE

ASSIGNMENT RECEIVED FROM:
RADIO / DISTRICT Det. Bur.

TIME ASSIGNED
COMPLETED

HOMICIDEFILE__000636