FILED
2003 MAR 20 P 4: 28
GERALD E. FUERST
CLERK
CU...

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO



STATE OF OHIO            } CASE NO. 432906
                         }
    Plaintiff,            } JUDGE NANCY MCDONNELL
                         }
vs.                      }
                         } LIST OF WITNESSES
CORDELL HUBBARD          }
                         }
    Defendant.           }

Now comes the Defendant, CORDELL HUBBARD, by and through counsel, and respectfully submits his witness list in the above-captioned case:

1. Dawn Goolsby – Owner of the Camelot (HALL)
   11417 Miles Avenue
   Cleveland, Ohio 44105    CLOSED

2. Ruel Sailor             → CURTY W/ 20 IN RIMS
   829 East 150th Street
   Cleveland, Ohio 44110

3. Samuel Brown
   823 East 150th Street
   Cleveland, Ohio 44110

4. Sherome
   No address at this time

5. Yolanda                 ✓
   No address at this time

6. Nakeya Goshen
   13812 Coit Road
   Cleveland, Ohio 44110

7. Tony Watson             SOUTH, OFF ST. CLAIR
   819 Alhambra            EAST OF 157
   Cleveland, Ohio 44110

8. Twan Watson
   819 Alhambra
   Cleveland, Ohio 44110

9. Shawn McCreary
   No address at this time

10. Taneisha
    No address at this time

11. Kicia
    No address at this time

12. Ty
    No address at this time

Other witnesses will be provided as they become available.

Respectfully submitted,

*[signature]*

MYRON P. WATSON (0058583)
113 St. Clair Bldg., Suite 440
113 St. Clair Avenue, N.E.
(216) 523-1100
**Attorney for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing *Witness List* was sent to the office of William D. Mason, Cuyahoga County Prosecutor, 1200 Ontario Street, The Justice Center, 9th Floor via regular U.S. mail this 20th day of March, 2003.

*[signature]*

MYRON P. WATSON
**Attorney for Defendant**