# SUPPLEMENTARY REPORT
## Cleveland Division of Police

DATE OF THIS REPORT **MARCH 25, 2003**

COMPLAINT NO. **02-554850**

| SUBJECT OR CRIME | HOMICIDE | | | | | |
|---|---|---|---|---|---|---|
| VICTIM | ADDRESS | PHONE | AGE | SEX | RACE | M-S |
| OMAR CLARK | 10706 ENGLEWOOD AVE. | | 31 | M | B | |
| ADDRESS OF OCCURRENCE | TYPE OF PLACE | | ZONE | | | |
| 10524 ENGLEWOOD | STREET | | 612 | | | |
| TIME OF OCCURRENCE | DATE OF OCCURRENCE | | DAY OF WEEK | | | |
| APPROX. 0015 HOURS | NOV. 17, 2002 | | SUNDAY | | | |

PAGE 1 OF 2 PAGE REPORT

On Tuesday, March 25, 2003, while assigned to car 8184, in company of Det. Henry Veverka#607, further investigated the above crime. The following are the results.

As arranged, responded to the residence of **LARRY BRAXTON**. LARRY picked up and transported back to the unit.

At the unit, a written statement was taken from **LARRY BRAXTON B/M 23 D.O.B.**           SS#
10613 Englewood  Phone           The following is that statement.

Q. On December 4, 2002, you gave an oral statement to members of the Cleveland Police Department Homicide Unit. Was this oral statement the truth?
A. Yes.

Q. If you saw a photograph of the male that did the shooting, would you be able to identify him again.
A. Yes.

Q. Showing you these six photographs marked 02-78 #3, do you recognize any of the photos?
A. Yes #5.

Q. Why do you recognize #5?
A. Because he is the man I saw shoot **OMAR CLARK**.

Q. Can you describe this male and what was he wearing that night?
A. Yes, he is a B/M 25 5'10" to 5'11" 180/ He was wearing a red jogging suit, red sweat band.

Q. Do you know the male in the photograph?
A. No.

Q. Can you describe the gun you saw this male had?
A. It was a black, semi automatic big. Large caliber. It had something on the end of the gun by the barrel that was glowing red. I thought it was a laser sight.

Q. Did you see anyone else with a gun that night besides the male you have already described?
A. No.

INVESTIGATING OFFICERS
DET. JAMES METZLER#2489 DET. HENRY VEVERKA#607     PLATOON 2nd.     CAR 8184     APPROVED BY

WEATHER  ☐ CLEAR  ☐ CLOUDY  ☐ RAIN  ☐ SNOW  TEMP ■  ☐ WIND -  ☐  A.I.U ☐ S.I.U  ☐ REQUESTED  ☐ ON SCENE  ☐ NOT REQUESTED

ASSIGNMENT RECEIVED FROM:  ☐ RADIO  ☐ DISTRICT  Det. Bur. ☐     TIME ASSIGNED _____ COMPLETED _____

HOMICIDEFILE__000625

# SUPPLEMENTARY REPORT
## Cleveland Division of Police

DATE OF THIS REPORT **MARCH 25, 2003**

COMPLAINT NO. **02-554850**

| SUBJECT OR CRIME | HOMICIDE | | | | | |
|---|---|---|---|---|---|---|
| VICTIM | ADDRESS | PHONE | AGE | SEX | RACE | M-S |
| OMAR CLARK | 10706 ENGLEWOOD AVE. | | 31 | M | B | |
| ADDRESS OF OCCURRENCE | TYPE OF PLACE | | | ZONE | | |
| 10524 ENGLEWOOD | STREET | | | 612 | | |
| TIME OF OCCURRENCE | DATE OF OCCURRENCE | | | DAY OF WEEK | | |
| APPROX. 0015 HOURS | NOV. 17, 2002 | | | SUNDAY | | |

PAGE 2 OF 2 PAGE REPORT

Q. Have you seen the male who shot **OMAR CLARK** since it happened?
A. No.

Q. Is there anything else that you would like to add to this statement?
A. No.

After the conclusion of the statement, LARRY BRAXTON was conveyed home.

We then conferred with Prosecutor Blaise Thomas. Advised Mr. Thomas of this statement. Learned that Det. Eugene Jones of the Sixth District Vice Unit was at our unit conferring with Sgt. Farinacci and advising him of his investigation to this point. Sgt. Farinacci stated Det. Jones will be completing a Form-1 report on his investigation at this unit tomorrow morning. Mr. Thomas stated that after we receive that Form-1 we should get a warrant for **RUEL J. SAILOR JR.**

---

INVESTIGATING OFFICERS: DET. JAMES METZLER #2489 DET. HENRY VEVERKA #607
PLATOON: 2nd.
CAR: 8184
APPROVED BY: [signature]

WEATHER: CLEAR / CLOUDY / RAIN / SNOW  TEMP -  WIND -  A.I.U / S.I.U  REQUESTED / NOT REQUESTED / ON SCENE

ASSIGNMENT RECEIVED FROM: RADIO / DISTRICT / Det. Bur.
TIME ASSIGNED:
COMPLETED:

HOMICIDEFILE__000626