

134021801

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

RU-EL SAILOR
    Plaintiff

STATE OF OHIO
    Defendant

Case No: CV-20-931518

Judge: SHERRIE MIDAY

## JOURNAL ENTRY

96 DISP.OTHER - FINAL

FINAL JUDGMENT ENTRY. OSJ.
COURT COST ASSESSED TO THE DEFENDANT(S).
PURSUANT TO CIV.R. 58(B), THE CLERK OF COURTS IS DIRECTED TO SERVE THIS JUDGMENT IN A MANNER PRESCRIBED BY CIV.R. 5(B).  THE CLERK MUST INDICATE ON THE DOCKET THE NAMES AND ADDRESSES OF ALL PARTIES, THE METHOD OF SERVICE, AND THE COSTS ASSOCIATED WITH THIS SERVICE.

_____
Judge Signature             Date

FILED
2022 NOV 29  A 9:58
CLERK OF COURTS
CUYAHOGA COUNTY

- 96
11/28/2022

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| RU-EL SAILOR,<br><br>Plaintiff,<br><br>-vs-<br><br>STATE OF OHIO,<br><br>Defendant. | CASE NO. CV-20-931518<br><br>JUDGE SHERRIE MIDDAY |

## FINAL JUDGMENT ENTRY

Hearing held on 11/28/2022. Pursuant to the Court's July 27, 2021 order granting summary judgment in favor of Plaintiff, the Court announced its determination that Plaintiff Ru-El Sailor is a wrongfully imprisoned individual within the meaning of Ohio Rev. Code §2743.48(A), having found that:

1. In 2003, Plaintiff Ru-El Sailor was indicted on multiple qualifying felony charges in the Cuyahoga County Court of Common Pleas.

2. On June 5, 2003 after a jury trial, Plaintiff Sailor was convicted of, but did not plead guilty to, qualifying felony counts.

3. Plaintiff Sailor was sentenced to an indefinite or definite term of imprisonment in a state correctional institution for the offenses of which he was found guilty.

4. Plaintiff Sailor's conviction was vacated, dismissed, or reversed on appeal, and a) no criminal proceeding is pending against Plaintiff for any act associated with his conviction; b) the prosecuting attorney in the case, within one year after the date of the vacating, dismissal, or reversal, has not sought any further appeal of right or upon leave of court; and c) the prosecuting

attorney, within one year after the date of the vacating, dismissal, or reversal, has not brought a criminal proceeding against Plaintiff for any act associated with their convictions.

5. Plaintiff Sailor was released from incarceration on March 28, 2018.

6. As a matter of law, Plaintiff Ru-El Sailor and the facts of this case meet the requirements stated in Ohio Rev. Code § 2743.48(A)(1)-(A)(5), and Sailor qualifies as a "wrongfully imprisoned individual" within the meaning of Ohio Rev. Code §2743.48.

7. The Parties have entered into settlement negotiations and will proceed with that process in the Ohio Court of Claims following this Order.

**WHEREFORE**, Plaintiff Ru-EL Sailor is declared to have been a "wrongfully imprisoned individual" within the meaning of R.C. 2743.48(A).

Pursuant to Ohio Rev. Code § 2743.48(B)(2), the Court has provided a copy of Ohio Rev. Code § 2743.48 to Plaintiff Sailor during the 11/28/2022 hearing. At the hearing, the Court also verbally informed Plaintiff Sailor and his counsel that Sailor is entitled to commence a civil action against the State in the Court of Claims because of his wrongful imprisonment, and that Sailor is entitled to be represented in that civil action by counsel of his choice.

**IT IS SO ORDERED.**

_____
**JUDGE SHERRIE MIDAY**

2

JOINTLY PREPARED AND APPROVED BY:

/s/ Sarah Gelsomino
Sarah Gelsomino (0084340)
Jacqueline Greene (0092733)
Terry H. Gilbert (0021948)
Friedman, Gilbert + Gerhardstein
50 Public Square, Suite 1900
Cleveland, OH 44113
T: (216) 241-1430
F: (216) 621-0427
sarah@FGGfirm.com
jacqueline@FGGfirm.com
terry@FGGfirm.com

Counsel for Plaintiff Christopher Miller

DAVE YOST (0056290)
Ohio Attorney General

/s/Thomas E. Madden
Thomas E. Madden (0077069)
Margaret S. Moore (0096813)
Assistant Attorney General
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215
(614) 644-7055
(844) 237-7628 (Facsimile)
thomas.madden@OhioAGO.gov
margaret.moore@OhioAGO.gov

Attorneys for Defendant State of Ohio

3