# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| RU-EL SAILOR, | ) CASE NO.: 1:20-CV-00660 |
| | ) |
| Plaintiff, | ) JUDGE DAVID A. RUIZ |
| | ) |
| vs. | ) NOTICE OF MANUAL FILING |
| | ) |
| CITY OF CLEVELAND, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

Please take notice that the City of Cleveland has manually filed the following exhibits:

- Audio Recording of May 3, 2016 Prison Call with Kyle Swenson, Amy Spence, and Ru-El Sailor (D2 617)

- Audio Recording of May 3, 2016 Prison Call with Kyle Swenson, Amy Spence, and Ru-El Sailor (D2 C618)

- Audio Recording of May 3, 2016 Prison Call with Kyle Swenson, Amy Spence, and Ru-El Sailor (D2 C619)

- Audio Recording of June 17, 2016 Prison Call with Kyle Swenson, Amy Spence, and Ru-El Sailor (D3 C118)

- Audio Recording of March 1, 2017 Prison Call with Amy Spence and Ru-El Sailor (D4 C241)

- Audio Recording of March 9, 2017 Prison Call with Amy Spence and Ru-El Sailor (D4 C275)

- Audio Recording of March 10, 2017 Prison Call with Amy Spence and Ru-El Sailor (D4 C279)

- Audio Recording of March 23, 2018 Prison Call with Amy Spence and Ru-El Sailor (D7 C225)

- Audio Recording of February 15, 2017 Prison Call with Amy Spence and Ru-El Sailor (D4 C178)

- Audio Recording of February 16, 2017 Prison Call with Amy Spence and Ru-El Sailor (D4 C185)

- Audio Recording of March 23, 2017 Prison Call with Amy Spence and Ru-El Sailor (D4 C343)

- Audio Recording of March 3, 2017 Prison Call with Amy Spence and Ru-El Sailor (D5 C132)

- Audio Recording of March 7, 2017 Prison Call with Amy Spence and Ru-El Sailor (D5 C141)

- Audio Recording of March 8, 2017 Prison Call with Amy Spence and Ru-El Sailor (D5 C145)

- Audio Recording of March 15, 2017 Prison Call with Amy Spence and Ru-El Sailor (D5 C162)

- Audio Recording of January 29, 2017 Prison Call with Amy Spence and Ru-El Sailor (D5 C59)

- Audio Recording of January 22, 2016 Prison Call with Amy Spence and Ru-El Sailor (D2 C63)

- Audio Recording of July 15, 2016 Prison Call with Amy Spence and Ru-El Sailor.

For convenience, all recordings can be accessed at the dropbox link below.

https://www.dropbox.com/scl/fo/kw999ltk1n23ikd3tpxhb/ANfeSZhOFpmarubuoeQ1RsM?rlkey=z99wj10i32ocmuirnann7s035&st=ezunvbyz&dl=0

Respectfully submitted,

MARK GRIFFIN (0064141)
Director of Law

By:  s/ Dylan Ford
DYLAN FORD (0101464)
Assistant Director of Law
601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114-1077
Tel: (216) 664-2675
Fax: (216) 664-2663

Email: DFord5@clevelandohio.gov

*Counsel for Defendant City of Cleveland*