

City of Cleveland
Justin M. Bibb, Mayor

Department of Law
Mark Griffin, Director
601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114-1077
216/664-2800 – Fax: 216/664-2663
www.cleveland.oh.gov

FILED

JUL 26 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

July 26, 2024

*Sailor v. City of Cleveland, et al.*
United States District Court, Northern District of Ohio
Case No.: 1:20-cv-00660-DAR
Judge David A. Ruiz

**Defendants' Manual Filing Cover Page**

**Exhibit R to Defendants' Combined Motion for Sanctions (ECF 88):**

- USB drive containing prison call recordings.

A notice of manual filing, docketed as ECF 88-19, is included overleaf.

Sincerely,

*/s/ Dylan Ford*

Dylan Ford
Assistant Director of Law
City of Cleveland, Department of Law
216-664-2670
DFord5@clevelandohio.gov

1