IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | | |
|---|---|---|
| SAILOR, *et al.*, | ) | Civil Action NO.: 1:20-cv-00660-DAR |
| Plaintiff, | ) | |
| | ) | JUDGE DAVID A. RUIZ |
| vs. | ) | |
| | ) | |
| City of Cleveland, *et al.*, | ) | **MOTION TO VOLUNTARILY** |
| | ) | **WITHDRAW REQUEST TO** |
| Defendant. | ) | **INTERVENE** |
| | ) | |

Now comes Kimberly Corral/Law Office of Kimberly Corral, by and through undersigned counsel, Friedman, Nemecek, Long & Grant, L.L.C., and hereby respectfully moves this Honorable Court to voluntarily withdraw her Motion to Intervene (Doc. #93), which was filed on or about August 16, 2024. As the Court is aware, the basis for the Motion to Intervene was the Defendants' issuance of a subpoena *duces tecum* upon GTL for recorded communications between Kimberly Corral/Law Office of Kimberly Corral and their clients or prospective clients. Following discussions with defense counsel, the Defendants decided to withdraw their subpoena to GTL. Because Kimberly Corral/Law Office of Kimberly Corral's interest and/or basis for intervention is no longer an issue, counsel respectfully moves to withdraw its request to intervene at this juncture.

The undersigned has advised Ms. Corral as to the practical effect that withdrawing said Motion would have on her his ability to intervene in the above captioned matter. Ms. Corral confirmed her understanding of the same and directed counsel to withdraw the previously filed Motion to Intervene. (Doc. #93).

**WHEREFORE**, the Defendant, Kimberly Corral/Law Office of Kimberly Corral, hereby respectfully moves this Honorable Court to withdraw her Motion to Intervene (Doc. #93), which was filed on August 16, 2024.

Respectfully submitted,

/s/ *Eric C. Nemecek*
ERIC C. NEMECEK (0083195)
Counsel for Kimberly Corral/Kimberly Corral Law Office
Friedman Nemecek Long & Grant, L.L.C.
1360 East 9th Street, Suite 650
Cleveland, Ohio 44114
P: (216) 928-7700
F: (216) 820-4659
E: ecn@fanlegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion was filed by CM/ECF on the 22nd day of August, 2024, which will send a notification of such filing to all parties in this matter.

Respectfully submitted,

/s/ *Eric Nemecek*
ERIC C. NEMECEK
Counsel for Kimberly Corral/Kimberly Corral Law Office