# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Ru-El Sailor,** | ) | Case No. 1:20-CV-00660 |
| | ) | |
| **Plaintiff,** | ) | Judge David A. Ruiz |
| | ) | |
| vs. | ) | **NOTICE OF FILING OF ERRATA** |
| | ) | **SHEET** |
| **City of Cleveland,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

The parties will take notice that the errata sheet for the following deposition transcript has been filed with the Court:

- Amy Sailor taken on July 1, 2024.

                        Respectfully submitted,

                        */s/ Kenneth A. Calderone*
                        Kenneth A. Calderone (0046860)
                        John D. Latchney (0046539)
                        Hanna, Campbell & Powell, LLP
                        3737 Embassy Parkway, Suite 100
                        Akron, OH  44333
                        Telephone:  (330) 670-7324 / (330) 670-7602
                        Facsimile:  (330) 670-7440 / (330) 670-7458
                        Email:  *kcalderone@hcplaw.net*
                                    *jlatchney@hcplaw.net*
                        *Attorneys for Defendant Police Officers*

HCP #1355269