Video Deposition  181

1   I have read the foregoing transcript from page 1
2   through page 183 and note the following corrections:
3   PAGE-LINE       REQUESTED CHANGE        REASON FOR CHANGE
4
5                                   CERTIFICATE:    August 22, 2024
6
7                                   Attorney Sara Gelsomino was sent a letter,
                                    along with the Minuscript PDF transcript of the
8                                   deposition of Amy Sailor, taken on July 1,
                                    2024, requesting to have the witness read and
9                                   review the transcript, then sign the errata page.
10                                  I hereby certify that over thirty days have
                                    elapsed and the witness has not signed the
11                                  errata page.
12
13
14                                  _____
                                    Steven Mengelkamp
15                                  Notary Public in and for
                                    the State of Ohio.
16                                  My comm. expires 02/12/2026.
17
18
19
20
21
22
23
24  _____         _____
25  Amy Catherine Sailor           Date

**FINCUN-MANCINI -- THE COURT REPORTERS**
(216) 696-2272 -- email@fincunmancini.com