UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

MINUTES OF PROCEEDINGS AND ORDER – CIVIL

| | |
|---|---|
| RU-EL SAILOR, | CASE No. 1:20-cv-00660 |
| Plaintiff, | DATE: August 13, 2024 |
| v. | JUDGE DAVID A. RUIZ |
| CITY OF CLEVELAND, *et al.*, | COURT REPORTER: n/a |
| Defendants. | |

| Attorneys for Plaintiff: | Attorneys for Defendant City of Cleveland: |
|---|---|
| Jacqueline Greene, Sarah Gelsomino | Matthew Auman, William Menzalora, Elena Boop |
| | Attorneys for Defendants Eugene Jones; Henry Veverka; James Metzler; Harry Matlock; Andrew Desatnik; fnu Smith; Shair Hasan; Rick Farinacci; Andrea Purcell-Fields Executor of Estate of Deceased James Purcell: Kenneth A. Calderone, John D. Latchney |

PROCEEDINGS:  The Court held a telephonic status conference on August 13, 2024, with the above counsel.  After discussing the current status of the case, and particularly the motions filed since the prior status conference of June 20, 2024 [R. 80], the Court determined that all deadlines or filing requirements set by the existing case management plan and/or otherwise imposed by the local or federal rules as a result of all recent filings are held in abeyance until further Order of the Court. Further, the Court set an in-person, on the record hearing to address all pending matters for Wednesday, September 18, 2024 at 11:30 a.m. in Courtroom 17-B,

United States Courthouse, 801 West Superior Avenue, Cleveland, Ohio, 44113. Counsel are required to attend unless previously excused. Plaintiff Ru-el Sailor is required to attend, but neither a representative of Defendant City of Cleveland nor any of the individual Defendants are so required, although any Defendant may attend if they so choose.  Counsel were encouraged to continue to work cooperatively during the period before the next hearing to seek a mutual resolution of all outstanding issues.

IT IS SO ORDERED.

Total Time: 30 minutes

s/ *David A. Ruiz*
David A. Ruiz
U.S. District Judge