IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **RU-EL SAILOR,** | |
| Plaintiff, | Case No. 1:20-cv-00660 |
| -vs- | Judge David A. Ruiz |
| **CITY OF CLEVELAND,** *et al.*, | |
| Defendants. | **NOTICE** |

As instructed by the Court on October 7, 2024, Counsel provides the following last known address of the Plaintiff:

589 E. 185th St Euclid OH 44119

Further, undersigned attests that a copy of the Minute Order of 9/18/2024 (Doc. 97) was mailed by our office by USPS certified mail to the Plaintiff at the above address on October 11, 2024.

Respectfully submitted,

*s/ Sarah Gelsomino*
Sarah Gelsomino (0084340)
Marcus Sidoti (0077476)
Elizabeth Bonham (0093733)
Terry H. Gilbert (0021948)
FG+G
50 Public Square, Suite 1900
Cleveland, OH 44113-2205
T: 216-241-1430
F: 216-621-0427
sarah@FGGfirm.com

1

        marcus@FGGfirm.com
        elizabeth@FGGfirm.com
        terry@FGGfirm.com

        Jacqueline Greene (0092733)
        M. Caroline Hyatt (0093323)
        FG+G
        35 East 7th Street, Suite 201
        Cincinnati, Ohio 45202
        T: 513-572-4200
        F: 216-621-0427
        jacqueline@FGGfirm.com
        caroline@FGGfirm.com

        *Former Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        */s/Sarah Gelsomino*
        *One of the Attorneys for Plaintiff*