IN THE UNITED STATES DISTRICT COURT

FOR THE NOTHERN DISTRICT OF OHIO



**FILED**

DEC 17 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

RuEl Sailor

Plaintiff

CASE NO. 1:20-cv-00660

Judge David A. Ruiz

City of Cleveland

Defendant(s)

I, RuEl Sailor, Plaintiff, respectfully request an extension of time for all existing deadlines, due to lack of counsel. I have been unable to retain counsel, giving a reasonable timeframe for proper research of the case. I request the Court add ninety days to all existing deadlines.

Current deadline 12/17/2024                     Proposed deadline 03/17/2025

This request is made in good faith and for good cause.

Respectfully submitted,

RuEl Sailor

Plaintiff

*/s/ RuEl Sailor*