03/25/2003 12:47 FAX 6235825     S     ☐001
C OF G 71-1

# CLEVELAND DIVISION OF POLICE
## CLEVELAND, OHIO
### DEPARTMENTAL INFORMATION

DIST. 6    ZONE Vice                              March 25th,    20 03

EXAMINED BY _____ RANK _____

FROM Det. Eugene Jones #1248        TO Captain McCarthy      March 25, 20 03

SUBJECT Homicide Investigation.

COPIES TO 6th District Vice Files, Homicide Unit.

Sir;

     Since the middle of January I attempted to assist the Cleveland Division of Police Homicide Unit with the investigation of the Omar Clark Homicide. Initially I received information from an informant that the informant had converstaion with a lady friend who told the informant that Cordell Hubbard did not shoot Omar Clark and that Cordell Hubbard may not have acted alone. My CRI referred to the male as Will. My CRI gave a physical description of Will and told me about a confrontation that CRI had had with Will at a bar. I was convinced that Will was Four Block. At this time I began asking classmates and gangmembers who Will was. A gangmember intentionally mislead me. But his classmate took me to 829 E.150th St. and told me that L was Will and L was actually Ruel Sailor. I had dealings with Ruel Sailor and Cordell Hubbard at Collinwood High School where I have engaged in Secondary Employment that is approved for the last 14 years. I have access to current and former students. I had contact w/Det.Ververka. I work closely with Assistant Cuyahoga County Prosecutor Maureen Clancy. Initially I refused to give anybody information regarding my informant. My informant knew that he or she was in great danger and realized that just by relaying information to me any other involvement could mean certain injury or death. My informant refused to cooperate and I was completely unaware that the Hubbards were out on bond as well as Ruel Sailor. Over the last three weeks I hit a dead end. People were on the street and nobody was willing to come forward. On Monday 3/24/03 I went to Englewood Ave. and talked to several males familiar to me and I told them that it was not fair that nobody would come forward and tell what they saw that night when Omar was shot and killed. I told them that nobody deserved to die like that and that I would go out on the street and do the same thing for them if the situation was reversed. I left a couple of my cards and asked them to come forward if they saw the shooting. Omar Clarks family said that he was still in jail. This past weekend I talked to Kristin Prater. I assisted her in the past when she was being harrassed by a b/m. I was provided with information on a suspected drug dealer that was not only accurate. It was reliable. She stated thatshe had talked to Cordell Hubbard and he asked her if he had heard anything. She felt that he wanted to talk because he mentioned wanting the situation to be over. I asked Kristin if she would allow us to monitor a telephone conversation or allow us to monitor her if she wore a wire. She stated that she would assist. I asked her if she would be willing to attempt something after school and or work on the night of 3/25/03. She said she would.

     On Tuesday 3/25/03 I went to the Homicide Unit and after being insulted and attacked verbally by a Homicide Unit Sgt. I told him that I was a team player and I did not do anything but attempt to assist the investigation. I was not conducting my own investigation or questioning the tactics or effectiveness of another Police Officer, I refused to disclose information that would have gotten an Informant hurt or killed. I have informants that I protect. You can call them what you want to but they allow me to get information, make arrest, conduct investigations, execute Search Warrants, and perform my Vice duties. I work very hard and I attempt to be very thorough. CRI's are essential to what I do in my Vice capacity. I would be lying if I said that this did not leave a very bad taste in my mouth. I am a professional. I work very hard. I will never forget my expeience on the evening of 1/25/03. I will simply assist in any way that I can. I am a Vice Detective not a Homicide Detective. Not a scapegoat. My record speaks for itself.

                         Respectfully,
                         Det. Eugene Jones #1248
                         6th District Vice Unit
                         Sgt. James Purcell, O.I.C.

PLAINTIFF'S EXHIBIT
Veverka 2

Sailor_Cleveland Subpoena_000587

Case: 1:20-cv-00660-DAR Doc #: 102-1 Filed: 01/08/25 2 of 3. PageID #: 2041

C OF C FORM 71-1

# CLEVELAND DIVISION OF POLICE
CLEVELAND, OHIO
**DIVISIONAL INFORMATION**

DIST. 6  ZONE Vice

EXAMINED BY _____  RANK _____

FROM Det. Eugene Jones 1248    TO Captain McCarthy

SUBJECT Homicide Investigation

COPIES TO 6th. District Vice Files, Homicide Unit

March 25th, 2003

MARCH 25, 2003

Sir:

Since the middle of January I attempted to assist the Cleveland Division of Police Homicide Unit with the investigation of the Omar Clark Homocide. Initially I received information from an informant that the informant had conversation with a lady friend who told the informant that Cordell Hubbard did not shoot Omar Clark and that Cordell Hubbard may not have acted alone. My CRI referred to the male as Will. My CRI gave a physical description of Will and told me about a confrontation that CRI had had with Will at a bar. I was convinced that Will was Four Block. At this time I began asking classmates and gangmembers who Will was. A gangmember intentionally mislead me. But his classmate took me to 829 E. 150th St. and told me that L was Will and L was actually Ruel Sailor. I had dealings with Ruel Sailor and Cordell Hubbard at Collinwood High School where I have engaged in secondary employment that is approved for the last 14 years. I have access to current and former students. My informant knew that he or she was in great danger and realized that just by relaying information to me any other involvment could mean certain injury or death. My informant refused to cooperate and I was completely unaware that the Hubbards were out on bond as well as Ruel Sailor. Over the last three weeks I hit a dead end. People were on the street and nobody was willing to come forward. On Monday 3/24/03 I went to Englewood Ave. and talked to several males familiar to me and I told them that it was not fair that nobody would come forward and tell what they saw that night when Omar was shot and killed. I told them that nobody deserved to die like that and that I would go out on the street and do the same thing for them if the situation was reversed. I left a couple of my cards and asked them to come forward if they saw the shooting. Lamar Clarks family said that he was still in jail. This past weekend I talked to Kristin Prater. I assisted her in the past when she was being harassed by a b/m. I was provided with information on a suspected drug dealer that was not only accurate. It was reliable. She stated that she had talked to Cordell Hubbard and he asked her if she had heard anything. She felt that if she would allow us to monitor a telephone conversation or allow us to monitor her if she wore a wire. She stated that she would assist. I asked her if she would be willing to attempt something after school and or work on the night of 3/25/03. She said she would.

Respectfully,
Det. Eugene Jones #1248
6th District Vice Unit
Sgt. James Purcell O.I.C.

Det. Eugene Jones #1248

PLAINTIFF'S EXHIBIT
Veverka 3

Sailor_Cleveland_Subpoena_000611

C OF C FORM 71-4

# CLEVELAND DIVISION OF POLICE
### CLEVELAND, OHIO
## DIVISIONAL INFORMATION

DIST. 6 ZONE Vice

EXAMINED BY _____ RANK _____

March 25th, 2003

MARCH 25, 2003

FROM Det. Eugene Jones 1248 TO Captain McCarthy

SUBJECT Homicide Investigation

COPIES TO 6th. District Vice Files, Homicide Unit

Sir:

Since the middle of January I attempted to assist the Cleveland Division of Police Homicide Unit with the investigation of the Omar Clark Homicide. Initially I received information from an informant that the Informant had conversation with a lady friend who told the informant that Cordell Hubbard did not shoot Omar Clark and that Cordell Hubbard may not have acted alone. My CRI referred to the male as WILL. My CRI gave a physical description of Will and told me about a confrontation that CRI had had with Will at a bar. I was convinced that Will was Four Block. At this time I began asking classmates and gangmembers who Will was. A gangmember intentionally mislead me. But his classmate took me to 829 E. 150th St. and told me that L was Will and L was actually Ruel Sailor. I had dealings with Ruel Sailor and Cordell Hubbard at Collinwood High School where I have engaged in secondary employment that is approved for the last 14 years. I have access to current and former students. My informant knew that he or she was in great danger and realized that just by relaying information to me any other involvement could mean certain injury or death. My informant refused to cooperate and I was completely unaware that the Hubbards were out on bond as well as Ruel Sailor. Over the last three weeks I hit a dead end. People were on the street and nobody was willing to come forward. On Monday 3/24/03 I went to Englewood Ave. and talked to several people familiar to me and I told them that it was not fair that nobody would come forward and tell what they saw that night when Omar was shot and killed. I told them that nobody deserved to die like that and that I would go out on the street and do the same thing for them if the situation was reversed. I left a couple of my cards and asked them to come forward if they saw the shooting. Lamar Clarks family said that he was still in jail. This past weekend I talked to Kristin Prater. I assisted her in the past when she was being harassed by a b/m. I was provided with information on a suspected drug dealer that was not only accurate. It was reliable. She stated that she had talked to Cordell Hubbard and he asked her if she had heard anything. She felt that if she would allow us to monitor a telephone conversation or allow us to monitor her if she wore a wire. She stated that she would assist. I asked her if she would be willing to attempt something after school and or work on the night of 3/25/03. She said she would.

Respectfully,
Det. Eugene Jones #1248
6th District Vice Unit
Sgt. James Purcell O.I.C.

*Det. Eugene Jones #1248*

EX. 4