1  A. Either through the victim's brother or his
2  sister.
3  Q. Do you remember the name of the victim's brother?
4  A. Cordell Hubbard.
5  Q. The name of the victim's brother.
6  A. He had a weird first name.
7  Q. Was it Umar?
8  A. Yes. It was Umar and Omar.
9  Q. So you talked to Umar Clark, but somehow you get
10 Cordell Hubbard's name, right?
11 A. Yes, we did.
12 Q. Did you get his full name, or just the first
13 name?
14 A. We got Cordell Hubbard.
15 Q. Okay. And when you say that you got that name,
16 what did you get him for? What did you think his role
17 was?
18 A. We believed that he was one the individuals
19 involved in the homicide.
20 Q. What was his role in the homicide?
21 A. We weren't sure at the time, but we eventually
22 learned that he may have been the shooter, or standing
23 there while the other individual shot. He was there
24 present. Eventually we thought he was the shooter.
25 Q. You eventually determined he was the shooter?

1  A.  The information that we received led us to
2  believe that he was the shooter.
3  **Q.  What was that information?**
4  A.  Witness accounts.
5  **Q.  Do you recall which witness accounts?**
6  A.  Dude.  What's his name, Lamar?
7  **Q.  Clark Lamar?**
8  A.  Yeah.  He was the one that gave us the actual
9  happenings.
10 **Q.  Did Clark Lamar tell you that Cordell Hubbard was**
11 **the shooter?**
12 A.  There was something about a phone call.  He was
13 on the phone before he shot the victim talking to his
14 sister.  That's all I can remember from that.
15 **Q.  Well, you said that you identified Cordell as the**
16 **shooter.  I'm just trying to figure out what led you to**
17 **believe that he was the shooter.**
18 A.  Looking at the report, Lamar probably told us
19 that.  His statements.  I seem to recall that the
20 shooter was on the phone.
21 **Q.  Okay.  Do you recall whether Dude told you the**
22 **name of the shooter, or a description of the shooter?**
23 A.  I'm sure he gave us a description.  I don't know
24 if he gave us a name or not.
25 **Q.  What did you do once you had a name of Cordell**

1 Hubbard?

2 A. Generated a background history on him, got a
3 photo of him, placed him in a photo spread, and showed
4 the photo spread to the witnesses.

5 Q. Where did you get the photo?

6 A. We have a photo lab of mugshots within the
7 division of police. The county also has a bank of
8 photos. Where we got his particular photo, I don't
9 recall.

10 Q. What did you call it, a photo what?

11 A. A photo spread.

12 Q. And but you said that city had like a photo lab?
13 Where would you look for the photos?

14 A. They're mugshots. Every time somebody gets
15 arrested they get mugshots, and the mugshots are filed.
16 So, they're on file.

17 Q. Was there a database where you could go in and
18 look at all the mugshots?

19 A. Yes.

20 Q. What was that database called?

21 A. I don't know.

22 Q. Was it electronic?

23 A. Yes. You went to the photo lab, and went into
24 their system, and looked for photographs.

25 Q. Okay. Did you ever create photo spreads in any

Deposition of Henry Veverka  
Case: 1:20-cv-00660-DAR Doc #: 102-2 Filed: 01/08/25 4 of 5. PageID #: 2046  
Ru-El Sailor, vs. City of Cleveland, et al.,

1  Q. Do you recall which of them identified Cordell
2  Hubbard as being involved?
3  A. No. I believe somebody else did. I think
4  someone else did. I don't recall who.
5  Q. Somebody else did what?
6  A. Identified Cordell Hubbard from the photo spread.
7  Is that what you asked me?
8  Q. Somebody else other than whom?
9  A. Dude, I believe. It's 18 years ago. It's hard
10 to remember.
11  Q. That's fair. At some point Ru-el Sailor's name
12 comes up in this investigation, right?
13  A. Yes.
14  Q. At what point does his name come into this
15 investigation?
16  A. I think Cordell had an old girlfriend, and I
17 don't remember how we got her name. We went and talked
18 to her -- at this point we knew that Cordell was
19 involved. We were trying to identify who was with him.
20 We asked the girlfriend at one point, who were his
21 buddies? Who does he hang with? That's when Ru-el's
22 name came up, and that was February.
23  Q. Did that person give you any names other than
24 Ru-el Sailor?
25  A. I don't know. I remember that's who gave us

1  Ru-el.

2  Q. Okay. So, after you talked to this girlfriend
3  and you got Ru-el's name, what did you do?

4  A. Same thing we did with the others. We went back
5  to the office, put his name in the system, popped up,
6  got a photo, showed the photo, and went from there.

7  Q. At what point did the homicide detectives believe
8  that Ru-el Sailor was involved in this murder?

9  A. Date?

10  Q. If you don't remember the exact date, that's
11  fine. But at what point in the investigation?

12  A. When I think it was Braxton picked his photo.
13  Dude did too, I think.

14  Q. When you made the decision to make a photo spread
15  with Ru-el Sailor's face in it, what was the basis of
16  that decision?

17  A. We had his name as a possible friend of Cordell.
18  I believe we got information that he had a car that
19  might have matched a description of a car that night. I
20  can't recall exactly why. I know another guy's name
21  came up, and we made a photo spread of him too. I
22  believe we just put him in either to include or
23  eliminate him as a potential suspect.

24  Q. You don't remember any other reason that you put
25  his face in the photo spread?