## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| RU-EL SAILOR, | ) | CASE NO. 1:20-cv-00660 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| v. | ) | **NOTICE OF MANUAL FILING** |
| | ) | |
| CITY OF CLEVELAND, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Please take notice that the City of Cleveland has manually filed the following audio

recording: Ex. S, Wrongful Conviction Podcast, Episode 191 (March 31, 2021).  This recording

can be accessed at the dropbox link below:

https://www.dropbox.com/scl/fo/273coebwva2cyk2ku3ks0/AC3kWMiXUZl78Bvx4-
7FG5U?rlkey=ytdh4m453ph3hp2y3k7egndfb&st=dgis4l6k&dl=0

Respectfully submitted,


MARK D. GRIFFIN (0064141)
Director of Law

By: *s/ Dylan F. Ford*
Dylan F. Ford (0101464)
Assistant Director of Law
City of Cleveland, Department of Law
601 Lakeside Avenue E., Room 106
Cleveland, Ohio 44114
Tel: (216) 664-2670
dford5@clevelandohio.gov