# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| RU-EL SAILOR, | ) |
| | ) CASE NO.: 1:20-CV-00660 |
| Plaintiff, | ) |
| | ) JUDGE DAVID A. RUIZ |
| vs. | ) |
| | ) |
| CITY OF CLEVELAND, *et al.*, | ) **SUPPLEMENTAL CERTIFICATE OF** |
| | ) **SERVICE** |
| Defendants. | ) |
| | ) |
| | ) |

The undersigned hereby certifies that copies of Defendants' Reply Brief in Support of the Motion to Dismiss with Prejudice as a Sanction [ECF 103] and all corresponding exhibits [ECF 103-1 and ECF 103-2] were sent by regular, prepaid U.S mail to Plaintiff Ru-El Sailor at the following address:

Ru-El Sailor
549 E. 185th St.
Euclid, OH 44119

Respectfully submitted,

MARK D. GRIFFIN (0064141)
Director of Law

By: *s/ Dylan F. Ford*
Dylan F. Ford (0101464)
Assistant Director of Law
City of Cleveland, Department of Law
601 Lakeside Avenue E., Room 106
Cleveland, Ohio  44114
Tel: (216) 664-2670
dford5@clevelandohio.gov