

**City of Cleveland**
Justin M. Bibb, Mayor

Department of Law
Mark Griffin, Director
601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114-1077
216/664-2800 – Fax: 216/664-2663
www.cleveland.oh.gov

**FILED**

JAN 1 6 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

January 15, 2024

*Sailor v. City of Cleveland, et al.*
United States District Court, Northern District of Ohio
Case No.: 1:20-cv-00660-DAR
Judge David A. Ruiz

**Defendants' Manual Filing Cover Page**

**Exhibit S to Defendants' Combined Motion for Sanctions (ECF 103):**

- USB drive containing Wrongful Conviction Podcast audio recording

A notice of manual filing, docketed as ECF 103-1, is included overleaf.

Sincerely,

*/s/ Dylan Ford*

Dylan Ford
Assistant Director of Law
City of Cleveland, Department of Law
216-664-2670
DFord5@clevelandohio.gov

1

Case: 1:20-cv-00660-DAR Doc #: 103-1 Filed: 01/14/25 1 of 1. PageID #: 2058

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| RU-EL SAILOR, | ) CASE NO. 1:20-cv-00660 |
| | ) |
| Plaintiff, | ) JUDGE DAVID A. RUIZ |
| | ) |
| v. | ) **NOTICE OF MANUAL FILING** |
| | ) |
| CITY OF CLEVELAND, *et al.*, | ) |
| | ) |
| Defendants. | ) |

Please take notice that the City of Cleveland has manually filed the following audio recording: Ex. S, Wrongful Conviction Podcast, Episode 191 (March 31, 2021). This recording can be accessed at the dropbox link below:

https://www.dropbox.com/scl/fo/273coebwva2cyk2ku3ks0/AC3kWMiXUZl78Bvx4-7FG5U?rlkey=ytdh4m453ph3hp2y3k7egndfb&st=dgis4l6k&dl=0

Respectfully submitted,

MARK D. GRIFFIN (0064141)
Director of Law

By: *s/ Dylan F. Ford*
Dylan F. Ford (0101464)
Assistant Director of Law
City of Cleveland, Department of Law
601 Lakeside Avenue E., Room 106
Cleveland, Ohio 44114
Tel: (216) 664-2670
dford5@clevelandohio.gov



City of Cleveland
Justin M. Bibb, Mayor

**Department of Law**
601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114-1077

Sailor v. City of Cleveland, et al.
Case No: 1:20-cv-00660-DAR
Manual Filing [ECF #103-1]