UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| RU-EL SAILOR, | ) | CASE NO.   1:20-cv-00660 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, *et al.*, | ) | JUDGMENT ENTRY |
| | ) | |
| Defendants. | ) | |
| | ) | |

In accordance with the Court's accompanying Memorandum and Order issued this date, this action is hereby dismissed with prejudice.

IT IS SO ORDERED.


Dated: March 31, 2026                    s/ *David A. Ruiz*
                                         David A. Ruiz
                                         United States District Judge