**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| Ru-El Sailor*,* | ) | Case No. 1:20-CV-00660 |
|  | ) |  |
| Plaintiff, | ) | Judge David A. Ruiz |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| City of Cleveland, *et al.*, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

**DEFENDANT CITY OF CLEVELAND'S**
**MOTION FOR LEAVE TO FILE UNREDACTED NARRATIVES**
**FOR *IN CAMERA* REVIEW**

Defendant City of Cleveland, by and through counsel, hereby moves for attorney's fees

under 42 U.S.C. § 1988, Fed. R. Civ. P. 54(d), and 20 U.S.C. § 1927 because it prevailed on a

frivolous complaint filed by Plaintiff Ru-el Sailor. A memorandum in support is included.

Respectfully submitted,

MARK GRIFFIN (0064141)
Law Director

*s/ Matthew R. Aumann*
William M. Menzalora (0061136)
CHIEF ASSISTANT DIRECTOR OF LAW
Matthew R. Aumann (0093612)
ASSISTANT DIRECTOR OF LAW
City of Cleveland, Department of Law
601 Lakeside Avenue E., Room 106
Cleveland, OH  44114
Telephone: (216) 664-2675
wmenzalora@clevelandohio.gov
maumann@clevelandohio.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties through the Court's electronic filing system. Parties may access this filing through the Court's system. A copy was also served Pro Se Plaintiff Ru-El Sailor under Fed. R. Civ. P. 5(b)(2)(B) at the following address:

589 E. 185th St.

Euclid, OH 44119

*s/ Matthew R. Aumann*
Matthew R. Aumann (0093612)
