EXHIBIT 1

## IN THE OHIO COURT OF CLAIMS

RU EL SAILOR                                    :

    Plaintiff,                              :    Case No. 2023-00098WI

    v.                                      :

STATE OF OHIO                                   :

    Defendant.                              :

2023 MAR -2 PM 1:27
FILED COURT OF CLAIMS OF OHIO

### JOURNAL ENTRY APPROVING SETTLEMENT AGREEMENT

The Court, being fully advised as to the premises, approves and confirms the Settlement Agreement and Release of claims entered into by and between the parties and orders that the Settlement Agreement and Release of claims be journalized, and that the cause be dismissed with prejudice to all parties. Court costs are absorbed by the Court. No interest shall be paid on the amount of the settlement.

It is further ORDERED that a settlement warrant of six hundred fifty-two thousand dollars and no cents ($652,000.00) shall be drawn on the account of the Defendant made payable to "Friedman, Gilbert, and Gerhardstein IOLTA" and be sent to the Plaintiff's counsel.

DATE: _____

_____
JUDGE, COURT OF CLAIMS OF OHIO

Entry cc:

SARAH GELSOMINO
Friedman, Gilbert, and Gerhardstein
50 Public Square, Suite 1900
Cleveland, Ohio 44113

PETER E. DEMARCO
AMY S. BROWN
Ohio Attorney General's Office
Court of Claims Defense Section
30 E. Broad Street, Floor 16
Columbus, Ohio 43215

JOURNALIZED