EXHIBIT C

| **Sailor v City of Cleveland** | | |
|---|---|---|
| WorkingTimekeeperID | WorkingTimekeeperName | Hours Worked |
| ACH | Hose, Ann C | 413.9 |
| ALC | Calderone, Abbey L | 57.7 |
| CJH | Hayworth, Cynthia J | 98.3 |
| JDL | Latchney, John D | 77.2 |
| JRC | Chlysta, John R | 2.0 |
| KAC | Calderone, Kenneth A | 374.9 |
| KLL | Lansden, Katie L | 161.8 |
| MO | Ockerman, Michael | 194.3 |
| RLT | Tucker, R Lawrence "Larry" | 16.5 |
| SMJ | Juntoff, Sharon M | 0.9 |
| ZAIS | Senderovitch, Alan I | 2.7 |
| ZCEN | Nagy,  Catherine E | 85.9 |
| ZFM | Mazgaj Jr., Frank G | 21.9 |
| | **Grand Total** | **1508.0** |