Exhibit D

**Client:  2715-City of Cleveland**
**Matter: 003-Sailor v Cleveland, City of**

| Code | Expense | Bill Number | Date | Units | Amount On Bill | Narrative | Total by Type of |
|------|---------|-------------|------|-------|----------------|-----------|------------------|
| 0003 | DEPO | 645523 | 7/30/2021 | 850 | $850.00 | Video deposition of Ru-El Sailor (1 @ $850.00) | |
| 0003 | DEPO | 647119 | 9/14/2021 | 1411.5 | $1,411.50 | Deposition of Ru-El Sailor, Jr. (1 @ $1,411.50) | |
| 0003 | DEPO | 647119 | 9/30/2021 | 2016 | $2,016.00 | Depositions of Samuel Brown, Anthony Mckenzie and Bobby Nettles (1 @ $2,016.00) | |
| 0003 | DEPO | 647822 | 10/20/2021 | 536.5 | $536.50 | Deposition of Henry Veverka (1 @ $536.50) | |
| 0003 | DEPO | 647966 | 11/9/2021 | 747.5 | $747.50 | Depositions of Andrew Desatnik and James Metzler (1 @ $747.50) | |
| 0003 | DEPO | 649571 | 12/31/2021 | 825 | $825.00 | Depositions of Ronald Snipe and Bernatte Brown (1 @ $825.00) | |
| 0003 | DEPO | 650798 | 2/23/2022 | 788.5 | $788.50 | Deposition transcript of Eugene Jones (1 @ $788.50) | |
| 0003 | DEPO | 661034 | 7/15/2022 | 260 | $260.00 | Deposition of Sahir Hasan | |
| 0003 | DEPO | 661034 | 4/30/2023 | 244.5 | $244.50 | Deposition transcript of Rick Farinacci | |
| 0003 | DEPO | 661034 | 4/30/2023 | 253.5 | $253.50 | Deposition transcript of Harry Matlock | |
| 0003 | DEPO | 664516 | 9/29/2023 | 317.5 | $317.50 | Audio transcript of Ru-El v. City of Cleveland | |
| 0003 | DEPO | 670974 | 6/30/2024 | 241.8 | $241.80 | Deposition of Melvin Smith | |
| 0003 | DEPO | 670974 | 6/30/2024 | 2036.06 | $2,036.06 | Deposition transcript and video recording of Amy Sailor | |
| 0003 | **DEPO** | 670974 | 6/30/2024 | 2426.06 | $2,426.06 | Rush transcripts of 14 individual jail calls from Ru El Sailor | **$12,954.42** |
| | | | | | | | |
| 0003 | Copies | 643080 | 4/26/2021 | 50 | $50.00 | External copies of death certificates for Ellen Taylor and Clark Williams | |
| 0003 | Copies | 644698 | 6/14/2021 | 62 | $62.00 | External copies of the certified death certificates of Clark Lamar Williams and Ellen Taylor (1 @ $62.00) | |
| 0003 | Copies | 647822 | 10/27/2021 | 26.26 | $26.26 | External copies of records from University Hospitals Physician Services (1 @ $26.26) | |
| 0003 | Copies | 652321 | 4/22/2022 | 6.5 | $6.50 | External copies of records from MetroHealth Medical Center (1 @ $6.50) | |
| 0003 | **Copies** | 671712 | 7/31/2024 | 70 | $70.00 | External copies of records from AT&T | **$214.76** |
| 0003 | MILE | 638627 | 10/21/2020 | 59.8 | $34.39 | Mileage reimbursement - Travel to from Justice Center to meet with Sgt. Chism at Cleveland Police Department (59.8 miles @ .575 cents per mile) | |
| 0003 | MILE | 639296 | 11/18/2020 | 59.8 | $34.39 | Mileage reimbursement - travel/to from meeting at the Justice Center Training Academy, Cleveland, Ohio (59.8 miles @ .575 cents per mile) | |
| 0003 | MILE | 640712 | 1/15/2021 | 57.4 | $32.14 | Mileage reimbursement - travel to/from The Justice Center, Cleveland, Ohio to inspect Police Departmental Notifications (57.4 @ 56 cents per mile) | |
| 0003 | MILE | 646339 | 8/10/2021 | 54.7 | $30.63 | Mileage reimbursement to/from Cleveland, Ohio to attend Plaintiff-Sailor's deposition (54.7 miles @ 56 cents per mile) | |
| 0003 | MILE | 647119 | 9/9/2021 | 55 | $30.80 | Mileage reimbursement - travel to/from Friedman Law Offices, Cleveland, Ohio to attend deposition of Sam Brown (55 miles @ 56 cents per mile) | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0003 | MILE | 647119 | 9/10/2021 | 55 | $30.80 | Mileage reimbursement - travel to/from Friedman Law Offices, Cleveland, Ohio to attend deposition of McKenzie (55 miles @ 56 cents per mile) | |
| 0003 | MILE | 647119 | 9/14/2021 | 55 | $30.80 | Mileage reimbursement - travel to/from Friedman Law Offices, Cleveland, Ohio to attend Nettles deposition (55 miles @ 56 cents per mile) | |
| 0003 | MILE | 647966 | 11/17/2021 | 54.8 | $30.69 | Mileage reimbursement - travel to/from Cleveland to attend depositions of Mr. Snipe and Ms. Brown (54.8 miles @ 56 cents per mile) | |
| 0003 | MILE | 661034 | 4/12/2023 | 28.6 | $18.73 | Travel to Cleveland House of Corrections (one way / return mileage is on Jackson 2715-006) (28.6 miles @ .655 cents per mile) | |
| 0003 | **MILE** | 661690 | 5/24/2023 | 26.6 | $17.42 | Travel to Cleveland Workhouse (split with 2715-006) (26.6 miles @ .655 cents per mile) | **$290.79** |
| 3 | Pacer | 643080 | 4/1/2021 | 3.9 | $3.90 | PACER 1st quarter docketing charges (39 pages @ 10 cents each) | |
| 0003 | **Pacer** | 643080 | 4/1/2021 | 9.9 | $9.90 | PACER 1st quarter docketing charges (99 pages @ 10 cents each) | **$13.80** |
| 0003 | PKG | 639296 | 11/18/2020 | 11 | $11.00 | Parking charges to attend meeting at Justice Center Training Academy, Cleveland, Ohio (1 @ $11.00) | |
| 0003 | PKG | 640712 | 1/15/2021 | 16 | $16.00 | Parking charges at The Justice Center, Cleveland, Ohio to inspect Police Departmental Notifications (1 @ $16.00) | |
| 0003 | PKG | 646339 | 8/10/2021 | 10 | $10.00 | Parking charges Cleveland, Ohio to attend Plaintiff-Sailor's deposition (1 @ $10.00) | |
| 0003 | PKG | 647119 | 9/9/2021 | 10 | $10.00 | Parking charges - to attend Brown deposition in Cleveland, Ohio (1 @ $10.00) | |
| 0003 | PKG | 647119 | 9/10/2021 | 10 | $10.00 | Parking charges - to attend McKenzie deposition in Cleveland, Ohio (1 @ $10.00) | |
| 0003 | PKG | 647119 | 9/14/2021 | 10 | $10.00 | Parking charges - to attend Nettles deposition in Cleveland, Ohio (1 @ $10.00) | |
| 0003 | PKG | 647966 | 11/17/2021 | 10 | $10.00 | Parking charges at depositions of Mr. Snipe and Ms. Brown (1 @ $10.00) | |
| 0003 | PKG | 668149 | 2/15/2024 | 12 | $12.00 | Parking charges to attend meeting with Cuyahoga County Prosecutor | |
| 0003 | PKG | 668812 | 3/18/2024 | 12 | $12.00 | Parking charges to attend pre-meeting conference with Mr. Lambert and staff and pre-deposition prep meeting with Mr. Lambert and witness Blaise Thomas | |
| 0003 | **PKG** | 668812 | 3/20/2024 | 12 | $12.00 | Parking charges to attend deposition of Blaise Thomas | **$113.00** |
| 0003 | Postage | 670974 | 6/12/2024 | 8.69 | $8.69 | Certified Mail - Subpoena to Amy Sailor re deposition | |
| 0003 | Postage | 670974 | 6/20/2024 | 8.93 | $8.93 | Certified Mail - Subpoena to AT&T | |
| 0003 | **Postage** | 672425 | 8/8/2024 | 9.92 | $9.92 | Certified Mail - subpoena to GTL re Swenson calls | **$27.54** |
| 0003 | Subpoena | 647119 | 9/8/2021 | 136.6 | $136.60 | Subpoena fee for Lawrence Braxton (1 @ $136.60) | |
| 0003 | Subpoena | 647119 | 9/8/2021 | 138.25 | $138.25 | Subpoena fee for Dawn Goolsby (1 @ $138.25) | |
| 0003 | Subpoena | 647822 | 10/15/2021 | 170 | $170.00 | Subpoena fee for service upon Ronald Snipe (1 @ $170.00) | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0003 | Subpoena | 647822 | 10/29/2021 | 151.3 | $151.30 | Subpoena fee for service of second subpoena on Ronald Snipe (1 @ $151.30) | |
| 0003 | Subpoena | 666599 | 12/31/2023 | 105 | $105.00 | Fee for service of subpoena on WE TV LLC | |
| 0003 | Subpoena | 668149 | 2/21/2024 | 25 | $25.00 | Subpoena fee-Blaise Thomas (no mileage included) | |
| 0003 | Subpoena | 668149 | 2/21/2024 | 79.11 | $68.68 | Subpoena fee-Larry Braxton ($43.68 + $25.00 supboena fee / back-up check indicates payment of $79.11, mileage was computed incorrectly we are only submitting an expense for what the check should have been) | |
| 0003 | Subpoena | 670673 | 5/31/2024 | 100.05 | $100.05 | Subpoena fee-Amy Sailor | |
| 0003 | Subpoena | 670974 | 6/30/2024 | 164.22 | $164.22 | Subpoena fee for service of subpoena on Cleveland Scene Magazine | |
| 0003 | Subpoena | 670974 | 6/30/2024 | 195 | $195.00 | Subpoena fee - Service of subpoena on Kyle Swenson in Washington, DC | |
| 0003 | **Subpoena** | 670974 | 6/30/2024 | 254.56 | $254.56 | Subpoena fee - Service of subpoena on Kyle Swenson in Silver Springs, MD | **$1,508.66** |
| 0003 | UPS | 634883 | 5/20/2020 | 17.66 | $17.66 | UPS/FedEx/Overnight Delivery - two binders to expert James Metzler (1 @ $17.66) | |
| 0003 | UPS | 634883 | 5/20/2020 | 17.66 | $17.66 | UPS/FedEx/Overnight Delivery - two binders to expert Henry Veverka (1 @ $17.66) | |
| 0003 | **UPS** | 647119 | 9/29/2021 | 35.57 | $35.57 | UPS/FedEx/Overnight Delivery to Henry Veverka (1 @ $35.57) | **$70.89** |
| | | | | | $15,193.86 | | $15,193.86 |

*Page 1 of 1  User: Koshar, Cheryl D  Date:Wednesday, April 8, 2026*