EXHIBIT E

| Work | Attorney | Time | Rate | Amount |
|---|---|---|---|---|
| Motion for Extension (ECF No. 3) | T. Puin | 0.8 | $250 | $200 |
| | W. Menzalora | 0.2 | $350 | $70 |
| Answer (ECF No. 4) | T. Puin | 30 | $250 | $7,500 |
| | W. Menzalora | 3 | $350 | $1,050 |
| Motion for Judgment on the Pleadings (ECF No. 14) | T. Puin | 14.2 | $250 | $3,550 |
| | W. Menzalora | 1.8 | $350 | $630 |
| Motion for Protective Order (ECF No. 17) | T. Puin | 1.8 | $250 | $450 |
| | W. Menzalora | 0.2 | $350 | $70 |
| Joint Proposed Case Management Plan (ECF No. 20) | T. Puin | 0.7 | $250 | $175 |
| | W. Menzalora | 0.3 | $350 | $105 |
| Reply Brief (ECF No. 25) | T. Puin | 9.1 | $250 | $2,275 |
| | W. Menzalora | 0.9 | $350 | $315 |
| Opposition to Leave to Amend (ECF No. 34) | T. Puin | 11 | $250 | $2,750 |
| | W. Menzalora | 1 | $350 | $350 |
| Answer (ECF No. 44) | T. Puin | 15 | $250 | $3,750 |
| | W. Menzalora | 3 | $350 | $1,050 |

| | | | | |
|---|---|---|---|---|
| Motion to Bifurcate (ECF No. 48) | T. Puin | 5.3 | $250 | $1,325 |
| | W. Menzalora | 0.7 | $350 | $245 |
| Reply Brief (ECF No. 51) | T. Puin | 7.2 | $250 | $1,800 |
| | W. Menzalora | 0.8 | $350 | $280 |
| Motion for Protective Order (ECF No. 62) | M. Aumann | 12.6 | $250 | $3,150 |
| | W. Menzalora | 1.4 | $350 | $490 |
| Reply Brief (ECF No. 64) | M. Aumann | 10.1 | $250 | $2,525 |
| | W. Menzalora | 1.9 | $350 | $665 |
| Motion to Dismiss (ECF No. 88) | M. Aumann | 5.5 | $250 | $1,375 |
| | D. Ford | 7.6 | $250 | $1,900 |
| | W. Menzalora | 1.2 | $350 | $420 |
| Opposition to Extension of Deadlines (100) | M. Aumann | 0 | $250 | $0 |
| | D. Ford | 1.3 | $250 | $325 |
| | W. Menzalora | 0.2 | $350 | $70 |
| Reply Brief (103) | M. Aumann | 1.1 | $250 | $275 |
| | D. Ford | 7.1 | $250 | $1,775 |
| | W. Menzalora | 0.9 | $350 | $315 |
| Total | | | | $41,225 |