

# FINCUN-MANCINI

The Court Reporters
26380 Curtiss Wright Parkway
Cleveland Jet Center - Suite 103
Cleveland, Ohio 44143
(216) 696-2272

# INVOICE

MR. WILLIAM MENZALORA
CITY OF CLEVELAND LAW DEPT.
ROOM 106, CITY HALL
601 LAKESIDE AVE.
CLEVELAND, OH  44114

April  9, 2024

**Invoice#** 69641

**Balance:**  $2,385.25

## FOR SERVICES RENDERED        DUE UPON RECEIPT

**Re:** SAILOR, RU EL V. CITY OF CLEVELAND, ET AL.   - 8524
     *on* 03/20/24 BLAISE THOMAS


ATTENDANCE OF REPORTER & TRANSCRIPT
MINUSCRIPT EMAILED TO MR. CALDERONE
VIDEORECORDING & MPEG VIDEO TO
MR. CALDERONE

INVOICE REFLECTS A SPECIAL DISCOUNT


THANK YOU.


**P l e a s e   R e m i t   - - - >   Total Due: $2,385.25**
*Make Checks Payable To:*


*Fincun-Mancini, Inc.*
*Federal Tax ID# 34-0901980*

**PLEASE SUBMIT COPY OF INVOICE WITH REMITTANCE**

2% LATE FEE
PER MONTH MAY BE
ASSESSED ON UNPAID BALANCES
AFTER 30 DAYS

**We accept VISA, MasterCard, American Express and Discover Card
Subject to convenience fee of 3% -- Please call to arrange payment by credit card**



# FINCUN-MANCINI

The Court Reporters
26380 Curtiss Wright Parkway
Cleveland Jet Center - Suite 103
Cleveland, Ohio 44143
(216) 696-2272



MR. WILLIAM MENZALORA
CITY OF CLEVELAND LAW DEPT.
ROOM 106, CITY HALL
601 LAKESIDE AVE.
CLEVELAND, OH   44114

April  9, 2024

**Invoice#** 69644

**Balance:**    $251.75

## FOR SERVICES RENDERED                              DUE UPON RECEIPT

**Re:** SAILOR, RU EL V. CITY OF CLEVELAND, ET AL.   - 8524
    *on* 04/01/24 LARRY BRAXTON


ATTENDANCE OF REPORTER & TRANSCRIPT
MINUSCRIPT EMAILED TO MR. CALDERONE
VIDEO RECORDING AND MPEG TO MR. CALDERONE
MILEAGE

INVOICE REFLECTS A SPECIAL DISCOUNT



THANK YOU.



P l e a s e   R e m i t   - - - >   Total Due:    $251.75
### Make Checks Payable To:


*Fincun-Mancini, Inc.*
*Federal Tax ID# 34-0901980*


### PLEASE SUBMIT COPY OF INVOICE WITH REMITTANCE

2% LATE FEE
PER MONTH MAY BE
ASSESSED ON UNPAID BALANCES
AFTER 30 DAYS

## We accept VISA, MasterCard, American Express and Discover Card
## Subject to convenience fee of 3% -- Please call to arrange payment by credit card