**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Ru-El Sailor,** | ) | **Case No. 1:20-CV-00660** |
| | ) | |
| **Plaintiff,** | ) | **Judge David A. Ruiz** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **City of Cleveland, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DECLARATION OF KENNETH A. CALDERONE

1. My name is Kenneth A. Calderone, and I am an adult who is competent to make this declaration under penalty of perjury.

2. I am the managing partner of Hanna, Campbell, Powell, LLP ("HCP"), an Akron-based law firm. I am an attorney licensed to practice law in the:

- State of Ohio admitted November 5, 1990

- Commonwealth of Kentucky admitted September 21, 2011

- U.S District Court, Northern District of Ohio admitted December 5, 1990

- U.S. District Court, Southern District of Ohio admitted October 31, 2012

- U.S, District Court, Eastern District of Kentucky admitted September 21, 2011

- U.S. District Court, Western District of Kentucky admitted June 16, 2015

- Sixth Circuit Court of Appeals

3. Since 1990 I have successfully defended political subdivisions and private clients in product liability, industrial accident, personal injury, employment, civil rights, construction litigation, professional liability, commercial litigation, and other types of litigation.

1

4.     My experience includes defending the City of Cleveland against alleged "reverse conviction" cases like this one, trying a $90 million product liability case as lead counsel, serving as National Trial Counsel for large corporate defendants, and trying multimillion-dollar cases in multiple states.

5.     I was the lead attorney in this case.

6.     My role also includes managing and overseeing the work of the following professionals: Catherine Nagy (law clerk – Associate); Abbey C. Calderone (law clerk); Frank G. Mazgaj, Jr. (law clerk); Alan Senderovitch (law clerk); Cynthia J. Hayworth (paralegal); Ann C. Hose (paralegal); Sharon J. Juntoff (paralegal); and Katie L. Lansden (paralegal).

7.     I have reviewed the invoices referenced as Exhibit A. The work performed was contemporaneously notated when completed. I performed the work as described in the invoices, and did so because the work was reasonably expended in pursuit of success at the point in time when the work was completed. I made that assessment in issuing the invoice and did so on behalf of all the attorney and non-attorney timekeepers at HCP. The City of Cleveland paid these invoices.

8.     All expenses herein were necessarily incurred in this action and that the service for which fees have been charged were actually and necessarily performed, and were paid for by the City of Cleveland.

9.     Based on my professional experience and knowledge of the local legal community, $225 per hour is a reasonable rate for my time.

10.     HCP's legal administrator produced a report summarizing the total amount billed and paid by the City of Cleveland. That summary is attached as Exhibit B.

11.     HCP's legal administrator produced a report summarizing the amount billed per timekeeper. That total is attached as Exhibit C.

12.     Our legal administrator produced a report showing expenses accrued. That total is attached as Exhibit D.

13.     I declare under penalty of perjury the foregoing is true and correct.

FURTHER DECLARANT SAYETH NAUGHT

Executed this ___13___ day of ___April___, 2026

Kenneth A. Calderone