IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Ru-El Sailor,** | ) | **Case No. 1:20-CV-00660** |
| | ) | |
| **Plaintiff,** | ) | **Judge David A. Ruiz** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **City of Cleveland, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DECLARATION OF JOHN D. LATCHNEY

1. My name is John D. Latchney, and I am an adult who is competent to make this declaration under penalty of perjury.

2. I am a partner at Hanna, Campbell, Powell, LLP ("HCP"), an Akron-based law firm. I am an attorney who has been licensed to practice law in the State of Ohio since November of 1990. I am admitted in the Northern District of Ohio, Southern District of Ohio, and Sixth Circuit Court of Appeals.

3. Since 1994 I have successfully defended cities, villages, townships, schools districts, developmental disabilities boards, county health departments, conservancy districts, metro parks, and agricultural societies in the areas of public employment, employment discrimination, civil rights and constitutional law, police misconduct, school law, zoning and land use, eminent domain, insurance defense, personal injury, and public records law.

4. I've been lead appellate counsel in over 20 successful appeals in the U.S. Sixth Circuit Court of Appeals and in over 55 successful appeals in the Ohio Supreme Court and Ohio's appellate courts.

1

5. In 2025, I was retained as an expert witness on the reasonable of attorney's fees and testified in 2026.

6. I have reviewed the invoices referenced as Exhibit A. The work performed was contemporaneously notated when completed. I performed the work as described in the invoices, and did so because the work was reasonably expended in pursuit of success at the point in time when the work was completed.

7. Although my current hourly rates generally vary between $250 to $375 per hour for non-insurance work, based on my professional experience and knowledge of the local legal community, $225 per hour was a reasonable hourly rate for my time at the time the services were provided.

8. I declare under penalty of perjury the foregoing is true and correct.

FURTHER DECLARANT SAYETH NAUGHT


Executed this ___13th___ day of ___April___, 2026


_____
John D. Latchney

2