IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Ru-El Sailor, | ) | Case No. 1:20-CV-00660 |
| | ) | |
| Plaintiff, | ) | Judge David A. Ruiz |
| | ) | |
| vs. | ) | |
| | ) | |
| City of Cleveland, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF MICHAEL OCKERMAN

1.      My name is Michael Ockerman, and I am an adult who is competent to make this declaration under penalty of perjury.

2.      I am a partner at Hanna, Campbell, Powell, LLP ("HCP"), an Akron-based law firm. I am an attorney licensed to practice law in the State of Ohio, and I am admitted in the Northern District of Ohio, and Sixth Circuit Court of Appeals.

3.      I have been practicing law since 1991. Since then my practice has focused on defending entities against high value claims, including those related to professional liability. I have tried more than 50 jury trials to conclusion in Northeast Ohio.

4.      I have reviewed the invoices referenced as Exhibit A. The work performed was contemporaneously noted when completed. I performed the work as described in the invoices, and did so because the work was reasonably expended in pursuit of success at the point in time when the work was completed.

5.      Based on my professional experience and knowledge of the local legal community, $225 per hour is a reasonable rate for my time.

1

6.      I declare under penalty of perjury the foregoing is true and correct.

FURTHER DECLARANT SAYETH NAUGHT

Executed this __14__ day of __April__ , 2026

Michael Ockerman