**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **Ru-El Sailor,** | ) | **Case No. 1:20-CV-00660** |
|  | ) |  |
| **Plaintiff,** | ) | **Judge David A. Ruiz** |
|  | ) |  |
| **vs.** | ) |  |
|  | ) |  |
| **City of Cleveland, *et al.*,** | ) |  |
|  | ) |  |
| **Defendants.** | ) |  |

## DECLARATION OF WILLIAM MENZALORA

1. My name is William Menzalora, and I am an adult who is competent to make this declaration under penalty of perjury.

2. I am currently employed by the City of Cleveland as a Chief Assistant Director of Law (ADL), and have been one of the City's Chief ADLs for over fifteen years. Prior to being a Chief ADL, I was an Assistant Director of Law for the City, and I started as an ADL for the City in March, 2003. I have been practicing law in the State of Ohio for over 30 years. I am an attorney licensed to practice law in the State of Ohio and I am admitted in the Northern District of Ohio, Southern District of Ohio, Sixth Circuit Court of Appeals, and U.S. Supreme Court.

3. As a Chief ADL for Cleveland, currently, I primarily defend Cleveland, its employees, and its elected officials against civil rights claims in federal and state court and other matters involving the Division of Police in state court and supervise ADLs handling such litigation. For approximately my first 18 with the City's Law Department, in addition to civil rights defense and other matters, I collectively defended hundreds of labor grievances, administrative employment filed charges with the federal Equal Employment Opportunity Commission (EEOC)

1

and the Ohio Civil Rights Commission (OCRC), and unfair labor practice charges (ULP) filed with the Ohio State Employment Relations Board (SERB).

4.      Before joining Cleveland, I worked for a private law firm handling labor and employment matters from the plaintiff's and/or bargaining unit member's perspective.  Prior to that time, I owned and operated my own general practice law firm.  Since being admitted to the Northern District of Ohio, I have been an attorney of record in over 100 cases, with the vast majority of those cases being civil rights or employment matters.

5.      While I am not required to track and bill my time now, I have in the past. I also review bills submitted to Cleveland by outside counsel. Therefore, as a lawyer and as a consumer of legal services, I am familiar with billing practices.

6.      Based on my professional experience and knowledge of the local legal community, $350 per hour is a reasonable rate for my time.

7.      I submit the following time attached hereto as Exhibit E. This time was either contemporaneously notated or is a conservative estimate based on a review of contemporaneously created notes and records, including emails and draft histories. When in doubt, I used a one hour per page maximum. Generally, and as reflected in the bills, much of the writing and research was done by an Assistant Director of Law, or ADL, under my supervision.

8.      I supervised multiple Assistant Directors of Law in this litigation, including Timothy Puin, Matthew Aumann, and Dylan Ford. ADL Puin has been practicing law for more than 30 years and ADL Aumann for more than 10 years. ADL Ford has been practicing since 2021. $250 per hour is a reasonable amount for their time.

9.     The City of Cleveland also incurred expenses as part of the above the litigation. The costs attached as Exhibit F are current and were necessarily incurred in this action and the services for which fees have been charged were actually and necessarily performed.

10.     I declare under penalty of perjury the foregoing is true and correct.

FURTHER DECLARANT SAYETH NAUGHT

Executed this _____ day of April, 2026

WILLIAM M. MENZALORA