# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| Ru-El Sailor, | ) | Case No. 1:20-CV-00660 |
|  | ) |  |
| Plaintiff, | ) | Judge David A. Ruiz |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| City of Cleveland, *et al.*, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

---

## DEFENDANT CITY OF CLEVELAND'S
## MOTION FOR LEAVE TO FILE UNREDACTED NARRATIVES
## FOR *IN CAMERA* REVIEW

---

Defendant City of Cleveland, by and through counsel, hereby moves for leave to file unredacted narratives for this Court's *in camera* review. *See, e.g.*, *Flatiron Acquisition Vehicle, LLC v. CSE Mortg. LLC*, No. 1:17-CV-8987-GHW, 2021 WL 4481853, at *3 (S.D.N.Y. Sept. 29, 2021).

In support of its motion for attorney's fees Defendant City of Cleveland provided redacted attorney narratives. Attorney narratives are generally recognized as an attorney communication to a client, memorializing attorney communications to a client, or showing an attorney's thought process in the litigation. Therefore, they may be redacted under the attorney-client privilege, work product doctrine, or both. *See, e.g.*, *State ex rel. Anderson v. Vermilion*, 2012-Ohio-5320, ¶ 23, 134 Ohio St. 3d 120, 126, 980 N.E.2d 975, 981 (approving redaction of narrative). That is true here. Many narratives capture the legal advice or so thoroughly describe the attorney's thought process that needed to be redacted to protect Cleveland's interests. It is true that Sailor also needs to see the invoices should he wish to challenge the amount of

Cleveland's attorney's fees. To accomplish that goal, Cleveland engaged in a line-by-line review of each entry with an effort to provide sufficient information to Sailor. That is what has been provided to this Court.

There is an additional factor that favors redaction. Sailor was just one plaintiff in a series of plaintiffs represented by the same law firm, Friedman, Gilbert, and Gerhardstein, who are bringing parallel claims against Cleveland. *See, e.g.*, *Jackson v. City of Cleveland*, Case No. 1:21-cv-01679, *Buehner v. City of Cleveland*, Case No., 1:24-cv-01281, and *Brooks v. City of Cleveland*, Case No. 1:24-cv-01590. These lawsuits also involve allegations of wrongful incarceration. So producing unredacted narratives for this case could reveal protected information and strategy that may relate to these other cases. This gives Cleveland a heightened interest in maintaining the redaction of the invoices here.

For these reasons, Cleveland seeks leave to provide unredacted invoices to this Court for an *in camera* review, if necessary for this Court to award attorney's fees.

<div style="margin-left: 40%;">

Respectfully submitted,

MARK GRIFFIN (0064141)
Law Director

*s/ Matthew R. Aumann*
William M. Menzalora (0061136)
CHIEF ASSISTANT DIRECTOR OF LAW
Matthew R. Aumann (0093612)
ASSISTANT DIRECTOR OF LAW
City of Cleveland, Department of Law
601 Lakeside Avenue E., Room 106
Cleveland, OH 44114
Telephone: (216) 664-2675
wmenzalora@clevelandohio.gov
maumann@clevelandohio.gov

</div>

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties through the Court's electronic filing system. Parties may access this filing through the Court's system. A copy was also served Pro Se Plaintiff Ru-El Sailor under Fed. R. Civ. P. 5(b)(2)(B) at the following address:

589 E. 185th St.

Euclid, OH 44119

*s/ Matthew R. Aumann*
Matthew R. Aumann (0093612)