**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| Ru-El Sailor*,* | ) | Case No. 1:20-CV-00660 |
| | ) | |
| Plaintiff, | ) | Judge David A. Ruiz |
| | ) | |
| vs. | ) | |
| | ) | |
| City of Cleveland, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**CORRECTED DEFENDANT CITY OF CLEVELAND'S
MOTION FOR ATTORNEY'S FESS AND COSTS**

Defendant City of Cleveland, by and through counsel, hereby moves for attorney's fees and costs under 42 U.S.C. § 1988, Fed. R. Civ. P. 54(d), and 20 U.S.C. § 1927 because it prevailed on a frivolous complaint filed by Plaintiff Ru-el Sailor. (*See also* ECF No. 108.)

This motion is substantively the same as previously filed but corrects the erroneous caption. (*See id.*) The supporting evidence and memorandum remain unchanged. (*See* ECF Nos. 108-1–108-12.)

Respectfully submitted,

MARK GRIFFIN (0064141)
Law Director

*s/ Matthew R. Aumann*
William M. Menzalora (0061136)
CHIEF ASSISTANT DIRECTOR OF LAW
Matthew R. Aumann (0093612)
ASSISTANT DIRECTOR OF LAW
City of Cleveland, Department of Law
601 Lakeside Avenue E., Room 106
Cleveland, OH  44114
Telephone: (216) 664-2675

wmenzalora@clevelandohio.gov
maumann@clevelandohio.gov

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties through the Court's electronic filing system. Parties may access this filing through the Court's system. A copy was also served on Pro Se Plaintiff Ru-El Sailor under Fed. R. Civ. P. 5(b)(2)(C) at the following address:

589 E. 185th St.

Euclid, OH 44119

*s/ Matthew R. Aumann*
Matthew R. Aumann (0093612)

2