**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **RU-EL SAILOR,** ) | |
| ) | **CASE NO. 1:20-cv-00660** |
| **Plaintiff,** ) | |
| ) | **JUDGE DAVID A. RUIZ** |
| ***vs.*** ) | |
| ) | |
| **CITY OF CLEVELAND, *et al.,*** ) | **PLAINTIFF'S NOTICE OF** |
| ) | **APPEARANCE OF COUNSEL** |
| **Defendants.** ) | |

**NOTICE**

Plaintiff, Ru-El Sailor, serves notice of the appearance of the undersigned counsel on his behalf.

Respectfully submitted,

*/s/ Louis E. Grube*

Louis E. Grube, Esq. (#0091337)
**FLOWERS & GRUBE**
Terminal Tower, 40th Floor
50 Public Square
Cleveland, Ohio 44113
(216) 344-9393
leg@pwfco.com

*Counsel for Plaintiff,*
*Ru-El Sailor*

FLOWERS & GRUBE
Terminal Tower, 40th Fl
50 Public Square Cleveland,
Ohio 44113
(216) 344-9393
Fax: (216) 344-9395

## CERTIFICATE OF PAGE LIMITATIONS

In accordance with Loc. R. 7.1(f), I hereby certify that this action has been assigned to the standard track and that this filing complies with the court's page limitations.

/s/ Louis E. Grube
Louis E. Grube, Esq. (#0091337)
**FLOWERS & GRUBE**

*Counsel for Plaintiff,*
*Ru-El Sailor*

## CERTIFICATE OF SERVICE

I certify that the foregoing **Notice** was filed electronically on May 5, 2026. Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

/s/ Louis E. Grube
Louis E. Grube, Esq. (#0091337)
**FLOWERS & GRUBE**

*Counsel for Plaintiff,*
*Ru-El Sailor*

FLOWERS & GRUBE
Terminal Tower, 40th Fl
50 Public Square Cleveland,
Ohio 44113
(216) 344-9393
Fax: (216) 344-9395