**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **RU-EL SAILOR,** ) | |
| ) | **CASE NO. 1:20-cv-00660** |
| **Plaintiff,** ) | |
| ) | **JUDGE DAVID A. RUIZ** |
| ***vs.*** ) | |
| ) | |
| **CITY OF CLEVELAND, *et al.*,** ) | **PLAINTIFF'S MOTION FOR** |
| ) | **EXTENSION OF TIME** |
| **Defendants.** ) | |

**MOTION**

Plaintiff, Ru-El Sailor ("Sailor"), requests an extension to June 4, 2026, of the deadline for submission of his memorandum in opposition to Doc#:108 and 110, Defendant City of Cleveland's Motion for Attorney Fees and Costs filed April 14, 2026, and corrected April 15, 2026. *Fed. R. Civ. P. 6(b)(1)(A)*. Given that the City's Motion asks for final relief on a claim for attorney fee and cost shifting, which "would dispose of" that claim, it is a dispositive motion within this Court's differentiated case management system. *See Loc.R. 16.1(b)(5)*. Consequently, the currently deadline to oppose the City's Motion would fall on May 14 or 15, 2026, depending on whether the thirty-day limit runs from the time of filing the original or corrected motion. *Loc.R. 7.1(d)*. Sailor therefore asks for only 21 additional days, at most, to oppose the City's Motion. This is the first request for an extension of this deadline.

For good cause, undersigned counsel was just retained this week and needs time to orient himself to the case. In the coming days, and before the existing deadline of May 14 or 15, 2026, counsel will be required to devote substantial time and attention to other pressing matters, including significant briefing in *Hrina v. KLS Martin L.P.*, 8th Dist. Cuyahoga No. CA-25-115222 (deadline May 7, 2026); *Galloway v. Lichtig*, 8th Dist. Cuyahoga No. CA-25-115972 (deadline May 11, 2026); *Hosier v. Rose Senior Living Avon*,

FLOWERS & GRUBE
Terminal Tower, 40th Floor
50 Public Sq.
Cleveland, Ohio 44113
(216) 344-9393
(216) 344-9395

8th Dist. Cuyahoga No, CA-26-116292 (deadline May 18, 2026); and *State v. Kara*, 9th Dist. Summit No. CA-31387 (deadline May 19, 2026). Given that a hearing on the City's Motion has not yet been scheduled, no party will be unduly prejudiced, and these proceedings will not be unnecessarily delayed if this relief is granted.

## CONCLUSION

For good cause shown, Plaintiff Sailor should be granted leave until June 4, 2026, to submit his memorandum in opposition to Doc#:108 and 110, Defendant City of Cleveland's Motion for Attorney Fees and Costs filed April 14, 2026, and corrected April 15, 2026. *Fed. R. Civ. P. 6(b)(1)(A)*.

Respectfully submitted,

*/s/ Louis E. Grube*

Louis E. Grube, Esq. (#0091337)
**FLOWERS & GRUBE**
Terminal Tower, 40th Floor
50 Public Square
Cleveland, Ohio 44113
(216) 344-9393
leg@pwfco.com

*Counsel for Plaintiff,*
*Ru-El Sailor*

FLOWERS & GRUBE
Terminal Tower, 40th Floor
50 Public Sq.
Cleveland, Ohio 44113
(216) 344-9393
(216) 344-9395

## CERTIFICATE OF PAGE LIMITATIONS

In accordance with Loc. R. 7.1(f), I hereby certify that this action has been assigned to the standard track and that this filing complies with the court's page limitations.

/s/ Louis E. Grube

Louis E. Grube, Esq. (#0091337)
**FLOWERS & GRUBE**

*Counsel for Plaintiff,*
*Ru-El Sailor*

## CERTIFICATE OF SERVICE

I certify that the foregoing **Motion** was filed electronically on May 5, 2026. Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

/s/ Louis E. Grube

Louis E. Grube, Esq. (#0091337)
**FLOWERS & GRUBE**

*Counsel for Plaintiff,*
*Ru-El Sailor*

FLOWERS & GRUBE
Terminal Tower, 40th Floor
50 Public Sq.
Cleveland, Ohio 44113
(216) 344-9393
(216) 344-9395