**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| Ru-El Sailor, | ) | Case No. 1:20-CV-00660 |
|  | ) |  |
| Plaintiff, | ) | Judge David A. Ruiz |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| City of Cleveland, *et al.*, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

**DEFENDANT CITY OF CLEVELAND'S
MOTION FOR LEAVE TO REPLY ON OR BEFORE JUNE 18, 2026**

Defendant City of Cleveland moves for leave to Reply to Plaintiff Ru-El Sailor's opposition on or before June 18, 2026.

This Court dismissed Sailor's complaint with prejudice because he "perpetrated a fraud upon the courts," among other things. (Opinion and Order, ECF No. 106, PageID # 2081.) Cleveland then moved for attorney's fees and costs because the complaint was frivolous, unreasonable, and without foundation. (Mem., ECF No. 108-12.) Sailor failed to oppose the motion within 14 days. (*See* Mot., ECF No. 112, PageID # 2468.) Sailor eventually moved for an extension to respond, arguing that his motion was timely because a fee motion is a dispositive motion. (*Id.*) This Court granted the extension in a non-document order. Sailor then opposed Cleveland's fee motion. (Opp., ECF No. 113.)

The issue now is the timing of Cleveland's reply. Because of a confluence of pending matters, Cleveland seeks until June 18, 2026, to reply. Courts in this district generally treat a fee motion as a non-dispositive motion. *See, e.g., Best Process Sols., Inc. v. Blue Phoenix Inashco*

*USA, Inc.*, No. 1:21-CV-00662, 2024 WL 1141495, at *6 (N.D. Ohio Mar. 15, 2024) (Barker, J.); *Loc. Access, LLC v. Peerless Network, Inc.*, No. 1:23-MC-1, 2023 WL 5002830, at *2, n.6 (N.D. Ohio Aug. 4, 2023) (Lioi, J.). If true here, then Cleveland seeks a one-week extension to file a reply on or before June 18, 2026. If Cleveland's fee motion is a dispositive motion, as argued by Sailor, then no extension is requested because the Reply would be due on or before June 18, 2026. No resolution about timing of this reply could be reached with opposing counsel.

For these reasons, Cleveland moves for leave to reply in support of its pending motion until on or before June 18, 2026.

Respectfully submitted,

MARK GRIFFIN (0064141)
Law Director

*s/ Matthew R. Aumann*
William M. Menzalora (0061136)
CHIEF ASSISTANT DIRECTOR OF LAW
Matthew R. Aumann (0093612)
ASSISTANT DIRECTOR OF LAW
City of Cleveland, Department of Law
601 Lakeside Avenue E., Room 106
Cleveland, OH  44114
Telephone: (216) 664-2675
wmenzalora@clevelandohio.gov
maumann@clevelandohio.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties through the Court's electronic filing system.

*s/ Matthew R. Aumann*
Matthew R. Aumann (0093612)

2