IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RU-EL SAILOR, | **)** | CASE NO.: 1:20-CV-00660 |
| | **)** | |
| Plaintiff, | **)** | JUDGE DAVID A. RUIZ |
| | **)** | |
| v. | **)** | |
| | **)** | |
| CITY OF CLEVELAND, *et al.*, | **)** | |
| | **)** | |
| Defendants. | **)** | |

---

## NOTICE OF WITHDRAWAL OF ATTORNEY DYLAN FORD

---

Notice is hereby given that Attorney Dylan Ford withdraws as counsel for Defendant City of Cleveland.

Attorneys Gilbert Blomgren, Matthew Aumann, and William Menzalora remain as counsel of Record for the City. All future pleadings, notices, orders, and other filings should be directed to them.

Respectfully submitted,

*/s/ Dylan F. Ford*
Dylan F. Ford (0101464)